ORIGINAL

LYONS, BRANDT, COOK & HIRAMATSU
Attorneys at Law
A Law Corporation

GEORGE W. BRANDT  1181-0
STEFAN M. REINKE  3747-0
BONNIE L. MOORE  7138-0
EDQUON LEE  3845-0
1800 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-7030
Facsimile:  (808) 533-3011
E-mail:  gbrandt@lbchlaw.com
         sreinke@lbchlaw.com
         bmoore@lbchlaw.com

Attorneys for Defendant
RSKCO SERVICES, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 4 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JULIA M. BACKMAN, individually ) and on Behalf of the ESTATE OF ) DANIEL VERNON BACKMAN, ) and as Next Friend to KELLY KEIKO) VALENE BACKMAN and JODI ) LEIGH YACHIYO BACKMAN, ) Minors, ) ) ) Plaintiffs, ) ) vs. ) ) RSKCO SERVICES, INC., a Illinois ) corporation; JOHN DOES 1-10; ) JANE DOES 1-10; DOE ) PARTNERSHIPS 1-10, DOE ) CORPORATIONS 1-10; DOE ) | CIVIL NO. 04-00348 (HG KSC) (Contract) CERTIFICATE OF SERVICE RE: DEFENDANT RSKCO SERVICES, INC.'S NOTICE OF TAKING CONTINUED DEPOSITION UPON ORAL EXAMINATION Dennis B. Lind, M.D. (**2/13/06** at 1 p.m.) Dean K. Otaka, M.D. (**2/27/06** at 12:15 p.m., **3/6/06** at 12:15 p.m., **3/20/06** at 12:15 p.m.) |

115941 ODEPO 03 PEL

LIMITED LIABILITY )
ENTITIES 1-10; DOE )
"NON-PROFIT" CORPORATIONS )
1-10; and DOE GOVERNMENTAL )
ENTITIES 1-10, )
 )
 )
                Defendants. )

CERTIFICATE OF SERVICE RE: DEFENDANT RSKCO
SERVICES, INC.'S NOTICE OF TAKING
<u>CONTINUED DEPOSITION UPON ORAL EXAMINATION</u>

I hereby certify that on this date, a true and correct copy of

DEFENDANT RSKCO SERVICES, INC.'S NOTICE OF TAKING CONTINUED

DEPOSITION UPON ORAL EXAMINATION was duly served on the following:

|  | MAIL | PERSONAL SERVICE |
|---|---|---|

ROBERT D. KAWAMURA, ESQ.
550 Halekauwila Street, Suite 107
Honolulu, Hawaii 96813
    Attorney for Plaintiffs
    JULIA M. BACKMAN, *et al.*                X

        DATED:  Honolulu, Hawaii, _____ **JAN 2 4 2006** _____.

_____
GEORGE W. BRANDT
STEFAN M. REINKE
BONNIE L. MOORE
EDQUON LEE
Attorneys for Defendant
RSKCO SERVICES, INC.