LYONS, BRANDT, COOK & HIRAMATSU
Attorneys at Law
A Law Corporation

GEORGE W. BRANDT  1181-0
STEFAN M. REINKE  3747-0
BONNIE L. MOORE  7138-0
EDQUON LEE  3845-0
1800 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-7030
Facsimile:  (808) 533-3011
E-mail:  gbrandt@lbchlaw.com
         sreinke@lbchlaw.com
         bmoore@lbchlaw.com
         elee@lbchlaw.com

Attorneys for Defendant
RSKCO SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JULIA M. BACKMAN, individually ) and on Behalf of the ESTATE OF ) DANIEL VERNON BACKMAN, and) as Next Friend to KELLY KEIKO ) VALENE BACKMAN and JODI ) LEIGH YACHIYO BACKMAN, ) Minors, ) ) Plaintiffs, ) ) vs. ) ) RSKCO SERVICES, INC., a Illinois ) corporation; JOHN DOES 1-10; ) JANE DOES 1-10; DOE ) | CIVIL NO. 04-00348 (HG KSC) (Contract)  DEFENDANT RSKCO SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT |

| | |
|---|---|
| PARTNERSHIPS 1-10, DOE | ) |
| CORPORATIONS 1-10; DOE | ) |
| LIMITED LIABILITY | ) |
| ENTITIES 1-10; DOE | ) |
| "NON-PROFIT" CORPORATIONS | ) |
| 1-10; and DOE GOVERNMENTAL | ) |
| ENTITIES 1-10, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT RSKCO SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, Defendant RSKCO SERVICES, INC. ("RSKCO") hereby respectfully moves the Court for judgment, as a matter of law, on all of Plaintiffs' claims because Plaintiffs have no independent right of action against RSKCO as an independent adjuster, there is no contractual relationship between RSKCO and Plaintiffs, and Plaintiffs have no expert testimony to establish that RSKCO breached the standard of care applicable to an adjuster in the handling of Daniel Backman's workers' compensation claim. No reasonable jury could find that RSKCO acted in bad faith under the circumstances of this case. Moreover, certain claims are barred by the statute of limitations and Plaintiffs are not entitled to punitive damages.

This Motion is based upon the attached memorandum, the concurrently filed Separate and Concise Statement of Facts, Exhibits, Declarations of Julie Holtz and Robert Kessner and upon the record and file herein.

DATED: Honolulu, Hawaii, February 15, 2006.

/s/ Edquon Lee
GEORGE W. BRANDT
STEFAN M. REINKE
BONNIE L. MOORE
EDQUON LEE
Attorneys for Defendant
RSKCO SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JULIA M. BACKMAN, individually ) <br> and on Behalf of the ESTATE OF ) <br> DANIEL VERNON BACKMAN, and ) <br> as Next Friend to KELLY KEIKO ) <br> VALENE BACKMAN and JODI ) <br> LEIGH YACHIYO BACKMAN, ) <br> Minors, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> RSKCO SERVICES, INC., a Illinois ) <br> corporation; JOHN DOES 1-10; ) <br> JANE DOES 1-10; DOE ) <br> PARTNERSHIPS 1-10, DOE ) <br> CORPORATIONS 1-10; DOE ) <br> LIMITED LIABILITY ) <br> ENTITIES 1-10; DOE "NON- ) <br> PROFIT" CORPORATIONS 1-10; ) <br> and DOE GOVERNMENTAL ) <br> ENTITIES 1-10, ) <br> ) <br> Defendants. ) <br> _____ ) | CIVIL NO. 04-00348 (HG KSC) <br> (Contract) <br> <br> CERTIFICATE OF SERVICE <br> <br> (RE DEFENDANT RSKCO <br> SERVICES, INC.'S MOTION FOR <br> SUMMARY JUDGMENT) |

## CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the within document was duly served on the following:

15941 MOTION 02 PEL

|  | MAIL | PERSONAL SERVICE |
|---|---|---|
| ROBERT D. KAWAMURA, ESQ.<br>550 Halekauwila Street, Suite 107<br>Honolulu, Hawaii  96813<br>   Attorney for Plaintiffs<br>   JULIA M. BACKMAN, individually and on Behalf<br>   of the ESTATE OF DANIEL VERNON<br>   BACKMAN, and as Next Friend to KELLY KEIKO<br>   VALENE BACKMAN and JODI LEIGH<br>   YACHIYO BACKMAN, Minors |  | X |

DATED:  Honolulu, Hawaii, February 15, 2006.

/s/ Edquon Lee
GEORGE W. BRANDT
STEFAN M. REINKE
BONNIE L. MOORE
EDQUON LEE
Attorneys for Defendant
RSKCO SERVICES, INC.

15941 MOTION 02 PEL

2