IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JULIA M. BACKMAN, individually and on behalf of DANIEL VERNON BACKMAN, andd as Next Friend to KELLY KEIKO VLENE BACKMAN and JODI LEIGH YACHIYO BACKMAN, minors<br><br>        Plaintiffs,<br><br>        vs.<br><br>RSKCO SERVICES, INC., and Illinois Corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10, DOE CORPORATIONSW 1-10; DOE LIMITED LIABILITY ENTITIES 1-10; DOE "NON-PROFIT" CORPORATIONS 1-10<br>        Defendants | CIVIL NO. 04-00348 (HG KSC)<br>(Contract)<br><br><br><br><br>DECLARATION OF JULIE HOTZ |

DECLARATION OF JULIE HOTZ

Pursuant to 28 U.S.C. Section 1746, Julie Hotz declares as follows:

1. I am a Workers Compensation Claim Manager employed by Continental Casualty Company. ("Continental Casualty").The statements made in this affidavit are made upon my personal knowledge, and I am competent to testify to

them under oath at trial if I am called as a witness.

2. I have reviewed Continental Casualty's claim records regarding the worker's compensation claim presented by Daniel Backman and his estate (collectively, "Backman").

3. Continental Casualty issued a workers compensation policy, number 161788091, insuring First Insurance Company of Hawaii and certain other insurance companies. All claim payments of workers compensation benefits to Backman have been made from that policy.

4. Prior to June 2003, certain claims were handled by employees of RSKCo Services, Inc., ("RSKCo Services") including Backman's claim. RSKCo Services was not an insurance company and to my knowledge never issued an insurance policy. Instead, RSKCo Services was a third party claim administrator that handled claims pursuant to contracts with certain insurance companies, including Continental Casualty, and with certain self-insured employers.

5. It is my understanding that Continental Casualty owned RSKCo Services until June 2003 when it was sold to Cunningham Lindsey U.S.,

Inc. ("Cunningham Lindsey"). Cunningham Lindsey is not owned by or affiliated with Continental Casualty or with any of Continental Casualty's subsidiary, affiliated, or parent companies. At the time of that sale, employees of Continental Casualty took over the responsibility of handling Backman's claim.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on   day of February, 2006

_____
Julie Hotz