LYONS, BRANDT, COOK & HIRAMATSU
Attorneys at Law
A Law Corporation

GEORGE W. BRANDT  1181-0
STEFAN M. REINKE  3747-0
BONNIE L. MOORE  7138-0
EDQUON LEE  3845-0
1800 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-7030
Facsimile:  (808) 533-3011
E-mail:  gbrandt@lbchlaw.com
         sreinke@lbchlaw.com
         bmoore@lbchlaw.com
         elee@lbchlaw.com

Attorneys for Defendant
RSKCO SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JULIA M. BACKMAN, individually ) <br> and on Behalf of the ESTATE OF ) <br> DANIEL VERNON BACKMAN, and ) <br> as Next Friend to KELLY KEIKO ) <br> VALENE BACKMAN and JODI ) <br> LEIGH YACHIYO BACKMAN, ) <br> Minors, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> RSKCO SERVICES, INC., a Illinois ) <br> corporation; JOHN DOES 1-10; ) <br> JANE DOES 1-10; DOE ) | CIVIL NO. 04-00348 (HG KSC) <br> (Contract) <br> <br> DECLARATION OF EDQUON LEE |

15941 DECLARATION 01 PEL

| | |
|---|---|
| PARTNERSHIPS 1-10, DOE | ) |
| CORPORATIONS 1-10; DOE | ) |
| LIMITED LIABILITY | ) |
| ENTITIES 1-10; DOE | ) |
| "NON-PROFIT" CORPORATIONS | ) |
| 1-10; and DOE GOVERNMENTAL | ) |
| ENTITIES 1-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF EDQUON LEE

I, EDQUON LEE, declare as follows:

I am an attorney duly licensed to practice law in the State of Hawaii and one of the attorneys for Defendant RSKCO SERVICES, INC. ("RSKCO") in the above-captioned matter.

1. Exhibit "1" is a true and correct copy of the Complaint filed on October 29, 2003.

2. Exhibit "2" is a true and correct copy of the First Amended Complaint filed on November 26, 2003.

3. Exhibit "3" is a true and correct copy of the WC-1 Employer's Report of Industrial Injury.

4. Exhibit "4" is a true and correct copy of a letter dated February 11, 1999 from Clyde Carvalho of RSKCO to the Department of Labor and Industrial Relations, Disability Compensation Division ("DCD").

15941 DECLARATION 01 PEL         2

5. Exhibit "5" is a true and correct copy of a letter dated February 19, 1999 from Clyde Carvalho of RSKCO to Daniel Backman.

6. Exhibit "6" is a true and correct copy of the WC-3 Carrier's Case Report dated October 21, 1999.

7. Exhibit "7" is a true and correct copy of the WC-3 Carrier's Case Report dated January 22, 2001.

8. Exhibit "8" is a true and correct copy of page 1 of Dr. Terry Smith's operative report dated March 9, 1999.

9. Exhibit "9" is a true and correct copy of a letter dated December 27, 2000 from Leighton Oshima of Wong, Oshima & Kondo ("WOK") to David Robinson, Esq.

10. Exhibit "10" is a true and correct copy of a letter dated December 27, 2000 from Leighton Oshima of WOK to the DCD.

11. Exhibit "11" is a true and correct copy of a Request for Authorization from Jon Graham, M.D.

12. Exhibit "12" is a true and correct copy of a facsimile note dated January 17, 2001 from RSKCO to WOK.

13. Exhibit "13" is a true and correct copy of a letter dated January 19, 2001 from WOK to Dr. Graham.

14. Exhibit "14" is a true and correct copy of a letter dated January 19, 2001 from WOK to Peter Diamond, M.D.

15. Exhibit "15" is a true and correct copy of a letter dated January 26, 2001 from Dr. Diamond to WOK.

16. Exhibit "16" is a true and correct copy of a letter dated January 30, 2001 from WOK to Dr. Diamond.

17. Exhibit "17" is a true and correct copy of a letter dated January 31, 2001 from Mr. Robinson to WOK.

18. Exhibit "18" is a true and correct copy of a letter dated February 14, 2001 from WOK to Mr. Robinson.

19. Exhibit "19" is a true and correct copy of pages 1 and 9 of a report dated March 7, 2001 by Dr. Diamond.

20. Exhibit "20" is a true and correct copy of a letter dated March 14, 2001 from WOK to RSKCO.

21. Exhibit "21" is a true and correct copy of a letter dated March 16, 2001 from RSKCO to WOK.

22. Exhibit "22" is a true and correct copy of a letter dated April 11, 2001 from WOK to Mr. Robinson.

23. Exhibit "23" is a true and correct copy of page 1 of a report dated May 1, 2001 by Dr. Graham.

24. Exhibit "24" is a true and correct copy of a letter dated April 27, 2001 from WOK to Stephen Holmes, M.D.

25. Exhibit "25" is a true and correct copy of page 1 of a report dated June 6, 2001 by Dr. Holmes.

26. Exhibit "26" is a true and correct copy of a letter dated June 12, 2001 from WOK to RSKCO.

27. Exhibit "27" is a true and correct copy of a letter dated June 22, 2001 from WOK to Mr. Backman.

28. Exhibit "28" is a true and correct copy of pages 1-4 of the DCD Decision filed on October 29, 2001.

29. Exhibit "29" is a true and correct copy of pages 1, 48-50 and 54-55 of the Deposition of Jon F. Graham, M.D., taken on October 6, 2005.

30. Exhibit "30" is a true and correct copy of pages 1, 6 and 7 of the DCD Decision filed on June 25, 2003.

31. Exhibit "31" is a true and correct copy of the Order Granting Partial Stay of Payments filed on August 29, 2003.

32. Exhibit "32" is a true and correct copy of pages 1, 7 and 10 of the Amended Decision and Order filed on June 30, 2004.

33. Exhibit "33" is a true and correct copy of pages 1 and 4 of the DCD Decision filed on February 11, 2004.

34.    Exhibit "34" is a true and correct copy of pages 1, 2 and 4 of the DCD Decision filed on January 30, 2006.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, February 15, 2006.

/s/ Edquon Lee
EDQUON LEE