~~OFFICIAL COPY~~ ORIGINAL

ECO

1ST CIRCUIT COURT
STATE OF HAWAII
FILED

2003 OCT 29 PM 3:32

N. ANAYA
CLERK

Of Counsel:
LAW OFFICE OF ROBERT D. KAWAMURA
Attorneys At Law

ROBERT D. KAWAMURA 4537-0
550 Halekauwila Street
Suite 107
Honolulu, Hawaii  96813
Telephone: (808) 523-7777
Facsimile: (808) 523-3780

Attorneys for Plaintiffs
JULIA M. BACKMAN, individually and on
Behalf of the ESTATE OF DANIEL VERNON BACKMAN,
Deceased, and as Next Friend to KELLY KEIKO
VALENE BACKMAN and JODI LEIGH YACHIYO BACKMAN,
Minors,

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAI'I

| | |
|---|---|
| JULIA M. BACKMAN, individually and on Behalf of the ESTATE OF DANIEL VERNON BACKMAN, and as Next Friend to KELLY KEIKO VALENE BACKMAN and JODI LEIGH YACHIYO BACKMAN, Minors,<br><br>Plaintiffs,<br><br>vs.<br><br>RSKCO SERVICES, INC., a Illinois corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE LIMITED LIABILITY ENTITIES 1-10; DOE "NON-PROFIT" CORPORATIONS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>Defendants. | Civil No. 03-1-2190-10 (GWBC)<br>(Contract)<br><br>**COMPLAINT**; SUMMONS |

EXHIBIT 1

COMPLAINT



B 0474