| | | |
|---|---|---|
| Every work injury to an employee causing absence for one day working days after the injury. Failure to report promptly is a DIVISION IMMEDIATELY IF INJURY RESULTS IN CORRESPONDENCE. | which requires medical services other than first aid treatment m ...eanor punishable by not more than a $5,000 fine. (Sec. 386-95 TH.) EVERY QUESTION MUST BE ANSWERED FULLY T( | ted within 7 OTIFY THE DID FURTHER | The law requires the furnish the injured emplo, of this report. |

## WC-1 EMPLOYER'S REPORT OF INDUSTRIAL INJURY

(NOTE: DO NOT WRITE IN SHADED BLOCKS)

**IDENTIFICATION SECTION**

| EMP NAME - LAST | FIRST | M.I. | SOC. SEC. NO | DATE OF BIRTH | SEX | MARITAL STATUS | DATE RECEIVED |
|---|---|---|---|---|---|---|---|
| Ba..man | Daniel | V | 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 | 1/16/59 | MALE X / FEMALE ☐ | MARRIED X / SINGLE ☐ | MO/DAY/YR |

| ADDRESS | ADDITIONAL ADDRESS INFORMATION (C/O) | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 94-872 Lumiholoi St | | Waipahu | HI | 96797 |

| PHONE | OCCUPATION | HOW LONG EMPLOYED BY YOU AT THIS OCCUPATION | YRS EMP'D CODE | DEPARTMENT | PAYROLL COMP CLASS CODE | OCC. CODE |
|---|---|---|---|---|---|---|
| 677-2142 | Investigator | 2 yrs 4 mos | | Claims- SIU | | |

**REGISTERED EMPLOYER**: First Insurance Co of Hi.Ltd.    DBA

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1100 Ward Avenue | Honolulu | HI | 96814 |

| PHONE | NATURE OF BUSINESS | DATE INJURY/ILLNESS REPORTED | DATE OF INJURY/ILLNESS | PREFAB | OOL NUMBER | DBA |
|---|---|---|---|---|---|---|
| 527-7777 | Insurance | 2/5/98 | 7/31/97 | ☐WC-2 ☐WC-8 | | |

**DETAIL OF INJURY/ILLNESS**

| TIME OF INJURY/ILLNESS | TIME OF I/I CODE | PLACE OF I/I IF DIFFERENT FROM EMPLOYERS MAILING ADDRESS | CITY | STATE | ON EMPLOYER'S PREMISES | SIC | OWNERSHIP CODE |
|---|---|---|---|---|---|---|---|
| __AM __PM | | | | | ☐YES ☐NO | | |

| | | SOURCE OF INJURY | ACCIDENT TYPE |
|---|---|---|---|

HOW DID THIS ACCIDENT OCCUR? (Please describe fully the events that resulted in injury or occupational disease. Tell what happened. Please use separate sheet if necessary.)

This injury stems from the October 12, 1988 injury in which he was involved a auto accident while performing Loss Control services on Maui. He has had no other accidents that might attribute to this injury.

WHAT WAS EMPLOYEE DOING WHEN INJURED? (Please be specific. Identify...)

```
DCD ___      D-ATTY ___
ER  ___      D-ATTY ___
VR  ___      UN. REP ___
MM  ___      OTHER  ___
```

| TASK | ACTIVITY | ACCIDENT FACTOR |
|---|---|---|

RECEIVED FEB 9 1999
RSKCo - HONOLULU

OBJECT OR SUBSTANCE THAT DIRECTLY INJURED EMPLOYEE (e.g. the machine employee struck against or struck him, the vapor or poison inhaled or swallowed, the chemical that irritated his skin, in case of strains, the thing he was lifting, pulling, etc.)

DESCRIBE IN DETAIL THE NATURE OF THE INJURY, ILLNESS AND PART OF THE BODY AFFECTED:

Neck pain, muscle spasms in shoulder & neck; numbness and tingling of left arm and shoulder. He has a herniated disc and two bulging disc-one on top and one below the herniated disc.

| | YES | NO | NATURE OF INJURY | PART OF BODY |
|---|---|---|---|---|
| DISFIGUREMENT | ☐ | ☐ | | |
| BURNS | ☐ | ☐ | | |

**TIME LOST INFORMATION**

| DATE DISABILITY BEGAN | WAS EMPLOYEE FURNISHED MEALS OR LODGING? | AVG WKLY WAGE | IF EMPLOYEE IS BACK TO WORK GIVE DATE | WAS EMPLOYEE PAID IN FULL FOR DAY OF INJURY/ILLNESS? | IF EMPLOYEE DIED GIVE DATE | HOURLY WAGE | MONTHLY SALARY | HRS WRKD PER WK | WEIGHING FACTOR |
|---|---|---|---|---|---|---|---|---|---|
| 1/5/99 | ☐YES ☒NO | 928.85 | MO/DAY/YR | ☒YES ☐NO | MO/DAY/YR | | 4025.00 | 37 | 5 |

GIVE NAME AND ADDRESS OF SURVIVORS ON BACK

**TREATMENT** — OBTAIN NAME OF TREATING PHYSICIAN FROM EMPLOYEE

| NAME OF PHYSICIAN | ADDRESS | PHYSICIAN I.D. CODE |
|---|---|---|
| Daniel Soussott, MD | The Medical Corner, 99-128 Aiea Heights Dr, Suite 101A | |
| NAME OF HOSPITAL (IF HOSPITALIZED) | ADDRESS: Aiea HI 96701 | |

CARRIER I.D.

**INSURANCE**

| NAME OF WC INSURANCE CARRIER | NAME OF ADJUSTING COMPANY | IF LIABILITY DENIED - WHY? | IS LIABILITY DENIED |
|---|---|---|---|
| \ Risk Management | | Pending Investigation | ☒YES ☐NO |

| POL. NO. | POLICY PERIOD | ADJUSTER NAME | CARR. CASE NO |
|---|---|---|---|
| | | EXHIBIT 3 | |

| ADJUSTER I.D. | MEDICAL DEDUCTIBLE |
|---|---|
| | B 0399 |

**SIGNATURE**: _[signature]_    TITLE: AVP    DATE: 2/8/99