WC-3 (Rev. 3/92)

## WC-3 CARRIER'S REPORT

| Case No. |
|---|
| 79900534 |

**FOR OFFICE USE ONLY**
Date Received
Mo. / Day / Yr.

Carrier Case No.
2J029128

Carrier I.D.
1110

**CLAIMANT NAME AND ADDRESS**

Daniel Backman
94-872 Lumiholoi St.
Waipahu, HI 96797

SOC. SEC. NO. 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

DATE OF INJURY/ILLNESS 7/31/97

EMPLOYER First Insurance

CARRIER Continental Casualty

ADJUSTER RSKCo

ADDRESS PO Box 1320 Hon, HI 96807

INDIVIDUAL TO CONTACT J. Matson

TELEPHONE NO. 522-2291

**CHECK ONE:**

1. [X] DATE OF FIRST INCOME REPLACEMENT PAYMENT: 10 / 21 / 99   MO. / DAY / YR.
2. [ ] REOPEN CASE
3. [ ] HEARING REQUESTED
4. [ ] NO LOST TIME/MEDICAL ONLY — PAYMENT DATE ___ / ___ / ___   MO. / DAY / YR.
5. [ ] FINAL PAYMENT TO PREVIOUSLY ENDED CASE FOR 19____
6. [ ] YEAR END REPORT FOR   19____
7. [ ] FINAL REPORT (COPY TO EMPLOYEE) FOR   19____

NOTE. WHEN 4, 5, 6 & 7 ARE CHECKED, PAYMENT BLOCK MUST BE FILLED IN.

RETURN TO WORK DATE: MO. / DAY / YR.

WEEKLY COMP. RATE _____

| BENEFIT PAYMENTS | Days | Payments Not Previously Reported | Prior Payments | Total Payments Made to Date |
|---|---|---|---|---|
| 1. Temporary Total * | | $ | $ | $ |
| 2. Temporary Partial * | | $ | $ | $ |
| 3. Permanent Total | | $ | $ | $ |
| 4. Permanent Partial | | $ | $ | $ |
| 5. Death | | $ | $ | $ |
| 6. Disfigurement | ///// | $ | $ | $ |
| 7. Medical/Other Costs | ///// | $ | $ | $ |
| 8. Services of Attendant | ///// | $ | $ | $ |
| 9. Rehabilitation | ///// | $ | $ | $ |

Carrier's Comments: _____

Medical Deductible: _____

*List Date(s) of Disability in Carrier's Comments Section.

I hereby certify the accuracy of all of the above statements

NOTICE TO EMPLOYEE: With the final payment of compensation (as indicated hereon) on your industrial injury of ___/___/___ month day year identified as Case No. _____, the case shall be closed. This determination shall not constitute a bar to your reopen-

SIGNATURE James Matson
POSITION Adjuster

EXHIBIT 6

B 0817

10/21/99