**3 CARRIER'S CASE REPORT**

WC-1 (Rev. 3-92)

**Case No.** 79900534(H)

FOR OFFICE USE ONLY
Date Received
Mo. | Day | Year

**Carrier Case No.** 2J029128

**Carrier I.D.** 1110

**CLAIMANT NAME AND ADDRESS**

Daniel Backman
94-872 Lumiholoi Street
Waipahu, HI 96797

**SOC. SEC. No.** 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
**DATE OF INJURY/ILLNESS:** 07/31/97
**EMPLOYER** First Insurance Co. of HI, Ltd.
**CARRIER** Continental Casualty Company
**ADJUSTER** RSKCo
**ADDRESS** P.O. Box 1320, Honolulu, HI 96807-1320
**INDIVIDUAL TO CONTACT** James Matson
**TELEPHONE NO.** (808) 532-3232

**CHECK ONE**
1. ☐ DATE OF FIRST INCOME REPLACEMENT PAYMENT: MO/DAY/YR
2. ☐ REOPEN CASE
3. ☐ HEARING REQUESTED
4. ☐ NO LOST TIME/MEDICAL ONLY PAYMENT DATE: MO/DAY/YR
5. ☐ FINAL PAYMENT TO PREVIOUSLY ENDED CASE FOR 19___
6. ☒ YEAR END REPORT FOR 20 00
7. ☐ FINAL REPORT (COPY TO EMPLOYEE) FOR 19___

NOTE: WHEN 4, 5, 6, & 7 ARE CHECKED, PAYMENT BLOCK MUST BE FILLED IN.

**RETURN TO WORK DATE** MO/DAY/YR

**WEEKLY COMP. RATE** $501.00

| | BENEFIT PAYMENTS | Days | Payments Not Previously Reported | Prior Payments | Total Payments Made to Date |
|---|---|---|---|---|---|
| 1. | Temporary Total | 354 | $ 25336.28 | $ 11666.14 | $ 37002.42 |
| 2. | Temporary Partial | | $ | $ | $ |
| 3. | Permanent Total | | $ | $ | $ |
| 4. | Permanent Partial | | $ | $ | $ |
| 5. | Death | | $ | $ | $ |
| 6. | Disfigurement | | $ | $ | $ |
| 7. | Medical/Other Costs | | $ 26275.66 | $ 17650.50 | $ 43926.16 |
| 8. | Services of Attendant | | $ | $ | $ |
| 9. | Rehabilitation | | $ | $ | $ |

**Carrier's Comments:** TTD: 01/18/00 – 01/20/00; 01/31/00 – 01/15/01

*List Date(s) of Disability in Carrier's Comments Section.

NOTICE TO EMPLOYEE: With the final payment of compensation (as indicated hereon) on your industrial injury of ___, identified as Case No. ___, the case shall be closed. This determination shall not constitute a bar to your reopening rights as provided by Section 286-89, HRS, nor to future medical benefits.

**Medical Deductible:**

I hereby certify the accuracy of all the above statements.

**SIGNATURE** [signed]
**POSITION** Claims Examiner
**DATE:** 01/22/01

EXHIBIT 7

B 0717