# WONG OSHIMA & KONDO
ATTORNEYS AT LAW, A LAW CORPORATION
DAVIES PACIFIC CENTER, SUITE 1600
841 BISHOP STREET
HONOLULU, HAWAII 96813

SIDNEY J. Y. WONG
LEIGHTON K. OSHIMA
AMY R. KONDO

TELEPHONE: (808) 538-0040
FAX: (808) 599-3620

DARLENE Y. F. ITOMURA
BLAKE K. OSHIRO
COLETTE H. GOMOTO
GORDON T. YANG

December 27, 2000

Mr. David Robinson
Robinson & Chur, AAL
Gentry Pacific Design Center
560 N. Nimitz Hwy., Ste. 209
Honolulu, HI 96817

Re:  Claimant:  Daniel Backman
     Employer:  First Insurance Co. of Hawaii, Ltd.
     Accident:  07/31/97
     Case No.:  7-99-00534
     Claim No.: 2J029128
     Our File No.: 00-001-32

Dear Mr. Robinson:

We have been retained by RSKCo to represent its interest. Please direct all further inquires, correspondence and documentation to me directly.

Thank you for your time and attention. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

WONG, OSHIMA & KONDO

Leighton K. Oshima

LKO:tn
r\rskco\backman\letters\122700robinson.wpd

A 00008

EXHIBIT 9