## WONG OSHIMA & KONDO
ATTORNEYS AT LAW, A LAW CORPORATION
DAVIES PACIFIC CENTER, SUITE 1600
841 BISHOP STREET
HONOLULU, HAWAII 96813

SIDNEY J. Y. WONG
LEIGHTON K. OSHIMA
AMY R. KONDO

TELEPHONE (808) 538-0040
FAX: (808) 599-3620

DARLENE Y. F. ITOMURA
BLAKE K. OSHIRO
COLETTE H. GOMOTO
GORDON T. YANG

December 27, 2000

Department of Labor
and Industrial Relations
Disability Compensation Division
830 Punchbowl Street, Room 209
Honolulu, HI 96813

    Re:    Claimant:    Daniel Backman
            Employer:   First Insurance Co. of Hawaii, Ltd.
            Accident:    07/31/97
            Case No.:    7-99-00534
            Claim No.:   2J029128
            Our File No.:  00-001-32

To Whom It May Be Directed:

    We have been retained to represent the Employer/Carrier. Please direct all further communication, correspondence and notices of hearing to our attention.

                Very truly yours,

                WONG, OSHIMA & KONDO

                Leighton K. Oshima

LKO:tn
f\rsk\co\backman\letters\122700dcd.wpd

A 00009

EXHIBIT 10