**JON F. GRAHAM, M.D.**
1329 Lusitana Street – Suite 301
Honolulu, Hawaii 96813
(808) 550-4939 / Fax (808) 538-5437

5

## REQUEST FOR AUTHORIZATION

To: James Matson                                  Date: 01/16/01

RSKCO

Fax: 522-2255

From: Dr. Graham/ Sandi

Patient: Daniel Backman                           Date of Injury / Hospital Admit: _____

Address: 94-872 Lumiholoi Street                  ☒ Male  ☐ Female    DOB: 01-06-_

Waipahu, Hawaii 96797                             Telephone: 678-1798

Insurance:  ☐ HMSA  ☐ Medicare  ☐ Medicaid  ☐ HMAA  ☐ UHA  ☐ Other _____

☐ Auto _____    ☒ W/C _____

Policy/Group No.: _____    Insured's name (if other than patient): _____

Diagnosis: 1. 722.0 – C5 Radiculopathy         2. _____

3. _____                               4. _____

Reason for Request / Authorization: **Surgical Procedure – C4-5 microforaminotomy**

CPT: 63081 and 69990

Date of Scheduled Appointment / Procedure: Pending Approval    Time: _____

Comments: PLEASE INFORM US ASAP REGARDING STATUS OF REQUEST. Thank you!

☐ APPROVED                                      ☐ DENIED
Authorization No.: _____              Reason: _____
by:
Signature: _____                       Date: _____

Print name: _____                      Telephone: _____

B 0894