☎ 8085222255                01/17  J1  14:40 [P :01/02  NO.031



# RSKCo

P.O. Box 1320
Honolulu, HI 96807

*James Matson*
Senior Claims Specialist
Telephone    808-522-2291
Facsimile    808-522-2255

## FACSIMILE COVER SHEET

**TO:**
- Name: Leighton Oshima
- Company: Wong, Oshima & Kondo
- Telephone: 808-538-0040
- Facsimile: 808-599-3620

**FROM:**
- Name: James Matson
- Company: RSKCo/Honolulu
- Telephone: 808-522-2291
- Facsimile: 808-522-2255
- Date: January 17, 2001
- Pages: 2 (including this page)

**Subject:** Please let me know if you have any objections to the following request for surgery by Dr. Graham. Thanks.

A 00004

EXHIBIT 12