## WONG OSHIMA & KONDO
ATTORNEYS AT LAW, A LAW CORPORATION
DAVIES PACIFIC CENTER, SUITE 1600
841 BISHOP STREET
HONOLULU, HAWAII 96813

SIDNEY J. Y. WONG
LEIGHTON K. OSHIMA
AMY R. KONDO

TELEPHONE: (808) 538-0040
FAX: (808) 599-3620

DARLENE Y. F. ITOMURA
BLAKE K. OSHIRO
COLETTE H. GOMOTO

January 19, 2001

Jon F. Graham, M.D.
1328 Lusitana Street, Suite 301
Honolulu, Hawaii 96813

Re:  Claimant:     Daniel Backman
     Employer:     First Insurance Co. of Hawaii, Ltd.
     Accident:     07/31/97
     Case No.:     7-99-00534
     Claim No.:    2J029128
     Our File No.: 00-001-32

Dear Dr. Graham:

We received and reviewed your Request for Authorization dated January 16, 2001 for the C4-5 surgical procedure. Please inform us of the change in Claimant's medical condition which necessitates the surgery. According to the magnetic resonance image, there has been no change in his condition at C4-5.

Thank you for your time and attention. We look forward to hearing from you shortly.

Very truly yours,

WONG, OSHIMA & KONDO

Leighton K. Oshima
Darlene Y.F. Itomura

LKO\DYFI:dys
cc:    David Robinson, Esq.
r\rskco\backman\letters\011801.jgraham.wpd

A 00538

EXHIBIT 13