## WONG OSHIMA & KONDO
ATTORNEYS AT LAW, A LAW CORPORATION
DAVIES PACIFIC CENTER, SUITE 1600
841 BISHOP STREET
HONOLULU, HAWAII 96813

SIDNEY J. Y. WONG
LEIGHTON K. OSHIMA
AMY R. KONDO

TELEPHONE: (808) 538-0040
FAX: (808) 599-3620

DARLENE Y. F. ITOMURA
BLAKE K. OSHIRO
COLETTE H. GOMOTO

January 19, 2001

Peter E. Diamond, M.D.
Honolulu Sports Medical Clinic
932 Ward Avenue, 4th Floor
Honolulu, Hawaii 96814

Re: Claimant:  Daniel Backman
    Employer:  First Insurance Co. of Hawaii, Ltd.
    Accident:  07/31/97
    Case No.:  7-99-00534
    Claim No.: 2J029128
    Our File No.: 00-001-32

Dear Dr. Diamond:

Enclosed is a request for authorization from Claimant's consultant, Dr. John Graham, dated January 16, 2001, for a C4-5 surgical procedure and magnetic resonance imaging reports. Please inform us whether the surgery is required for the nature of his industrial injuries. Also, please inform us whether further conservative treatment is recommended before proceeding with the surgery. We would appreciate your prompt response.

Thank you for your time and attention. We look forward to hearing from you shortly.

Very truly yours,

WONG, OSHIMA & KONDO

Leighton K. Oshima
Darlene Y.F. Itomura

LKO\DYFI:dys
Enclosures
cc:   Mr. James Matson (RSKCo)
r:\rskco\backman\letters\011901.PDiamond.wpd

A 00539

EXHIBIT 14