**WONG OSHIMA & KONDO**
ATTORNEYS AT LAW, A LAW CORPORATION
DAVIES PACIFIC CENTER, SUITE 1600
841 BISHOP STREET
HONOLULU, HAWAII 96813

SIDNEY J. Y. WONG
LEIGHTON K. OSHIMA
AMY R. KONDO

TELEPHONE: (808) 538-0040
FAX: (808) 599-3620

DARLENE Y. F. ITOMURA
BLAKE K. OSHIRO
COLETTE H. GOMOTO
SHELLEY D. NOBRIGA
RUSSELL Y. TSUJI

January 30, 2001

<u>Via Facsimile & U.S. Mail - 521-1173</u>
Peter E. Diamond, M.D.
Honolulu Sports Medical Clinic
932 Ward Avenue, 4th Floor
Honolulu, Hawaii 96814

Re:  Claimant:     Daniel Backman
     Employer:     First Insurance Co. of Hawaii, Ltd.
     Accident:     07/31/97
     Case No.:     7-99-00534
     Claim No.:    2J029128
     <u>Our File No.:   00-001-32</u>

Dear Dr. Diamond:

In response to your letter dated January 26, 2001, enclosed is a letter dated January 23, 2001 from Claimant's treating physician, Dr. Jon Graham, and medical note dated December 22, 2000. According to Dr. Graham, the surgery at the C4-5 level is requested because Claimant has not improved with conservative therapy. According to the medical notes, the MRI showed foraminal stenosis at C4-5 bilaterally. Please inform us whether the surgery is required for the nature of his industrial injuries or is due to his pre-existing degenerative disease. Since his request for surgery is pending, we request your prompt response. Should you need further review of any medical documentation, please inform me.

Thank you for your time and attention. We look forward to hearing from you shortly.

Very truly yours,

WONG, OSHIMA & KONDO

Leighton K. Oshima
Darlene Y.F. Itomura

LKO\DYFI:dys
Enclosure (1)
cc:  Mr. James Matson/RSKCo.
r\rskco\backman\letters\012901.diamond

RECEIVED
JAN 31 2001
RSKCo - HONOLULU

B 0746