**ROBINSON & CHUR**
ATTORNEYS AT LAW
A LAW CORPORATION

DAVID M. ROBINSON
DANIEL E. CHUR
STEVEN T. BRITTAIN

TELEPHONE (808) 524-7900
FACSIMILE (808) 523-0042
E-MAIL attys@robinsonchur.com

GENTRY PACIFIC DESIGN CENTER
560 N. NIMITZ HWY.
SUITE 209
HONOLULU, HAWAII 96817

January 31, 2001

Darlene Y.F. Itomura, Esq.
Wong Oshima & Kondo
Davies Pacific Center
841 Bishop Street, Suite 1600
Honolulu, Hawaii 96813

Re:   Claimant:      Daniel Backman
      Employer:      First Insurance Co. of Hawaii, Ltd.
      Carrier:       RSKCo.
      D/Accident:    July 31, 1997
      DCD No.:       7-99-00534

Dear Ms. Itomura:

I have a copy of your letter to Dr. Graham dated January 19, 2001 pertaining to a surgical request, but you have not provided me with any of the medical records and reports, including the surgical request. Accordingly, I have not been able to request any hearing with regard to a denial and I have not been able to determine whether or not a proper denial has even been made.

Please forward copies of all current medical records and reports to me immediately. Please also forward a copy of the proper denial to the surgical request that is in conformity with the Hawaii Workers' Compensation Medical Fee Schedule and Regulations.

Finally, if Dr. Graham has responded to your request for further information, please provide me with a copy of that as well. I will look forward to your very immediate response.

Very truly yours,

ROBINSON & CHUR

David M. Robinson

DMR:rmr
Cc:   Daniel Backman
      DLIR/DCD

A 00526

EXHIBIT 17