## WONG OSHIMA & KONDO
ATTORNEYS AT LAW, A LAW CORPORATION
DAVIES PACIFIC CENTER, SUITE 1600
841 BISHOP STREET
HONOLULU, HAWAII 96813

SIDNEY J. Y. WONG
LEIGHTON K. OSHIMA
AMY R. KONDO

TELEPHONE: (808) 538-0040
FAX: (808) 599-3620

DARLENE Y. F. ITOMURA
BLAKE K. OSHIRO
COLETTE H. GOMOTO
SHELLEY D. NOBRIGA
RUSSELL Y. TSUJI

February 14, 2001

Mr. David Robinson
Robinson & Chur, AAL
Gentry Pacific Design Center
560 N. Nimitz Hwy., Ste. 209
Honolulu, HI 96817

Re:  Claimant:      Daniel Backman
     Employer:      First Insurance Co. of Hawaii, Ltd.
     Accident:      07/31/97
     Case No.:      7-99-00534
     Claim No.:     2J029128
     Our File No.:  00-001-32

Dear Mr. Robinson:

In response to your letter dated January 31, 2001, enclosed is the request for surgery from Claimant's treating physician, Dr. Jon Graham, and other medical records pertaining to the request for surgery. We are awaiting a response from our consultant, Dr. Peter Diamond, regarding the necessity of a second surgery for Claimant's industrial injury. Upon receipt, Employer/Adjuster will notify you of its position.

Thank you for your time and attention. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

WONG, OSHIMA & KONDO

Leighton K. Oshima
Darlene Y.F. Itomura

LKO\DYFI:dys
Enclosures
f:\rskco\backman\letters\021401.dr

A 00514

EXHIBIT 18