**Specialties**
Orthopedics
Internal Medicine
General Medicine

**Services**
Sports Medicine
Arthroscopic Surgery
Physical Therapy
Auto Accidents
Occupational Medicine
IME/PPD Exams
Medical/Legal

HONOLULU SPORTS MEDICAL CLINIC, INC.

Honolulu Club Building
932 Ward Ave. Suite 460 Honolulu, Hawaii 96814
Tel:(808) 521-6564  Fax: (808) 521-1173
CHET NIERENBERG, M.D.
ROBERT SMITH, M.D.
PETER DIAMOND, M.D.



March 7, 2001

Darlene Y. F. Itomura
Wong, Oshima & Kondo
Attorneys at Law, A Law Corporation
Davies Pacific Center, Suite 1600
Honolulu, HI  96813

RE:         BACKMAN, DANIEL
Employer:   First Insurance Company of Hawaii, Inc.
D/Accident: 7/31/97
Case No:    7-99-00534
Claim No:   2J029128
File No:    00-001-32

Dear Ms. Itomura:

Thank you for your letter, dated 2/8/01, and the additional medical records.

As you know, I originally saw this patient for an Independent Medical Evaluation on 2/25/99, and issued my findings in a report dated 3/8/99. The patient underwent surgery on 3/9/99, with discectomy and anterior cervical fusion at the C4-5 level. Medical records subsequent to my evaluation document complaints of continuing neck pain following the surgery.

An MRI of the cervical spine was performed on 12/15/00, and according to the interpreting Radiologist, showed no significant central canal stenosis or neural foraminal narrowing at the C4-5 level.

On 1/16/01, Dr. Jon Graham requested authorization to perform additional surgery at C4-5. I expressed my concerns regarding selection of a C4-5 procedure in a letter to you, dated 1/26/01.

RECEIVED
19
RSKCo - HONOLULU      A00033

Wong, Oshima & Kond
March 7, 2001
Page 9

RE:   BACKMAN, DANIEL

MEDICAL OPINIONS:

After review of the additional records, I am afraid I cannot specifically answer your question with regard to the necessity for the proposed surgery at C4-5. I would note that the surgery performed by Terry Smith, M.D., on 3/9/99, included a foraminotomy at C4-5. Subsequently, a cervical MRI scan, performed on 12/15/00, and interpreted by Matthew Yuh, M.D., Radiologist, indicated that there was no significant central canal stenosis or neural foraminal narrowing at C4-5. However, in a clinical note dated 12/22/00, Dr. Graham stated that he had reviewed the MRI scan, which he felt showed bilateral foraminal stenosis at C4-5, worse on the left.

Moreover, I did not see any indication in the records that electrodiagnostic studies had been performed, and I am not at all sure that the radiating symptoms of which the patient complains are specifically attributable to a surgically correctable condition at the C4-5 level. The most detailed description of radiating symptoms following the original surgery was provided by Dr. Chow on 4/4/00, at which time he documented complaints of neck pain radiating to the bilateral shoulders, left greater than right, with numbness and tingling in the left 4th and 5th fingers. These symptoms are not in a C4-5 distribution.

At this point, I would suggest that the actual MRI films from 12/15/00 be sent to a Neuroradiologist for an independent reading, in an attempt to resolve the apparent difference of opinion between the Neurosurgeon and the interpreting Radiologist. I would also reiterate my suggestion for EMG studies of the upper extremities prior to any proposed surgery, in an effort to further define the source of the patient's complaints. When a definitive indication for surgery has been identified, I will be able to specifically address your questions.

Sincerely,

Peter E. Diamond, M.D.

PED:ab



RSKCo - HONOLULU    A00041