

P.O. Box 1320
Honolulu, HI 96807

Tyron K. Nojima
Senior Claims Specialist
Telephone   808-522-2293
Facsimile   808-522-2255

March 16, 2001

Darlene Itomura, Esq
841 Bishop St. # 1600
Honolulu, HI 96813

Re:   Claim No.: 2J029128
      DCD Case No: 79900534
      Insured: First Insurance
      Employee: Daniel Backman
      Date of Injury: 7/31/97

Dear Ms. Itomura:

We are the insurance adjusters representing the insured in the above captioned workers' compensation claim.

Thank you for your letter of 3/14/01. We have reviewed the IME report of Dr. Diamond. We have also provided a copy to Carol Hashimoto HR Manger of First Insurance. Please proceed with contacting Mr. Robinson in obtaining an EMG and further review of the MRI.

Should you have any questions or require further information, please feel free to contact me.

Very truly yours,

Tyron K. Nojima

A 00506

21