

**X-Ray Vision**
A Medical Imaging Review Service

STEPHEN M. HOLMES, M.D.
Neuroradiologist

2330 Kaola Way, Unit 5
Honolulu, Hawaii 96813

NEUROIMAGING
Specialist

June 6, 2001

Leighton K. Oshima
Darlene Y.F. Itomura
Wong-Oshima & Kondo
Attorneys at Law
Davies Pacific Center, Suite 1600
841 Bishop Street
Honolulu, Hawaii 96813

Re:  Claimant:       Daniel Backman
     Employer:       First Insurance Company of Hawaii, Ltd.
     Accident:       07/31/97
     Case No.:       7-99-00534
     Claim No.:      2J029128
     Your Claim No.: 00-001-32

Dear Mr. Oshima & Ms. Itomura,

Thank you for allowing me to review the imaging studies of claimant Daniel Backman. As indicated in your letter of 05/25/01, the claimant is requesting a second surgery of C4-5 because of potential stenosis. An MRI dated 12/15/00 was submitted for review.

This is a standard four sequence exam performed at Kuakini Medical Center. Unfortunately, the copies are of rather marginal quality.

<u>IMAGING ANALYSIS:</u>

At C3-4, there is a mild diffuse annular bulge and a small central disc protrusion with associated annular tear, but no evidence of canal or foraminal stenosis.

At C4-5, there has been previous bony effusion which appears solid. Whereas, there is a very tiny central protrusion, there is definitely no evidence of canal or foraminal stenosis. I see no specific changes to suggest the need for surgery at this level.

At C5-6, there is rather minor disc space narrowing and minor degree of disc bulge.

At C6-7, there is a minor degree of disc space narrowing.

A00031

Queen's Medical Center Radiology  547-4711 • Digital Pager: 299-4310 • Home: 599-6464 • Facsimile: 521-3745