**WONG OSHIMA & KONDO**
ATTORNEYS AT LAW, A LAW CORPORATION
DAVIES PACIFIC CENTER, SUITE 1600
841 BISHOP STREET
HONOLULU, HAWAII 96813

SIDNEY J. Y. WONG
LEIGHTON K. OSHIMA
AMY R. KONDO

TELEPHONE: (808) 538-0040
FAX: (808) 599-3620

DARLENE Y. F. ITOMURA
BLAKE K. OSHIRO
COLETTE H. GOMOTO
FLORENCIO C. BAGUIO, JR.

June 12, 2001

Mr. Tyron Nojima
RSKCo.
P.O. Box 1320
Honolulu, Hawaii 96807

    Re:    Claimant:    Daniel Backman
            Employer:   First Insurance Co. of Hawaii, Ltd.
            Accident:    07/31/97
            Case No.:   7-99-00534
            RSKCo. No.: 2J029128
            Our File No.: 00-001-32

Dear Mr. Nojima:

    We received Dr. Stephen Holmes' report dated June 6, 2001 and evaluation regarding further surgery (enclosed). Pursuant to his review of the imaging studies, he sees no specific changes at C4-5 to suggest a need for surgery at that level. He diagnosed mild diffuse degenerative disc disease and previous solid bony effusion at C4-5 without foraminal or canal stenosis. Thus, we should deny Claimant's request for surgery C4-5.

    Upon your review, please contact us to discuss further. Thank you for your time and attention to this matter. We look forward to hearing from you shortly.

                              Very truly yours,

                              WONG, OSHIMA & KONDO

                              Leighton K. Oshima
                              Darlene Y.F. Itomura

*RECEIVED RSKCo - HONOLULU*

LKO\DYFI:dys:jss
Enclosure
g:\rskco\backman\letters\061101.adj

26

B 0720