IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

-------------------------------------------

JULIA M. BACKMAN, individually and on Behalf of the

ESTATE OF DANIEL VERNON BACKMAN, and as Next Fried to

KELLY KEIKO VALENE BACKMAN and JODI LEIGH YACHIYO

BACKMAN, Minors,

      Plaintiffs,

   vs.              CIVIL NO. 04-00348(KSC)

RSKCO SERVICES, INC., a Illinois corporation; JOHN

DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE

CORPORATIONS 1-10; DOE LIMITED LIABILITY ENTITIES

1-10; DOE "NON-PROFIT" CORPORATIONS 1-10; and DOE

GOVERNMENTAL ENTITIES 1-10,

      Defendants.

-------------------------------------------

DEPOSITION OF JON F. GRAHAM, M.D.

Taken on behalf of the Defendant, RSKCO

Services, Inc., at Queens Physicians Office Building

II, 1329 Lusitana Street, Suite 301, Honolulu,

Hawaii, commencing at 2:44 p.m., on October 6, 2005,

pursuant to Notice.

BEFORE:    SHARON H. COSKEY, CSR NO. 359

           Certified Shorthand Reporter

9d02f9d8-c700-443c-96a3-60d4057e410f

Page 46

1    A.  Yes.
2    Q.  And your recommendation was to do repeat
3  X-rays and MRIs and CT scans.  Is that right?
4    A.  That's correct.
5    Q.  In your file, I have it as page 29, which
6  is a request dated November 14, 2001, for an X-ray of
7  Mr. Backman's spine.  Is that what this request is
8  for?
9    A.  Yeah.  Actually, it's written L-spine, but
10  it's supposed to mean C-spine.
11    Q.  And on the next page, page 30, is Dr.
12  Soong's radiology report interpreting that cervical
13  spine X-ray?
14    A.  Yes.
15    Q.  Did you review the film yourself of this
16  November 14, 2001 X-ray?
17    A.  I'm not sure.  Usually what happens is when
18  we get these images -- because I was asking, trying
19  to get more, more data.  So these -- the report went
20  through my desk.
21      I saw the report, but I would have waited
22  until he came back to see me and then had that with
23  the MRI and the CT, whatever other studies that we
24  had requested all together, and gone over everything
25  with the patient.

Page 47

1    Q.  So as you sit here today, you don't recall
2  actually reviewing the X-ray films, because
3  Mr. Backman, as I understand, never came back to you
4  after that November 14th visit?
5    A.  That's right.
6    Q.  On the next page, page 31, is a December 5,
7  2001 CT request.  Is that right?  Excuse me.  It's
8  dated November 19, 2001, but performed on December 5,
9  2001?
10    A.  Yes.
11    Q.  Is that typically how long it takes to
12  schedule a CT scan?  Because the request went in on
13  November 19, but, apparently, it wasn't done until
14  December 5th.
15    A.  It varies, but usually a one- to two-week
16  delay for a routine study.
17    Q.  And the same question with the CT films.
18  There was a report, that's on page 33 through 34 of
19  your records, by Dr. Song.  Did you review the actual
20  CT films to determine whether Dr. Song interpreted
21  the films in agreement with your review?
22    A.  I don't remember reviewing these.  They
23  would have been reviewed with the patient.  I saw the
24  report, but I would have shown the patient all the
25  images.

Page 48

1    Q.  On page 38 of your report is the MRI
2  request to Queen's Medical Center.  That's dated
3  November 19, 2001.
4      At the bottom, I notice that there was a
5  stamp that said "Faxed November 29, 2001."  I was
6  wondering whether you knew what that referred to?
7    A.  Which one?  What page?
8    Q.  Thirty-eight.
9    A.  Oh, this one?
10    Q.  Yes.
11    A.  That would have been that the request was
12  faxed to Queen's.  So, in other words, fill this out,
13  then the nurse faxes it, and that's the date that it
14  was faxed.
15    Q.  Do you know why there was a delay of about
16  10 days from the date you had signed the request
17  until it was actually faxed to Queen's?
18    A.  I'm not, not real sure why.
19    Q.  And the same question with regard to the
20  MRI films.  These films were interpreted by Dr.
21  Cieply.  Did you have a chance to review the MRI
22  films yourself?
23    A.  No, not that I can recall.
24    Q.  Based on the actual radiology reports by
25  Dr. Song, Soong and Cieply, would you have

Page 49

1  recommended surgery at the C4-5 level?
2    A.  Not sure, because I think when I saw him
3  last, his change -- his clinical exam was more
4  compatible, according to my note, something going on
5  at a different level in addition.  So that's why I
6  ordered the extra studies.
7      So I would have had to have gone back, seen
8  the patient, gone over all the images again and then,
9  based on those, made a recommendation as to what kind
10  of surgery he would need.
11    Q.  The last time you actually examined
12  Mr. Backman was November 14, 2001.  What complaints
13  of pain did he have and what level did you believe
14  was involved with that pain?
15    A.  Let's see.  What page is that on?
16    Q.  Well, your handwritten note is page 15, but
17  your dictated consultation report is page 18.
18    A.  I mentioned chronic L-5 radiculopathy on
19  the left with recent onset of -- C-5, I'm sorry,
20  chronic C-5 radiculopathy with possible recent onset
21  of C3-4 radiculopathy.  So that's a change, implying
22  that there could be another level that's involved,
23  like C3-4.
24    Q.  So would you have been then recommending
25  surgery at the C4-5 and also the C3-4?

