LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD

STATE OF HAWAII

| | |
|---|---|
| SURVIVORS OF DANIEL V. BACKMAN DECEASED,<br>    Claimant-Appellant,<br>vs.<br>FIRST INSURANCE COMPANY OF HAWAII, LTD.,<br>    and<br>RSKCO,<br>    Employer/Insurance Carrier-Appellant. | CASE NO. AB 2003-328(M)<br>(7-99-00534 HON) |

### ORDER GRANTING PARTIAL STAY OF PAYMENT

Having heard the Motion For Stay Of Payment, filed on July 24, 2003, by Employer, FIRST INSURANCE COMPANY OF HAWAII, LTD., and its Insurance Carrier, RSKCO, and being fully advised in the premises,

IT IS ORDERED that the motion be and hereby is granted in part. Permanent partial disability benefits awarded by the Director in his decision dated June 25, 2003, shall be stayed. All other provisions of the Director's decision shall remain in effect.

Dated: Honolulu, Hawaii, AUG 2 9 2003

_____
RANDALL Y. IWASE, Chairman

_____
CAROL K. YAMAMOTO, Member

_____
VICENTE F. AQUINO, Member

A certified copy of the foregoing was mailed to the above-captioned parties or their legal representative on AUG 2 9 2003.

I do hereby certify that the foregoing is a full, true and correct copy of the original on file in this office.

R 0516