LYONS, BRANDT, COOK & HIRAMATSU
Attorneys at Law
A Law Corporation

GEORGE W. BRANDT  1181-0
STEFAN M. REINKE  3747-0
BONNIE L. MOORE  7138-0
EDQUON LEE  3845-0
1800 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-7030
Facsimile:  (808) 533-3011
E-mail:  gbrandt@lbchlaw.com
         sreinke@lbchlaw.com
         bmoore@lbchlaw.com
         elee@lbchlaw.com

Attorneys for Defendant
RSKCO SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JULIA M. BACKMAN, individually ) | CIVIL NO. 04-00348 (HG KSC) |
| and on Behalf of the ESTATE OF ) | (Contract) |
| DANIEL VERNON BACKMAN, and) | |
| as Next Friend to KELLY KEIKO ) | DEFENDANT RSKCO |
| VALENE BACKMAN and JODI ) | SERVICES, INC.'S EXPERT |
| LEIGH YACHIYO BACKMAN, ) | DISCLOSURES |
| Minors, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| RSKCO SERVICES, INC., a Illinois ) | |
| corporation; JOHN DOES 1-10; ) | |
| JANE DOES 1-10; DOE ) | |

```
PARTNERSHIPS 1-10, DOE           )
CORPORATIONS 1-10; DOE           )
LIMITED LIABILITY                )
ENTITIES 1-10; DOE               )
"NON-PROFIT" CORPORATIONS        )
1-10; and DOE GOVERNMENTAL       )
ENTITIES 1-10,                   )
                                 )
            Defendants.          )
```

<u>DEFENDANT RSKCO SERVICES, INC.'S
EXPERT DISCLOSURES</u>

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and the Second Amended Rule 16 Scheduling Order, Defendant RSKCO SERVICES, INC. ("RSKCO") hereby discloses the following experts whose area of expertise is as set forth in their respective curriculum vitae:

    1.    Robert Kessner, Esq.
           19th Floor, Central Pacific Plaza
           220 South King Street
           Honolulu, Hawaii  96813

Mr. Kessner is anticipated to testify on liability including, but not limited to, the standard of care applicable to a workers' compensation adjuster. Mr. Kessner's opinions, area of specialty, experience and training are attached hereto as Exhibit "1." Mr. Kessner's expert witness fee is $200 per hour.

    2.    Ajit Arora, M.D.
           Parthenia Medical Group, Inc.
           8660 Woodley Avenue
           North Hills, California  91343

Dr. Arora is anticipated to testify on liability, causation and

damages including, but not limited to, the fields of toxicology, forensic medicine and internal medicine and the fact that the medications taken by Daniel Backman were not to relieve any industrial related condition. Dr. Arora's opinions and curriculum vitae are attached hereto as Exhibit "2." Dr. Arora's expert witness fee is $500 per hour.

3. Vert Mooney, M.D.
   8660 Woodley Avenue
   North Hills, California 91343

Dr. Mooney is anticipated to testify on liability and damages including, but not limited to, the field of surgery and the necessity of surgery at C4-5. Dr. Mooney's opinions and curriculum vitae are attached hereto as Exhibit "3." Dr. Mooney's expert witness fee is $500 per hour.

4. B. Eliot Cole, MD, MPA
   7 Oak Place, Suite 7
   Montclair, New Jersey 07042

Dr. Cole is anticipated to testify on liability and damages including, but not limited to, the fields of pain management and psychiatry and the fact that surgery would not have improved Mr. Backman's condition and that Mr. Backman most likely overdosed himself. Dr. Cole's opinions and curriculum vitae are attached hereto as Exhibit "4." Dr. Cole's expert witness fee is $250 per hour for record reviews and $500 per hour for deposition and trial testimony.

      5.      Jerald Udinsky, Ph.D.
            2941 Telegraph Avenue
            Berkeley, California  94705

Dr. Udinsky is anticipated to testify in the field of economics on Plaintiffs' damages to rebut any expert testimony Plaintiffs may be permitted to offer at the time of trial.  Since Plaintiffs' have not produced an economic expert, Dr. Udinsky has not prepared a report.  Dr. Udinsky's curriculum vitae are attached hereto as Exhibit "5." Dr. Udinsky's expert witness fee is $550 per hour for deposition and trial testimony.

In addition to the above-retained expert witnesses, the following physicians, who examined or evaluated Mr. Backman's condition in the workers' compensation case, are anticipated to testify in their fields of expertise concerning their opinions relating to Mr. Backman's condition and surgery at the C4-5 level:

      1.      Peter E. Diamond, M.D.
            932 Ward Avenue, Suite 460
            Honolulu, Hawaii  96813

      2.      Stephen M. Holmes, M.D.
            Radiology Associates, Inc.
            1329 Lusitana Street, Suite B7
            Honolulu, Hawaii  96813

      3.      Terry G. Smith, M.D.
            1329 Lusitana Street, Suite 501
            Honolulu, Hawaii  96813

      4.      Jon Streltzer, M.D.
            1356 Lusitana Street, 4th Floor
            Honolulu, Hawaii  96813

5.  Gregory Chow, M.D.
    405 North Kuakini Street, #608
    Honolulu Hawaii  96817

6.  Matthew Yuh, M.D.
    321 North Kuakini Street, Suite #712
    Honolulu, Hawaii  96817

7.  M. Marc Soriano, M.D.
    Associated Neurosurgeons
    1021 North Mulford Road, Suite L3
    Rockford Illinois  61107

8.  John Soong, M.D.
    Radiology Associates, Inc.
    500 Ala Moana Blvd., Tower 4
    Suite 510
    Honolulu, Hawaii 96813

9.  Felix Song, M.D.
    Queen's Medical Center
    1301 Punchbowl Street
    Honolulu, Hawaii 96813

10. John Cieply, M.D.
    John Soong, M.D.
    Radiology Associates, Inc.
    500 Ala Moana Blvd., Tower 4,
    Suite 510
    Honolulu, Hawaii 96813

11. James Yamasaki, M.D.
    Kapiolani Medical Center at Pali Momi
    98-1079 Moanalua Road
    Aiea, Hawaii  96701

12.    Daniel Erdman, M.D.
       St. Francis Medical Center West
       91-2141 Fort Weaver Road
       Ewa Beach, Hawaii 96706

DATED: Honolulu, Hawaii, February 15, 2006.

                /s/ Edquon Lee
                GEORGE W. BRANDT
                STEFAN M. REINKE
                BONNIE L. MOORE
                EDQUON LEE
                Attorneys for Defendant
                RSKCO SERVICES, INC.