# Parthenia Medical Group, Inc.

VERT MOONEY, M.D.
Clinical Professor,
Department of Orthopedics
University of California, San Diego

## MEDICAL MALPRACTICE REVIEW OF RECORDS

February 7, 2006

Lyons, Brandt, Cook & Hiramatsu
841 Bishop Street, Suite 1818
Honolulu, CA 96813

Attention:    Edquon Lee, Attorney At Law

RE:         BACKMAN, Daniel
CLAIM #:    2J029128
D/I:        7/31/1997
EMP:        First Insurance Co. of Hawaii

Dear Mr. Lee:

The records reviewed were those of Dr. Langworthy, Dr. Graham, Dr. Lind, Dr. Nicholson, Dr. Otaka, Dr. Streitzer, and the records from St. Francis Medical Center and the Honolulu Sports Medical Center and Queens Medical Center and the Kapiolani Medical Center as well as medical examiner reports, autopsy reports and reports of various studies.

This legal action as I understand it is regarding liability for the death of Daniel Backman due to apparent overdose on January 13, 2002.

Mr. Backman was suffering from a chronic pain syndrome, which was initiated apparently following the surgery to the cervical spine by Dr. Kerry Smith with a fusion at C4-C5. The fusion was thought necessary secondary to a large disk identified by MRI, which was thought to be secondary to a prior motor vehicle accident from October 1988. Mr. Backman had recurrent pain since that time, getting worse February 1997.

**EXHIBIT 3**

Office Locations: Honolulu • Maui • Hilo

Lyons, Brandt, Cook & Hiramatsu
Attention:     Edquon Lee, Attorney At Law
RE:            BACKMAN, Daniel
February 7, 2006
Page 2

He apparently did fairly well following the fusion and by July Dr. Smith indicated it radiographically was solid, but also at that time he began to have exacerbation of his neck pain and started on medication from Dr. Razzuk who apparently also warned him to avoid narcotic medications.

In November of 1999, he had a recurrence of symptoms, which was not felt to be related to the previous injury and was seen by Dr. Smith. An MRI at that time showed no justification for surgical care, but he was taking excessive medication at that time being Soma and Xanax.

He later was evaluated by Dr. Chow, an orthopedic surgeon, and by that time he was taking OxyContin at least every eight hours. Dr. Chow however felt there was no reason to proceed with surgery and he was recommended to settle his case.

He started seeing neurosurgeon, Dr. Graham, in October of 2000 who read the MRI as showing foraminal stenosis and recommended surgical care. This, however, was not authorized by the insurance company.

His family doctor, Dr. Otaka, by this time was treating him with OxyContin and morphine.

He was seen by Dr. Diamond, an orthopedist, as an IME who noted a disagreement between Dr. Graham's reading of the MRI and the radiologist. A second reading by Dr. Holmes found no significant abnormalities and definitely no C4-C5 stenosis. Dr. Holmes' evaluation was in June of 2001. He also was seen in October of 2001 by another neurosurgeon, Dr. Soriano who felt the objective findings in the records were inconsistent with his subjective complaints. He was dependent on increasing high doses of narcotics. The findings of the MRI did not correlate with his symptoms. Dr. Soriano felt that psychological issues were playing a significant role. He had a well-documented anxiety problem. Also, a neurosurgeon, Dr. Taniguchi made a report in February 1999 indicating that the findings of the MRI did not explain the pain and did not recommend surgery.

Dr. Streltzer reviewed the records and made a report on 04/14/2003. He noted that in the report by Dr. Soriano that the patient's prognosis is pretty good, but the primary problem was narcotic dependence. Dr. Otaka had prescribed methadone toward the end of 2001 in an attempt to detoxify the patient. At the time of the patient's death, several bottles of medication were found, mostly nearly empty and the autopsy revealed high levels of methadone. It was defined as an accidental overdose lacking any suicide note. It was Dr. Streltzer's opinion that the problem was consistent with opioid dependence. He also had a reasonable diagnosis of somatoform pain disorder since at least 1998. Dr. Lee too failed surgical attempts to treat his pain. Surgery typically makes the condition worse.

Lyons, Brandt, Cook & Hiramatsu
Attention:    Edquon Lee, Attorney At Law
RE:            BACKMAN, Daniel
February 7, 2006
Page 3

## DISCUSSION:

It seems clear that the opinion of many doctors, other than Dr. Graham, was that additional surgery would be inappropriate. There was a large disk at C4-C5, which led to the original surgery by Dr. Smith and he did well following surgery initially. However, the reading of radiologist and of various specialists as noted above could find no specific problems in the C4-C5 level, which would be consistent with the need of surgical care. The only opinion that showed it would be of benefit was that Dr. Graham's.

I reviewed the MRIs personally and, I concur with opinions of all but Dr. Graham. The fusion is solid at C4-C5 and there is no significant neuroforaminal encroachment, which would offer any benefit from the surgery. The rest of the cervical spine is appropriate for his age group.

Thus, it is my opinion that additional surgery at the C4-C5 level as suggested by Dr. Graham would not be justified. The opinion of the insurance company that surgery should not be authorized based on the lack of appropriate findings is justified. Certainly, opinions from various experts as detailed in the medical records indicate that he had significant psychologic problems and certainly opioid dependency. Surgical care in the face of these abnormalities without the presence of extremely significant structural abnormalities (which are not present in this situation) would not be within the standard of the care of the spinal surgery community.

**Signature of Physician**

**VERT MOONEY, M.D.**
**Clinical Professor,**
**Department of Orthopedics**
**University of California, San Diego**

VM:MG:pra:srh

## CURRICULUM VITAE

Vert Mooney, M.D.
8660 Woodley Avenue
North Hills, CA 91343
(818) 894-8171 Fax (818) 891-9672
Clinical Professor, Department of Orthopedics
University of California, San Diego (UCSD)

**BIRTH DATE AND PLACE:**

**EDUCATION:**

April 27,1931, Pittsburgh, PA

Shady Side Academy High School, Pittsburgh, PA, - 1949

Princeton University, Princeton, New Jersey RA (English) - 1953

Columbia University College of Physicians and Surgeons, New York, New York, M.D. - 1957

**POST GRADUATE EDUCATION:**

1957-1958     Internship, University of Pittsburgh Hospitals, Pittsburgh, PA, Rotating Internship

1960-1964     Residency in Orthopedic Surgery, Univ. of Pittsburgh Hospitals, Pittsburgh, PA

**FELLOWSHIPS:**

1964 - 1965     Teaching Fellow, Orthopedic Research Lab, University of Pittsburgh Hospitals, Pittsburgh, PA, June - December

1965-1966     Orthopedic Fellow Rancho Los Amigos Hospital, Downey, CA

**MILITARY SERVICE:**

1958-1960     Lt. USNR, Base Radiologist and Marine Base Brig Physician,

Camp Pendleton, CA 1958-1960

## HONORS AND AWARDS:

| | |
|---|---|
| 1969 | Recipient of the American Orthopedic Association Exchange Fellowship. (A.B.C.) Program Tour, Great Britain. |
| 1985 | Co-Recipient of Volvo Award for Clinical Research in the Spine. |
| 1989 | One of 20 Most Distinguished Orthopedic Surgeon in America, Town and Country Magazine Annual Survey. |
| 1990 | Industrial Medical Council Governor's Appointee (1990-1994): 14 Members Responsible for Regulation of Qualified Medical Examinations in California's Workers' Compensation Program. |
| 1992 | Fellow of the Royal Society of Medicine. |
| 1998 | McEllroy Award for distinguished scientist, clinicians, or scholars who trained in their specialty at the University of Pittsburgh |
| 1999 | National Association of Spine Surgeons (NASS) Henry Farfan Award to recognize outstanding contributions to the field of spine care. |

## LICENSOR:

| | |
|---|---|
| 1958 | State of California |
| 1977 | State of Texas |

## BOARD CERTIFICATION:

| | |
|---|---|
| 1967 | American Board of orthopedic Surgery |

Curriculum Vitae
Vert Mooney, M.D.
Page 3

## ACADEMIC POSITIONS:

1965        Clinical Instructor, Div of orthopedic Surgery, University of Southern
            California

1968        Assistant Clinical Professor, Division of orthopedic Surgery, Univ of
            Southern California.

1971        Associate Clinical Professor, Division of orthopedic Surgery, Univ. of
            Southern California.

1977        Professor & Chairman, Div of Ortho Surgery, Univ of Texas Health
            Science Ctr, Dallas, Texas.

1988        Professor in Residence, Division of orthopedic Surgery and Director of
            orthopedic
            Research, University of California at Irvine, Irvine, California.

1991        Professor, Department of orthopedics, University of California, San
            Diego, California.

1998        Clinical Professor, Department of orthopedics, Univ of California, San
            Diego, California. CRITICAL RESPONSIBILITY

1965-1974   Chief, Amputee Clinic, Los Angeles County General Hospital.

1966-1971   Chief, Stroke Service, Rancho Los Amigos Hospital.

1967-1977   Chief, Amputation & Problem
            Fracture Service, Rancho Los Amigos Hospital.

1970-1977   Chief, Problem Back Treatment Center, Rancho Los Amigos
            Hospital.

1973-1977   Chief, Amputee Clinic, Orthopedic Hospital, Los Angeles.

Curriculum Vitae
Vert Mooney, M.D.
Page 4

## ACADEMIC POSITIONS:(Cont'd)

| | |
|---|---|
| 1977-1988 | Chief, Orthopedic Service, Parkland Hospital, Dallas, Texas. |
| 1988-1991 | Medical Director, PAR Center, Irvine Medical Center, Irvine, California. |
| 1991-1998 | Medical Director, UCSD) Spine and Joint Conditioning Centers, La Jolla, CA |
| 1991-1998 | Medical Director, UCSD) OrthoMed Center, La Jolla, CA |
| 1998-Present | Medical Director, San Diego Spine Center, San Diego, CA |

## PRIVATE PRACTICE:

| | |
|---|---|
| 1958-1960 | Family Practice office maintained in Oceanside, California. |
| 1964-1965 | Emergency Room physician various general hospitals in Pittsburgh, PA. 1966-1977 Greater Los Angeles Orthopedic Medical Group, Downey, California. 1989-2/91    Wiltse Spine Institute, Long Beach, California |
| 1989-2/91 | Physical Assessment and Reactivation Center, Irvine, California |
| 1998-Present | U.S. Spine A Sport Medical Center, San Diego, California |
| 1998-Present | San Diego Spine Center, San Diego, California |

## PROFESSIONAL ORGANIZATIONS:

| | |
|---|---|
| 1971 | Member Board of Directors American Academy of orthopedic Surgeons |

Curriculum Vitae
Vert Mooney, M.D.
Page 5

| | |
|---|---|
| 1984 | Chairman, Association of orthopedic Chairmen Program Committee |

## PROFESSIONAL ORGANIZATIONS:(Cont'd)

| | |
|---|---|
| 1986-1987 | President, Association of orthopedic Chairmen |
| 1985 | Program Committee Chairman, American Orthopedic Association (AOA) |
| 1987 | Chairman of Scientific Committee, North American Spine Society (NASS) |
| 1987 | President, North American Spine Society NASS) |
| 1988-1992 | Secretary, American Orthopedic Association (AOA) |
| 1994-1995 | Vice President, American Orthopedic Association (AOA) |
| 1975 | Secretary, Committee on Continuing Education, American Academy of orthopedic Surgeons |
| 1985-1991 | Chairman, Committee on Occupational Health, American Academy of orthopedic Surgeons |
| 1976-1978 | Member of By-laws Committee, International Society for the Study of the Lumbar Spine |
| 1985-1986 | President, International Society for the Study of the Lumbar Spine (ISSLS) 1977-Present   Continental Orthopedic Society (COS) |
| 1975-1988 | International Society for Orthotics and Prosthetics |
| 1974-1982 | Member of Research Award Committee, Assoc of Bone and |

Curriculum Vitae
Vert Mooney, M.D.
Page 6

|        | Joint Surgeons (ABJS) |
|--------|------------------------|
| 1995 | President, International Intradiscal Treatment Society IITS) |
| 1998 | Board of Directors. American Board of Spine Surgeons (ABSS) |
| 1999 | North American Spine Society (NASS), Recognition and Awards Committee |

