

AMERICAN
SOCIETY OF
PAIN
EDUCATORS

B. Eliot Cole, MD, MPA
Executive Director
bc@paineducators.org

February 11, 2006

Edquon Lee
841 Bishop Street, Suite 1800
Honolulu, Hawaii 96813

Re: Daniel Backman

Dear Mr. Lee:

You have asked me to review the medical care provided to Daniel Backman concerning his chronic pain. I have utilized the reasonable medical probability standard in rendering opinions expressed in this report.

For the evaluation of Mr. Backman's medical care, I have reviewed records from the Medical Examiner, Dr. Dennis B. Lind, Dr. Dean K. Otaka, Dr. Jon Graham, K-Mart Pharmacy and the depositions of Drs. Lind, Otaka and Graham.

It is my opinion that there is no absolute medical proof that any surgery would have improved the patient's overall medical condition, or would have resulted in a decrease of his pain medication usage. The basis of this opinion is that Mr. Backman suffered from a complex chronic pain syndrome that resulted from more than any simple anatomical derangement, that an independent medical examiner raised concerns about the relationship between where his pain was experienced and where he had anatomical pathology, that Mr. Backman had at least one prior overdose and yet was routinely provided with continuing controlled substances despite his inability to manage these medications, and that appropriate conservative measures were not fully explored.

It is my opinion that Mr. Backman overdosed himself with the medications he was prescribed. The basis of this opinion is that he had at least one prior documented overdose requiring medical attention and that he may have had other lesser events that were described as being overmedicated, taking too much medication, and being unable to participate in activities of daily living.

Please contact me if you have further questions.

Sincerely,

B. Eliot Cole, MD

B. Eliot Cole, MD, MPA

EXHIBIT 4

**2005 CURRICULUM VITAE**
**for**
**Barry Eliot Cole, M.D., M.P.A., F.A.P.A.**

| | | |
|---|---|---|
| ADDRESS | (Home): | 3752 Lone Mesa Drive<br>Las Vegas, Nevada 89147-6814 |
| | (Business): | American Society of Pain Educators, Aventine HealthSciences<br>7 Oak Place, Suite 7, Montclair, NJ 07042 |
| TELEPHONE | (Home): | Tel (702) 363-1861<br>Fax (702) 360-9546<br>Cellular (702) 497-2235 |
| | (Business): | Tel (973) 679-4486<br>Fax (973) 556-1340 |
| E-MAIL: | | bc@paineducators.org; bc@ahsci.com; kmit@ix.netcom.com |
| WEBSITE: | | www.beliotcole.com |

EDUCATION:

| | |
|---|---|
| 1975  A.B. (Bacteriology) | University of California, Berkeley, CA |
| 1980  M.D. | Wake Forest School of Medicine, Winston-Salem, NC |
| 1980-1983 (Psychiatry residency) | North Carolina Baptist Hospital, Winston-Salem, NC |
| 1983-1985 (Neurology residency) | North Carolina Baptist Hospital, Winston-Salem, NC |
| 1985-1986 (Pain fellowship) | University of California-Los Angeles, Los Angeles, CA |
| 1997  M.P.A. (Public Administration) | University of Nevada-Las Vegas, Las Vegas, NV |

PROFESSIONAL LICENSURE:

State of Arkansas (R4145)
State of California (G46028)
State Of Hawaii (MD11569)
State of Nevada (5372)
State of North Carolina (25244)
National Board of Medical Examiners (211367)
DEA Certificates (AC1085667, AC3083285, XC1085667)

CERTIFICATION, SUBSPECIALTY CERTIFICATION and CREDENTIALING:

| | |
|---|---|
| Psychiatry | American Board of Psychiatry & Neurology (1988) |
| Pain Management | American Board of Psychiatry & Neurology (2001)<br>American Academy of Pain Management (1988) |
| Carotid Ultrasonology | American Society of Neuroimaging (1985) |
| Computed Cranial Tomography | American Society of Neuroimaging (1985) |

JOURNALS REVIEWED:

*American Journal of Pain Management*
*American Journal of Hospice and Palliative Care*
*The Clinical Journal of Pain*
*The Pain Practitioner*
*Practical Pain Management*
*Patient Care*

PUBLICATION REVIEWED:

*Management of Cancer Pain, Clinical Practice Guideline Number 9*
Agency for Health Care Policy & Research Publication No. 94-0592

CLINICAL RESEARCH STUDIES:

1996  (Ris-USA-79) Co-Principal Investigator, Janssen Pharmaceutical
Pharmacology Research Clinics, Las Vegas, Nevada

PILOT CERTIFICATION:

| | |
|---|---|
| 1990 | Private, Single Engine Land |
| 1991 | Instrument, Single & Multiengine Land (Private) |
| 1993 | Commercial, Single Engine Land |

PROFESSIONAL DIVE CERTIFICATION:

| | |
|---|---|
| 2003 | Divemaster (PADI) |
| 2004 | Assistant Instructor (PADI) |

Curriculum Vitae
Barry Eliot Cole, M.D.

EMPLOYMENT AREAS OF SPECIALIZATION AND EXPERTISE:

ADMINISTRATION RELATED:

| | |
|---|---|
| Aventine HealthSciences, Montclair, New Jersey<br>Vice President, Medical and Scientific Affairs | 2004-present |
| American Society of Pain Educators, Montclair, New Jersey<br>Executive Director | 2004-present |
| American Academy of Pain Management, Sonora, California<br>Director, Continuing Education | 2000-2004 |
| American Academy of Pain Management, Sonora, California<br>Administrator, National Pain Data Bank & Pain Program Accreditation | 1999-2002 |
| American Academy of Pain Management, Sonora, California<br>Interim Executive Director | 1998 |
| Universal Pain Clinics, Heathrow, Florida<br>Medical Director | 1997 |
| Division of Mental Hygiene/Mental Retardation, Carson City, Nevada<br>Statewide Medical Program Coordinator | 1995-1996 |
| Nevada Mental Health Institute, Sparks, Nevada<br>Acting Medical Director & Administrative Officer | 1994-1995 |
| Southern Nevada Adult Mental Health Services, Las Vegas, Nevada<br>Administrative Officer & Appointing Authority | 1994-1996 |
| Department of Psychiatry, UNSOM<br>Vice-Chair for Las Vegas, Nevada | 1993-1997 |
| Southern Nevada Adult Mental Health Services, Las Vegas, Nevada<br>Medical Director | 1993-1996 |
| Harris Hospital, Newport, Arkansas<br>Medical Director of Senior Care Geropsychiatric Program | 1992-1993 |
| Randolph County Medical Center, Pocahontas, Arkansas<br>Medical Director of Senior Care Geropsychiatric Program | 1992-1993 |
| Harris Hospital, Newport, Arkansas<br>Medical Director of Harris Treatment Center | 1990-1992 |
| Nevada Mental Health Institute, Sparks, Nevada<br>Acting Medical Director | 1990 |
| Hearthstone of Northern Nevada, Sparks, Nevada<br>Medical Director of Hospice Unit | 1989-1990 |
| Hospice of Northern Nevada, Reno, Nevada<br>Medical Director | 1988-1990 |

EMERGENCY MEDICINE RELATED:

| | |
|---|---|
| Davis Community Hospital, Statesville, North Carolina<br>Emergency Room Physician | 1981-1982 |

PAIN MANAGEMENT RELATED:

| | |
|---|---|
| Kaiser Permanente Medical Group, Honolulu, Hawaii<br>Pain Management Consultant | 2002-present |

2

Curriculum Vitae
Barry Eliot Cole, M.D.

| | |
|---|---|
| Chronic Pain Network<br>Advisory Board and Speakers' Bureau | 2005 |
| National Initiative for Pain Control<br>Advisory Board and Speakers' Bureau | 2004-present |
| Northern California Pain Initiative, Oakland, California<br>Interim Steering Committee | 2003-2004 |
| Veterans Administration Medical Center, Las Vegas, Nevada<br>Pain Management Clinic Consultant | 1997 |
| Syntex Laboratories, Inc., Palo Alto, California<br>Acute Pain Regional Advisory Board | 1993-1994 |
| American Academy of Pain Management, Sonora, California<br>Pain Program Accreditation Reviewer | 1992-1998 |
| Purdue Pharma LP, Stamford, Connecticut<br>Pain Management Speakers' Bureau | 1988-present |
| Dynamic Health Care Systems, Sparks, Nevada<br>Pain Management Practice | 1988-1989 |
| Pain Management Associates, Reno, Nevada<br>Pain Management Practice | 1986-1988 |

PEER REVIEW RELATED:

| | |
|---|---|
| Second Opinion Utilization Review, Sonora, California<br>Panel Member (Service of the American Academy of Pain Management) | 1999-2003 |
| Nevada Medico-Legal Screening Panel, Las Vegas, NV<br>Panel Member | 1999 |
| Nevada Peer Review, Reno, Nevada<br>Physician Advisor | 1989-1990 |
| Nevada Physician Review Organization, Reno, Nevada<br>Physician Advisor | 1987-1988 |

PSYCHIATRY RELATED:

| | |
|---|---|
| Medical Doctors Associates, Denver, Colorado<br>Psychiatric Locum Tenens | 1997-1998, 2002 |
| University Medical Center, Las Vegas, Nevada<br>Psychiatric Consultation and Liaison Service | 1997 |
| Southern Nevada Adult Mental Health Services, Las Vegas, Nevada<br>Staff Psychiatrist & Medical Director | 1993-1996 |
| B. Eliot Cole, M.D., P.A., Newport, Arkansas<br>Neuropsychiatry and Pain Management Practice | 1990-1993 |
| Nevada Mental Health Institute, Reno, Nevada<br>Staff Psychiatrist | 1988-1990 |
| Veterans Administration Hospital, Reno, Nevada<br>Staff Psychiatrist | 1988-1989 |
| Bay Psychiatric Medical Group, Torrance, California<br>Psychiatric Practice | 1985-1986 |

3

Curriculum Vitae
Barry Eliot Cole, M.D.

| | |
|---|---|
| Triad Psychological Associates, Winston-Salem, North Carolina<br>Psychiatric Practice | 1984-1985 |
| Hal Frazier, M.D., Raleigh, North Carolina<br>Psychiatric Disability Determinations | 1983-1984 |
| Crossroads Mental Health Center, Mt. Airy, North Carolina<br>Psychiatric Consultant | 1982-1983 |
| Broughton Hospital, Morganton, North Carolina<br>Psychiatrist on Duty | 1981-1985 |

TEACHING RELATED:

| | |
|---|---|
| Chronic Pain Network<br>Member, Advisory Board | 2005 |
| National Initiative for Pain Control<br>Member, Advisory Board | 2004-present |
| Aventine Health Sciences<br>Member, Medical Education Advisory Board | 2004-present |
| Northern California Pain Initiative, Oakland, California<br>Member, Interim Steering Committee | 2003-2004 |
| Johns Hopkins University<br>Faculty, Partnering for Optimal Patient Outcomes in PHN Management | 2003-2004 |
| University of Integrated Studies, Sonora, California<br>Professor & Dean (Pain Studies) | 2000-2005 |
| University of Nevada School of Medicine, Reno, Nevada<br>Associate Professor & Vice Chair (Department of Psychiatry) | 1993-1997 |
| University of the Pacific, Stockton, California<br>Affiliated Faculty in Pain Studies | 1992-2002 |
| Purdue Pharma LP, Stamford, Connecticut<br>Pain Management Speakers' Bureau | 1988-present |
| University of Nevada School of Medicine, Reno, Nevada<br>Clinical Assistant Professor | 1986-1990 |
| American Heart Association, Los Angeles, California<br>Advanced Cardiac Life Support Instructor | 1985-1986 |
| Bowman Gray School of Medicine, Winston-Salem, North Carolina<br>Clinical Instructor in Neurology | 1983-1985 |
| American Heart Association, Winston-Salem, North Carolina<br>Advanced Cardiac Life Support Instructor | 1982-1985 |
| Forsyth Technical Institute, Winston-Salem, North Carolina<br>Lecturer in Psychiatric Emergencies | 1981-1985 |
| Bowman Gray School of Medicine, Winston-Salem, North Carolina<br>Clinical Instructor in Psychiatry | 1980-1983 |

PROFESSIONAL MEMBERSHIPS:

| | |
|---|---|
| American Medical Association | 1978 |
| North Carolina Medical Society | 1978 |
| Forsyth-Stokes-Davie Medical Society | 1978 |

4

Curriculum Vitae
Barry Eliot Cole, M.D.