13 (Pages 46 to 49)

9d02f9d8-c700-443c-96a3-60d4057e410f

Page 50

1      A.  Hard to say without seeing the patient and
2  looking at the images and trying to correlate them.
3      Q.  So what would have occurred after the
4  December 2001 MRI was completed was that Mr. Backman
5  would come and see you; you would perform another
6  examination and go over the radiology studies with
7  him?
8      A.  Right, and then try to correlate with some
9  of the radiology findings with what I see in the
10  patient.
11      Q.  So as we sit here today, because you were
12  not able to re-examine Mr. Backman after the December
13  2001 MRI, is it speculative for you to tell us
14  whether or not you would have recommended any surgery
15  at all for him?
16      A.  Hard to say.  I would have had to
17  re-examine him and determine whether or not he needed
18  something or not.  I would say probably he would have
19  needed surgery.  Which levels that would have been,
20  that's speculative.
21      Q.  Would reviewing the December 2001 MRI films
22  assist you in answering the question about whether
23  you would have recommended surgery or is the physical
24  exam that important that you needed to do one?
25      A.  Yeah, you would need both.  I can't tell

Page 51

1  you how many times I operate on people that have got
2  disease at three or four levels, and I just operate
3  on one level and sort of ignore all the other ones,
4  and they do fine.  So you have to really correlate
5  both.
6      Q.  So without one or the other, you just
7  can't, as you sit here today, you can't tell us that,
8  yes, I would have told him that he needed surgery at
9  C4-5 or any other level?
10      A.  That's correct.  I was -- my evaluation
11  here looks like I was suspicious enough for another
12  level to, you know, to warrant reordering all the
13  studies to kind of, basically, sort of, sort of
14  starting over, to reassess him and start over and
15  look at things in a new light to see what would be
16  the best thing.
17      Q.  From your November 14, 2001 examination of
18  Mr. Backman, could you tell whether his pain had
19  increased since he last saw you almost a year before,
20  in December of 2000?
21      A.  According to my notes, it says that the
22  patient continues to have neck pain and arm pain on
23  the left with paresthesia in the ulnar aspect of the
24  left hand.
25      There's no entry saying whether it's worse

Page 52

1  or better.  I have to assume everything remained
2  about the same.
3      Q.  Did you have any discussions with Dr. Otaka
4  concerning any concerns that Dr. Otaka may have that
5  Mr. Backman may be abusing his narcotic medications?
6      A.  Not that I can remember.  I mean, he was a
7  tough patient, no question.  That's why Dr. Otaka
8  called me to help, try to help him out with his
9  management.
10      Q.  During this time around, I believe it's
11  October/November/December 2001, Dr. Otaka's records
12  reflected he was trying to wean Mr. Backman off of
13  Oxycontin by using methadone.
14      And, actually, I was wondering whether he
15  needed to be weaned off Oxycontin before surgery
16  could be performed?
17      A.  Usually what we like, and, again, I don't
18  know -- generally speaking, in a patient who's been
19  on Oxycontin for a long time, we try to wean him down
20  as much as we can, because after surgery they're
21  going to have pain, and if they're flooding their
22  body with narcotics before surgery and then you're
23  trying to treat pain with narcotics after surgery, a
24  lot of times it's really hard to manage their pain.
25      So we try to, in general, any of the

Page 53

1  chronic pain patients that are on long-term
2  narcotics, we try to get them weaned down as much as
3  we can or put on a less stronger medicine so that
4  when they do have post-operative pain, we got some
5  way of controlling it.
6      Q.  Do you recall any discussions with Dr.
7  Otaka, telling Dr. Otaka that Mr. Backman should
8  reduce his Oxycontin use before the surgery?
9      A.  I don't remember anything specifically.  I
10  could have.  I don't remember.
11      Q.  Would the level of Mr. Backman's Oxycontin
12  use in December 2001, would that have prevented you
13  from operating on him?
14      A.  Again, the problem is trying to -- he was
15  on big, pretty heavy doses.  It would have been hard
16  to do surgery on him.  I mean, it would have been
17  hard to control pain post-operatively.
18      I think if he needed pain -- if he had an
19  emergency and he needed surgery, then we would just
20  do it anyway, but for an elective surgery it would
21  have been better to have him down.
22      Q.  So at what, I guess, dosage of Oxycontin
23  would you feel comfortable having Mr. Backman on
24  before going forward with the surgery?
25      A.  Well, that's hard to say.