## STAFF APPOINTMENTS:

| | |
|---|---|
| 1955-1977 | Los Angeles County General Hospital, Los Angeles, California |
| 1965-1977 | Downey Community Hospital, Downey, California |
| 1965-1977 | Rancho Los Amigos Hospital, Downey, Calif., 1965-1977. |
| 1977-1988 | Parkland Memorial Hospital, Dallas, TX, Attending Staff, Chief Ortho Surgery, 1977-1988. |
| 1977-1988 | Baylor University Medical Center, Dallas, Texas, Consulting Staff, Ortho Surgery, 1977-1988. |
| 1978-1988 | Dallas Rehabilitation Institute, Dallas, Texas, Attending Staff, 1978-1988, President, Board of Directors, 1986 Chief of Amputee a Problem Fracture Service. |
| 1988-1991 | UCI Medical Center 1988 to 1991. |
| 1998-1991 | Irvine Medical Center |
| 1989-1991 | Long Beach Memorial Hospital |
| 1991-Present | UCSD) Medical Center |
| 1993-Present | UCSD) Thornton Hospital |

Curriculum Vitae
Vert Mooney, M.D.
Page 7

**<u>Publications, Lecture and Research Activities available upon request</u>**

Curriculum Vitae
Vert Mooney, M.D.
Page 8

## RESEARCH ACTIVITIES - GRANTS:

| | |
|---|---|
| 1971 | Federal SRS: Orthotic and Prosthetic Evaluation Center |
| 1971 | Federal NASA: Transcutoneaus and Skeletal Fixation Device |
| 1970-1972 | Federal SRS: Feasibility Study of the use of Transparent Sockets Modular Prostheses in Clinic Practice |
| 1973 | Investigation of the Medical Applications of the Unique BioCarbons Developed by NASA |
| 1972-1973 | NASA: Clinical Investigation of Ultra Pure Carbon for Skeletal Attachment of Limb Prostheses and Percutaneous Bioelectric Devices |
| 1973-1976 | VAPC Sensory Feedback Prosthetic System |
| 1977 | Institutional Grant UTHSCD: Hydroxyapatite Bone Substitute Materials |
| 1983 | NIHR Grant-. Improved Methods of Quantification of Function/Performance |
| 1983 | Veteran's Administration Grant: Identification of Fatigue by Power Spectrum Analysis |
| 1983 | Dallas Rehabilitation Foundation Grant. Adjustable Temporary Prosthesis |
| 1983 | Interpore International Grant-. Evaluation of Replam Hydroxyapatite for Spinal Fusion |
| 1984 | DePuy, Inc.: Use of Orthograft for Repair of Bony Defects |
| 1984 | Donor Grant: Southwestern Spine Research Program |
| 1985 | Veteran's Administration Grant: Non-invasive Assessment of Fracture Healing |

Curriculum Vitae
Vert Mooney, M.D.
Page 9

## RESEARCH ACTIVITIES - GRANTS:(Cont'd)

| | |
|---|---|
| 1986 | REC Grant No. G008300124: Veteran's Administration Rehabilitation R&D Progress Report; Clinical Evaluation and Application of Computer-Automated System for Functional Assessment |
| 1995 | California State Contract; Treatment Guidelines and Soft Tissue Injury Evaluations |
| 1997 | UCSD Alternative Therapy Grant: Effect of Deep Tissue Massage on Overuse Syndromes. |
| 1996 | North American Spine Society (NASS): Effect of Proliferent Injection in Rabbit Disc |
| 1998 | OrthoMed Foundation: Scoliosis Exercises |

## EDITORSHIPS:

Board of Editors     -   SPINE

Board of Editors     -   JOURNAL OF MUSCULOSKELETAL DISEASE

Board of Editors     -   ORTHOPEDIC REVIEW

Rehab Editor     -   ORTHOPEDICS

Review Board     -   JOURNAL OF BONE AND JOINT SURGERY

Review Board     -   CLINICAL ORTHOPEDICS AND RELATED RESEARCH

Review Board     -   JOURNAL OF ORTHOPEDIC RESEARCH

## ORIGINAL MANUSCRIPTS:

1.    Fisher, M., Mankin, H., Mooney, V.: The Painful Shoulder in Patients with

Curriculum Vitae
Vert Mooney, M.D.
Page 10

      Pulmonary Tuberculosis. American Rev. Resp. Dis., 87:88-92, January, 1963.


**ORIGINAL MANUSCRIPTS:(Cont'd)**

2.    Mankin, H., Mooney, V.: A Case of Congenital Insensitivity to Pain with Neuropathic Arthropathy. Arthritis and Rheumatism, 9, No. 6:820-826, December, 1966.

3.    Mooney, V., Ferguson, A.B.-   The Influence of Immobilization and Motion on the Formation of Fibrocartilage in the Repair of Granuloma After Joint Resection in the Rabbit. J. gone Joint Surg., 43A:1145-1155, September, 1966.

4.    Mooney, V., Nickel, V.L, Snelson, R.: Fitting of Temporary Prosthetic Limbs Immediately Following Amputation. California Medicine, 107:330-333, October, 1967.

5.    Mooney, V., Perry, J., Nickel, V.L: Surgical and Non-Surgical Orthopedic Care of Stroke. J. Bone and Joint Surg., 29A, 5:980-1000, July, 1967.

6.    Mooney, V., Frykman, G., McLamb, J.: Current Status of Intraneural Phenol Injections. Clin. Orthop., 63:122-131, March-April, 1969.

7.    Mooney, V., Goodman, F.: Surgical Approaches to Lower Extremity Disability, Secondary to Strokes. Clin. Orthop., 63,142-152, March-April, 1969.

8.    Mooney, V.: A Rationale for Rehabilitation Procedures Based on the Peripheral Motor System. Clin. Orthop., 63:7-13, March-April, 1969.

9.    Braun, R.M., Mooney, V., Nickel, V.L: Flexor-Origin Release for Pronation-Flexion Deformity of the Forearm and Hand in the Stroke Patient, An Evaluation of the Early Results in Eighteen Patients. J. Bone Toint Surg., 52A, 5:907-920, July, 1970.

10.    Mooney V, Predecki P, Gray J, Rennir.9 T.- Skeletal Extension for Limb Prosthetic Attachment. Problems in Tissue Reaction. J. Biomed. Mat. Res. Symposium (2) (Part 1)143-150, Tan, 1972.

Curriculum Vitae
Vert Mooney, M.D.
Page 11

## ORIGINAL MANUSCRIPTS:(Cont'd)

11.    Glazer, R.M., Mooney, V.- Surgery of the Extremities in Patients With Multiple Sclerosis. Archives of Physical Medicine and Rehabilitation, 52, 8.493, August, 1970.

12.    Mooney, V., Harvey, J.P., Jr.: Application of Lower Extremity Orthotics to Weight-Bearirg Relief. Final report project #RD2580 MPO 68 CI, Division of Research and Demonstration Grants, Department of Health, Education and Welfare, Social,& Rehabilitation Service, Washington, D.C., P 1-45, Aug 31,1970. -

13.    Mooney, V., Einbund, M., Rogers, J., Stauffer, E.S.: Comparison of Pressure Distribution Qualities in Seat Cushions. Bulletin of Prosthetics Research, BPR 10-15:129-143,1970.

14.    Mooney, V., Nickel, V.L, Harvey, J.P., Jr., Snelson, R., Cast Brace Treatment for Fractures of the Distal Part of the Femur, a Prospective Controlled Study of One Hundred Fifty Patients. J. Bone Joint Surg., 52A, 8-.1563-1578, December 1970.

15.    Snelson, R., Irons, Cy., Mooney, V.,. Application of Cast Brace for Post Acute Care of Lower Extremity Fractures. Orthotics and Prosthetics, Val 24, 21-26, December 1970.

16.    Braun, R.M., West, F., Mooney, V.- Surgical Treatment of the Painful Shoulder Contracture in the Stroke Patient. J. bone Joint Surg., 53A:1307-1312,1971.

17.    Mooney, V., Harvey, J.P., Jr., McBride, E., Snelson, R.- Comparison of Post Operative Stump Management. Plaster    vs. Soft  Dressings J. Bone Joint Surg., 53A, 2:241-249,    March, 1971.

Curriculum Vitae
Vert Mooney, M.D.
Page 12

18.   Wilemon, W.K., Mooney, V., McNeal, D., Reswick,        Surgically Implanted
      Peripheral Neuroelectric Stimulation-Two Year's Experience at Rancho Los
      Amigos Hospital CPRO Bulletin, Vol 10 P 16-14,1971.

## ORIGINAL MANUSCRIPTS:(Cont'd)

19.   Braun, R., Mooney, V., Nickel, V.L, Roper, B.- Orthopedic Rehabilitation of the
      Stroke Patient. California Medicine, 115, 5.11-15, November, 1971.

20.   Predecki, P., Stephan, J.E., Ausicender, S.A., Mooney, V., Kirkland, K-. Kinetics
      of Bone Growth into Cylindrical Channels in Aluminum Oxide and Titanium. J.
      Biomed. Mat. Research, 6:375-400,1972.

21.   Barrett, T.P. and Mooney, V.: Neuropathy and Diabetic Pressure Lesions.
      Orthopedic Clinics of North America, 4,1.43-47, January, 1973.

22.   Mooney, V., Snelson,, R.: Feasibility Study. Use of Transparent Sockets and
      Modular Prostheses in Clinical Practice. Division of Research and
      Demonstration Grants, Department of Health, Education a Welfare, Social A
      Rehabilitation Service, Washington, D.C., May 1973.

23.   Mooney, V., Snelson, R.: Fabrication and Application of Transparent
      Polycarbonate Sockets. Orthatics and Prosthetics, Vol. 26, No. 1, March, 1972.

24.   Mooney, V.- Final Report NASA 8-28117, NASA 8-28620 of the Medical
      applications of the Unique Biocarbons Developed by NASA, 1973, George C.
      Marshall Space Flight Center, Huntsville, Alabama.

25.   Stanitski, C.L, Mooney, V.: Osseous Attachment to Vitreous Carbons. J.
      Siome-d Mat. Research, 4:97-108,1973.

Curriculum Vitae
Vert Mooney, M.D.
Page 13

26. Braun, R.M., Hoffer, M.M., Mooney, V., McKeever, J., Roper, B.: Phenol Neme Block in Treatment of Acquired Spastic Hemiplegia in Upper Limb. J. Bone Joint Surg., 55A:580-585,1973.

27. Mooney, V., Hartmcinn, r).S., McNeal, 1)., Benson, J.: The Use of Pure Carbon for Permanent Percutaneous Electrical Connector Systems. Archives of surgery, 108-148-153, February, 1974.

## ORIGINAL MANUSCRIPTS:(Cont'd)

28. Mooney, V., Hartmann, 1).B.. Percutameous Passage, Biomedical Electrode Technology, Acad Press, 1974.

29. Mooney, V.: Current Orthotic Practice- Guest Editor and Editorial. Clin. Orthop., 102, July-Aug, 1974.

30. Mooney, V.: Cast Bracing. Clin. Orthop., 102:159-166, July-August, 1974.

31. Mooney, V.- Ambulatory Treatment of Fractures. Western Journal of Medicine, 122, 2:154, Feb, 1975.

32. Mooney, V., Roth, A.M.: Advances in Percutaneaus Electrode Systems. Biomaterials, Medical Devices and Artificial Organs, 4:171-180, No. 2,1976.

33. Mooney, V., Robertson, J.: The Facet Syndrome. Clin. Orthop., 115:149-156, March-April, 1976.

34. Mooney, V., Wagner, F.W.W., Tr., Waddell, J., Ackerson, T.- The Below-the Knee Amputation for Vascular Disease. J. gone Joint Surg., 58A, 3:365-368, April, 1976.

35. Mooney, V., Cairns, D., Robertson, J.: A System for Evaluation and Treatment of Chronic Back Disability. Western Journal of Medicine, 124:370-376, May

Curriculum Vitae
Vert Mooney, M.D.
Page 14

1976.

36.    Ransford, A.0., Cairns, D., Mooney, V.: The Pain Drawing as an Aid to the Psychological Evaluation of Patients with Low Back Pain. Spine, 1:127-134, June, 1976.

37.    Mooney, V., Irons, Cp., Quigley, M.- An Adjustable Plastic Thigh Section and Knee Joints for Femoral
Fracture Orthoses. Orthotics and Prosthetics, 30,3-8, No. 3, September, 1976.

38.    Cairns, D., Thomas, L, Mooney, V., Pace, J.B.. A Comprehensive Treatment Approach to Chronic Low Beck Pain. Pain, 2:301-308, No. 3, September, 1976.

## ORIGINAL MANUSCRIPTS: (Cont'd)

39.    Mooney, V., Wagner, F.W.W., Tr.: Neurocirculatory Disorders of the Foot. Clin. Orthop., 122:53-61, January-February, 1997.

40.    Mooney, V., Schwartz, S.A., Roth, A.,M., Sorniowsky, M.J.: Percutanecus Implant Devices. Annals of Biomedical Engineering, 5:34-46, March, 19T7.