| | |
|---|---|
| American College of Emergency Physicians | 1979 |
| American Psychiatric Association | 1981 |
| North Carolina Psychiatric Association | 1981 |
| American Academy of Neurology | 1983 |
| American Society of Neuroimaging | 1985 |
| International Association for the Study of Pain | 1985 |
| American Pain Society | 1986 |
| Nevada State Medical Association | 1987 |
| Washoe County Medical Society | 1987 |
| Nevada Association of Psychiatric Physicians | 1987 |
| American Academy of Pain Medicine | 1987 |
| Nevada Association of Psychiatric Physicians, Northern Chapter | 1988 |
| American Academy of Pain Management | 1988 |
| Academy of Hospice Physicians | 1988 |
| Jackson County Medical Society | 1991 |
| Arkansas Medical Society | 1991 |
| Arkansas Psychiatric Society | 1991 |
| Arkansas State Hospice Association | 1992 |
| Council of Hospice Professionals (NHO) | 1992 |
| American College of Physician Executives | 1993 |
| Clark County Medical Society | 1994 |
| Academy of Organizational and Occupational Psychiatry | 1996 |
| American Society of Regional Anesthesia and Pain Medicine | 2001 |
| Northern California Pain Initiative | 2003 |

COMMITTEES:

| | |
|---|---|
| Member--North Carolina Psychiatric Association<br>Members-in-Training Committee | 1981-1983 |
| Member--North Carolina Psychiatric Association<br>Executive Council | 1982-1983 |
| Member--North Carolina Baptist Hospital<br>Utilization Review Committee | 1984-1985 |
| Member--Washoe Medical Center<br>Utilization Review Committee | 1988-1990 |
| Member--Nevada Assoc. of Psychiatric Physicians, Northern Chapter<br>Executive Committee | 1988-1990 |
| Member--American Academy of Pain Management<br>Board of Advisors | 1988-2002 |
| Member--High Sierra Industries<br>Board of Trustees | 1988-1990 |
| Member--University of Nevada School of Medicine<br>Dept. of Psychiatry Education Committee | 1988-1989 |
| Chairperson--Nevada Mental Health Institute<br>Continuing Education Committee | 1989-1990 |
| Member--American Cancer Society, Nevada Division<br>Public Education Committee | 1989-1990 |
| Member--Hearthstone of Northern Nevada<br>Utilization Review Committee | 1989-1990 |
| Member--Nevada Association of Psychiatric Physicians<br>Executive Committee | 1989-1990 |
| Member--American Academy of Pain Management<br>Legal Committee | 1989-1990 |

Curriculum Vitae
Barry Eliot Cole, M.D.

| | |
|---|---|
| Member--American Academy of Pain Management<br>Practice Standards Committee | 1989-1990 |
| Member--American Academy of Pain Management<br>Publication Committee | 1989-1990 |
| Member--High Sierra Industries<br>Personnel Committee | 1989-1990 |
| Member--Nevada Mental Health Institute<br>Continuing Education Committee | 1990 |
| Member--American Cancer Society, Washoe County Unit<br>Professional Education Committee | 1990 |
| Member--American Cancer Society, Washoe County Unit<br>Board of Directors | 1990 |
| Member--Harris Hospital<br>Utilization Review Committee | 1990-1991 |
| Member--American Cancer Society, Jackson County Unit<br>Board of Directors | 1990-1993 |
| Member--Harris Hospital<br>Pharmacy and Therapeutics Committee | 1991-1993 |
| Chairperson--Arkansas Psychiatric Society<br>Membership Committee | 1991-1993 |
| Member--Arkansas Psychiatric Society<br>Executive Council | 1991-1993 |
| Member--American Cancer Society, Arkansas Division<br>Board of Directors | 1991-1993 |
| Member--American Cancer Society, Arkansas Division<br>Professional Education Committee | 1991-1993 |
| Member--American Academy of Pain Management<br>Pain Program Accreditation Advisory Committee | 1992-1997 |
| Member--Arkansas State Hospice Association<br>Ethics Committee | 1992-1994 |
| Member--American Academy of Pain Management<br>Credentialing Examination Committee | 1992-2005 |
| Chairperson--Harris Hospital<br>Quality Improvement Committee | 1992-1993 |
| Member--American Academy of Pain Management<br>Board of Directors | 1993-1997 |
| Chairperson-Southern Nevada Adult Mental Health Services<br>Executive Committee | 1993-1996 |
| Chairperson-Southern Nevada Adult Mental Health Services<br>Quality Improvement Committee | 1993-1996 |
| Chairperson-Nevada Mental Health Institute<br>Executive Committee | 1994-1995 |
| Chairperson-Nevada Mental Health Institute<br>Utilization Review Committee | 1995-1995 |

6

Curriculum Vitae
Barry Eliot Cole, M.D.

| | |
|---|---|
| Member-Nevada State Medical Association<br>Governmental Affairs Committee | 1995-1996 |
| Member-Institute of Pain Management<br>Board of Directors | 1996-2002 |
| Member-Medical Board of Advisors<br>Universal Pain Technology | 1996-1997 |
| Member-American Academy of Pain Management<br>Technology Committee | 1998-2002 |
| Member-Cochrane Oral Health Group<br>Cochrane Collaboration | 2003-present |
| Member-Northern California Pain Initiative<br>Interim Steering Committee | 2003-2004 |

ELECTED POSITIONS:

| | |
|---|---|
| Co-Chair, North Carolina Psychiatric Association<br>Members-in-Training Committee | 1982-1983 |
| President-Elect, Nevada Association of Psychiatric Physicians,<br>Northern Chapter | 1988-1989 |
| President, Nevada Association of Psychiatric Physicians,<br>Northern Chapter | 1989-1991 |
| Acting Chief of Staff<br>Nevada Mental Health Institute | 1989-1990 |
| Co-Chair, American Academy of Pain Management<br>Board of Advisors | 1994-1995 |
| President, American Academy of Pain Management<br>Board of Directors | 1994-1995 |
| Past-President, American Academy of Pain Management<br>Board of Directors | 1996-1997 |
| Chair, Institute of Pain Management<br>Board of Directors | 2001-2002 |

HONORS AND AWARDS:

| | |
|---|---|
| Acting Chief Resident in Psychiatry<br>Bowman Gray School of Medicine | 1983 |
| Physician's Recognition Award for Continuing Education<br>American Medical Association | 1984, 1987, 1992 |
| Chief Resident in Neurology<br>Bowman Gray School of Medicine | 1985 |
| Willit Award in Neurosonology<br>Bowman Gray School of Medicine | 1985 |
| People to People Citizen Ambassador Program<br>Delegation to Moscow, Russia and Prague, Czechoslovakia | 1992 |
| Fellowship<br>American Psychiatric Association | 1995 |

7

Curriculum Vitae
Barry Eliot Cole, M.D.

| | |
|---|---|
| Phi Kappa Phi<br>National Honor Society Chapter at the University of Nevada, Las Vegas | 1997 |
| Pi Alpha Alpha<br>National Honor Society for Public Administrators | 1997 |
| Outstanding Professional Paper for 1997<br>Department of Public Administration, University of Nevada-Las Vegas | 1997 |
| Education for Physicians on End-of-life Care (EPEC) training grant<br>American Medical Association | 1999 |
| National Chair, Optimizing Pain Management Across the Care Continuum<br>VHA's Clinical Advantage program | 2000-2002 |
| People to People Citizen Ambassador Program<br>Delegation Leader to Peoples Republic of China | 2002 |
| Richard Weiner Pain Education Award<br>American Academy of Pain Management | 2002 |
| Distinguished Fellow<br>American Psychiatric Association | 2003 |
| People to People Citizen Ambassador Program<br>Delegation Leader to Peoples Republic of China | 2004 |
| People to People Citizen Ambassador Program<br>Delegation Leader to Vietnam (planned for November 2005) | 2005 |

COMMUNITY SERVICE:

| | |
|---|---|
| First Vice-President, Temple Sinai<br>Reno, Nevada | 1989-1990 |
| Den Leader, Cub Scouts Pack 58<br>Newport, Arkansas | 1991-1993 |
| Assistant Scoutmaster, Troop 67<br>Newport, Arkansas | 1993 |
| Assistant Scoutmaster, Troop 700<br>Las Vegas, Nevada | 1994-2002 |
| Member, Board of Trustees, International Scouting Museum<br>Las Vegas, Nevada | 2002-2004 |
| Member, Board of Advisors, International Scouting Museum<br>Las Vegas, Nevada | 2005 |

PRESENTATIONS:

Lithium, North Carolina Baptist Hospital, Nursing Inservice, Winston-Salem, North Carolina, August 21, 1980.

Tricyclic Antidepressants, North Carolina Baptist Hospital, Nursing Inservice, Winston-Salem, North Carolina, August 28, 1980.

Monoamine Oxidase Inhibitors, North Carolina Baptist Hospital, Nursing Inservice, Winston-Salem, North Carolina, September 4, 1980.

Antipsychotics, North Carolina Baptist Hospital, Nursing Inservice, Winston-Salem, North Carolina, September 18, 1980.

Benzodiazepines, North Carolina Baptist Hospital, Nursing Inservice, Winston-Salem, North Carolina, September 25, 1980.

Update on Multiple Sclerosis, Neurology Grand Rounds, Bowman Gray School of Medicine, Winston-Salem, North Carolina, March 17, 1981.

Curriculum Vitae
Barry Eliot Cole, M.D.

Psychiatric Emergencies, Forsyth Rescue Squad, Winston-Salem, North Carolina, April 13, 1982.

Carotid Sinus Hypersensitivity, Neurosonology Conference, Bowman Gray School of Medicine, Winston-Salem, North Carolina, July 27, 1983.

Psychiatric Emergencies, Walkertown Rescue Squad, Walkertown, North Carolina, October 25, 1983.

Prehospital Psychiatric Emergencies, EMS: A Practical Approach, North Carolina Association of Emergency Medical Technicians Annual Meeting, Raleigh, North Carolina, May 20, 1984.

The Importance of Carotid Hypersensitivity during Noninvasive Carotid Ultrasound Examination, American Society of Neuroimaging Annual Meeting, Tarpon Springs, Florida, February 28, 1985.

The Importance of Carotid Hypersensitivity During Noninvasive Carotid Ultrasound Examination, Neurology Grand Rounds, Bowman Gray School of Medicine, Winston-Salem, North Carolina, May 7, 1985.

The Neurogenous Aspects of Pain, Psychobiology of Pain (Psychology 117), University of California at Los Angeles, Los Angeles, California, April 29, 1986.

Relationship Between Depression and Myofascial Pain--A Case Presentation, Psychiatric Grand Rounds, University of Nevada School of Medicine, Reno, Nevada, July 17, 1986.

Myofascial Pain Dysfunction Syndrome, Interdisciplinary Pain Team Inservice, Veterans Administration Medical Center, Reno, Nevada, August 22, 1986.

Myofascial Pain Dysfunction in Chronic Pain Patients, Chronic Pain Management Program Inservice, Washoe Medical Center, Reno, Nevada, August 29, 1986.

Phantom Limb and Post-Amputation Pain, Interdisciplinary Pain Team Inservice, Veterans Administration Medical Center, Reno, Nevada, September 12, 1986.

Pharmacological Management of Cancer Pain, Oncology Unit Nursing Inservice, Washoe Medical Center, Reno, Nevada, September 23, 1986.

Importance of Body Mechanics and Posture in Myofascial Pain, Nevada Occupational Therapists Association, Sierra Pain Institute, Reno, Nevada, September 25, 1986.

Management of Cancer Pain, Interdisciplinary Pain Team Inservice, Veterans Administration Medical Center, Reno, Nevada, October 10, 1986.

Myofascial Pain Associated with Neurological Symptoms of Head and Neck Pain, American Pain Society Sixth General Meeting, Washington, D. C., November 16, 1986.

Chronic Pain Management Strategies, Invited Speaker for Knoll Pharmaceutical Company, Continuing Medical Education Program for Pharmacists, Reno, Nevada, November 16, 1986.

Myofascial Pain Dysfunction, Combined Occupational and Physical Therapy In-Service, St. Mary's Hospital, Reno, Nevada, November 19, 1986.

Role of Narcotics in the Management of Chronic Pain, Pot Pourri, Washoe Medical Center, Reno, Nevada, February 24, 1987.

Management of Mixed Cephalgia and Cancer Pain, Medical Staff Meeting, South Lyon Community Hospital, Yerington, Nevada, March 26, 1987.

Detox: Alcohol and Drugs, Nursing Grand Rounds, Washoe Medical Center, Reno, Nevada, April 16, 1987.

Detox: Alcohol and Drugs, Sierra Pain Institute Inservice, Reno, Nevada, May 1, 1987.

Modern Aspects of Pain Management, Carson-Tahoe Hospital, Carson City, Nevada, August 28, 1987.

Cancer Pain Management, Management of Cancer Chemotherapy, St. Mary's Regional Medical Center, Oncology Nursing Inservice, Reno, Nevada, October 9, 1987.

9

Curriculum Vitae
Barry Eliot Cole, M.D.