14 (Pages 50 to 53)

9d02f9d8-c700-443c-96a3-60d4057e410f

Page 54

1    MR. KAWAMURA: Let me just object.
2  Incomplete hypothetical. Calls for speculation.
3    WITNESS: I would say, generally, you
4  know, if they're on 20 milligrams twice a day, that
5  would be nice.
6  BY MR. LEE:
7    Q.  Is there a maximum amount that they could
8  be on, as far as their daily Oxycontin or opiate
9  dosage, before you would just have a cutoff and say,
10 you know, you would not operate on that person?
11   A.  No. There's really not a maximum dose, but
12 you like to have them as low as -- ideally, you'd
13 like to have them on no Oxycontin, realizing that
14 it's not always possible.
15   Q.  You mentioned that you learned of
16 Mr. Backman's death from Dr. Otaka?
17   A.  Yes.
18   Q.  Do you recall what the conversation was
19 with Dr. Otaka when he informed you that Mr. Backman
20 had died?
21   A.  I think he was -- actually, I was supposed
22 to see him on the day he died, apparently. I think
23 he was -- I may be wrong, but.
24   Q.  At least on page 21 of your --
25   A.  Yeah. He was supposed to see me on the

Page 55

1  2nd, January 2nd, because, apparently, we had been
2  playing scheduling and rescheduling and phone tag and
3  patient missing appointments, et cetera, et cetera.
4      So we had him scheduled for the 2nd, and
5  then I got this call from Dr. Otaka, you know,
6  because the patient didn't show, and I got this call
7  from him saying that he expired. I was sort of going
8  what's going on?
9    Q.  Do you recall what Mr. Backman's demeanor
10 was like on November 14, 2001, when you saw him?
11 Because at that time he already knew he could have
12 the surgery, or at least it was approved by the
13 Department of Labor. Was he happy; was he depressed;
14 did he have some other complaints of emotional
15 problems that you recall?
16   A.  Again, I think he was probably upbeat. I
17 mean, he wasn't -- I mean, he had a long struggle
18 with trying to get stuff approved, and then when
19 things finally got approved and the wheels were
20 rolling, you know, and turning in the right direction
21 for him, I think he was a little bit relieved.
22     He was still having pain, obviously, and he
23 was still on chronic narcotics, but he was, seemed to
24 be somewhat relieved, to my recollection.
25   Q.  Did Mr. Backman ever tell you that he would

Page 56

1  have surgery no matter what, because that was the
2  only thing that would get his life back together?
3    A.  I can't remember him saying that
4  specifically. He could have said that, but I can't
5  remember specifically.
6      That's why I wanted to make darn sure that,
7  before operating and doing any kind of surgery, I
8  wanted to make sure that I knew if he had something
9  that needed surgery and make sure that the surgery
10 was necessary before even considering something like
11 that, which was why I reordered all the studies and I
12 wanted to reassess him.
13   Q.  The last letter I saw in your file from
14 Mr. Kuwasaki was May 17, 2002, which is on page 119
15 of your records, and my only question is I was
16 wondering whether you ever responded to this letter,
17 because I didn't see one in your file?
18   A.  Yeah, I don't remember doing anything like
19 that.
20   Q.  During the time Mr. Backman had seen you,
21 did you ever reach a conclusion or suspect that he
22 was addicted to his narcotic medications as opposed
23 to just being physically dependent on them?
24     MR. KAWAMURA: Objection. Lacks
25 foundation. Assumes facts not in evidence. Calls

Page 57

1  for speculation.
2    A.  Oxycontin is an addictive,
3  physically-dependent-producing medication. Anybody
4  who is on that stuff for more than a month is
5  basically dependent on it.
6      But if I would have put -- I guess my
7  statements in the patient's medical records were
8  indicating narcotic dependence rather than addiction.
9      So I guess -- "dependence" means that
10 they're taking this drug and, if you cold turkey,
11 they're going to get sick. It's a little bit
12 different from "addiction" which means that they
13 really want to take this drug, they seek this drug,
14 they have to have this drug for their own well being,
15 as opposed to "dependence" which means that their
16 body is just dependent on it. It's slight
17 differentiation between the two.
18 BY MR. LEE:
19   Q.  Were you aware of any high risk behavior by
20 Mr. Backman that would lead you to suspect he was
21 being, becoming addicted as opposed to just
22 physically dependent on narcotic medications?
23     MR. KAWAMURA: Same objection and
24 relevance.
25   A.  I wasn't aware. I mean, I didn't talk to

15 (Pages 54 to 57)

9d02f9d8-c700-443c-96a3-60d4057e410f