41.    Irons, rv., Mooney, V., Putnam, S., Quigley, M.: A Light Weight Above the Knee Prosthesis with an Adjustable Socket. Orthotics and Prosthetics, Vol. 31, No. 1, 3-16, March, 1977

42.    Lesin, B.E., Mooney, V., Ashby, M.E.: Cast Bracing for Fractures of the Femur, A Preliminary Report of a Modified Device. J. Bone Joint Surg., 59A:917-923, No. 7, October, 1977.

43.    Mooney, V., Cairns, D.: Management of the Chronic Low Back Pain Patient. Orthopedic Clinics of North America, 9:543-557, No. 2, April, 1978.

44.    Mooney, V., Wagner, F.W.W., Jr.: Pressure Ulcerations in the Insensitive Foot. Neurological Aspects of Plastic Surgery. Vol. 17, 1978, Page 235.

Curriculum Vitae
Vert Mooney, M.D.
Page 15

45.   Mooney, V. Peswick, T.El.: Myoelectric Assists and Feedback Neurological Aspects of Plastic Surgery. Vol. 17,1978, page 78.

46.   Mooney, V.: Low Back Treatment - Part 1. American Academy of orthopedic Surgeons: Instructional Course Lectures, 1979

47.   Mooney, V.- Innovations in the Care of the Amputee. Texas Medicine Vol. 75, April, 1979.

48.   Mooney, V.: Surgery and Postsurgical Management of the Patient with Low Back Pain. Physical Therapy, Journal of the American Physical Therapy Association, August, 1979 - Special Issue.

**ORIGINAL MANUSCRIPTS:(Cont'd)**

49.   Virgin, C.E., Moderator, Mooney, V., Leslie, M.P., Tr., Rona, N.A., Cairns, D.- Symposium on Orthopedic Pain. Contemp. Orthop., Vol. 1, No. 5, October, 1979

50.   Jones, R.E., Mooney, V., Carmichael, T.: Identification of Fatigue by EMG Power Spectrum Analysis. Bulletin of Prosthetics Research, BPR, 10-33, Vol. 17, No. 1, Spring, 1980.

51.   Jones, R.E., Mooney, V., Carmichael, T., Ortengrin, R.- Identification of Fatigue by Power Spectrum Analysis of Myoelectric Signals (A process report). Bulletin of Prosthetics Research, SPR 10-34, Vol. 17, No. 2, Fall, 1980.

52.   Mooney, V., Quigley, M., Above Knee Amputations. AACS Atlas of Limb Prosthetics, C.V. Mosby Co., 378-401,1981.

53.   Flower, A., Naxon, E., Jones, R.E., Mooney, V.: An Occupational Therapy Program for Chronic Back Pain. American Journal of Occupational Therapy

Curriculum Vitae
Vert Mooney, M.D.
Page 16

Vol. 35 No. 4 April, 1981.

54.  Montgomery, S.P., Mooney, V.: Femur Fractures: Treatment with Roller
     Traction and Early Ambulation. Clin. Orthop. and Rel. Res., 156:196-200, May,
     1981.

55.  Mooney, V.-. The Role of Spine Fusion. Spine, Vol. 6, No. 3, May/June, 1961.

56.  Lawlis, CY.F., Mooney, V., Selby, D.K, McCoy, C.E.: A Motivational Scaring
     System for Outcome Prediction with Spinal Pain Rehabilitation Patients. Spine,
     7(2)163-167,1982.

57.  Mooney, V.: A Few Lessons in Orthopedics. JAMA, 247(111).1606, March,
     1982.

58.  McGill, J.C., Lawlis, C7.F., Selby, 1)., Mooney, V., McCoy, C.E.: The
     Relationship of Minnesota Multiphasic Personality Inventory (MMPI) Prof ile
     Clusters to Pain Behaviors. J. Behavioral Med., 6.77-92, 1983.

## ORIGINAL MANUSCRIPTS:(Cont'd)

59.  Mooney, V.: (Moderator), Symposium. Back Disease- Contemporary
     Orthopedics, 7:71-97, July, 1983.

60.  Mooney, V., White, A.A., Spengler, O.M., Niachemson, A.L: Symposium: Back
     Disease- Contemporary
     Orthopedics, 7-(1)71-97,1983.

61.  Holmes, R., Tencer, A., Mooney, V., Carmichael, T.- Mechanical Properties of
     Synthetic Hydroxyapatite for Cancellous Bone Grafting. Transactions of the
     29th Orthopedic Research Society, p. 67,1983.

62.  Mooney, V.: The Syndromes of Back Disease. Evaluation and Care of the

Curriculum Vitae
Vert Mooney, M.D.
Page 17

Lumbar Spine, Orthopedic Clinics of North America, 505-516, July, 1983.

63.  Mayer, T.G., Tencer, A.P., Kristoferson, 5., Mooney, V.: Use of Noninvasive Techniques for Quantification of Spinal Range of Motion in Normal Subjects and Chronic Low-Back Dysfunction Patients. Spine, 9:588-595,1984.

64.  Cairns, D., Mooney, V., Crone, Patricia, M.A.: Spinal Pain Rehabilitation: Inpatient and Outpatient Treatment Results and Development of Predictors for Outcome. Spine, 9:91-95, Jan/Feb, 1984.

65.  Holmes, P., Mooney, V., Buchoiz, P.., Tencer, A.: Coralline Hydroxyapatite Bone Graft Substitute. Clin. Orthop. and Rel. Res., 188:252-262, September, 1984.

66.  Mooney, V., McClellan, B., Cummings, D., Smith, P.:     Early Fitting of the Below Knee Amputee. Orthopedics, 8(2),.199-202,1985.

67.  Shimazaki, K. and Mooney, V.: Comparative Study of Porous Hydroxyapatite and Tricalcium Phosphate as Bone Substitute. J of orthopedic Research, 3.301-310,1985.

68.  Mayer, T.G., Smith, S.S., Keeley, J., Mooney, V.: Quantification of Lumbar Function Part ;,: Sagittal Plane Trunk Strength in Chronic Low-Back Pain Patients. Spine, 10-765-771, 1985.

## ORIGINAL MANUSCRIPTS:(Cont'd)

69.  Mayer, T.G., Gatchel, P., Kishino, N., Keeley, J., Capra, P., Mayer, H., Barnett, J., Mooney, V.: Objective Assessment of Spine Function Following Industrial Injury'. A Prospective Study with Comparison Group and One-Year Follow-Up. Volvo Award in clinical Sciences, 1985. Spine 10.482-493,1985.

70.  Mooney, V., Gottschalk, F., Powell, H.: The Diabetic Foot Ulcer. Treating One, Preventing the Next. Clinical Diabetes, March/April, 1985.

71.  Maraviila, K., Lesh, P., Weinreb, J., Selby, D., Mooney, V.: Magnetic

Curriculum Vitae
Vert Mooney, M.D.
Page 18

Resonance Imaging of the Lumbar Spine with CT Correlation. Am. J. Neuroradiol., 6:237-245, March/April, 1985.

72.   Tencer, A.F., Mooney, V., brown, K.L, Silva, P.A.: Compressive Properties of Polymer Coated Synthetic Hydroxyapatite for Bone Grafting. J. of Biomed. Mat. Res., 19(8):957-969, October, 1985.

73.   Gottschalk, F., Powell, H., Mooney, V.: Management of the Diabetic-Neurotrophic Foot. Cardiovascular Reviews A Reports, 6(11):1235-1242, November, 1985.

74.   Mayer, T.G., Smith, S.S., Kondraske, G., Gatchel, R.J., Carmichael, T.W., Mooney, V.,. Quaftification of Lumbar Function Part 3. Preliminary Data on Isakinetic Torso Rotation Testing with Myoelectric Spectral Analysis in Normal and Low-Back Pain Subjects. Spine, 10:912-920, December, 1985.

75.   Kishino, N., Mayer, T., Gatchel, P., Parrish, M., Anderson, C., Custin, L, Mooney, V.: Quantification of Lumbar Function Part 4: Isometric and Isokinetic Lifting Stimulation in Normal Subjects and Low-Back Dysfunction Patients. Spine, 10:921-927, December, 1985.

## ORIGINAL MANUSCRIPTS:(Cont'd)

76.   Keeley, J., Mayer, T., Cox, R., Gatchel, R., Smith, J., Mooney, V.: Quantification of Lumbar Function Part 5: Reliability of Rarge-of-Motion Measures in the Sagittal Plane and In Vivo Torso Rotation Measurement Technique. Spine, 11:31-35,1986.

77.   Mayer, T., Gatchel, R., Kishino, N., Keeley, J., Mayer, H., Capra, P., Mooney,

Curriculum Vitae
Vert Mooney, M.D.
Page 19

V.: A Prospective Short-Term Study of Chronic Low Back Pain Patients Utilizing Novel Objective Functional Measurement. Pain, 25:53-68,1986.

78.  Lange, T., Zerwekh, J., Peek, R., Mooney, V., Harrison, B.: Granular Tricalcium Phosphate in Large Cancellous Defects. Annals of Clinical and Laboratory Science, 16(6)-.467-472,1986.

79.  Sartoris, D., Holmes, P., Suchoiz, R., Resnick, ()., Mooney, V.,. Coralline Hydroxyapatite Bone Graft Substitutes in a Canine Metaphyseal Defect Model: Radiographic Histometric Correlation. Investigative Radiology, 21:851-857,1986.

80.  Sartoris, ()., Holmes, R., Tencer, A., Carmichael, T., Resnick, 1)., Mooney, V.: Coralline Hydroxyapatite Bone Graft Substitutes in a Canine Metaphyseal Defect Model. Radiographic-Biamerhanical Correlation. Skeletal Radiology 15:635-641,1986.

81.  Frymayor, J., Mooney, V.: Current Concepts Review: Occupational Orthopedics. J. Bone Joint Surg., 68A(3),.469-473, March, 1986.

82.  Gottschalk, F., Mooney, V., McClellan, B., Carlton, A.: Early Fitting of the Amputee with a Plastic Temporary Adjustable Below-Knee Prosthesis. Cont. Ortho. 13:15-18, July 1986.

83.  Holmes, R., Buchoiz, R., Mooney, V.: Porous Hydroxyapatite as a Bone Graft Substitute in Diaphyseal Defects, A Histometric Study. J. Orthop. Res., 5(t):114--121, 1987.

## ORIGINAL MANUSCRIPTS:(Cont'd)

84.  Shimizu, T., Videman, T., Shimazaki, K-, Mooney, V.: Experimental Study on the Repair of Full Thickness Articular Cartilage Defects: Effects of Varying Periods

Curriculum Vitae
Vert Mooney, M.D.
Page 20

of Continuous Passive Motion, Cage Activity and Immobilization. J. Orthop. Res., 5:187-197,1987.

85.   Kondraske, G., Deivanayagam, S., Carmichael, T., Mayer, T., Mooney, V.: Myoelectric Spectral Analysis and Strategies for Quantifying Trunk Muscular Fatigue. Arch. Phys. Med. Rehab., 68:103-110, 1987.

86.   Gill, K-, Videman, T., Shimizu, T., Mooney, V.: The Effect of Repeated Extensions an the Discographic Dye Patterns in Cadaveric Lumbar Motion Segments. Clinical giomechanics, 2-.205-210,1987.

87.   Mooney, V.: Where is the Pain Coming From? Presidential Address for the International Society for the Study of the Lumbar Spine, Dallas, Texas. Spine, 12(8):754-759,1987

88.   Mooney, V., Stills, M.; Continuous Passive Motion with Joint Fractures and Infections. Orthopedic Clinics of North America, 18(1):1-9, January, 1987.

89.   Sachs, B., Vanhamnta, H., Spivey, M., Guyer, R., Videmon, T., Rashboum, R., Johnson, R., Hochschuler, 5., Mooney, V.: Dallas Discogram Description, A New classification of CT/Discography in Low-Back Disorders. Spine, 12(3):287-294, April, 1987.

90.   Vanharanta, H., Sachs, B., Spivey, M., Guyer, P., Hochschuler, S., Rashbaum, R., Johnson, R., Ohnmeiss, D., Mooney, V.- The Relationship of Pain Provocation to Lumbar Disc Deterioration as Seen by CT/Discography. Spine, 12(3).295-298, April, 1987.

91.   Videman, T., Malmivaara, A., Mooney, V.: The Value of the Axial View in Assessing Discograms. An Experimental Study with Cadavers. Spine, 12(3):299-304, April, 1987.

**ORIGINAL MANUSCRIPTS:(Cont'd)**

Curriculum Vitae
Vert Mooney, M.D.
Page 21

92.    Holmes, R., 8uchoiz, R., Mooney, V.: Porous Hydroxyapctite as a Rene-Graft Substitute in Metaphyseal I)ef ects. T. Bone Joint Surg., 68A, 6.904-911, July, 1987.