Cancer Pain Management, Comfort and Support of the Cancer Patient Nursing Education Program, American Cancer Society--Washoe County Chapter, Reno, Nevada, August 10, 1988.

Modern Pain Management, Ambulatory Treatment Center Inservice, Veterans Administration Medical Center, Reno, Nevada, September 1, 1988.

Cancer Pain Management, Management of Cancer Chemotherapy, St. Mary's Regional Medical Center, Oncology Nursing Inservice, Reno, Nevada, October 6, 1988.

Working with the Terminally Ill--Adaptations Toward Death, Management of Cancer Chemotherapy, St. Mary's Regional Medical Center, Oncology Nursing Inservice, Reno, Nevada, October 6, 1988.

Delirium--A Medical Emergency, Grand Rounds, Nevada Mental Health Institute, Sparks, Nevada, October 13, 1988.

Tricyclic Antidepressants, Ambulatory Treatment Center Inservice, Veterans Administration Medical Center, Reno, Nevada, October 27, 1988.

Cancer Pain Management, Volunteer Education Program, Hospice of Northern Nevada, Reno, Nevada, November 5, 1988.

Neuroleptics, Ambulatory Treatment Center Inservice, Veterans Administration Medical Center, Reno, Nevada, December 22, 1988.

Working with the Terminal Patient, Oncology Unit Nursing Inservice, Washoe Medical Center, Reno, Nevada, February 8, 1989.

Stresses Associated with Caring for the Terminally Ill, Interdisciplinary Group Inservice, Hospice of Northern Nevada, Reno, Nevada, February 17, 1989.

Cancer Pain Management, Hospice Training Program, Veterans Administration Medical Center, Reno, Nevada, March 14, 1989.

Modern Pain Management, Medicine Grand Rounds, Washoe Medical Center, Reno, Nevada, March 24, 1989.

Cancer Pain Management, and Stresses Associated with Caring for the Terminally Ill, Social Services in Death and Dying (SHR 430, 630), University of Nevada--Reno, Reno, Nevada, March 28, 1989.

Chronic Pain Management, 1989 Postoperative Care, St. Mary's Regional Medical Center, Reno, Nevada, April 21, 1989.

Psychiatric Evaluation for the PASARR II, Nevada Medicaid, Washoe County Health Department, Reno, Nevada, May 2, 1989.

Cancer Pain Management and Symptom Control, Volunteer Education Program, Hospice of Northern Nevada, Reno, Nevada, May 10, 1989.

Psychiatric Evaluation for the PASARR II, Nevada Medicaid, Washoe County Health Department, Reno, Nevada, June 1, 1989.

Use of the Mental Status Evaluation in Psychiatric Triage, Nevada Mental Health Institute, Sparks, Nevada, June 15, 1989.

Chronic Pain Management, Acute and Chronic Pain Management Conference, Sparks Family Hospital, Sparks, Nevada, June 22, 1989.

Cancer Pain and Symptom Management, Hospice Staff Training Program, Hearthstone of Northern Nevada, Sparks, Nevada, July 27, 1989.

Cancer Pain and Symptom Management, Hospice Program, University of California at Davis Medical Center, Sacramento, California, September 15, 1989.

Chronic Pain Management, Educational Program, Sierra Nevada Continuity of Care Association, Reno, Nevada, September 21, 1989.

Why Do Our Children Give Up, Invited Speaker for National Mental Illness Awareness Week, Truckee Meadows Sertoma, Reno, Nevada, October 11, 1989.

Cancer Pain Management, Management of Cancer Chemotherapy, St. Mary's Regional Medical Center, Oncology Nursing Inservice, Reno, Nevada, October 17, 1989.

Chronic Pain Management, Patient Education Program, Lupus Foundation of Northern Nevada, Reno, Nevada, October 18, 1989.

Curriculum Vitae
Barry Eliot Cole, M.D.

Understanding Myofascial and Soft Tissue Pain Syndromes, Educational Program, Association of Defense Counsel of Nevada, Reno, Nevada, October 19, 1989.

Optimal Management of Cancer Pain, Urologic and Gynecologic Cancers, Sutter Cancer Center, Sacramento, California, November 3, 1989.

Cancer Pain Management in the Hospice Setting, Pain Control for Terminal Patients, Barton Memorial Hospital and Hospice of the Lake, South Lake Tahoe, California, November 4, 1989.

Cancer Pain Management, Family Practice Grand Rounds, Scenic General Hospital, Modesto, California, November 29, 1989.

Cancer Pain Management in the Hospice Setting, Emanuel Hospital, Turlock, California, November 29, 1989.

Management of Pain in the Cancer Patient, Oncology Noon Conference, Sutter Community Hospitals, Sacramento, California, December 15, 1989.

Classification of Pain, Basics of Pain Management Satellite Teleconference, Medivision Satellite Network, Atlanta, Georgia, February 28, 1990.

Chronic Malignant Pain Management for Hospice Patients, Home Health Care Association of Nevada, Peppermill Hotel Convention Center, Reno, Nevada, March 8, 1990.

Chronic Malignant Pain Management for Hospice Patients, Home Health Care Association of Nevada, Peppermill Hotel Convention Center, Reno, Nevada, March 9, 1990.

Pain Management for the Terminally Ill Patient, Family Practice Noon Conference, University of Nevada School of Medicine, Reno, Nevada, March 14, 1990.

Working with the New Commitment Law, National Alliance for the Mentally Ill, Northern Nevada Chapter, Nevada Mental Health Institute, Sparks, Nevada, March 28, 1990.

Myofascial Pain, Nevada Physical Therapy Association, Saint Mary's Regional Medical Center, Reno, Nevada, April 17, 1990.

Management of Cancer Pain, Medical Grand Rounds, Fremont Medical Center, Yuba City, California, May 1, 1990.

Cancer Pain Management, Hospice Volunteer Training Program, Hospice of Northern Nevada, Reno, Nevada, May 19, 1990.

Chronic Pain Management and Malignant Pain Management, Pain Management for Physicians and Nurses C.M.E. Course, Saint Mary's Regional Medical Center, Reno, Nevada, May 22, 1990.

Cancer Pain Management, Medical Staff Grand Rounds, Emanuel Hospital, Turlock, California, June 5, 1990.

Caring for the Caregiver, Hospice Team Conference, Emanuel Hospital, Turlock, California, June 5, 1990.

Cancer Pain Management, Medical Staff Grand Rounds, Carson Tahoe Hospital, Carson City, Nevada, July 27, 1990.

Neurological Evaluation of Headache, Headache Satellite Teleconference, Medivision, Dallas, Texas, August 21, 1990.

Psychosomatic Illness and Stress in the Workplace, Annual Meeting, Adult Parole and Probation Association, Nugget Convention Center, Sparks, Nevada, August 28, 1990.

Advances in Pain Management, Nursing Inservice, Sparks Family Hospital, Sparks, Nevada, September 14, 1990.

Magnitude of the Problem, First Annual Conference, American Academy of Pain Management, Stockton, California, September 15, 1990.

Pain and Symptom Management, Working with Dying Patients and Their Families, Veterans Administration Medical Center, Reno, Nevada, September 19, 1990.

The Mental Status Examination and Emergency Psychiatric Assessment, Inservice training for Psychiatric Social Workers, HCA Truckee Meadows Hospital, Reno, Nevada, October 16, 1990.

Pain Management and Symptom Control for Hospice Patients, Hospice Volunteer Training Program, Hospice of Northern Nevada, Reno, Nevada, October 16, 1990.

11

Curriculum Vitae
Barry Eliot Cole, M.D.

Global Assessment of Function, Grand Rounds, Nevada Mental Health Institute, Sparks, Nevada, October 18, 1990.

The Relationship of Hospice and Cancer Pain Management, Cancer Pain Management Satellite Teleconference, Medivision, Buffalo, New York, November 9, 1990.

Psychiatry and Psychiatric Services, Invited Speaker, Newport Rotary, Newport, Arkansas, January 4, 1991.

Hospice and the Practicing Physician, Medical Staff Lecture Series, St. Joseph's Hospital, St. Paul, Minnesota, February 1, 1991.

The Changing Role of the Physician, Quarterly Educational Conference, Minnesota Hospice Organization, St. Paul, Minnesota, February 1, 1991.

Interdisciplinary Team Approach to Pain Management, General Membership Meeting, Minnesota Hospice Organization, St. Paul, Minnesota, February 1, 1991.

Depression: Current Diagnosis and Treatment, Medical Staff Educational Program, Harris Hospital, Newport, Arkansas, April 25, 1991.

Cancer Pain Management, Educational Conference, Central Arkansas Radiation Therapy Institute--North, Searcy, Arkansas, June 26, 1991.

Modern Cancer Pain Management, Invited Speaker, Independence County Medical Society, Batesville, Arkansas, July 9, 1991.

Cancer, Hospice and Pain Control, Second Annual Conference, American Academy of Pain Management, Baltimore, Maryland, August 30, 1991.

Basics of Pain Management, Invited Lecturer, College of Nursing, Arkansas State University, Jonesboro, Arkansas, October 16, 1991.

Management of Chronic Pain Patients, Psychiatric Grand Rounds, University of Arkansas for Medical Sciences, Little Rock, Arkansas, November 1, 1991.

Cancer Pain Management, Family Practice Grand Rounds, Arkansas Health Education Clinic, El Dorado, Arkansas, November 5, 1991.

Depression, Invited Speaker for the Arthritis Support Group, White County Memorial Hospital, Searcy, Arkansas, November 12, 1991.

Interdisciplinary Team Approach to Pain Management, and Specifics of Medication, Invited Speaker for "Pain Management--A Team Approach," United Hospital, St. Paul, Minnesota, November 20, 1991.

Abuse and Violence Against Women, Invited Speaker, Newport Business and Professional Women's Club, Newport, Arkansas, November 27, 1991.

Pain Management in Nursing Homes, Quarterly State Meeting, Arkansas Nursing Home Nurses Association, Little Rock, Arkansas, January 17, 1992.

The Dynamics of Working with Families Facing a Terminal Illness, Invited Speaker, Hospice of St. Bernard's Regional Medical Center, Jonesboro, Arkansas, January 28, 1992.

Stress Management, Invited Speaker, Dietitians Association of Arkansas, Newport, Arkansas, February 13, 1992.

Pain Management, Medical Education Conference, Lawrence County Medical Center, Walnut Ridge, Arkansas, February 25, 1992.

Cancer Pain Management, Continuing Medical Education Meeting, Midwest City Hospital, Midwest City, Oklahoma, March 3, 1992.

Interdisciplinary Pain Management, Annual Meeting, Arkansas State Hospice Association, Jonesboro, Arkansas, April 23, 1992.

Interdisciplinary Pain Management, Focused Workshop, North West Arkansas Rehabilitation Hospital, Fayetteville, Arkansas, May 2, 1992.

Cancer Pain Management, Tenth Annual Review of Modern Therapeutics, University of Alabama School of Medicine, Huntsville, Alabama, May 9, 1992.

Curriculum Vitae
Barry Eliot Cole, M.D.

Geropsychiatry and Senior Care, Invited Speaker, Kiwanis International, Newport, Arkansas, July 7, 1992.

Providing Psychiatric Services for the Elderly, Invited Speaker, Jackson County Inter-Agency Council, Newport, Arkansas, July 20, 1992.

Mental Health in Nursing Homes, Invited Speaker, North Central Arkansas Association of Social and Activity Directors, Batesville, Arkansas, July 21, 1992.

General Aspects of Pain Management; Hospice Issues; Cancer Pain Management, Invited Speaker for CME lecture series, Southwest Medical Center, Oklahoma City, Oklahoma, July 27, 1992.

Breaking the Cycle Through Rehabilitation, Focused Workshop for Continental Medical Systems Rehabilitation Hospitals, Little Rock, Arkansas, August 20, 1992.

Cancer Pain: The Relief of Suffering, Third Annual Conference of the American Academy of Pain Management, Albuquerque, New Mexico, October 11, 1992.

Keynote Address: The Future of Hospice, Annual Meeting of the Hospice Council of West Virginia, Beckley, West Virginia, October 21, 1992.

Cancer Pain Management in the Hospice Setting, Annual Meeting of the Hospice Council of West Virginia, Beckley, West Virginia, October 22, 1992.

Classification of Pain, and the Relief of Suffering, Quarterly Medical Staff Meeting, Harris Hospital, Newport, Arkansas, October 29, 1992.

Pain Management Strategies based upon Pain Classification, Department of Neurology, Charles University, Prague, Czechoslovakia, November 10, 1992.

Cancer Pain Management for Home Health Nurses, Arkansas Association of Home Health Agencies Educational Meeting, Airport Holiday Inn, Little Rock, Arkansas, December 9, 1992.

Medical Care in the Former Soviet Union, Kiwanis International, Newport, Arkansas, December 19, 1992.