93.    Mooney, V.: Impairment, Disability and Handicap: Clin. Orthop. and Rel. Res., 221:14-25, August, 1987.

94.    Shimizu, T., Zerwekh, J., Videman, T., Holmes, R., Mooney, V.: The Effect of Pulsing Electromagnetic Field on Bone Irwgrowth into Porous Calcium Ceramics. Ortho Transactions, Vol. 2, 2,335-336,1987.

95.    DiMaggio, A. and Mooney,V.: Conservative Care for Low  Back Pain: What Works? J. Musculoskeletal Med., 4(9):27-34, September, 1987.

96.    Mayer, T., Gatchel, R., Mayer, H., Kishino, H., Keeley, J., Mooney, V.- A Prospective Two-Year Study of Functional Restoration in Industrial Low Back Injury. JAMA, 1763-1767, October, 1987.

97.    DiMaggio, A. and Mooney, V.- The McKenzie Program: Exercise Effective Against Back Pain. J.
        Musculoskeletal Med., 4(12):63-74, December, 1987.

98.    Mooney, V.: The Failed Back. Interraflonal Disability Studies Journal, 10(1).32-36,1988.

99.    Mayer, T.Cr., gwnes, D., Kishina, N.D., Nichols, G., Gatchel, R.J., Mayer, H., Mooney, V.; Progressive Isoinertial Lifting Evaluation. I. A Standardized Protocol and Normative Databasc Spine, 13:993-997, 1988.

100.   Vanharanta, H., Guyer, R.D., Mooney, V., et al.. Disc Deterioration Low Back Syndromes: A Prospective, Multi-Center CT/Discography Study. Spine, 13:1349-1351, 1988.

Curriculum Vitae
Vert Mooney, M.D.
Page 22

## ORIGINAL MANUSCRIPTS:(Cont'd)

101.  Vanharanta, H., Sachs, B.L., Spivey, M., Hochschuler, S.T., Guyer, R.D., Rashbaum, R.P., Chnmeiss, D.D., Mooney, V.: A Comparison of CT/Discography, Pain Response and Radiographic Disc Height. Spine, 13:321-324,1988.

102.  Onik and G, Maroon, J., Mooney, V. Expert Commentary: Percutaneous Automated Discectomy, a Less Invasive Alternative for the Treatment of Herniated Lumbar Discs. Perspec in Radiology, 1:32-34, 1988.

103.  Shimizu, T., Zerwekh, J., Videman, T., Gill, K-, Mooney, V., Holmes, R., Hagler, H.- Bone Ingrowth into Porous Calcium Phosphate Ceramics. Influence of Pulsing Electromagnetic Field. J. Orthop. Res., 6(2):248-258, March, 1988.

104.  Mooney, V.: Editorial Technique Tied or Cognitively Qualified Orthopedics 11 399-402, 1988.

105.  Kondraske, G.V., Behbehani, K-, Chwialkowski, M., Richmond, R., Yon Maltzahn, W., Smith, S.S., Mooney, V.: A System for Human Performance Measurement. IEEE Engr. in Med. and Biology, 23-39, Mar, 1988.

106.  Jamshidi, K-, Shimizu, T., Mooney, V., et al.: Pesorbable Structured Porous Materials in the Healing Process of Hard Tissue Defects. ASAIC Transactions, 34:755-760, July-Sept, 1988.

107.  Brodsky, J.W., Kourosh, S., Stills, M., Mooney, V.- Objective Evaluation of Insert Material for Diabetic
and Athletic Footwear. Foot and Ankle, 9:111-116, December, 1988.

108.  Mayer, T.G., Vanharanta, H., Gatchel, R.J., Mooney, V., Barnes, D., Judge, L, Smith, S., Terry, A.: A Comparison of CT Scan Muscle Measurements and Tsokinetic Trunk Strength in Postoperative Patients.
Spine, 14-33-35, January, 1989.

Curriculum Vitae
Vert Mooney, M.D.
Page 23

## ORIGINAL MANUSCRIPTS:(Cont'd)

109.    Usui, Y., Zerwekh, J.E., Vanharanta, H., Ashman, R.B., Mooney, V.: Different Effects of Mechanical Vibration on Bone Ingrowth Into Porous Hydroxyapatite and Fracture Healing in a Rabbit Model. J. Orthop. Res., 7(4).559-567,1989.

110.    Mayer, T.G., Kondraske, G., Mooney, V., Carmichael, T.W., Butsch, R.: Lumbar Myoelectric Spectral Analysis for Endurance Assessment: A Comparison of Normals with Deconditioned Patients. Spine, 14(9).986-991,1989.

111.    Mooney, V.: Evaluating Low Back Disorders in the Primary Care Office J. M. Med., 6(9):18-35,1989.

112.    Mayer, T.G., Mooney, V., Gatchel, R.J., Barnes, D., Terry, A., Smith, S., Mayer, H.: Quantifying Postoperative Deficits of Physical Function Following Spinal Surgery. Clinical Orthopedics and Related Research., 244:147-157,1989.

113.    Mooney, V. (Moderator), Kane, W.J., Lee, C.K., Simmons, J.W., Jr., White, A.H., Symposium. The Role of Electrical Stimulation in Spinal Fusions - Double Blind Results. Contemp. Orthop., 19(5):569-593,1989.

114.    Mooney, V.: The Classification of Low Back Pain. Ann. Med., 21:321-325,1989.

115.    Mooney, V.: Where is the Lumbar Pain Coming From? Ann. Med., 21-373-379,1989.

116.    Mooney V- When is Surgery Appropriate for Patients with Low Back Pain? J Mus Med, 7(2).61-85, 1990.

117.    Mooney, V.: Functional Capacity Testing: Its Role in Assessing and Treating Back Pain. Pain Management, 3(2):107-113, 1990.

118.    Mooney, V.: A Randomized Double-Blind Prospective Study of the

Curriculum Vitae
Vert Mooney, M.D.
Page 24

Efficacy of Pulsed Electromagnetic Fields for Interbody Lumbar Fusions. Spine, 15(7)-.708-712, 1990.

## ORIGINAL MANUSCRIPTS:(Cont'd)

119.     Onik, G., Mooney, V., Maroon, J.C., Wiltse, L, Helms, C., Schweigel, J., Watkins, R., Kahanovitz, N., Day, A., Morris, J., McCullough, J.A., Reicher, M., Croissant, P., Dunsker, S., Davis, W.D., Brown, C., Hochschuler, S., Scul, T., and Ray, C.- Automated Percutanecus Discectomy: A Prospective Multi- Institutional Study. Neurosurgery, 26(2):228-233,1990.

120.     Alpert J, Matheson L, Beam W, Mooney V: The Reliability and Validity of Two New Tests of Maximum Lifting Capacity, Journal of Occupational Rehabilitation, I(I):13-30,1991.

121.     Mooney, V.: Occupational Back Injury- Sports Medicine for Working People. Pain Mgmt, Jan./Feb. 1992.

122.     Mooney, V.: Back Injuries: Successful Prevention and Management. The J. of Workers Compensation, 1(2):18-27,1992.

123.     Mooney, V.- On the Oose of Therapeutic Exercise. Orthopedics, 15(5)-653-656,1992.

124.     Botte, M.J., Abrams, P..A., Keenan, M.A. and Mooney, V.: Limb Rehabilitation in Stroke Patients. The J. of Musculoskeletal Med., 66-78, June, 1992.

125.     Hambly, M.F. and Mooney, V.: Effect of Smoking and Pulsed Electromagnetic Fields an Intradiscai pH in Rabbits. Spine Supplement), 6S.583-585,1992.

126.   Matheson, L, Mooney, V., Caiozzo, V., Tarvis, C.,., PottiNer, J., begerry, C., Backlund, K-, Klein, K- and
Antoni, J.: Effect of Instructions on Isokinetic Trunk Strength Testing

Curriculum Vitae
Vert Mooney, M.D.
Page 25

> Variability, Reliability, Absolute Value and Predictive Validity. Spine 17(8).914-921,1992.

127.  Mooney, V., Leggett, S.H., Holmes, R.L and Negri, S.: Strength Testing Can Identify Malingering. The Journal of Workers Cornpens&ion 2(I):55-64,1992.

## ORIGINAL MANUSCRIPTS:(Cont'd)

128.  Gatchel, R.J., Mayer, T.&., Hazard, P.G., Rainville, J. and Mooney, V.: Editorial: Functional Restoration, Pitfalls in Evaluating Efficacy. Spine 17(8):988-995,1992.

129.  Mooney, V.: Function and the Industrial Back Pain Patient, J. of Occupational Rehab., 2: 95-120,1992. 130.   Mooney, V.: Guest Editorial: Should We Go Soft? Orthopedics 16(2):129-130,1992.

131.  Mooney, V.: What is Going to Happen to Back Pain? Discussion Paper. The Journal of the Royal Society of Medicine 86:273-276,1993.

132.  Klein, P.&., Eck, B.C., DeLorg, W.B., Mooney, V.: A Randomized Double-glind Trial of Dextrose-Glycerine- Phenol Injections for Chronic, Low Back Pain. Journal of Spinal Disorders 6(I)-.23-33,1993.

133.  Mooney, V.: Understanding, Examining For, and Treating Sacroiliac Pain, J. of Musculoskeletai Medicine, 10-37-49,1993

134.  Matheson, L; Donner, R.; C-rant j.; Mooney, V.: Effect of Computerized Instructions and Measurements of Lift Capacity- Safety Reliability and Validity, J. of Occupational Rehab 3:65-81, 1993.

135.  Mooney, V.: Why Do Workers Compensation Medical Costs Keep Going Up and How Can We Change This? J. of Disabil. 3:101-109,1993.

136.  Mooney, V.: Orthopedic Rehabilitation-. The Legacy of Vernon Nickel, Orthopedics 16: 1071-1073, 1993.

Curriculum Vitae
Vert Mooney, M.D.
Page 26

137. Kitano, T., Zerwekh, J., Usui, Y., Edwards, M., Flicker, P. Mooney, V.:
       Biochemical Changes Associated
       With The Symptomatic Human Intervertebal Disc, Clin. Orthp. Rel. Res.
       293-372-277,1993.

138. Connally, J.F., Dehaven, r-E., Mooney, V.- Trends in Sports, Occupational
       Medicine, Imaging and Aids, J. of Musculoskeletal Medicine,
       10:15-33,1993.

**ORIGINAL MANUSCRIPTS:(Cont'd)**

139. Mooney, V., Pualsed Electromagnetic Fields: An Adjunct to Interbody Spinal
       Fusion       Surgery       in       the       High       risk       patient.
       SurgicalTechnologyInternationalTT,407-408,1993.

140. Hazard, R.G., McKenzie, P.A., Mooney, V.- Helping Your Back Pain Patients
       Make the Most of Spinal Motion; J. o Musculoskeletal Medicine,
       11:24-35,1994.

141. Leavitt, F., Gilbert, N., Mooney, V.: Development of a Hispanic Low Back Pain
       Symptom Check List, Spine 19-.1048-1053,1994

142. Mooney, V., Bernard, J.A., Friedman, M.M., Letz, G.: Symposium On Cost
       Containment Issues, Spine 19-1867-1871,1994.

143. Mooney, V., Gardland, D., Wharton, G.- Spinal Card Injury Care: Funding For
       The Future; Orthopedics, 17,675-678, 1994.

144. Moneta, Cv.S.; Videman, T.; SC, M. Kaivcnto, K-; Aprill, C.; Spivey, M.,
       Vanharanta, H.; Sachs, B.L; Guyer, R.D.; Hochschuler, 5.H.: Raschboum,
       R.F.; Mooney, V.-. Reported Pain During Lumbar Discography As a
       Function of Annular Ruptures and Disc Degeneration - A Re-analysis of
       833 Discogram: Spine 19-.1968- 1974,1994

145. Mooney, V., Andersson, G.B.,T.: Controversies - Trunk Strergth Testing in Patient
       Evaluation and Treatment: Spine I9.2483-2485,1994

Curriculum Vitae
Vert Mooney, M.D.
Page 27

146. Mooney, V: Functional Evaluation of the Spine. Current Opinion in Ortho 5,11:54-57,1994.

147. Reyna Tr., J.; Leggett, S., Kenney, K.: Holmes, B.; Mooney, V - The Effect of Lumbar Belts on Isolated Lumbar Muscle - Strength and Dynamic Capacity', Spine 20(D:68-73,1995

148. Mooney, V: Guidelines For Industrial Injuries. Orthopedics Vol. 18, No. 2 Feb., 1995.

**ORIGINAL MANUSCRIPTS:(Cont'd)**

149. Matheson L, Mooney V, Grant J, Aff leck M, Hall H, Melles T, Lichter P, McIntosh G. A Test to Measure Lift Capacity of Physically Impaired Adults: Part I - Development and Reliability Testing; Spine Vol. 20 (19) 2119-21219,1995.