Pain Management Strategies Based upon Pain Classification, Craighead-Pointsett Medical Society, Jonesboro Country Club, Jonesboro, Arkansas, January 5, 1993.

The Mental Status Examination, Lunch and Learn Series, Harris Hospital, Newport, Arkansas, January 21, 1993.

Medical Care in the Czech Republic, Invited Speaker, Kiwanis International, Newport, Arkansas, February 9, 1993.

The Mental Status Examination, Lunch and Learn Series, Elks Lodge, Jonesboro, Arkansas, March 12, 1993.

The Psychiatric Aspects of Care for the Terminally Ill, The Academy of Hospice Physicians "Principles and Practices of Care for the Terminally Ill" conference, Tampa, Florida, March 28, 1993.

Addiction and Behavioral Aspects of Acute Pain, "Managing Acute Pain in the '90's," Syntex Laboratories Sponsored Conference, Atlanta, Georgia, April 26, 1993.

Ethical and Pain Management Issues in the Care of the Hospice Patient, St. Joseph's Hospice, Buchannon, West Virginia, May 5, 1993.

Physician Involvement in the Care of the Hospice Patient, St. Joseph's Hospital, Buchannon, West Virginia, May 6, 1993.

Terminal Illness, Hospice, and You: A General Overview of Hospice, St. Joseph's Hospice, Buchannon, West Virginia, May 6, 1993.

Addiction and Behavioral Aspects of Acute Pain, "Managing Acute Pain in the '90's," Syntex Laboratories Sponsored Conference, New York, New York, May 10, 1993.

Addiction and Behavioral Aspects of Acute Pain, "Managing Acute Pain in the '90's," Syntex Laboratories Sponsored Conference, Dallas, Texas, June 9, 1993.

Curriculum Vitae
Barry Eliot Cole, M.D.

Cancer Pain Management, Wednesday CME Lecture Series, Southwest Medical Center, Oklahoma City, Oklahoma, June 16, 1993.

Cancer Pain, Death and Dying, OUHSC Children's Hospital, Oklahoma City, Oklahoma, June 16, 1993.

Cancer Pain Management for Nurses, Cross Timbers Hospice & Memorial Hospital of Southern Oklahoma, Ardmore, Oklahoma, September 21, 1993.

Pain Management for the '90's: How to prescribe analgesics without going to jail or having your license revoked, Cross Timbers Hospice & Memorial Hospital of Southern Oklahoma, Ardmore, Oklahoma, September 21, 1993.

Addiction and Behavioral Aspects of Acute Pain, "Managing Acute Pain in the '90's," Syntex Laboratories Sponsored Conference, Raleigh, North Carolina, October 4, 1993.

Understanding the New Health Care Reform, Newport Rotary, Newport, Arkansas, October 8, 1993.

Overview of Cancer Pain Management, Pre-Conference Workshop, Annual Conference of the American Academy of Pain Management, Knoxville, Tennessee, October 14, 1993.

What is the Chronic Pain Syndrome?, Keynote presentation, Fourth Annual Conference of the American Academy of Pain Management, Knoxville, Tennessee, October 15, 1993.

Addiction and Behavioral Aspects of Acute Pain, "Managing Acute Pain in the '90's," Syntex Laboratories Sponsored Conference, Baltimore, Maryland, October 21, 1993.

Addiction and Behavioral Aspects of Acute Pain, "Managing Acute Pain in the '90's," Syntex Laboratories Sponsored Conference, Kansas City, Missouri, November 1, 1993.

Addiction and Behavioral Aspects of Acute Pain, "Managing Acute Pain in the '90's," Syntex Laboratories Sponsored Conference, San Antonio, Texas, November 3, 1993.

Hospice and Cancer Pain Management, Kanawha Medical Society, Charleston, West Virginia, November 9, 1993.

Pain Management; Psychiatric Aspects of Care for the Terminally Ill Patient and their Family, Regional Hospice and Palliative Care Conference, University of Charleston, Charleston, West Virginia, November 10, 1993.

Psychiatric Aspects of Care of the Terminally Ill, "When Cure Is No Longer Possible" Conference, Academy of Hospice Physicians (AHP) Physician Training Program, Albuquerque, New Mexico, November 13, 1993.

Addiction and Behavioral Aspects of Pain Management, Pain Net Education, Inc. Comprehensive Pain Medicine/Management Certification Examination Review Course, Dallas, Texas, January 16, 1994.

The Mental Status Examination, and the Development of a Psychiatric Diagnosis, Noon Conference Series, University of Nevada School of Medicine/University Medical Center, Las Vegas, Nevada, January 18, 1994.

Physician Assisted Suicide: The Case for Better Cancer Pain Management, Nevada Academy of Family Practice 26th Annual CME/Ski Meeting, Harvey's Resort Hotel, Stateline, Nevada, February 11, 1994.

Cancer Pain Management and the AHCPR Guidelines, Noon Conference Series, University of Nevada School of Medicine/University Medical Center, Las Vegas, Nevada, February 15, 1994.

Depression and the Affective Disorders, Noon Conference Series, University of Nevada School of Medicine/University Medical Center, Las Vegas, Nevada, March 15, 1994.

Addiction and Behavioral Aspects of Acute Pain, "Managing Acute Pain in the '90's," Syntex Laboratories Sponsored Conference, Pasadena, California, March 21, 1994.

The Mental Status Examination and Psychiatric Assessment, Inservice Program, Mercy Ambulance Company, Las Vegas, Nevada, March 29, 1994.

Behavioral Emergencies, Inservice Program, Mercy Ambulance Company, Las Vegas, Nevada, April 5, 1994.

Addiction and Behavioral Aspects of Acute Pain, "Managing Acute Pain in the '90's," Syntex Laboratories Sponsored Conference, Memphis, Tennessee, April 11, 1994.

14

Curriculum Vitae
Barry Eliot Cole, M.D.

Psychiatric Assessment and Behavioral Emergencies, Paramedic Refresher, Las Vegas Fire Department, Las Vegas, Nevada, April 14, 1994.

Emergency Psychiatric Assessment, Paramedic Training Program, Community College of Southern Nevada, Las Vegas, Nevada, April 18, 1994.

Addiction and Behavioral Aspects of Acute Pain Management, Noon Conference Series, University of Nevada School of Medicine/University Medical Center, Las Vegas, Nevada, April 19, 1994.

Cancer Pain Management, Western States Osteopathic Association Annual Meeting, Las Vegas, Nevada, April 27, 1994.

Psychiatric Aspects of Care for the Terminally Ill, Nathan Adelson Hospice, Las Vegas, Nevada, May 11, 1994.

Addiction and Behavioral Aspects of Acute Pain, "Managing Acute Pain in the '90's," Syntex Laboratories Sponsored Conference, St. Louis, Missouri, May 23, 1994.

Cancer Pain Management for the 1990's, Grand Rounds, Baxter County Regional Hospital, Mountain Home, Arkansas, May 24, 1994.

Addiction and Behavioral Aspects of Acute Pain, "Managing Acute Pain in the '90's," Syntex Laboratories Sponsored Conference, Cleveland, Ohio, June 13, 1994.

Pain Management for the Terminally Ill, Noon Conference Series, University of Nevada School of Medicine/University Medical Center, Las Vegas, Nevada, June 21, 1994.

Psychiatric Aspects of Care for the Terminally Ill (Part II), Nathan Adelson Hospice, Las Vegas, Nevada, June 29, 1994.

The Mental Status Examination, Noon Conference Series, University of Nevada School of Medicine/University Medical Center, Las Vegas, Nevada, July 1, 1994.

Behavioral Pain Management; Addiction, Substance Abuse and Acute Pain Management, Pain Net Education, Inc. Comprehensive Pain Medicine/Management Certification Examination Review Course, Dallas, Texas, July 15, 1994.

Behavioral Emergencies, Paramedic Inservice Program, Henderson Fire Department, Henderson, Nevada, August 2, 1994.

The Management of Suicidal and Violent Patients, Noon Conference Series, University of Nevada School of Medicine/University Medical Center, Las Vegas, Nevada, August 15, 1994.

Pain Management for the Terminally Ill Patient, Fifth Annual Conference of the American Academy of Pain Management/First Annual Conference of the Canadian Academy of Pain Management, Vancouver, British Columbia, August 21, 1994.

Drug Seeking Behavior in Dual Diagnosis Patients, Nevada State Division of MH/MR Workshop, Nevada Mental Health Institute, Reno, Nevada, September 8, 1994.

Outcomes Measurement is a Necessity: Prime Trak a Standardized Approach to Management, 1994 Annual Meeting of the American Academy of Neurological & Orthopedic Surgeons, Las Vegas, Nevada, September 10, 1994.

Pitfalls in Practice Concerning Opioid Analgesics in the Management of Chronic Pain Conditions, "Pain Management: A Medical-Psychiatric Approach", Friends Hospital, Philadelphia, Pennsylvania, September 17, 1994.

Opioid Therapy for Chronic Pain Management, Noon Conference Series, University of Nevada School of Medicine/University Medical Center, Las Vegas, Nevada, September 20, 1994.

Pain Management for the Terminally Ill Patient, Nathan Adelson Hospice, Las Vegas, Nevada, September 21, 1994.

Cancer Pain Management, Psychiatric Aspects of Care for the Terminally Ill, Oklahoma State Hospice Society Annual Meeting, El Reno, Oklahoma, September 23, 1994.

Cancer Pain Management and the AHCPR Guidelines, Nevada Oncologic Society, Las Vegas, Nevada, September 29, 1994.

Mental Health Laws of Nevada, Psychiatric Training Conference, Veterans Affairs Medical Center, Las Vegas, Nevada, October 4, 1994.

Curriculum Vitae
Barry Eliot Cole, M.D.

Chronic Pain: What to do, Family Medicine Weekly Conference, University of Nevada School of Medicine, Las Vegas, Nevada, October 13, 1994.

Ethical Issues in the Care of the Terminally Ill, Physicians Quarterly Staff Meeting, St. Elizabeth Heartland Hospital, Lincoln, Nebraska, October 26, 1994.

Ethical Issues in the Care of the Terminally Ill, Palliative Care Conference, St.Elizabeth Heartland Hospice, Lincoln, Nebraska, October 27, 1994.

Addiction and the Behavioral Aspects of Pain Management, Southern Nevada Correctional Medical Facility, Indian Springs, Nevada, November 2, 1994.

Pain Management Update, Family Practice Department Monthly Meeting, St. Mary's Regional Medical Center, Reno, Nevada, December 13, 1994.

Behavioral Pain Management; Addiction, Substance Abuse and Acute Pain Management, Pain Net Education, Inc. Comprehensive Pain Medicine/Management Certification Examination Review Course, Dallas, Texas, January 13, 1995.

Addiction and the Behavioral Aspects of Pain Management, Southern Nevada Adult Mental Health Services, Las Vegas, Nevada, February 14, 1995.

Cancer Pain Management: AHCPR Guidelines and Beyond, Oncology Nurses Inservice, St. Mary's Regional Medical Center, Reno, Nevada, February 22, 1995.

Management of Chronic Pain, Family Practice Pearls, Nevada Osteopathic Medical Association, Las Vegas, Nevada, April 2, 1995.

Ethics of Under and Over Treating Pain, HealthEast St. Joseph's Hospital, St. Paul, Minnesota, May 3, 1995.

Ethics of Under and Over Treating Pain, HealthEast St. John's Hospital, St. Paul, Minnesota, May 3, 1995.

Psychiatric Emergencies, Staff Inservice, Mercy Ambulance, Las Vegas, Nevada, July 12, 1995.

Emergency Psychiatry and the Mental Status Examination, Noon Conference Series, University of Nevada School of Medicine/University Medical Center, Las Vegas, Nevada, July 18, 1995.

Psychosocial Aspects of Pain Management for Social Workers, First National Conference Series on Spiritual/Bereavement/Psychosocial Aspects of Hospice Care, National Hospice Organization, San Francisco, California, August 22, 1995.

Post Partum Depression and Psychosis, Family Practice Residency Core Conference Series on Reproductive Care, University of Nevada School of Medicine Department of Family and Community Medicine, Las Vegas, Nevada, August 24, 1995.

Ethical Considerations in Managing Cancer Pain, Arizona Cancer Pain Initiative, Flagstaff, Arizona, August 26, 1995.

Emergency Psychiatry and Handling Behavioral Urgencies, Paramedic Training Program, University Medical Center, Las Vegas, Nevada, September 18, 1995.

Understanding the Management of Pain, Noon Conference Series, University of Nevada School of Medicine/University Medical Center, Las Vegas, Nevada, September 19, 1995.

Controlling Pain and the Role of Your Doctor, Community Presentation for Hope Hospice and the Alzheimer's Resource Center of Lee County, Fort Myers, Florida, October 15, 1995.

Addiction and the Behavioral Aspects of Pain Management, Hope Hospice, Fort Myers, Florida, October 16, 1995.