150. Matheson L, Mooney V, Holmes 0, Leggett 5, Cyrmnt J, Negri 5, Holmes 8: A Test to Measure Lift Capacity of Physically Impaired Adults, Part 2 - Reactivity in a Patient Sample. Spine Vol. 20.(19)2130- 2134,1995.

151. Mooney, V: Why Exercise for Low Back Pain? Muscuioskeletal Medicine, October (Pg. 33-39),1995.

152. Mooney V: Treating Low Back Pain With Exercise. Musculoskeletal Medicine, (12)24-36, Dec 1995.

153. Mooney V. Kron M, Rummerf icid P, Holmes 9: The Effect of Workplace Based Strengthening an Low Back Injury Pates: A Case Study in the Strip Mining Industry, J Occ Rehab, Vol. 5, No. 3,157-167,1995.

154. Mooney, V: The Impact of Managed Care on Musculoskeletal Physical Treatment. Topic in Rehabilitation; Orthopedics Vol 18, No 11, November 1995.

Curriculum Vitae
Vert Mooney, M.D.
Page 28

155.  Holmes 9, Leggett 5, Mooney V, Nichols J, Negri S, Hoeyberghs A: Comparison of Female Geriatric Lumbar-Extension Strength. A symptotic Versus Chronic Low Back Pain Patients and Their Response to Active Rehabilitation. T of Spinal Disorders, 9(I):17-22,1996.

156.  Mooney V: Medical Care, Health Care, and Charismatic Care: Orthopedics, Vol. 19, No. 6,1996.

157.  Matheson L, Mooney V, Grant J, Leggett 5, Kenny K. Standardized Evaluation of Work Capacity. J' of Back & Musculoskeletal Rehab, 6.249-264,1996.

**ORIGINAL MANUSCRIPTS:(Cont'd)**

158.  Mooney V, Kenney D, Leggett 5, Holmes B,. Relationship of Lumbar Strength in Shipyard Workers to Workplace Injury Claims: Spine 21(17)-2001-2005, 1996.

159.  Leggett 5, Mooney V, Middleton 0: Diversifying Your Practice - Creating a Successful Medical-Based Fitness Center. REHAB Management - pq 117 June/July 1996.

160.  Matheson L, Mooney V. CAL-FCP Disability Rating Test Protocol. Disability 5(3).49-56, August, 1996.

161.  Mooney V, Leggett 5. Back Pain-. Which Exercises Can Help, Which Can Harm? Consultant, 2543-2554, December 1996.

162.  Mooney, V: Understanding Whiplash Injury and Maximizing Recovery, JMM, 71-77, Tanuary 1997. 163.   Mooney V: Technology Enters the Labor Pool. Rehab Management, 25-27, Feb/Mar 1997.

164.  Botte M, Keenan M, Abrams R, Schroeder H, Gellman H, Mooney V: Review.

Curriculum Vitae
Vert Mooney, M.D.
Page 29

Heteroptopic Quantification in Neuromuscular Disorders. Orthopedics 20(4)335-341, Apr 1997.

165.   Mooney V, Gulick J, Perlman M, Levy 1), Pozos R, Leggett 5, Resnick D. Relationships Betwen Myoelectric Activity, Strength, and MRI of Lumbar Extensor Muscles in Back Pain Patients and Normal Subjects. Journal of Spinal Disorders, 10(4).348-356,1997.

166.   Mooney V, Leggett S. Objective Functional Assessment in Disability Case Resolution, Tournal of Occupational Rehabilitation, 7(4).217-224,1997.

167.   Surkwalter TA, Mooney V, Suckwalter KC: Loss of Conditioning and Mobility; Archives of the American Academy of orthopedic Surgeons, 2(1)97-102, Winter 1998.

168.   Mooney V: Can We Have It Both Ways? Guest Editorial: Orthopedics 21(6)615-616, Tune 1998.

## ORIGINAL MANUSCRIPTS:(Cont'd)

169.   Mooney V, MassieTS, Bengt IL, Pah JH, Negre 5, Holmes R- Comparision of HydroxyaWite C-mnuies to Autogenous Bone 6raft in Fusion Cages in a Goat Model. Surgical Neurology, 49-.628-634,1998.

170.   Connolly TF, DeHaven KE, Mooney V., Primary Care Management of Musculoskeletal Disorders. J Musculoskeletai Medicine, 28-38, August 1998.

171.   Mooney V, Overuse Syndromes of the Upper Extremity-. Rational and Eff ective Treatment. J Musculoskeletal Medicine, 11-18, August 1998.

172.   Connolly JF, De Haven KE, Mooney V-. Evolving Approaches to Spine, Foot, and Soft-Tissue Injuries: J Musculoskeletal Medicine, 15(10):11-25, October 1998.

173.   Connolly JF, De Haven KE, Mooney V: Lif estyle Issues, Surgery and Fracture Care, Pediatrics, Future Trends. J Musculaskeletal Medicine, 17-32,

Curriculum Vitae
Vert Mooney, M.D.
Page 30

December 1998.

174.   Leggett S, Mooney V, Matheson LN, Nelson 8, Dreisirger T, Van Zytveld J:
       Restorative Exercise for Clinical Low Back Pan. Prospective Two-Center
       Study with I Year Follow-Up. Spine, 24(9)889-898, 1999

175.   Mooney, V: Guest Editorial: Do You Just Want to Feel Better or Get Better?
       Orthopedics, 22(5)479- 480, May 1999.

## BOOKS CO-AUTHORED:

1.   Mayer TG, Mooney V, C-atchel R-. Contemporary Consermtive Care of
     Painful Spinal Disorders: Lea & Febiger, 1991.

2.   Vleeming A, Mooney V, Movement, Stability & Low Back Pain: Edited by
     Dorman T, Snidjers C., and Stockart R, Churchill Livingstone, 1997.

## BOOK CHAPTERS:

1.   Mooney, V.: Fractures of the Shaft of the Femur. Fractures, I.S. Lippincott
     Company.

2.   Perry, J., Stauffer, E.S., Mooney, V.: Orthopedic Rehabilitation. Practice of
     Surgery, Orthopedics 2, Chapter 20, Harper and Row Publishers, Inc.,
     Hagerstown, Maryland, 1974.

3.   Perry, J., Stauffer, E.S., Mooney, V.; Orthopedic Rehabilitation. Practice of
     Surgery, Orthopedics 2, Chapter 20, Harper and Row Publishers, Inc.,
     Hagerstown, Mar*nd, 1974.

4.   Mooney, V: Atlas of Limb Prosthetics; Surgical A Prosthetic Principles, Chapter
     25, Above-Knee Amputations, Section 1, 378-383: Section 171, 384-401; C.V.
     Mosby Company, St. Louis, Missouri, 1981.

Curriculum Vitae
Vert Mooney, M.D.
Page 31

5.    Mooney, V.: Rehabilitation of Major Fractures. Orthopedic Rehabilitation, Vernon Nickel, M.D. author, Churchill Livingstone, 331-343, 1982.

6.    Mooney, V.: Rehabilitation of Low Back Disability. C)rthopaedic R6abilitation, Vernon Nickel, M.D., author, Churchill Livingstone, 481-495,1982.

7.    Mooney, V.: Non-Operative Care Using Functional Bracing for the Fractured Femur. Controversies in Orthopedics, Bob Leach, M.b., author, W.B. Sounders Co., 1982.

8.    Mooney, V.: Rehabilitation of the Low Back Pain Patient. Med Rehab of Musculoskeletal Disorders, 41-45.

9.    Mooney, V.: Bracing in Rehab of Long Some Fractures. Med Rehab of Musculoskeletal Disorders: 50-55.

10.   Mooney, V. and Claudi, a.. How Stable Should External Fixation Be? Current Concepts of External
      Fixation of Fractures, H.K Uhthoff, ed., Springer-Verlag, Berlin, 21-26,1982.

**BOOK CHAPTER:(Cont'd)**

11.   Claudi, B.F. and Mooney, V.: The Use of External Fixators in the Polytraumatized Patient. Current Concepts of External Fixation of Fractures, H.K. Uhthoff, ed., Springer-Veriag, Berlin, 381-385,1982.

12.   Mooney, V. and Claudi, B.: Fractures of the Shaft and Femur. Fractures, 2nd ed., Rockwood and Green, eds., Chapter 15,1357-1429,1983.

13.   Sucholz, R.W. and Mooney, V.: Fracture of the Femoral Shaft in Surgery of the Musculoskeletal System. Ed. by C.M. Eycirts, Churchill Livingstone, Chapter 12,1984.

Curriculum Vitae
Vert Mooney, M.D.
Page 32

14.    Mooney, V.: The Painful Low Back. Evaluation and Guidelines for Non-Operative Care of the Low Back. Instructional Course Lectures, The American Academy of orthopedic Surgeons, Ed. by E. Shannon Stauffer, Vol. XXIV, Section I, Chapter 1, 3-12, 1985.

15.    Mooney, V.: Posterior Pamus Pain. Lumbar Spine Surgery, Second Edition, Chapter 3. Ed. by Joseph Cauthen. Williams and Wilkens, Publishers. Baltimore, MD, 17-24,1988.

16.    Mooney, V.: Facet Joint Syndrome. The Lumbar Spine and Back Pain, Third Edition, Chapter 18. Ed. by Malcolm Jayson, 370-382,1987.

17.    Mooney, V. and Oerian, C.: Synthetic gone Graft. Lumbar Spine Surgery-. Techniques and Complications. C.V. Mosby Publishers. Chapter 41, ed. by Arthur White, 471-481, 1987.

18.    Mooney, V.; Herniated Discs. Automated Percutoneous Lumbar Diseectomy, Radiology Research and Education Foundation, University of California, Publishers, Chapter 5, 53-70, 1988.

19.    Mooney, V.: Percutaneous Discectomy. Spine, Richard D. Guyer, ed., Hanley Li Self us, Inc., Publishers, Vol. 3.103-112, 1989.

## BOOK CHAPTER:(Cont'd)

20.    Mocrey, V.: A Perspective on the Future of Low Back Research. Spine, Richard 0. Guyer, ed., Hanley & Belfus, Inc., Publishers, Vol. 3:173-183, 1989.

21.    Kondraske, G.V., Smith, S.S., Mooney, V., Richmond, R., VonMaltzahn, W., Chwialkowski, M.: Computerized Measurement of Human Function Performance. Phys. Med. and Rehab., State of the Art Reviews, Vol. 3(2):9-30,1989. Philadelphia, Hanley de Belfus, Inc.

22.    Mooney, V.: Surgical Techniques in the Treatment of Low Back Dysfunction.

Curriculum Vitae
Vert Mooney, M.D.
Page 33

Postgraduate Advances in the Evaluation and Treatment of Low Back Dysfunction: An Independent Study Course Designed for Individual Continuing Education. Forum Medicum, Inc., Publishers, 1989.

23.   Mooney, V.: Facet Syndrome. The Lumbar Spine- The International Society for Study of the Lumbar Spine. Eds., Weinstein, J.N. and Wiesel, S.W., W.B. Saunders Company, Publishers, Philadelphia, 1990.

24.   Mooney, V. and Gottschalk, F.: Rehabilitation, Orthotics, and Prosthetics. The Hip and Its Disorders. Marvin E. Steinberg, ed., W.B. Saunders Co., Publishers, Chapter 7,106-119,1991.

25.   Mooney, V.: Injection Studies. Role in Pain Definition, in The Adult Spine: Principles and Practice (Vol. 1). Ed-in-Chief, Frymoyer, J.W., Raven Press, Chapter 25, 527-540,1991.

26.   Mooney, V.: Differential Diagnosis of Low Back Disorders-. Principles Of Classification, in The Adult Spine: Principles &Practice Vol. 2 Ed-in-Chief, Frymoyer,J.W., Raven Press,Chapt71,1551-1566,1991.

27.   Mooney, V.; Percutoneous and Suction Disecectomy, in The Adult Spine: Principles and Practice (Vol. 2). Ed-in-Chief, Frymoyer, J.W., Raven Press, Chapter 82,1751-1763,1991.

**BOOK CHAPTER: (Cont'd)**

28.   Mooney, V.: The Subacute Patient, To Operate or Not to Operate - This is the Question, in Contemporary Conservative Care for Painful Spinal Disorders. Eds. Mayer, T.Cr., Mooney, V. and Gatchel, k.J., Lea A Febiger, Chapter 24, 253-269,1991.

29.   Mooney, V.: Surgical Decision Making. A System Based on Classification and Symptom Chronology, in Contemporary Conservative Care for Painful Spinal

Curriculum Vitae
Vert Mooney, M.D.
Page 34

Disorders. Eds. Mayer, T.G., Mooney, V. and C-atchel, R.J'., Lea A Febiger, Chapter 34, 403-429, 1992.