Ethics in Pain Management, Lee County Medical Society, Fort Myers, Florida, October 16, 1995.

Psychiatric Care of the Terminally Ill Patient: Focus on Depression, Cancer Update 1995, Mercy Cancer Center, Mason City, Iowa, October 18, 1995.

Dynamics of Working with Families Facing Terminal Illness, The Sixth Annual John MacGregor Lecture, Cancer Update 1995, Mercy Cancer Center, Mason City, Iowa, October 18, 1995.

16

Curriculum Vitae
Barry Eliot Cole, M.D.

Schizophrenia Update, Family Practice Residency Core Conference Series, University of Nevada School of
Medicine Department of Family and Community Medicine, Las Vegas, Nevada, October 26, 1995.

Concepts and Principles of Pain Management, Havasu Home Healthcare, Parker, Arizona, November 2, 1995.

Concepts and Principles of Pain Management, Havasu Home Healthcare, Lake Havasu City, Arizona, November 2, 1995.

Psychosocial Aspects of Pain Management, Seventeenth Annual Symposium and Exposition, The National Hospice
Organization, Annenberg Center at Eisenhower, and the Council of Hospice Professional, Phoenix, Arizona, November 6, 1995.

Cancer Pain Management, Tumor Conference, Methodist Hospital, Omaha, Nebraska, November 17, 1995.

End-of-Life Ethical Considerations, Pain Management of the Terminally Ill, Hospice and the Primary Care
Physician, Psychiatric Aspects of Care for the Terminally Ill and Their Families, and Hospice; An Alternative to
Assisted Suicide and Euthanasia, Current Issues in the Care of the Terminally Ill Program, Gundersen
Lutheran's Family Hospice Care, La Crosse, Wisconsin, November 30, 1995.

Somatoform Disorders, Family Practice Residency Core Conference Series, University of Nevada School of
Medicine Department of Family and Community Medicine, Las Vegas, Nevada, December 21, 1995.

Cancer Pain Management, Family Practice Grand Rounds, San Bernadino County Medical Center, San
Bernadino, California, January 4, 1996.

Pain Management with Dying Patients, Grand Rounds, St. Mary Regional Medical Center, Apple Valley,
California, January 19, 1996.

Integration of the AHCPR Guidelines in the Treatment of Pain, Noon Conference CME, Sunrise Hospital and
Medical Center, Las Vegas, Nevada, January 26, 1996.

What is Geropsychiatry?, Invited CME presentation, Charter Hospital, Las Vegas, Nevada, February 27, 1996.

What's New in Cancer Pain Management, First Annual Meeting of the Southern Nevada Oncology Nursing Society, Las
Vegas, Nevada, March 23, 1996.

What to do for Chronic Mental Illness, Invited CME presentation, Charter Hospital, Las Vegas, Nevada, March 26, 1996.

Current Management of Acute and Chronic Pain, Annual meeting of the Osteopathic Medical Society of the Southwest,
Las Vegas, Nevada, March 28, 1996.

Psychiatric, Psychological & Mental Health Commitment, Continuing Legal Education Program, Office of the Clark
County District Attorney, Las Vegas, Nevada, April 4, 1996.

Cancer Pain Management and the Psychosocial Aspects of Care for the Terminally Ill and Their Families, Annual Meeting
of the Arkansas State Hospice Association, Hot Springs, Arkansas, April 8, 1996.

Pain Management, Fifth Annual Cancer Symposium, Mercy Healthcare Bakersfield, Bakersfield, California, April 27, 1996.

Management of Pain in Cancer Patients: An Interdisciplinary Approach, Westlake Village Hospital, Westlake Village,
California, May 16, 1996.

Ethical Issues in the Care of the Terminally Ill, Cedars-Sinai Comprehensive Cancer Center, Cedars-Sinai Medical Center,
Los Angeles, California, May 16, 1996.

The AHCPR Guidelines for Cancer Pain Management & Psychosocial Aspects of Pain Management, Tucson Medical
Center, Tucson, Arizona, June 5, 1996.

Pain Management and the AHCPR Guidelines & Opioid Controls in Acute Cancer Pain, Community Hospice,
Tucson, Arizona, June 5, 1996.

Cancer Pain Management, Grand Rounds, Community Memorial Hospital, Ventura, California, June 11, 1996.

Chronic Pain Management, Medical Grand Rounds, University Medical Center, Las Vegas, Nevada, September 13, 1996.

Appropriate Pharmacological Considerations, "Prescribing Practice in a Regulated Environment" Pre-conference,
Clinical Meeting, American Academy of Pain Management, Washington, DC, September 26, 1996.

17

Curriculum Vitae
Barry Eliot Cole, M.D.

Long Term Opioids: Use or Abuse, Point-Counterpoint Debate Moderator, Clinical Meeting, American Academy of Pain Management, Washington, DC, September 27, 1996.

Applied Pharmacology: Analgesic Modalities, Routes of Administration, and Complications for Headache, Back Pain and Depression in Chronic Pain, Clinical Meeting, American Academy of Pain Management, Washington, DC, September 28, 1996.

Compassionate Medical Care for Dying Patients, Clinical Meeting, American Academy of Pain Management, Washington, DC, September 28, 1996.

Utility of the AHCPR Guidelines for the Management of Acute and Cancer Related Pain, Annual Convention, American Osteopathic College of Rheumatology, Las Vegas, Nevada, October 7, 1996.

Cancer Pain Management, Internal Medicine Noon Conference Series, University Medical Center/University of Nevada School of Medicine, Las Vegas, Nevada, October 15, 1996.

Diagnosis and Treatment Issues, Moderator, Western Regional Conference on Mental Illness, Las Vegas, Nevada, October 18, 1996.

Current Trends in Pain Management, Havasu Home Health & Mojave Community College, Havasu, Arizona, October 22, 1996.

Practical Applications in Prescribing Controlled Substances, Hospice of Havasu, Havasu, Arizona, October 22, 1996.

Pain Management, Safe Harbor Hospice Physician Education Program, Las Vegas, October 23,1996

New Treatment for the Management of Pain, Noon Conference, Sunrise Hospital, Las Vegas, Nevada, October 25, 1996.

New Methods in Pain Management, Medical Grand Rounds, United Medical Center Hospice, Cheyenne, Wyoming, November 6, 1996.

New Methods in Pain Management, Community Education Conference, University of Wyoming Family Practice Department, Cheyenne, Wyoming, November 6, 1996.

Psychopharmacology Update, Speaker for Strategies for Promoting the Competitive Employment of Persons with Serious Mental Illness, Las Vegas, Nevada, November 7, 1996.

Pain Management, Noon Conference, Veterans Administration Medical Center, Las Vegas, Nevada, November 20, 1996.

Pharmacological Control of Pain, Medical Staff Educational Conference, Portland Adventist Hospital, Portland, Oregon, November 21, 1996.

Appropriate Pharmacological Considerations for the Management of Pain, Family Home Hospice, Las Vegas, Nevada, November 26, 1996.

Clinical Update on Depression, Southern Nevada Area Health Education Center, Las Vegas, Nevada, December 12, 1996.

How to Prescribe Opioids and Not Forfeit Your License, Internal Medicine Noon Conference Series, University Medical Center/University of Nevada School of Medicine, Las Vegas, Nevada, December 17, 1996.

Pain: Acute vs. Chronic, Resident Core Conference Series, Department of Family Practice, Las Vegas, Nevada, February 13, 1997.

Focus on Opioid Pharmacology, Neurology and Neurosurgery Conference, Santa Barbara Cottage Hospital, Santa Barbara, California, February 27, 1997.

Treatment and Management of Non-cancer Pain, CME Noon Conference, Valley Community Hospital, Santa Maria, California, February 27, 1997.

Suicide Assessment and Management, Internal Medicine Noon Conference Series, University Medical Center/University of Nevada School of Medicine, Las Vegas, Nevada, March 10, 1997.

Chronic Pain Management, Grand Rounds, Department of Psychiatry, University of Nevada School of Medicine, Reno, Nevada, March 19, 1997.

Curriculum Vitae
Barry Eliot Cole, M.D.

Pain Management, Annual Conference, Oncology Nurses Society-Nevada Chapter, Las Vegas, Nevada, March 22, 1997.

Opioids and Pain Management, Psychiatric Services Inservice Meeting, Veterans Administration Medical Center, Las Vegas, Nevada, March 25, 1997.

Ethical Issues in the Care of the Terminally Ill, Cancer Pain Management, South Dakota Hospice Organization Spring Convention, Brookings, South Dakota, April 4, 1997.

Psychotropic Medication for Paramedics, Annual Recertification Program, Henderson Fire Department, Henderson, Nevada, April 25, 1997.

Chronic Non-malignant Pain Management, Grande Rounds, St. John's Regional Medical Center, Oxnard, California, April 29, 1997.

Cancer Pain Management, Oncologic Nurses Society Meeting, Sunrise Hospital, Las Vegas, Nevada, May 1, 1997.

Pain Management in Cancer and Non-cancer Pain Syndromes, Inservice program, St. Mary's Hospital, Tucson, Arizona, May 19, 1997.

Pain Management in Cancer and Non-cancer Pain Syndromes, Noon Resident Inservice program, Kino Hospital, Tucson, Arizona, May 19, 1997.

Pain Management, Hospital Grand Rounds, Tucson Medical Center, Tucson, Arizona, May 19, 1997.

Psychopharmacology for Pain Management, Family Medicine Resident Core Conference, Las Vegas, Nevada, May 29, 1997.

Behavioral Emergencies and Psychopharmacology Update for Paramedics, University Medical Center Paramedic Training Program, Las Vegas, Nevada, June 4, 1997.

The Role of the Medical Profession at the End of Life, Pain Management at the End of Life: It Works!, Nevada Association of Hospices Annual Meeting, Las Vegas, Nevada, June 5, 1997.

Relationship of Hospice and Pain Management, Assisted Suicide: Ethical Issues in the Care of the Terminally Ill, Care for the Dying: Alternatives to Assisted Suicide Symposium, Saint Agnes Medical Center, Fresno, California, June 14, 1997.

Non-malignant Pain in the Elderly, Grand Rounds, Boswell Hospital, Sun City, Arizona, June 24, 1997.

Munchausen by Proxy and Factitious Disorders, AAMT's Nineteenth Annual Meeting, American Association for Medical Transcription, Las Vegas, Nevada, July 31, 1997.

Non-malignant Pain: Why it is okay to treat with opioids, Picacho Mountain Medical Center, Yuma, Arizona, September 2, 1997.

Clinical Issues Around Terminal Diagnoses, End of Life Issues: Empowering Families conference, Arkansas State Hospice Association, Hot Springs, Arkansas, September 9, 1997.

Applied Pharmacology: Beyond the Textbook, Eighth Annual Clinical Meeting, American Academy of Pain Management, Las Vegas, Nevada, September 19, 1997.

Death, Dying and Pain Management in the Terminally Ill, Psychiatric Practice in the Current Environment conference, Arkansas Psychiatric Society, Little Rock, Arkansas, September 28, 1997.

Hospice and Pain Management, Long Term Care in Utah conference, Utah Health Care Association, Park City, Utah, October 2, 1997.

Silver Series: Pain Management in the Elderly, Nevada Geriatric Education Center conference, Las Vegas, Nevada, October 3, 1997.

The Physician's Perspective on Psychosocial Aspects of Pain, Nineteenth Annual Symposium and Exposition, National Hospice Organization, Atlanta, Georgia, October 18, 1997.

Pain Management for Orthopedics, Sunrise Hospital Orthopedic Nurses Inservice program, Sunrise Hospital, Las Vegas, Nevada, October 30, 1997.

Compassionate Care of the Dying Patient, Dementia and Hospice: Shared issues and comprehensive management, University of California at San Francisco-Fresno Campus, Fresno, California, November 8, 1997.

19

Curriculum Vitae
Barry Eliot Cole, M.D.

Pain in the Elderly, United Federation of Teachers, Retiree Program, Las Vegas, Nevada, November 10, 1997.

Pain Management from Hospital to Home, Sunrise Medical Center, Las Vegas, Nevada, November 20, 1997.

Maintained Opioid Therapy for Chronic Pain, Internal Medicine Grand Rounds, St. Joseph's Hospital and Medical Center, Phoenix, Arizona, December 3, 1997.

Management of Non-Cancer Pain, Family Practice Education Meeting, St. Mary's Regional Medical Center, Reno, Nevada, December 9, 1997.

Management of Post-Surgical Pain: A Team Approach, Grand Rounds, Yuma Regional Medical Center, Yuma, Arizona, January 28, 1998.

Pain Management in the Non-Cancer Patient: A Clinical Review, Medical Education Conference, Marcus J. Lawrence Memorial Hospital, Cottonwood, Arizona, January 29, 1998.