30.   Mooney V. and Becker S.- Major Fractures, in Orthopedic Rehabilitation (2nd Ed.). Eds. Nickel V.L & Botte M.J., Churchill Livingstone, Publishers, Chapter 44, 601-610,1992.

31.   Mooney, V.: Rehabilitation of the Spine, in Orthopedic Rehabilitation (2nd Ed.). Eds. Nickel, V.L. and Botte, M.J., Churchill Livingstone, Publishers, Chapter 54, 765-7'78,1992.

32.   Mooney, V.: Can We Measure Function of the Sacroiliac Joint: World Congress on Low Back Pain and its Pelation to the Sacroiliac Joint-. Ecls. Vieeming, A., Mooney, V., Snijders, C., and Dorman, T.; Rotherdam ECO, 1992.

33.   Mooney, V.: The Future of Spinal health Care Rehabilitation, in Rehabilitation of the Spine. Science and Practice. s. Hochschuler, S.H., Cotler, H. B., and Guyer, R. D., Mosby,Chapter62,749-755,1993.

34.   Mooney, V.; Diagnostic Tests for the Patient with Work-Related Injuries, in Spine Care - Diagnosis and Conservative Treatment, Volume 1. Ed. Arthur H. White, Assoc. Ed. Jerome A. Schafferman, Mosby Publishers, Chapter 15, 239-249,1995.

## BOOK CHAPTERS:(Cont'd)

35.   Mooney, V: Prolotherapy In The Spine and Pelvis-. An Introduction: Spine, State of the Art Reviews: Prolotherapy in the Lumbar Spine and Pelvis, Thomas A. Dorman, MD, Editor: Hanley & Self us, Inc; Vol. 9, No.2, May 1995

Curriculum Vitae
Vert Mooney, M.D.
Page 35

36.    Mooney, V. Place of Active Care in Disability Prevention; Rehabilitation of the Spine - A Practitioner's Manual; Craig Liebenson, Ed.; Williams & Wilkins, Chapter 21,411-417,1996.

37.    Mooney, V: Evaluation and Treatment of Sacroiliac Dysfunction, Wiesel S, Weinstein J, Herkowitz H, et al, Editorial Committee, The Lumbar Spine, Second Edition, Volume 1, Chapter 7, 559-569, 1996.

38.    Mooney V, Scal JA, -laal JS. Clinical Symposia - Evaluation and Treatment of Low Back Pain. CIBA Vol 48 No 4,1996.

39.    Mooney V: Percutaneous Procedures for Diagnosis and Treatment of Spinal Pain. OKU:Spine, Published by AACS, (13)121-126,1997

40.    Mooney V: Sacroiliac Joint Dysfunction: Movement Stability A Low Back Pain - The Essential Role of the Pelvis: Edited by Vieeming A, Mooney V, Dorman T, Snijders C, Stocchart P.; Churchill Livingstone; Chapter 2, 37-52,1997

41.    Mooney V, Pozos R, Vleemirig A, Gulick J, Swenski: Coupled Motion of Contralateral Latissimus Dorsi and Gluteus Maxiumus: Its Role in Sacroliac Stabilzation: Movement Stability & Low Back Pain - The Essential Role of the Pelvis: Ed. by Vleeming A, Mooney V, Dorman T, Snijders C, Stoechart R.: Churchill Livingstone, Chapter 7,115-122,1997.

42.    Mooney V: Sacroiliac Joint Dysfunction - The Spine Edited by Herkowitz H, Garf in 5, Balderston R, Eismant F, Bell G. Wiesel S; Rothman-Simeone, Chater 29, 767-778,1997.

## BOOK CHAPTERS:(Cont'd)

43.    Mooney, V. Physical Measurements of the Lumbar Spine: Physical Medicine and Rehabilitation Clinics of North America, W.B. Sounders, 9(2)391-410, May

Curriculum Vitae
Vert Mooney, M.D.
Page 36

1998.

## INVITED SCIENTIFIC AND EDUCATIONAL PRESENTATIONS BEGINNING JUNE,1988

1. Spinal Disorders Course, 4 lectures, Gothenberg, Sweden, June 26 - July 1, 1988.

2. Percutancous Discectomy Course, Chicago, Illinois, July 30-31,1988.

3. Presentation to the National Center for Device and Radiation Health (FDA as NASS Representative) August 8,1988.

4. Orthopedic Instructor, Laredan Seminar, Dallas, Texas, August 9,1988.

5. Grand Pounds Speaker, University of New Jersey Medical School, Newark, New Jersey, Sept 27,1988.

6. Featured Speaker Disabled Workers Symposium, New London County Med Assoc, Conn., Sept 28,1988.

7. Program Director & Lecturer Dallas Short Course: Orthotics & Prosthetics, Dallas, TX, Oct 13-15,1988.

8. Director of Occupational Health Symposium, Sponsored by AA05, Chicago, 111, Oct 20-21,1988.

9. Aisenstadt Clinical Day an Low Back Pain, Montreal, Quebec, November 2,1988.

10. ACA International Symposium on Certif ication and Credentialing, Hershey, Pennsyl, Nov 28-29,1988.

11. Percutaneous Discectomy Course, New York City, December 10-11, 1988.

12. Seminar on Pathophysiology of Lumbar Disorders for Physicians and Therapists, Island Hospital, Belleville, Washington, January 20,1989.

Curriculum Vitae
Vert Mooney, M.D.
Page 37

**INVITED SCIENTIFIC AND EDUCATIONAL PRESENTATIONS BEGINNING JUNE,1988 (Cont)**

13.     Modern Concepts in Back Pain Control, Orange County Pain Society, Orange, California, Tanuary 23,1989.

14.     Pathaphysiology of the Deteriorating Spine, Combined Classes af the Physical Therapy Program, University of Southern California, Los Angeles, California, January 26, 1989.

15.     What's New in Lumbar Care? Monthly Orthopedic Section Meeting, Cedars-Sinai Hospital, Los Angeles, California, January 30, 1989.

16.     Pathophysiology of the Deteriorating Spine, Grand Rounds, Orthopedic Division, UCI Medical Center, Orange, California, February 1, 1989.

17.     Strategies for the Rapid Return to Work of the Injured Employee, Annual Meeting of the International Association of Industrial Accident Board, New Orleans, Louisiana, February 9, 1989.

18.     Moderator and Presenter, Symposium on Assessment Systems for Orthopedics, Annual Meeting of the American Academy of orthopedic Surgeons, Las Vegas, Nevada, February 10, 1989.

19.     Current Concepts in Back Care-Interview an CNN News, February 27,1989.

20.     What's New in Back Pain Treatment? Annual Alumni Meeting of Lama Linda University, Lama Linda, California, February 28,1989.

21.     Selection Committee for Annual Orthopedic Distinguished Scientist Award sponsored by Bristol-Myers, Phoenix, Arizona, March 3,1989.

22.     Presenter of three lectures at Conference an Industrial Injuries sponsored by the Occupational Health Committee, AACS, New York City, New York, March 5-7,1989.

Curriculum Vitae
Vert Mooney, M.D.
Page 38

## INVITED SCIENTIFIC AND EDUCATIONAL PRESENTATIONS BEGINNING JUNE,1988 (Cont'd)

23.   Presenter of three lectures at the International Conference on Spine Care, University of North Carolina, Durham, North Carolina, April 7-8,1989.

24.   LeMre: West Coast Course an Percutaneous Suction Discectomy, San Francisco, CA, June 3-4, 1989.

25.   Testimony to the Food and Drug Administration Section on Orthopedic and Rehabilitation Devices concern applications of bone substitutes made of ceramic, Washington, D.C., Tune 6,1989.

26.   Secretary to the Executive Committee, American Orthopedic Association Annual Meeting, Colorado Springs, Colorado, Tune 11-15,1989.

27.   Lecturer on Failed Back Treatment at Controversies in Spinal Care Course, sponsored by University of Minnesota, Minneapolis, Minnesota, June 22,1989.

28.   Invited Annual Visiting Professor Orthopedic Resident Graduation, University of California, San Diego, June 24,1989.

29.   Presenter: Pole of Electromagnetic Fields in Spinal Fusion, North American Spine Society, Quebec City, Montreal, Canada, June 29-July 1, 1989.

30.   Loma Linda University Annual Post Graduate Course: Pre-employment screening tarts, Loma Linda, California, July 12, 1989.

31.   LIDO International Seminar, Washington, D.C.; Lumbar Disease, July 14,1989.

32.   Modern Interactive Spine Care: Course Chairman and presenter of four topics in conservative care, Newport Beach, California, July 22-23, 1989.

Curriculum Vitae
Vert Mooney, M.D.
Page 39

**INVITED SCIENTIFIC AND EDUCATIONAL PRESENTATIONS BEGINNING JUNE,1988 (Cont'd)**

33.    UCI Neurology Department Seminar: Pathaphysiology of Low Back Pain, Ua Med Center, July 24,1989.

34.    Quarterly Meeting Irvine Medical Center Medical Staff: Soft Tissue Injuries: The Rationale Basis of Care, Irvine, California, July 26, 1989.

35.    Cybex Seminar. Using Functional Assessment in Medical Report, San Diego, CA, August 5,1989.

36.    Beckman Laser Institute, UC.T: The Role of Lasers in Lumbar Disc Disease, UCI August 24,1989.

37.    LIDO International Series: Spinal Injury and Lumbar Disc Disease, Newport Beach, Uifornic, August 25,1989.

38.    The Injured Worker Dilemma: Definitive Solutions: Four presentations concerning occupational back dise4ase, San Francisco, California, September 10-12, 1989.

39.    FDA Panel on Orthopedic Products: Testimony concerning the application af electrical stimulation for bone fusion, Washington, D.C., September 21, 1989.

40.    Advanced Concepts for Industrial Spine Care: Sports Medicine for Working People: Four presentations concerning occupational back disease, Dallas, Texas, September 28-30,1989.

41.    Occupational Low Back Pain Conf erence. Spinal Anatomy & Physiology, Long Beach, CA, Oct 18-21, 1989.

42.    Office Orthopedics for the Primary Physician, University of California, San Diego., Orthopedic Rehabilitation, San Diego, California, October 21, 1989.

Curriculum Vitae
Vert Mooney, M.D.
Page 40

43. Western Orthopedic Association Annual Meeting: Presenter of paper on nerve root injection, Anaheim, California, October 26, 1989.

**INVITED SCIENTIFIC AND EDUCATIONAL PRESENTATIONS BEGINNING JUNE,1988 (Cont'd)**

44. Annual Meeting of the Association of orthopedic Chairman, Executive Committee participant as past President, Washington, D.C., October 28-29,1989.

45. Challenge of the Lumbar Spine Conference: Tnree presentations concerning pathophysiology of back pain, San Francisco, Uif arnia, November 3-5, 1989.

46. University of Uifornic Employee Support Program: Prevention of Work Injury-Lost -rime, UCLA, Los Angeles, California, November 8, 1989.

47. UCI Annual Dance Med Symposium. Face to Face With Dancer's Back, UCI, Irvine, CA, Nov 10, 1989.

48. Orthopedic Hospital Symposium: Reducing Disability, Los Angeles, California, Novemberl4,1989

49. California State Long Beach, Department of Physical Therapy, Advisory Council Meeting, Long Beach, California, November 15, 1989.

50. American Orthopedic Association Workshop on Ethics in Orthopedic Surgery. Association of orthopedic Chairman Representative, Chicago, Illinois, November 16-17,1989.

51. American Back Society: Program Chairman: Twelve presentations and moderator of four symposiums on occupational back disorders, Las Vegas, Nevada, November 30-becember 3, 1989.

52. American Orthopedic Assoc. Executive Committee Meetirg as Secretary,

Curriculum Vitae
Vert Mooney, M.D.
Page 41

Chicago, III, Dec 10-11, 1989.

53.  Arizona Physical Therapy Association, Orthopedic Update Program: Featured Speaker, Phoenix, Arizona, January 20, 1990.

54.  Annual Meeting of the Medical Committee IAIABC, Newport Reach, California, January 25,1990.

55.  Nucleotome Training Course. Clinical Results of Percutoneous Discectomy, New Orleans, LA, Feb 7, 1990.


## INVITED SCIENTIFIC AND EDUCATIONAL PRESENTATIONS BEGINNING JUNE,1988 (Cont'd)

56.  American Academy of Orthopedic Surgeons Annual Meeting, Discussant of Several Papers, New
            Orleans, Louisiana, February 8-13, IM.

57.  American Academy of orthopedic Surgeons Council on Health Policy, Chicago, Illinois, March 3,1990.

58.  Grand Rounds Speaker, Harbor General/UCLA, Torrance, California, March 7,1990.

59.  Medical Management Seminar- Orthopedic Injuries, Medical Care Committee of California, Los Angeles, California, March 15, 1990.