Update on Cancer and Non-Cancer Pain Management, Northern Arizona Hospice and Home Care, Cottonwood, Arizona, January 29, 1998.

Pain Management for Physicians, Vista Hospice, Scottsdale, Arizona, January 29, 1998.

Pain Management for Nurses, Vista Hospice, Scottsdale, Arizona, January 30, 1998.

Updates in the Management of Chronic Pain, Kings County Medical Society, Handford, California, February 19, 1998.

Updates on Pain Management, Antelope Valley Hospital, Lancaster, California, February 24, 1998.

Pain Management: A Comprehensive Approach, Department of Anesthesiology Grand Rounds, Loma Linda University Medical Center, Loma Linda, California, February 25, 1998.

Role of Opioids in Cancer Pain Management, Riverside Community Hospital, Riverside, California, February 25, 1998.

Psychosocial Aspects of Managing Pain: Special Considerations for the Elderly Patient, Valley Health Systems CME meeting, Hemet, California, February 25, 1998.

Ethics in Pain Management, 37th Annual Convention, Osteopathic Physicians and Surgeons of California, Las Vegas, Nevada, March 5, 1998.

Psychosocial Issues Involved in Treating the Terminally Ill, Arkansas Blood and Cancer Society, Little Rock, Arkansas, March 12, 1998.

Pain Management in the Ambulatory Care Setting, Grand Rounds, Veterans Administration Medical Center, Reno, Nevada, March 26, 1998.

Management of Chronic Pain, Dinner Program for the Purdue Frederick Company, Cigna HealthCare, Phoenix, Arizona, April 9, 1998.

Chronic Pain Management in the Subacute Care Setting, Subacute Care 98, National Subacute Care Association Annual Meeting, Chicago, Illinois, April 16, 1998.

Pain Management for the Terminally Ill, Ethical Concerns in the Care of the Terminally Ill, Nebraska Hospice Association Annual Meeting, Omaha, Nebraska, April 24, 1998.

Pain Management: Implementing Current Concepts, Improving Care at the End of Life, HealthInsight, Las Vegas, Nevada, April 30, 1998.

Use of Opioids and Adjunctive Medications, University Medical Center, Las Vegas, Nevada, May 5, 1998.

Psychological Aspects of Care for the Cancer Patient, as well as Pain Management, Vista Hospice Community Education Program, Orem, Utah, May 7, 1998.

Psychological Aspects of Care for the Cancer Patient, as well as Pain Management, Purdue Frederick Company Education Program for Physicians, Orem, Utah, May 7, 1998.

20

Curriculum Vitae
Barry Eliot Cole, M.D.

Psychological Aspects of Care for the Cancer Patient, as well as Pain Management, Purdue Frederick Company Education Program for Nurses, Orem, Utah, May 8, 1998.

Non-Malignant Pain and Regulatory Issues, Noon Educational Meeting, Northwest Medical Group, Fresno, California, May 12, 1998.

Non-Malignant Pain and Regulatory Issues, Round Table Physicians Program for the Purdue Frederick Company, Fresno, California, May 12, 1998.

Pain Management Myths and Misconceptions, Internal Medicine Grand Rounds, Good Samaritan Regional Medical Center, Phoenix, Arizona, May 15, 1998.

Pain Management Myths and Misconceptions, Internal Medicine Grand Rounds, Phoenix Veterans Administration Medical Center, Phoenix, Arizona, May 15, 1998.

Ethical Pain Management in the Elderly, 1998 Western States Osteopathic Convention, Las Vegas, Nevada, May 16, 1998.

The AHCPR Guidelines for Pain: Implications for Electroceuticals, CERA Symposium 1998, Las Vegas, Nevada, May 17, 1998.

Non-malignant Pain Management and Regulatory Issues, Noon Educational Conference, Peach Wood Medical Group, St. Agnes Education Center, Clovis, California, May 19, 1998.

Advances in Cancer Pain Management, Round Table Discussion for the Purdue Frederick Company, California Cancer Center, Fresno, California, May 19, 1998.

Oncologic Pain Management, Oncology Nurses Annual Conference, Sunrise Hospital and Medical Center, Las Vegas, Nevada, May 21, 1998.

Non-Cancer Pain Management, Monthly Physician Staff Meeting, John C. Lincoln Hospital, Deer Valley (Phoenix), Arizona, May 26, 1998.

Pain Management: The Pharmacological Approach as Recommended by the AHCPR, Sixth Annual Spring Seminar, Osteopathic Physicians and Surgeons of California, Pasadena, California, May 29, 1998.

Non-malignant Pain Management and Regulatory Issues, Medical Education Conference, Kaweah Delta Hospital, Visalia, California, June 2, 1998.

Non-malignant Pain Management and Regulatory Issues, Physicians Round Table for Purdue Frederick Company, Visalia, California, June 2, 1998.

Effective Pain Management in the Community, Home Health Care Conference, Contemporary Forums, Las Vegas, Nevada, June 17, 1998.

Pain Management for Terminally Ill Patients, Nursing Inservice training, University Medical Center, Las Vegas, Nevada, June 19, 1998.

New Treatments for Chronic Patients, Physicians Round Table for Purdue Frederick Company, Las Vegas, Nevada, July 9, 1998.

New Treatments for Chronic Pain Patients, Medical Ground Rounds, University Medical Center, Las Vegas, Nevada, July 10, 1998.

Pain Management for the Terminally Ill, Nurses and Medical Directors Breakfast meeting, Hospice of the Valley, Mesa, Arizona, July 20, 1998.

Pain Management for the Terminally Ill, Lunch meeting for Nurses and Medical Directors, Hospice of the Valley, Phoenix, Arizona, July 20, 1998.

Cancer Pain Management, CME Program, Memorial Hospital, Colorado Springs, Colorado, July 22, 1998.

New Treatments for Chronic Patients, Physicians Round Table for Purdue Frederick Company, Southwest Medical Associates, Las Vegas, Nevada, July 23, 1998.

Current Trends in the Management of Pain, Boulder City Hospital, Boulder City, Nevada, August 18, 1998.

Curriculum Vitae
Barry Eliot Cole, M.D.

Cancer Pain Management: Focus on Pharmacological Agents, Phoenix Oncology Nursing Society, Phoenix, Arizona, August 24, 1998.

Update on Effective Pain Management of Postoperative, Acute, Chronic and Cancer Pain, CEU Program, Desert Samaritan Medical Center, Phoenix, Arizona, August 25, 1998.

Pain Management, CME Program, Payson Regional Medical Center, Payson, Arizona, August 25, 1998.

Prescribing Opioids: How Not to Lose Your License, CME Program, Northside Hospital, Atlanta, Georgia, September 8, 1998.

Pain Management: Malignant, CME Program, Emory University Hospital, Atlanta, Georgia, September 8, 1998.

Choosing Opioids for Patient's Pain, Cancer Conference, Thunderbird Samaritan Medical Center, Glendale, Arizona, September 16, 1998.

Pain Management, Opioids and Your License, Physicians Round Table for Purdue Frederick Company, Phoenix, Arizona, September 16, 1998.

How to Treat Patients for Pain Who have Abused Opioids in the Past, Tumor board, Maryvale Samaritan Hospital, Phoenix, Arizona, September 17, 1998.

Cancer Pain Management, Hospice Family Care Lunch & Learn Program, Hospice Family Care, Sun City, Arizona, September 17, 1998.

Pain Management, Opioids and Your License, Physicians Round Table for Purdue Frederick Company, Phoenix, Arizona, September 17, 1998.

Pain Management, Internal Medicine Grand Rounds, Maricopa Medical Center, Phoenix, Arizona, September 18, 1998.

Pain Management in Long Term Care, Superior Care Pharmacy, Salt Lake City, Utah, September 22, 1998.

New Approaches to Controlling Chronic Pain, Grand Rounds, Rapid City Regional Hospital, Rapid city, South Dakota, September 25, 1998.

Non-cancer Pain Management, CME Conference, Valley Presbyterian Health, Van Nuys, California, September 29, 1998.

Pain Can Kill, Pain Management: Current Concepts Lecture Series, Jerry L. Pettis Veterans Administration Medical Center, Loma Linda, California, October 6, 1998.

Ethical Issues in the Care of the Terminally Ill, Fifth Annual Arizona Cancer Pain Initiative Conference, Phoenix, Arizona, October 10, 1998.

Non-Malignant Pain Management and Addiction, CME Conference, Kalispell Regional Hospital, Kalispell, Montana, October 12, 1998.

Pain Management for the Known Substance Abuser, Pathways Treatment Center, Kalispell, Montana, October 13, 1998.

Advances in the Use of Opioid Analgesics, Noon Conference, Tucson Medical Center, Tucson, Arizona, October 14, 1998.

Advances in the Use of Opioid Analgesics, Graham and Greeley Counties Medical Society, Eastern Arizona College, Thatcher, Arizona, October 14, 1998.

Advances in Pain Management, Noon CME Program, Clovis Community Hospital, Clovis, California, October 15, 1998.

Advances in Cancer Pain Management and Adjuvant Therapies, Fresno Oncological Nurses Society, Fresno, California, October 15, 1998.

New Treatments for Cancer Pain and Critical Care Nurses, Noon Nursing CME Conference, University Medical Center, Las Vegas, Nevada, October 16, 1998.

Pain Management in a Managed Care Environment, CEU Luncheon meeting, Dameron Hospital, Stockton, California, October 23, 1998.

Curriculum Vitae
Barry Eliot Cole, M.D.

Pain Management for the Clinician, CME conference, Northridge Hospital-Sherman Way Campus, Van Nuys, California, October 29, 1998.

Minimizing Prescribing Liabilities and Ethical Considerations in Pain Management, Staff Meeting, Olsten Health Services, Phoenix, Arizona, November 4, 1998.

Providing Pain Management While Protecting Your Medical License, Monthly Staff Meeting, John C. Lincoln Hospital, Phoenix, Arizona, November 4, 1998.

Pain Management, Pivotal Luncheon meeting for the Purdue Frederick Company, Provo, Utah, November 5, 1998.

Pain Management: Get a Grip!, Keynote, Utah Hospice Association, Salt Lake City, Utah, November 5, 1998.

Delivering the Hospice Message, Morning Workshop, Utah Hospice Association, Salt Lake City, Utah, November 6, 1998.

Emotional Pain: Mental Health Concerns for Hospice, Morning Workshop, Utah Hospice Association, Salt Lake City, Utah, November 6, 1998.

The Management of Chronic Pain, CEU Luncheon meeting, Utah Valley Regional Medical Center, Provo, Utah, November 6, 1998.

Chronic Pain Management, 19th Annual SWAHAP Medical Education Congress, Southwest Association of Hispanic American Physicians, El Paso, Texas, November 7, 1998.

New Concepts in Pain Management, Pain Management Educational Program, Hospice of Havasu, Lake Havasu, Arizona, November 9, 1998.

Pain Control in Cancer and Non-Cancer Patients, Monthly CME Conference, Beverly Hospital, Montebello, California, November 11, 1998.

Management of Depression and Anxiety in the Terminally Ill, Quality of Care at the End of Life, Tenth Annual Arizona Geriatrics Society Conference, Tempe, Arizona, November 13, 1998.

Pain Management, Quality of Care at the End of Life, Tenth Annual Arizona Geriatrics Society Conference, Tempe, Arizona, November 14, 1998.

Safely Prescribing Pain Medication, Quality of Care at the End of Life, Tenth Annual Arizona Geriatrics Society Conference, Tempe, Arizona, November 14, 1998.

Pain Management for Clinicians, CME Conference, Providence Holy Cross Hospital, Mission Hills, California, November 17, 1998.

Pain Management and Addiction, Western Montana Pain Conference, Missoula Demonstration Project, Missoula, Montana, November 19, 1998.

Managing Pain for Special Populations: Ending the "Isms" and Improving Access, Morning Medical Conference, St. Patrick's Hospital, Missoula, Montana, November 20, 1998.

Using Narcotics in the Non-Cancer Setting for Primary Care, "Science and Politics of Pain Management" Conference, Metropolitan Pain Management Consultants, Sacramento, California, November 21, 1998.

Cancer Pain Management, CME Program, Valley Hospital Medical Center, Las Vegas, Nevada, November 24, 1998.

Treating Malignant and Non-Malignant Chronic Pain, Internal Medicine Grand Rounds, Creighton University, Omaha, Nebraska, November 30, 1998.

Treating Non-Malignant Chronic Pain in a Psychiatric Environment, Noon Conference, Las Vegas Medical Center, Las Vegas, New Mexico, December 1, 1998.

Pain Management: Improving the Quality of Life, CME Conference, Presbyterian Hospice, Albuquerque, New Mexico, December 2, 1998.

Pain Management, Educational Program for Physicians, Nurses and Pharmacists, Memorial Hospital, Bakersfield, California, December 3, 1998.