60.  Tools of Assessment. AAOS Continuing Education Course: Program Chairman and Presenter of Various Topics, Newport Marriott Hotel, March 18-20,1990.

61.  UCI Advisory Committee on Fitness Instruction, UC Irvine, April 4,1990.

62.  Spine Study Group Symposium, Presenter of Various Topics, Orlando, Florida, April 27-30, 1990.

63.  Spinal Injury and Disability Conf erence, Presenter of Various Topics, New Orleans, May 3-4, 1990.

64.  California Society of Physical Medicine and Rehabilitation Conference:

Curriculum Vitae
Vert Mooney, M.D.
Page 42

Managing the Low Back Pain Patient, Monterey, California, May 18, 1990.

65.    Whittier Presbyterian Hospital Cont Ed: The Changing Face of Back Care, Whittier, CA, May 22, 1990. 66.    West Coast Ortho Review Course-. The Pathophysiology of the Spine, Santa Monica, CA, Tune 2, 1990.

67.    International Society of the Study of the Lumber Spine: Presenter "Measurement of Function with Progressive Lifting Capacity' Boston, Mass, June 14, 1990.

**INVITED SCIENTIFIC AND EDUCATIONAL PRESENTATIONS BEGINNING JUNE,1988 Cont'd)**

68.    Neuro-Orthopedic Management of the Injured Adult Meeting: The Pathaphysioiogy of Back Pain, Disneyland Hotel, June 23, 1990.

69.    Fourth Annual MRI Symposium, Hoag Memorial Hospital. The Back Pain and Radiculopathy Patient, Laguna Niguel, July 24,1990.

70.    North American Spine Society Annual Meeting: Moderator of Morning Session, Monterey, California, August 9,1990.

71.    Two presentations: Where is the Pain Coming From? and Principles of Back Pain Management at Forbes Work Again Program, Pittsburgh, PA, February 26 and 27,1991.

72.    Presentation 'State Variations in Disability Evaluation. American Acad. of orthopedic Surgeons, Anaheim, CA, March, 1991.

73.    Presenter, Advanced Spine Course, San Francisco Spine Institute, San Francisco, CA, Mar 23-24,1991.

74.    'The Sports Medicine Approach to Reducing Low-back Disability and Preventing Re-injury at BackWeRCs dinner and program, La Jolla, CA, April

Curriculum Vitae
Vert Mooney, M.D.
Page 43

2,1991.

75.  Moderator, Session on Quantitative Functional Muscle Testing - Relative efficacy and how this testing relates to clinical outcome. Symposium sponsored by No. American Spine Society and Int'l. Society for Study of Lumbar Spine, Chicago, IL, April 25-28,1991. '

76.  Presenter at Int'l. Society for Study of the Lumbar Spine, Heidelberg, Germany, May 12-16,1991,

77.  Spinal Evaluations presented at Combined Alvarado/Grossmont Orthopedic Dept. Meeting, Jun 20,1991.

**INVITED SCIENTIFIC AND EDUCATIONAL PRESENTATIONS BEGINNING JUNE,1988 (Cont'd)**

78.  "Back Injuries: Key Components of Successful Prevention and Industry Management Programs" as part of Conference, Managed Care and Workers' Compensation (Infoline), Irvine, CA, Tuly 22-23,1991.

79.  Presenter at No. American Spine Society Course, Keystone, Colorado, August 1-3,1991.

80.  Presenter: Health Watch Radio UCSD: Sports Med for Working People, San Diego, CA, Aug 8,1991. 81.   Presenter at Grand Rounds, So West Medical Center, Dallas, Texas, August 22,1991.

82.  Keynote Address-. Instability and Hypermobility --Facts and Fantasies. McKenzie Institute Int'l. Conference, Dallas, Texas, August 23-24, 1991.

83.  Presentation to UCSD Medical Center Management Meeting, San Diego, CA, August 29,1991.

84.  Keynote Address: Future Directions in Orthopedic Rehabilitation at

Curriculum Vitae
Vert Mooney, M.D.
Page 44

International Symposium "Spinal Rehabilitation Update 91', Daytona Beach, Florida, September 12-14,1991.

85.  Two presentations at Occupational Spinal Disorders: Prevention, Diagnosis A Treatment course, Chicago, IL, September 22-24,1991.

86.  The Modern Treatment of Occupational Soft Tissue,Injuries for LJCSD Occupational Health Center meeting. La Jolla, CA, October 24,1991.

87.  Presenter at path Annual Interdisciplinary Symposium on Rehab, Costa Mesa, CA, Oct 25-27,1991.

88.  The Future of Impairment and Disability Guidelines/ The Role of Functional Testing. Presented at American Academy of Disability Evaluating Physicians Fifth Annual Scientific Sessions A Symposium, Kansas City, MO, November 14-16,1991.

**INVITED SCIENTIFIC AND EDUCATIONAL PRESENTATIONS BEGINNING JUNE,1988 (Cont'd)**

89.  Presenter & Workshop Leader- 7th Biennial MPAA Conf, Blue Mountains, Australia, Nov 27-30,1991.

90.  Presentation: Functional Capacity Evaluation of Low Back Patients in Occupational Orthapaedies course, New York, New York, December 8-10,1991.

91.  Presentation in seminar "Cracking Down on Workers' Compensation Fraud, Ontario, CA, Tanuary 7,1992.

92.  Presentation: Optimizing Patient Outcome: Role of the rehabilitation Specialist, in the 1992 California Trauma Conf erence, Sacramento, CA, January 9-11, 1992.

93.  Presentation at Musculoskeletal (Spine) Panel Meeting  for Commission an

Curriculum Vitae
Vert Mooney, M.D.
Page 45

Peach Officer Standards and Training, San Francisco, CA, January 19,1992.

94.     Presentation to Orthopedic Update: Current Concepts and Advances, -San Diego, CA, Ian 23-25,1992.

95.     Presentation to San Diego Chapter of Arthritis Health Professions Assoc, San Diego, CA, Feb 6,1992.

96.     Symposium on Low Back Pain. The Present and the Future, Tucson, Arizona, Mar 11-14,1992.

97.     Presentation and workshop leader at Healthy People 2000'. A Look at Screening, Prevention and Rehabilitation in the Elderly, San Diego, CA, March 7,1992.

98.     Session Chairman and Moderator at California Medical Association Meeting, Anaheim, CA, Mar 14,1992.

99.     Presentation: Beating Back Pain with Exercise for UCSD Health Lecture Day, La Jolla, CA, Mar 21, 1992.

100.    Speaker for Dinner and Program, American Medical Electronics, Michigan, April 1, 1992.

101.    Speaker for UCSD Healthy Aging seminar, La Jolla, CA, April 4,1992.


**INVITED SCIENTIFIC AND EDUCATIONAL PRESENTATIONS BEGINNING JUNE,1988 (Cont'd)**

102.    Speaker for The Coalition of Med Providers 3rd Annual Convention, Newport Beach, CA, Apr 26, 1992.

103.    Two presentations to So. Calif. Physical Medicine Symposium, Dana Point, CA, May 8-9,1992.

104.    Presentation to Certified Grocers Dinner Meeting, Commerce, CA, May 11, 1992.

Curriculum Vitae
Vert Mooney, M.D.
Page 46

105. Presentation to Hillcrest-Mission Valley Lions Club luncheon meeting, San Diego, CA, May 12,1992.

106. Faculty member and presenter to Laser-Assisted Disc Decompression Workshop, UC5D Medical Center, San Diego, CA, May 16,1992.

107. Presentation to 19th Annual Meeting of the International Society for the Study of the Lumbar Spine, Chicago, IL, May 20-24, 1992.

108. Presenter at PT '92 - The Lumbar Symposium, Columbus, Ohio, June 5-6, 1992.

109. Featured speaker at Orange County Workers' Compensation Defense Association Dinner meeting, Santa Ana, CA, June 17,1992.

110. Moderator & Presenter at Spine & Strength Symposium, San Diego, CA, Jul 17-18,1992.

111. "The Physician's Role in the Workers' Compensation System". Del Mar, CA, August 7,1992.

112. Presentation 'Where Does Back Pain Come from... and Go?' for Sam and Rose Stein Inst. for Research on Aging, presented at Bishops School in La Jolla and at UCSD, San Diego, CA., August 19,1992.

113. Presentation to San Diego County Chiropractic Society, San Diego, CA, September 1, 1992.

114. Federal Women's Program at Southwest Fisheries Science Center, La Jolla, CA, September 10, 1992.

**INVITED SCIENTIFIC AND EDUCATIONAL PRESENTATIONS BEGINNING JUNE,1988 (Cont'd)**

115. Faculty member and presenter to Rehab Management Expo '92, The National Conference on Rehabilitation Management and Technology, Long Beach, CA, September 17-19,1992.

116. American Academy of Ortho Surgeons Lumbar Spinal Fusion Course. Los

Curriculum Vitae
Vert Mooney, M.D.
Page 47

Angeles, CA, Sep 12,1992.

117. Spinal fusion and Cervical Stabilization sponsored by AME., La Jolla, CA, September 24,1992.

118. Blue Cross Occupational Health Seminar, Beverly Hills, CA, September 26,1992.

119. Faculty member and presenter to Occupational Spinal Disorders. Primary, Secondary and Tertiary Care ,& Prevention Seminar, Dallas, Texas, October 1-3,1992.

120. Host and speaker at Western Occupational Health Conference, San Diego, CA, October 16,1992.

121. 'The Physician's Role in Workers' Compensation' Work Camp Seminar, San Diego, CA Oct 16,1992. 122.   Chronic Lower Back Pain at American Pain Society meeting, San Diego, CA, October 22,1992.

123. Speaker at the Kaiser Permanente Orthopedics Symposium, "What is Going to Happen to Back Pain? Discussion Paper" Huntington Beach, CA, January 14,1995.

124. Speaker at the UCSD Sports Medicine Rehabilitation Conference, 'Rehabilitation of Back Injuries: Non- Surgical Approaches and Post-Operative Therapy, San Diego, CA, January 27,1995.

125. Berkheiser Guest Speaker at the Midwest Clinical Conference, Chicago Medical Society, 'The Other Side of Orthopedic Surgery' & Rational Treatment for Spinal Pain', Chicago, IL, January 20-21,1995.

126. Speaker: 12th Annual Meeting of the American Association of Orthopedic Medicine, Where is the Lumbar Pain Coming From?', Palm Springs, CA Feb 23-25,1995.

**INVITED SCIENTIFIC AND EDUCATIONAL PRESENTATIONS BEGINNING JUNE,1988 (Cont'd)**

Curriculum Vitae
Vert Mooney, M.D.
Page 48

127. Speaker & Moderator at the Spine Conference - Cervical Spine Injuries Related to Motor Vehicle Accidents, 'Physical Rehabilitation of Neck Injuries', Loveland, CO, February 10, 1995.

128. Speaker at the University of Florida Center for Exercise Science - Exercise Rehabilitation of the Spine: Update "95 Symposium, 'Relationships Between Exercise Rehabilitation and Symptom Reduction, Orlando, FL, April 6-8,1995.

129. Presenter at the Los Angeles College of Chiropractic, 'Objective Measurement of Soft Tissue Injury, Arlington Heights, IL, April 29-30, 1995.

130. University of Chicago Ist Gerald Laros Memorial Lecturer, Chicago, IL, Apr 27-29,1995.

131. Presenter at the Managed Care and the Chronic Back-. How to Improve Outcomes for Patients and Payers, Fort Collins, CO, May 16, 1995.

132. Speaker: The Spine Study Group - Current Concepts of Diagnosis (& Treatment Symposium, and Managing the Spine. Emphasis on Primary Care, 'Back Pain in the Worker Compensation Patient: Is There a Difference?', Rancho Mirage, CA, May 18-21,1995.

133. Presenter: Los Angeles College of Chiropractic - Chiropractic Rehabilitation Certificate Course, 'Objective Measurement of Soft Tissue Injury', San -Diego, CA, June 24-25,1995.

134. Low Back Pain Steering Group Meeting, 'Proposed Intervention Options', Chicago, IL, June 15,1995.

135. Speaker at the McKenzie Institute International Conference, 'Measurement and the Medical Model', Cambridge, UK, September 16-17,1995.

136. Speaker at the 16th Annual Spinal Disorders Conference, 'Exercise: What, When & How Much?', Toronto, Ontario, Canada, September 11, 1995.

**INVITED SCIENTIFIC AND EDUCATIONAL PRESENTATIONS BEGINNING JUNE,1988**

Curriculum Vitae
Vert Mooney, M.D.
Page 49

**(Cont'd)**

137.  Presenter at the 13th National Orthopedic and Treumatology Congress, 'Practical Method of C)iff crential Diagnosis of Low Back Pain and Sciatica', Tijuana, Mexico, October 27-November 1, 1995.