Curriculum Vitae
Barry Eliot Cole, M.D.

Opioids and Pain Management, Educational Lecture for Residents, Kern Medical Center, Bakersfield, California, December 3, 1998.

Pain Management in the Hospice Setting, Nurse Education Program, Kern Hospice, Bakersfield, California, December 4, 1998.

Psychopharmacology, Paramedic Inservice, Henderson Fire Department, Henderson, Nevada, December 11, 1998.

How to Sell to Physicians, World Pain Management Sales Conference, Henley Healthcare, Las Vegas, Nevada, December 14, 1998.

How to Sell to Physicians, World Pain Management Sales Conference, Henley Healthcare, Las Vegas, Nevada, December 15, 1998.

Management of Chronic and Cancer Pain with a Focus on the Elderly, Case Manager's Meeting, PacifiCare, Las Vegas, Nevada, December 16, 1998.

Pain Management, Quarterly Physician Training, Partnership Healthplan of California, Suisun, California, January 19, 1999.

Pain Management, Nursing In-service, University Medical Center, Las Vegas, Nevada, January 22, 1999.

Treating Patients with Chronic Pain, Contra Costa Regional Medical Center, Martinez, California, January 31, 1999.

Cancer Pain Management, Tumor Board, Citrus Valley Medical Center, Covina, California, February 1, 1999.

Regulatory Issues Pain Symposium, University Medical Center, Las Vegas, Nevada, February 3, 1999.

Pain Management and Maintenance Opioid Therapy, 1999 CARE Conference, Nevada Area Health Education Centers, Las Vegas, Nevada, February 4, 1999.

Pain Management in a "Just Say No" Society: Capturing Pearls, Avoiding Pitfalls, Mercy San Juan Hospital, Carmichael, California, February 5, 1999.

End-of-life Pain Management, Sandia Hospice, Albuquerque, New Mexico, February 15, 1999.

Management of Chronic Pain, Department of Internal Medicine, St. Joseph's Hospital, Albuquerque, New Mexico, February 16, 1999.

Pain Management: Opioids and Your License, Northeastern Regional Hospital, Las Vegas, New Mexico, February 17, 1999.

Current Concepts in Pain Management, St Mary's Hospital Grand Rounds, St. Mary's Regional Medical Center, Apple Valley, California, February 19, 1999.

Managing Cancer-Related Pain Syndromes: The Anti-Kevorkian Approach, Hospice of El Paso, El Paso, Texas, February 24, 1999.

Pain Management, Tumor Board, Columbia Medical Center East, El Paso, Texas, February 25, 1999.

Ethics in Pain Management, 1999 Dixie Spring Symposium, Dixie Regional Medical Center, St. George, Utah, February 26, 1999.

Pain Management and Maintenance Opioid Therapy, Education for Physicians, Sierra Nevada Hospital, Grass Valley, California, March 1, 1999.

Advanced Pain Management Therapies for Ambulatory Care for Primary Care Physicians, Veterans Administration Medical Center, Reno, Nevada, March 4, 1999.

New Therapies in Chronic Pain, Grand Rounds, Sunrise Hospital and Medical Center, Las Vegas, Nevada, March 12, 1999.

Cancer Pain Management, Spring Extended Care Conference, Montana Hospital Association/Montana Hospice Organization, Butte, Montana, March 19, 1999.

Ethics, Addiction and Tolerance in Pain Management, Fourth Annual Oncology Symposium, University Medical Center, Las Vegas, Nevada, March 20, 1999.

Treatment of Chronic Pain with Opioids and the Legalities, St. James Community Hospital, Butte, Montana, March 23, 1999.

Update on Treatment of Acute and Chronic Pain, El Paso Society of Health System Pharmacists, El Paso, Texas, March 24, 1999.

Curriculum Vitae
Barry Eliot Cole, M.D.

Pain Management and the Myths and Barriers to Effective Treatment, CME Grand Rounds, Texas Tech School of Medicine, El Paso, Texas, March 25, 1999.

Cancer Pain Management in the Hospice Setting, Nursing Staff Meeting, Optimal Hospice, Oildale, California, March 29, 1999.

Pain Management at the End of Life, Mercy Hospital Grand Rounds, Mercy Hospital, Bakersfield, California, March 29, 1999.

Pain Management for End of Life Care, Hoffman Hospice of the Valley, Bakersfield, California, March 30, 1999.

Pain Management for End of Life Care, Bakersfield Family Medical Center, Bakersfield, California, March 30, 1999.

Pain Management 101, Physician and Clergy Alliance, Bakersfield, California, March 30, 1999.

Emotional, Spiritual and Ethical Issues in Pain Management, Physician and Clergy Alliance, Bakersfield, California, March 30, 1999.

Cancer Pain Management, Noon CME lecture, Kern Medical Center, Bakersfield, California, March 31, 1999.

Chronic Pain Management, Internal Medicine CME Program, Sierra Medical Center, El Paso, Texas, April 6, 1999.

Chronic Care of the Elderly Patient, Hospice of Central Iowa and University of Osteopathic Medicine and Health Sciences, Des Moines, Iowa, April 7, 1999.

Pain Management, OnHealth Network, Interactive Yahoo Chat with John Keefe, Yahoo.com, April 8, 1999.

Care of the Elderly, St. Francis Hospital Grand Rounds, St. Francis Hospital, Santa Barbara, California, April 9, 1999.

Getting Physicians to Write for Schedule II Medications, Southwest and South Central Regions, National Regional Meetings, Purdue Pharma, Orlando, Florida, April 14, 1999.

Psychosocial Aspects of Managing Pain: Special Considerations for the Psychiatric Patient, 3rd Annual "The Practical Use of Psychiatric Medications" Conference, Billings, Montana, April 16, 1999.

Pain Assessment and Current Techniques for Acute Pain Management, Advances in Medical-Surgical Nursing, Las Vegas, Nevada, April 17, 1999.

Chronic Pain and Pain Management, Educational Luncheon, Utah Valley Regional Medical Center, Orem, Utah, April 21, 1999.

Chronic Pain and Pain Management, Educational Dinner, Utah Valley Regional Medical Center, Orem, Utah, April 21, 1999.

Pain Management and Cancer Pain, Purdue Pharma Educational Breakfast, Provo, Utah, April 22, 1999.

Pain Management and Cancer Pain, Purdue Pharma Educational Luncheon, Provo, Utah, April 22, 1999.

Pain Management and Cancer Pain, Purdue Pharma Educational Dinner, Price, Utah, April 22, 1999.

Palliative Management of End Stage Symptoms in Terminally Ill Patients, Ethical Aspects of Aggressive Symptom Management During the Terminal Phase of Illness, Yolo Hospice Pain Symposium, Yolo Hospice, Woodland, California, April 24, 1999.

Pain Management in the 1990's, CME Lecture, Rancho Los Amigos Medical Center, Downey, California, May 13, 1999.

Ethics, Addiction, Tolerance and a Physician's Perspective on Opioid Regulatory Issues, Purdue Pharma Educational Dinner with the Nevada State Board of Pharmacy, Reno, Nevada, May 19, 1999.

Current Concepts in Pain Management, Purdue Pharma Pivotal Dinner, Tucson, Arizona, May 20, 1999.

Chronic Pain Management in the Long Term Care Setting, Purdue Pharma Educational Breakfast, Tucson, Arizona, May 21, 1999.

Survey of Cancer Pain Management, CME Lecture, Arizona Cancer Center, Tucson, Arizona, May 21, 1999.

Pain Management, CME Lecture, Veterans Administration Medical Center, Las Vegas, Nevada, May 25, 1999.

Curriculum Vitae
Barry Eliot Cole, M.D.

Cancer Pain: Current Trends in Management, Eisenhower Medical Center-Grand Rounds, Eisenhower Medical Center, Rancho Mirage, California, May 27, 1999.

Regulatory Concerns with the Prescribing of Opioids, Grand Rounds, University Medical Center, Las Vegas, Nevada, May 28, 1999.

Chronic Non-Malignant Pain Management: When and When Not To Use Opioids, CME Lecture, St. John's Regional Medical Center, Oxnard, California, June 1, 1999.

Care of the Patient at the End of Life, American Society of Pain Management Nurses-El Paso Chapter sponsored "Education for Physicians on End-of-life Care" training, El Paso, Texas, June 4 & 5, 1999.

Ethical Considerations Relating to Death and Dying: Pain Management is the Bottom Line, Grand Rounds, Los Alamitos Hospital, Los Alamitos, California, June 7, 1999.

Chronic Pain Management, Grand Rounds, Doctors Hospital of Manteca, Manteca, California, June 11, 1999.

Chronic Pain Management, Quarterly CME Meeting, Contra Costa Regional Medical Center, Martinez, California, June 13, 1999.

Updated Principles in the Treatment of Chronic Cancer Pain, Purdue Pharma Educational Luncheon, Murray, Utah, June 16, 1999.

New Principles in the Treatment of Chronic Pain, Central Utah Medical Clinic-Oncology Department Pivotal Dinner, Holladay, Utah, June 16, 1999.

Treatment of Cancer and Non-Cancer Pain, Central Utah Medical Clinic, Orem, Utah, June 17, 1999.

New Concepts in the Treatment of Cancer Pain, Hospice of the Basin, Alta Mont, Utah, June 17, 1999

Chronic Pain Management: A Pharmacist's Role, Washington State Pharmacists Annual Convention, Portland, Oregon, June 18, 1999.

The Myths and Barriers to Chronic Pain Management, Annual CME Meeting, American Academy of Family Practice-New Mexico Chapter, Ruidoso, New Mexico, June 22, 1999

Opioids: Patient Satisfaction and Your License, Tumor Board, Memorial Hospital, Colorado Springs, Colorado, June 23, 1999.

Management of Chronic Malignant Pain in the Low Back, 13th Annual Low Back Pain Conference, Las Vegas, Nevada, June 26, 1999.

Ethical Issues in the Care of the Terminally Ill, Grand Rounds, Altru Hospital, Grand Forks, North Dakota, June 30, 1999.

Ethical Issues in the Care of the terminally Ill, Unity Medical Center, West Grafton, North Dakota, June 30, 1999.

Basics of Pain Management, Arizona College of Osteopathic Medicine, Midwestern University-Glendale Campus, Glendale, Arizona, July 1, 1999.

Opioids and Pain Management While Protecting Your License, Northern Arizona Home Care and Hospice, Cottonwood, Arizona, July 13, 1999.

Opioids and Pain Management While Protecting Your Medical License, Monthly Staff Meeting, Flagstaff Medical Center, Flagstaff, Arizona, July 13, 1999.

Pain Management for the Hospice/Home Health Patient, Northern Arizona Home Care and Hospice, Flagstaff, Arizona, July 13, 1999.

Treatment of AIDS Related Pain with Special Considerations in Addiction, University Medical Center-Wellness Center, Las Vegas, Nevada, July 15, 1999.

Pain Management: Questions and Answers, OnHealth.com "chat" with Joe Sheppard, Onhealth.com, July 19, 1999.

Pain Management Round Table Chart Review, Purdue Pharma Educational Dinner, Las Vegas, Nevada, August 5, 1999.

Ethical Issues in the Care of the Terminally Ill, Harris Methodist Hospital, Fort Worth, Texas, August 9, 1999.

Curriculum Vitae
Barry Eliot Cole, M.D.

Pain Management for the Year 2000 and Beyond, Harris Methodist Hospital, Fort Worth, Texas, August 9, 1999.

Effective Pain Management, Purdue Pharma Educational Dinner, Fort Worth, Texas, August 9, 1999.

Effective Pain Management for 1999 and Beyond, Tumor Board Meeting, United Regional Hospital, Wichita Falls, Texas, August 10, 1999.

Current Trends in Effective Pain Management, Purdue Pharma Educational Dinner, Wichita Falls, Texas, August 10, 1999.

The Use of Opioids in Chronic Non-Malignant Pain in the Elderly, Georgia Medical Directors Association Annual Meeting, Savannah, Georgia, August 13, 1999.

Pain Management: Positioning for the Future, ICCAAAM '99, International Consensus Conference on Acupuncture, Auriculotherapy, and Auricular Medicine, Las Vegas, Nevada, August 15, 1999.

Treating Your Patient for Pain and Keeping Your License, Alamogordo Homecare and Hospice, Alamogordo, New Mexico, August 16, 1999.

Updates in Cancer Pain Management, Memorial Hospital and Pikes Peak Hospice, Colorado Springs, Colorado, August 18, 1999.

Treatment of Non-Malignant Pain, Including Post-Op Pain, Purdue Pharma Educational Luncheon, Loveland, Colorado, August 18, 1999.

Treatment of Non-Malignant Pain, Including Post-Op Pain, Purdue Pharma Educational Dinner, Lyons, Colorado, August 18, 1999.