138.  Speaker at the Western Orthopedic Association Annual Meeting - Spine Surgery Symposium, 'An Overview of Minimally Invasive Spine Surgery', Santa Fe, New Mexico, October 13-18,1995.

139.  Moderator and Speaker for the North American Spine Society Annual Conference - Non-Operative Treatment of Low Back Pain Symposium, 'Manual Therapy in Acute Low Back Pain: Is it a Rational Approach to Non-Operative Management?', Washington, DC, October 18-21,1995.

140.  Course Director, Moderator, a Speaker at the 2nd Interdisciplinary World Congress on Low Back Pain - The Integrated Function of the Lumbar Spine and Sacroiliac Joints, 'The Role of Muscular Stabilization in Treating Sacroiliac Dysfunction', San Diego, CA, November 9-11,1995.

141.  Presenter at the UCSD Accidental Injury-. Biomechanics and Prevention, 'Low Back Problems', San Diego, CA November 11-12,1995.

142.  1st Bert Goldberg Memorial Lexture, Colorado Neurological Institute, Denver, CO Jan 10, 1996.

143.  Host and Speaker at the UCSO Pain Management and the Injured Worker, La Tolia, CA, Jan 24,1996.

144.  Speaker at the Integrated Health Management Associates 3rd Annual Executive Conference - Integrating Health, Managed Care and Disability Programs, 'The Medical Provider's Perspective on Integrated Medical and Disability Management',Sant)iego,CA,February7-9,1996.

145.  Northern Colorado Spine Seminar - Controversial Issues Related to the Treatment of Lumbar Disc Disease, 'Historical Perspective of the Diag & Treatment of Low Back Pain, Denver, CO, Feb 16,1996.

Curriculum Vitae
Vert Mooney, M.D.
Page 50

## INVITED SCIENTIFIC AND EDUCATIONAL PRESENTATIONS BEGINNING JUNE,1988 (Cont'd)

146.  Moderator & Speaker at the International Congress on Chronic Low Back Pain, 'The Position and Value of Passive Modality and Calisthenics Exercises in the Treatment of CLVP' and ':Instability, Disc-Pressure and Strength of the Lumbar Extensors: Therapy and Consequences', Wurzburg, Germany, Mar 1-3, 1996.

147.  Speaker at the Washington University School of Medicine Program in Occupational Therapy - Meeting Employers' Needs: Matching Injured Worker Performance to Job Demands, 'Physicians' Need for Objective Measurement in a Managed Care Environment' and 'Measurement of Back Range, Strength and Work Capacity', St. Louis, MO, March 16-17,1996.

148.  1996 Annual Meeting of the California Orthopedic Association, 'What Happens
when managed care Limits Physical Therapy and Medical Care, Health Care, and
Charismatic Care, April 9-21, 1996.

149.  Faculty and Speaker at the Carle Foundation Hospital Back Care Forum '96, 'Rehabilitation of the Chronic Pain and De-conditioned Patient', Urbana, IL, April 11, 1996,

150.  Zimmer American ASEAN Orthopedic Assoc Traveling Fellows, 'MedX', San Diego, CA, May 27, 1996.

151.  Speaker at the University of Connecticut Health Center School of Medicine 7th Annual Meeting of the Orthopedic Rehabilitation Association, 'The Role of Exercise Therapy and Charismatic Medicine in the Rehabilitative Process in the 21st Century', Farmington, CT, May 4,1996.

152.  Nurse and Spinal Surgery Course, 'Overview of the Spectrum of Conservative Therapies for Patients Before the Decision for or Against Surgery is Made', San Diego, CA May 16-18, 1996.

Curriculum Vitae
Vert Mooney, M.D.
Page 51

**INVITED SCIENTIFIC AND EDUCATIONAL PRESENTATIONS BEGINNING JUNE,1988 (Cont'd)**

153. Lecturer at UT Southwestern for the 1996 Charles Gregory Visiting Lecturer, 'What's Going On Inside of the Disc', and 'Medical Care, Health Care, and Charismatic Care', Dallas, TX, May 31, 1996.

154. Presenter of Paper 'Myoelectric Confirmation of 'Sacroiliac Dysfunction' at the International Society for the Study of the Lumbar Spine 1996 Meeting, Burlington, VT, June 25-29, 1996.

155. Speaker at the American Orthopedic Association 109th Annual Meeting: Does Prior Spinal Surgery Effect Rehabilitation for Chronic Beck Pain?, Colorado Springs, CO, June B-11, 1996.

156. Host and Speaker at the Comprehensive Spine and-Joint Care - From Exercise to Outcomes Symposium, 'Medical Care, Health Care, and Charismatic Care', and The Future of Medical Exercise Treatment', La Jolla, CA, July 18-19,1996.

157. Speaker at the American Academy of orthopedic Surgeons Meeting, 'Percutaneous Procedures for Diagnosis and Treatment of Spinal Pain', Chicago, IL, July 13,1996.

158. American Academy of ortho Surgeons Summer Inst, 'Back Pain - The Degenerative Differential Making the Diagnosis', Functional Restoration Conditioning', '51 Joint', San Diego, CA, September 8-12,1996.

159. Moderator and Speaker at the 17th Annual Occupational Spinal Disorders Conference, 'How to Handle Symptoms in RTW Programs', Manipulation; It Works, or Does It?', Calgary, Canada, Sept 15-16,1996.

160. Program Director and Speaker at the North American McKenzie Conference, 'The Role of Strength Training for Spine Care', September 28-29, 1996.

161. Speaker at The Essential of Medical Case Management Conference, 'What

Curriculum Vitae
Vert Mooney, M.D.
Page 52

are the Most Appropriate Test and Treatments for Soft Tissue Injuries', San Diego, CA October 1, 1996.

**INVITED SCIENTIFIC AND EDUCATIONAL PRESENTATIONS BEGINNING JUNE,1988 (Cont'd)**

162.  American Academy of orthopedic Surgeons 1996 Orthopedic Science Writers Seminar, 'The Place for Spinal Manipulation in Conservative Care of the Back', New York, NY, Oct 15,1996.

163.  Guest Lecture and Speaker at the International Foundation for Spinal Studies Symposium - Painful Lumbar Spine. Conservative or Surgical Treatment?, 'Sacroiliac Toift Dysfunction', Facet Joint Lesions', 'Continuas Passive Motion in the Treatment of Back Pain', Advances in Spinal Surgery - Interbody Fusion Cages', 'Future Horizons in Spine- Care - Rehab', London, England, Nov 6-7,1996.

164.  Single Protocol Treatment for Chronic Back Pain and Instructional Course Lecturer: 10th Annual Combined Meeting of English Speaking Orthopedic Society, Aukland, New Zealand, Feb 2-6,1998.

165.  Moderator: Cervical Spine Panel: Current Management and Future Trends. McKenzie North American Conference, New Orleans, LA, August 21,23, 1998.

**AUDIO VISUAL:**

1970  SOUND SLIDE PROGRAM: The Fundamentals of Prosthetics; (AAOS) American Academy of orthopedic Surgeons

1981  SOUND SLIDE PROGRAM: Stroke Rehabilitation, (AAOS) American Academy of orthopedic Surgeons Annual Meeting, Las Vegas, Nevada, February/March

1971  SCIENTIFIC MOVIE: The Next Step, (AAOS) American Academy of orthopedic

Curriculum Vitae
Vert Mooney, M.D.
Page 53

Surgeons Annual Meeting, Las Vegas, Nevada, February

1991  MEETING VIDEO: Interview: Back Care; The Ergonomic & Injury Management
      Training Course; Isernhagen & Associates, Inc., April

## SCIENTIFIC EXHIBITS:

1970  Demonstration of Neuroelectric Implants for Peripheral Motor Control, Vert
      Mooney, M.D.; William K. Wilemon, M.D.; Donald R. McNeal, Flh.D.: and
      Tetsuyn Tamaki, M.D. American Academy of orthopedic Surgeons - Annual
      Meeting, Chicago, Illinois, Tanuary 17-22

1975  Comprehensive Program for the Treatment of Chronic Sock Disability, Vert
                                                Mooney, M.D.,, T.
                                                Blair Pace, M.D.:
                                                Doug Cairns, Ph.D.
                                                and        Tames
                                                     Robertson,
                                                M.D.
      American Academy of Family Practice - Annual Meeting, Los Angeles,
      California, November 1-8, 1974 and American Academy of orthopedic
      Surgeons - Annual Meeting, San Francisco, California, March 1-6

1976  The Uses of Molded Plastic Assistive Devices in Clinical Practice: Vert Mooney,
      M.D.; Poy Snelson, C.P.O. and Michael Quigley, 8.5., C.P.O. American
      Academy of orthopedic Surgeons - Annual Meeting, New Orleans, Louisiana,
      January 31 - February 4

## INVITING VISITING PROFESSOR AND LECTURESHIPS:

1975  Orthopedic Training Program, Fort Wayne Indiana, May 6-7

Curriculum Vitae
Vert Mooney, M.D.
Page 54

1975  Annual Visiting Professor, University of Southern Illinois, Springfield, Illinois, Sept 10-11

1977  Annual Goldsmith Rehabilitation Lectureship, Univ of Toronto, Toronto, Canada, April 10-11

1976  First Rehabilitation Seminar, University of Perth, Perth, Australia, September 3-4

1978  Annual Raney Visiting Lecture, University of North Carolina, June 3-5

1977  Annual Orthopedic Oration, Jefferson Orthopedic Div, Philadelphia, Pennsylvania, Oct 2-5

1980  Annual Eggers Visiting Professor, U of Texas Medical, Galveston, Texas, April 25-26

## INVITING VISITING PROFESSOR AND LECTURESHIPS: (Cont'd)

1981  Annual Orthopedic Review, Cleveland Clinic, Cleveland, Ohio, January 9-10

1981  Annual Ortho Visiting Prof, U of New Jersey School of Med, Newark, NT, May 21-22

1982  Commemorative Orthopedic Lecture Program, U of Connecticut, Hartford, CT, Feb 2-3

1982  Visiting Lecturer, Japanese Orthopedic Association, Kobe, Japan, April 18-20

1982  Annual Scripps Clinic Visiting Professor, Scripps Clinic, San Diego, California, December 10-11

1983  Annual Orthopedic Visiting Professor, Texas Tech University, Lubbock, Texas, Tune 9-10

1984  Annual Orthopedic Program Review, University of Oklahoma'    Oklahoma

Curriculum Vitae
Vert Mooney, M.D.
Page 55

City, Tune 14-15

1984  Visiting Lecturer Japanese Knee Society, Tokyo, Japan, November 29 - December 5

1985  1st Annual Neufeld Lecturer, White Memorial Hospital, Los Angeles, CA, March 7-8

1985  Kennedy Visiting Professor, Univ of Toronto, Orthopedic Dept, Toronto, Canada, Apr 6-10

1986  Orthopedic Commemorative Lecture of Combine Program, Norwich, England, April 3-5

1986  Annual Abbott Orthopedic Lecturer, University of California, San Francisco, May 15-16

1986  Annual Visiting Professor, Univ of California, San Diego, Dept of orthopedics, Nov 10-11

1987  Stinchfield Visiting Professor, Columbia Univ College of Physicians (Surgeons, June 10-12

**INVITING VISITING PROFESSOR AND LECTURESHIPS: (Cont'd)**

1988  Distinguished Lecturer, Jahansson Foundation, Helsinki, Finland, August 15-23

1991  Burroughs Welcome Fund Visiting Prof, Royal Society Med Found, London, England, Sep 24-28

1992  Visiting Professor for Combined Grand Rounds of Wayne State University School of Medicine, Department of orthopedic Surgery, and Henry Ford Hospital, Detroit, Michigan, April 1

1997  Visiting Professor. Chinese University, Hong Kong, November

1998  Distinguished Lecturer: Harold Boyd Lectureship, Loma Linda University, March

Curriculum Vitae
Vert Mooney, M.D.
Page 56

1998   Lecturer: New Progress in Treatment of Back Pain: The Sam and Rose Stein
       Institute for Research an Aging, March

1999   International Congress, Strength Training in the Aged, Univ of Zurich,
       Switzerland, March

1999   American Orthopedic Association 112 th Annual Meeting. Why is There Back
       Pain After Whiplash Neck Injury? June 5-8,1999.

Testimony of Vert Mooney, M.D. Over Past 5 Years

| Name | Date of Service |
|------|-----------------|
| Zelena, Adele | 5/31/2001 |
| Jordan, Robert | 2/23/2006 |

Dr. Monney acknowledges there were several other trials he has participated in however, he did not keep a record of the name and cases