Pain Management, St. Anthony's Central and St. Anthony's North Hospital Meeting, St. Anthony's Hospital Central, Denver, Colorado, August 19, 1999.

Pain Management, Grand Rounds, Centura Health Porter Adventist Hospital, Denver, Colorado, August 18, 1999.

Updated Principles in the Treatment of Chronic Cancer Pain, Purdue Pharma Educational Luncheon, Orem, Utah, August 24, 1999.

Updated Principles in the Treatment of Chronic Cancer Pain, Purdue Pharma Educational Dinner, Salt Lake City, Utah, August 24, 1999.

Updated Principles in the Treatment of Chronic Cancer Pain, Purdue Pharma Educational Breakfast, Provo, Utah, August 25, 1999.

Updated Principles in the Treatment of Chronic Cancer Pain, Purdue Pharma Educational Luncheon, Orem, Utah, August 25, 1999.

Updated Principles in the Treatment of Chronic Cancer Pain, Purdue Pharma Educational Dinner, Salt Lake City, Utah, August 25, 1999.

Advanced Ethical Techniques in the Management of Pain in the Elderly, Purdue Pharma Educational Dinner, Las Vegas, Nevada, August 26, 1999.

Pathophysiology of Pain, Pain Management Symposium, Southern California Society of Health System Pharmacists, Pasadena, California, August 28, 1999.

Management of the Difficult Patient, 1999 Physical Medicine Symposium: The New, The Controversial and The Arduous, Kaiser Permanente Southern California, Laguna Nigel, California, August 28, 1999.

Prescribing Opioids and Saving Your License, Northern Inyo Hospital, Bishop, California, August 30, 1999.

Opioids and Pain Management for the Burn/Trauma Patient, University Medical Center, Fresno, California, August 31, 1999.

Concepts and Principles of Pain Management, Tulare District Hospital, Tulare, California, August 31, 1999.

Concepts and Principles of Pain Management, Kaweah Delta Hospital, Visalia, California, August 31, 1999.

Curriculum Vitae    —
Barry Eliot Cole, M.D.

Overcoming Legal and Regulatory Fears When Prescribing Opioids, Purdue Pharma Educational Dinner Meeting, Houston, Texas, September 1, 1999.

Humanistic and Ethical Considerations in Pain Management for the 21st Century, Baylor Medical Center-CME Meeting, Baylor Medical Center, Grapevine, Texas, September 2, 1999.

Pain Management, Assessment and Palliative Car in the 21st Century, Purdue Pharma Educational Dinner Meeting, Harris H.E.B., Colleyville, Texas, September 2, 1999.

Humanistic and Ethical Considerations in Pain Management: Patients Rights and Advocacy, HealthSouth Rehabilitation Hospital, Arlington, Texas, September 3, 1999.

Total Pain Management: Defining New standards of Care, UC Davis Medical Group, Chico, California, September 7, 1999.

Managing Chronic Pain While Keeping Your License, Purdue Pharma Educational Dinner, Yuba City, California, September 7, 1999.

Treatment of Chronic Malignant and Non-Malignant Pain, Butte Home health and Hospice, Chico, California, September 8, 1999.

Management of Chronic Pain, Purdue Pharma Educational Dinner, Arizona Physicians IPA, Phoenix, Arizona, September 8, 1999.

EPEC Pain Management, Purdue Pharma Educational Breakfast, Phoenix, Arizona, September 9, 1999.

Acute, Chronic and Cancer Pain Management, Mesa General Hospital, Mesa, Arizona, September 9, 1999.

Prescribing Opioids for Chronic Pain, Purdue Pharma Educational Dinner, Mesa, Arizona, September 9, 1999.

Opioids, Pain Management and Your License, Noon Conference, Sutter Cancer Center, Sacramento, California, September 10, 1999.

Pain Management in the Correctional Setting, Medical Staff Conference, Los Angeles County Sheriff's Department, Los Angeles, California, September 13, 1999.

How to Manage Chronic Pain Without Losing Your License, Pain: The 5th Vital Sign-Management of Chronic Non-Malignant Pain, Pain Management Symposium, Enloe Medical Center, Chico, California, September 15, 1999.

Treatment of Chronic Malignant Pain, Greater Northern State Chapter of ONS, Chico, California, September 15, 1999.

Cancer Pain Management, Purdue Pharma Educational Breakfast, Freemont Medical Center, Yuba City, California, September 16, 1999.

Treatment of Cancer Pain and Pain Assessment and Treating Non-Malignant Pain, Enloe Health System Home Care Services, Chico, California, September 16, 1999.

Pain Management and Common Physical Symptoms at End of Life, Provena Covenant Hospice End-of-life Seminar, Provena Covenant Hospice, Urbana, Illinois, September 18, 1999.

Pain Management for Industrial Medicine, Purdue Pharma Educational Dinner, Industrial Medicine Doctors, Las Vegas, Nevada, September 20, 1999.

Overview of Pain Management, Nursing In-service, St. Rose Hospital, Henderson, Nevada, September 21, 1999.

Communicating Bad News, Goals of Care, Education for Physicians on End-of-life Care, 10th Annual Clinical Meeting, American Academy of Pain Management, Las Vegas, Nevada, September 24, 1999.

Pain Management, San Luis Obispo County General Hospital, San Luis Obispo, California, September 27, 1999.

Pain Management at the End of Life, Hospice Partners of the Central Coast, San Luis Obispo, California, September 27, 1999.

Cancer Pain Management, Monthly Update Meeting, Sutter Cancer Center, Sacramento, California, September 29, 1999.

Novel Approaches to Post-Operative Pain Management, Educational Conference, Cedars Sinai Medical Center, Los Angeles, California, September 30, 1999.

Hospice and End of Life Issues, CME Meeting, Campbell County Memorial Hospital, Gillette, Wyoming, October 1, 1999.

Curriculum Vitae
Barry Eliot Cole, M.D.

Death, Dying and Pain Management in the Terminally Ill, Wyoming Hospice Organization State Conference, Gillette, Wyoming, October 1, 1999.

Compassionate Care of the Dying Patient, Wyoming Hospice Organization State Conference, Gillette, Wyoming, October 2, 1999.

Looking at Pain Management in a Different Way, 4th Annual Disease Management Conference, National Managed Health Care Congress, Boston, Massachusetts, October 4, 1999.

Curative to Palliative Care: Core Issues for Physicians, St. Luke's Medical Center, Sioux City, Iowa, October 6, 1999.

End of Life Pain Management, St. Luke's Medical Center, Sioux City, Iowa, October 6, 1999.

Treatment of Concurrent Symptoms, St. Luke's Medical Center, Sioux City, Iowa, October 6, 1999.

Meeting the Mental Health, Psychosocial and Spiritual Needs of the Dying and Their Families, St. Luke's Medical Center, Sioux City, Iowa, October 6, 1999.

Managing Pain: The Legal Issues, 19th Annual Balloon Festival Medical Symposium, New Mexico Osteopathic Medical Association, Albuquerque, New Mexico, October 8, 1999.

Management of Chronic Pain, Freemont Medical Center, Yuba City, California, October 12, 1999.

Chronic Pain: Defining New Standards of Care, Enloe Hospice and Home Health, Enloe Medical Center, Chico, California, October 12, 1999.

EPEC Pain Management, Purdue Pharma Educational Dinner, Peoria, Arizona, October 13, 1999.

Opioids and Pain Management While Protecting Your License, Chandler Regional Medical Center, Chandler, Arizona, October 14, 1999.

Opioids and pain Management for the Primary Care Physician, Purdue Pharma Educational Dinner, Glendale, Arizona, October 14, 1999.

Chronic Non-Malignant Pain, RTA Hospice, Phoenix, Arizona, October 15, 1999.

EPEC Pain Management, Purdue Pharma Educational Luncheon, Peoria, Arizona, October 15, 1999.

Update on Pain Management, Potpourri, Washoe Medical Center, Reno, Nevada, October 19, 1999.

Update on Pain Management, Ortho-McNeil Educational Dinner, Reno, Nevada, October 19, 1999.

Updated Principles in the Treatment of Chronic Cancer Pain, Castleview Hospital, Price, Utah, October 20, 1999.

Updated principles in the Treatment of Chronic Cancer Pain, Purdue Pharma Educational Dinner, Central Utah Medical Clinic, Salt Lake City, Utah, October 20, 1999.

Pain Management, Davis County Pharmacists Association, Kaysville, Utah, October 21, 1999.

Pain Management, Davis Hospital and Medical Center, Layton, Utah, October 21, 1999.

Updated principles in the Treatment of Chronic Cancer Pain, Purdue Pharma Educational Dinner, Salt Lake City, Utah, October 21, 1999.

End of Life Issues, End of Life Symposium, Presbyterian Hospice, Albuquerque, New Mexico, October 22, 1999.

Non-Cancer Pain Management and the Long Term Use of Opioids, Purdue Pharma Educational Luncheon, Phoenix, Arizona, October 25, 1999.

Pain Management & JCAHO Guidelines Relating to Palliative Care and Oncology, St. Joseph Hospital, Phoenix, Arizona, October 25, 1999.

Pain Management at the End of Life, Sun Health/St. Joseph's Geriatric Fellowship Program, Boswell Hospital, Sun City, Arizona, October 26, 1999.

Curriculum Vitae
Barry Eliot Cole, M.D.

Opioids and Pain Management for the Primary Care Physician, Purdue Pharma Educational Dinner, Scottsdale, Arizona, October 26, 1999.

Management of Chronic Malignant and Non-Malignant Pain, Grand Rounds, Valley Health System, Livermore, California, October 27, 1999.

Minimizing Prescribing Liabilities and Ethical Considerations in Pain Management, Eden Medical Center, Castro Valley, California, October 27, 1999.

Pain Management in the Hospice Patient, Mid Peninsula Hospice, Mountain View, California, October 28, 1999.

New Trends in Pain Management, Annual Conference, Nevada Academy of Family Practice-Las Vegas Chapter, Las Vegas, Nevada, October 31, 1999.

Pharmacokinetics and Release Mechanisms of Long Acting Opioid Medications, Maryvale Hospital, Phoenix, Arizona, November 1, 1999.

How the Opioid and Delivery Systems of all Long Acting Opioids are Different, Purdue Pharma Educational Dinner, Prescott, Arizona, November 1, 1999.

Role of Opioids in the Management of Chronic Non-Malignant Pain, Tumor Board, Citrus Valley Medical Center, Covina, California, November 2, 1999.

Acute Pain, Chronic Pain and Chronic Non-Malignant Pain: Addiction and Behavioral Aspects of Pain Management, Principles in Pain Management: Legal and Regulatory Issues Conference, Community Medical Center, Fresno, California, November 3, 1999.

Updates in Pain Management and the JCAHO Guidelines, Sansum Medical Clinic, Santa Barbara, California, November 4, 1999.

Acute Pain Management and the JCAHO Guidelines, Cottage Hospital, Santa Barbara, California, November 4, 1999.

Non-Malignant Pain Management: Current Approaches, Buenaventura Medical Group, Ventura, California, November 4, 1999.

Treating Pain and Controlling Symptoms in the End of Life, Purdue Pharma Educational Luncheon, Lincoln County Homecare and Hospice, Ruidoso, New Mexico, November 8, 1999.

Treating Pain and Keeping Your License, Lincoln County Medical Association, Ruidoso, New Mexico, November 8, 1999.

The Use of Opioids in Treating Pain and Keeping Your License, Gila Regional Medical Center, Silver City, New Mexico, November 9, 1999.

Pain Management in the End of Life, Mesilla Valley Hospice, Las Cruces, New Mexico, November 10, 1999.

The Use of Opioids in Treating Pain and Keeping Your License, Memorial Medical Center, Las Cruces, New Mexico, November 10, 1999.

Mythology of Opioid Addiction: Doing the Right Thing for Patient, Psychiatry Grand Rounds, Cedars-Sinai Medical Center, Los Angeles, California, November 11, 1999.

Chronic Pain Management, CME Grand Rounds, Sutter Tracy Community Hospital, Tracy, California, November 12, 1999.

Excellence in End-of-life Care, Hospice of Lubbock's Pain Symposium, Covenant Health System, Lubbock, Texas, November 13, 1999.

Pain Management: The Psychiatric Aspects, Providence Home Health and Hospice, Portland, Oregon, November 17, 1999.

Pain and Symptom Management in the Mentally Ill Hospice Patient, Legacy VNA Hospice, Portland, Oregon, November 18, 1999.

Addiction and Behavioral Aspects of Pain Management Oregon Anesthesiologists Group, Portland, Oregon, November 18, 1999.

Updates in Chronic Pain Management, CME Grand Rounds, Dameron Hospital, Stockton, California, November 19, 1999.

Cancer Pain Management, 1999 Annual Oncology Conference, Christus Spohn Health System, Corpus Christi, Texas, November 20, 1999.