Curriculum Vitae
Barry Eliot Cole, M.D.

Reasons to Use Long-Acting versus Short-Acting Medications, Spartanburg Regional Medical Center, Spartanburg, South Carolina, November 29, 1999.

Pain Management with Opioids: When to Use Long-Acting, Purdue Pharma Educational Dinner, Spartanburg, South Carolina, November 29, 1999.

Pain Management: Long-Acting versus Short-Acting Medications, Allen Bennett Memorial Hospital, Greer, South Carolina, November 30, 1999.

Prescribing Opioids in Managing Chronic Pain, Purdue Pharma Educational Dinner, Michigan Department of Community Health, Detroit, Michigan, November 30, 1999.

Cancer Pain: Current Trends in Treatment, Noon Conference, Kaiser Permanente, Harbor City, California, December 1, 1999.

Innovative Interventions in Palliative Medicine, Wells Home Hospice, Long Beach, California, December 1, 1999.

Depression, Anxiety and Delirium at the End-of-life, Education for Physicians on End-of-life Care, City of Hope, Duarte, California, December 2, 1999.

Current Approaches to Treating Non-Malignant Pain, Medical Education Conference, Ojai Valley Community Hospital, Ojai, California, December 6, 1999.

JCAHO Guidelines, Community Memorial Hospital, Ventura, California, December 7, 1999.

Implementing the New JCAHO Guidelines, Ventura County Medical Center, Ventura, California, December 7, 1999.

Chronic Non-Malignant Pain Management, Community Memorial Hospital, Ventura, California, December 7, 1999.

Pain Management with Controlled-Release versus Short-Acting Medications, University Medical Center, Las Vegas, Nevada, December 7, 1999.

EPEC Training-Part 1, End of Life Choices: Ethical Issues and Pain Management, Genesis Medical Center, Bettendorf, Iowa, December 8, 1999.

EPEC Training-Part 2, End of Life Choices: Ethical Issues and Pain Management, Genesis Medical Center, Bettendorf, Iowa, December 9, 1999.

Ethical Dilemmas in Pain Management, Hospice of Santa Barbara, Santa Barbara, California, December 10, 1999.

Ethical Dilemmas in Pain Management, Noon Conference, Marian Hospital, Santa Maria, California, December 10, 1999.

Pain Management Update: How to Prescribe Opioids without Losing Your License, Grand Rounds, Glendale Memorial Hospital, Glendale, California, December 13, 1999.

Advanced Ethical Techniques in the Management of Pain, University Medical Center, Las Vegas, Nevada, December 13, 1999.

Overview of the Project to Educate Physicians on End-of-life Care, Potpourri, Washoe Medical Center, Reno, Nevada, December 14, 1999.

Treatment of Pain and Keeping Your License, Purdue Pharma Educational Luncheon, Holloman Air Force Base, New Mexico, December 15, 1999.

Treating Pain and Keeping Your License, Purdue Pharma Educational Dinner, Holloman Air Force Base, New Mexico, December 15, 1999.

Use of Opioids in Treating Pain and the New JCAHO Guidelines, Purdue Pharma Educational Breakfast, VNA Healthcare and Hospice, El Paso, Texas, December 16, 1999.

New JCAHO Guidelines, Purdue Pharma Educational Lunch, Horizon Rehabilitation Center, El Paso, Texas, December 16, 1999.

Advanced Ethical Techniques in the Management of Pain in the Elderly, University Medical Center, Las Vegas, Nevada, December 16, 1999.

Advanced Ethical Techniques in the Management of Pain in the Elderly, University Medical Center, Las Vegas, Nevada, December 17, 1999.

Curriculum Vitae
Barry Eliot Cole, M.D.

Pain Management and Ethical Dilemmas in the Care of the Elderly, Grand Rounds, Daniel Freeman Memorial Hospital, Marina Del Rey, California, January 5, 2000.

Advanced Ethical Techniques in the Management of Pain, Purdue Pharma Educational Dinner, University Medical Center, Las Vegas, Nevada, January 6, 2000.

Current Pharmacological Options in the Treatment of Cancer Pain, Purdue Pharma Educational Dinner, Desert Samaritan Oncology, Mesa, Arizona, January 10, 2000.

Chronic Non-Malignant Pain, Purdue Pharma Educational Dinner, Phoenix, Arizona, January 10, 2000.

Pain Management Round Table Discussion, Purdue Pharma Educational Lunch, Phoenix, Arizona, January 11, 2000.

Module 4 (Pain Management) of the EPEC Curriculum, VistaCare Hospice, Gilbert, Arizona, January 11, 2000.

Pain Management for the Hospice Patient, Nathan Adelson Hospice, Las Vegas, Nevada, January 12, 2000.

Pain Management for Managed Care, Purdue Pharma Educational Dinner, Las Vegas, Nevada, January 12, 2000.

New Options in the Treatment of Chronic Malignant and Non-Malignant Pain, Sutter North Medical Center, Marysville, California, January 13, 2000.

New Options in the Treatment of Chronic Cancer Pain, Freemont Medical Center, Yuba City, California, January 13, 2000.

New Advancements in the Management of Chronic Pain, Purdue Pharma Educational Dinner, Chico, California, January 13, 2000.

Treatment of Cancer Pain in Hospice, Butte Home Health & Hospice, Chico, California, January 14, 2000.

Psychosocial & Behavioral Management of Pain, Pain Management in Hospice & Home Health, California Hospice & Palliative Care Association (Region 2), Chico, California, January 14, 2000.

Current Challenges in the Treatment of Malignant and Non-Malignant Pain, Grand Rounds, Alta Bates Medical Center, Berkeley, California, January 18, 2000.

Advanced Ethical Techniques in the Management of Pain Purdue Pharma Educational Dinner, University Medical Center, Las Vegas, Nevada, January 18, 2000.

Surgical and Post-op Pain, Purdue Pharma Educational Dinner, Phoenix, Arizona, January 19, 2000.

Chronic Non-Malignant Pain, Humana Hospital, Phoenix, Arizona, January 19, 2000.

Chronic Non-Malignant Pain, Cigna, Tempe, Arizona, January 19, 2000.

Module 4 (Pain Management) of the EPEC Curriculum, Hospice of Arizona, Phoenix, Arizona, January 20, 2000.

Management of Chronic Non-Malignant Pain, Prescott VAMC, Prescott, Arizona, January 20, 2000.

JCAHO Standards in Pain Management, Purdue Pharma Educational Dinner, Brea, California, January 20, 2000.

JCAHO-How to Implement New Guidelines for Pain, St. Jude Medical Center, Fullerton, California, January 21, 2000.

Pain Management in the Cancer Patient, Grand Rounds, Fountain Valley Medical Center, Fountain Valley, California, January 21, 2000.

EPEC Training Series, VistaCare Hospice, Hobbs, New Mexico, January 22, 2000.

Getting Physicians to Write for Schedule II Medications, National Sales Meeting, Purdue Pharma, Palm Desert, California, January 24, 2000.

Non-Malignant Pain Management and New JCAHO Standards, Neurology Grand Rounds, Barrows Neurological Institute at St. Joseph's Hospital, Phoenix, Arizona, January 28, 2000.

JCAHO Guidelines and Implications for Practitioners, Grand Rounds, Maricopa Medical Center, Phoenix, Arizona, January 28, 2000.

Curriculum Vitae
Barry Eliot Cole, M.D.

Legal and Ethical Issues When Using Opioids to Treat Intractable Pain, Purdue Pharma Educational Dinner, Arlington, Texas, January 31, 2000.

Current Concepts in Pain Management for Hospice, IHS, Dallas, Texas, February 1, 2000.

Non-Invasive Pain Management, Anesthesiology Quarterly Update Meeting, Irving, Texas, February 1, 2000.

Current Concepts in Pain Management for Hospice, IHS, Fort Worth, Texas, February 2, 2000.

Current Concepts in Pain Management for Hospice, VistaCare Hospice, Dallas, Texas, February 2, 2000.

Post-op Pain Management for the 21st Century, Tarrant County Surgical Association, Arlington, Texas, February 2, 2000.

Legalities & Ethics in Pain Management, Nursing Conference, Baylor University Medical Center, Dallas, Texas, February 3, 2000.

Legal and Ethical Issues in Pain Management, Purdue Pharma Educational Dinner, Dallas, Texas, February 3, 2000.

How to Prescribe Opioids and Not Lose Your License, Neuroscience Conference, Texas Health Research Institute, Plano, Texas, February 4, 2000.

Pain Management and Your License, HealthSouth, Dallas, Texas, February 4, 2000.

What Role Does the Pharmacist Play in the Treatment of Chronic Pain, Purdue Pharma Educational Luncheon, Orem, Utah, February 8, 2000.

The Year 2000: Where Will the Treatment of Pain Take the Physician, Purdue Pharma Educational Dinner, Salt Lake City, Utah, February 8, 2000.

How Has Pain Management Evolved for the Benefit of Chronic Pain Patients, Internal Medicine Lunch Conference, University of Utah Parkway Medical Center, Orem, Utah, February 9, 2000.

Pain Management in the Terminally Ill Patient, Boone Hospital Center, Columbia, Missouri, February 10, 2000.

Case Studies in Pain Management, Tumor Boards, Ellis Fischel Cancer Center, Columbia, Missouri, February 11, 2000.

JCAHO Guidelines in the Hospital Setting, University Hospital, Columbia, Missouri, February 11, 2000.

Practical Pain Management: Hospice, Legal Aspects, Adjuvants and Case Studies, Pain Management Symposium 2000, Salinas Valley Memorial Hospital, Salinas, California, February 12, 2000.

Pain Management and the JCAHO Guidelines, Weekly CME Luncheon, Emanuel Medical Center, Turlock, California, February 15, 2000.

Pain Management and the JCAHO Guidelines, Weekly CME Breakfast, Doctors Medical Center, Modesto, California, February 16, 2000.

Current Issues in Pain Management, Pharmacy Department, Memorial Hospital, Modesto, California, February 16, 2000.

Pain Management and the JCAHO Guidelines, Weekly CME Dinner Program, Sutter Merced Medical Center, Merced, California, February 15, 2000.

Basics of Pain Management, Kingman Regional Medical Center, Kingman, Arizona, February 17, 2000.

Legal Aspects of Opioid Prescribing, Pain Assessment and Treatment, North Mississippi Medical Center, Corinth, Mississippi, February 19, 2000.

The Legal and Ethical Procedures for Dispensing Pain Medications, Purdue Pharma Educational Dinner, Baton Rouge, Louisiana, February 20, 2000.

Management of Chronic Pain, Internal Medicine Grand Rounds, Tulane Medical Center, New Orleans, Louisiana, February 21, 2000.

Pain Management: Rules and Regulations, Purdue Pharma Educational Dinner, New Orleans, Louisiana, February 21, 2000.

Curriculum Vitae
Barry Eliot Cole, M.D.

Prescribing Opioids Wisely, Slidell Memorial Hospital and Medical Center, Slidell, Louisiana, February 22, 2000.

Pain Management and Your License, Thibodaux Regional Medical Center, Thibodaux, Louisiana, February 22, 2000.

The Appropriate Use of Opioids for the Orthopedic Patient, Orthopedic Department, Tulane Medical Center, New Orleans, Louisiana, February 22, 2000.

Effective Pain Management, Purdue Pharma Educational Dinner, New Orleans, Louisiana, February 22, 2000.

Ten Tips for Prescribing Opioids and Not Losing your License, Grand Rounds, Hattiesburg Clinic, Forrest General Hospital, Hattiesburg, Mississippi, February 23, 2000.

Ten Tips to Prescribing Opioids and Keeping Your License, Memorial Hospital of Gulfport, Gulfport, Mississippi, February 23, 2000.

Hospice, Pain Management and the Terminally Ill Inmate, Purdue Pharma Educational Breakfast, R. E. Barrow Treatment Center, Angola State Prison, Angola, Louisiana, February 24, 2000.

Pain Management, LSU Family Practice, Earl K. Long Hospital, Baton Rouge, Louisiana, February 24, 2000.

Pain Management: Rules and Regulations, LSU Emergency Medicine and Family Practice Residents, Earl K. Long Hospital, Baton Rouge, Louisiana, February 24, 2000.

Ten Ways to Survive the Pain Guidelines, Our Lady of the Lake Hospital, Baton Rouge, Louisiana, February 24, 2000.

Pain Management for Hospice Patients, Hospice of Baton Rouge, Baton Rouge, Louisiana, February 25, 2000.

Pain Management, LSU Internal Medicine, Earl K. Long Hospital, Baton Rouge, Louisiana, February 25, 2000.

Medical Ethics Surrounding Pain Management, Longmont United Hospital, Longmont, Colorado, February 28, 2000.

Management of Malignant and Non-Malignant Pain, Internal Medicine, Boulder Community Hospital, Boulder, Colorado, February 29, 2000.

Pain Management Update, Purdue Pharma Educational Luncheon, Kaiser Oncology and Physiatry Departments, Denver, Colorado, February 29, 2000.

Treatment of Malignant Pain, Hospice of Boulder County Care Center, Louisville, Colorado, February 29, 2000.

Pain Management Update, Purdue Pharma Educational Dinner, Westminster, Colorado, February 29, 2000.

Pain and Your Medical License: Focus on Chronic Pain, Purdue Pharma Educational Breakfast, Bristlecone Hospice, Frisco, Colorado, March 1, 2000.

Pain and Your Medical License: Focus on Chronic Pain, Purdue Pharma Educational Luncheon, Wheat Ridge Internal Medicine, Wheat Ridge, Colorado, March 1, 2000.

Pain Management Update, Purdue Pharma Educational Dinner, Kaiser Clinic, Denver, Colorado, March 1, 2000.

JCAHO, New Opioids and Where Aggressive Therapies Fit into Cost Conscious Hospice Care, Hospice of Metro Denver, Denver, Colorado, March 2, 2000.

Pain Management: New Research & New Medicine in the 21st Century, VA Medical Center, Denver, Colorado, March 2, 2000.

Understanding Pain Management in Malignant and Non-Malignant Patients, Tumor Boards, Penrose St. Francis Health Services, Colorado Springs, Colorado, March 3, 2000.

Understanding Pain Management in the Non-Malignant Pain Patient, Colorado Springs VA Outpatient Clinic, Colorado Springs, Colorado, March 3, 2000.

New Directions in Pain Management: Common Mistakes and Possible Solutions, St. Bernard's Special CME Conference, St. Bernard's Regional Medical Center, Jonesboro, Arkansas, March 6, 2000.

Curriculum Vitae
Barry Eliot Cole, M.D.

Pain Management for Hospice, Purdue Pharma Educational Breakfast, Methodist Alliance Hospice, Memphis, Tennessee, March 7, 2000.

Pain Management for Internists, Internal Medicine, Methodist Hospital, Memphis, Tennessee, March 7, 2000.

Pain Management for Hospice, Trinity Hospice, Memphis, Tennessee, March 7, 2000.

Pain Management, Purdue Pharma Educational Dinner, Oncology Nurses Society, Memphis, Tennessee, March 7, 2000.

Cancer Pain Management, Oncology Department, Methodist Hospital, Memphis, Tennessee, March 8, 2000.

Pain Management for the Family Practitioner, University of Tennessee Family Practice Noon Lecture, Memphis, Tennessee, March 8, 2000.

Pain Management in a Regulated World, St. Jude's Childrens Research Hospital, Memphis, Tennessee, March 8, 2000.

Pain Management for Managed Care Pharmacists, Purdue Pharma Educational Dinner, Memphis, Tennessee, March 8, 2000.

The Treatment of Pain and Keeping Your License, CME Program, Socorro General Hospital, Socorro, New Mexico, March 9, 2000.

The Treatment of Pain and Keeping Your License, CME Program, Sierra Vista Hospital, Truth or Consequences, New Mexico, March 9, 2000.

EPEC Training-Part 1, Memorial Medical Center, Las Cruces, New Mexico, March 10, 2000.

Regulatory Issues Involved with Treating the Chronic Pain Patient, El Paso Pharmaceutical Association, El Paso, Texas, March 10, 2000.

EPEC Training-Part 2, Memorial Medical Center, Las Cruces, New Mexico, March 11, 2000.

Pain Management: Pain. Opioids and the Law, Gateway Health System, Clarksville, Tennessee, March 13, 2000.

Pain. Opioids and the Law, Purdue Pharma Educational Dinner, Bowling Green, Kentucky, March 13, 2000.

Myths of Opioid Use and Regulatory Issues, Pharmacy In-Service, Access Med Plus, Nashville, Tennessee, March 14, 2000.

Myths of Opioid Use and Regulatory Issues, Purdue Pharma Educational Dinner, Knoxville, Tennessee, March 14, 2000.

Addiction and Behavioral Aspects of Pain Management, CME Luncheon, Carondelet St. Mary's Hospital, Tucson, Arizona, March 15, 2000.

Opioids for Pain Relief: A Paradox of Beliefs, Purdue Pharma Educational Dinner, Tucson, Arizona, March 15, 2000.

Pain Management in the Non-Malignant Patient, Hospital Grand Rounds, Kino Hospital, Tucson, Arizona, March 16, 2000.

Implications of Opioid Use and Rehabilitation, Grand Rounds, Northwest Medical Center, Tucson, Arizona, March 16, 2000.

Non-Malignant Pain in the Elderly, Purdue Pharma Educational Dinner, Tucson, Arizona, March 16, 2000.

Pain Management in Rheumatic Disease, Grand Rounds, University of Arizona Department of Rheumatology, Tucson, Arizona, March 17, 2000.

Cancer Pain: Current Trends in Treatment, Tumor Boards, Tucson Medical Center, Tucson, Arizona, March 17, 2000.

Pain Management with Opioids, Southwest Conference on Medicine, Tucson Osteopathic Medical Foundation, Tucson, Arizona, March 17, 2000.

Pain: The Fifth Vital Sign and End-of-life Issues, Philippine Nurses Association of El Paso, El Paso, Texas, March 18, 2000.

Legal Issues and Pain Management, DePaul-Tulane Behavioral Health Center, New Orleans, Louisiana, March 22, 2000.

JCAHO and Pain Management, Staff Meeting, Lallie Kemp Medical Center, Independence, Louisiana, March 23, 2000.

Pain Management for House Officers, LSU/Tulane, New Orleans, Louisiana, March 23, 2000.

Curriculum Vitae
Barry Eliot Cole, M.D.

Role of Neurology in End-of-life Care, Purdue Pharma Educational Dinner, LSU & Tulane Neurologists, New Orleans, Louisiana, March 23, 2000.

JCAHO and Pain, CME Breakfast, Slidell Memorial Hospital, Slidell, Louisiana, March 24, 2000.

Opioid Prescribing in a Regulated Environment, Louisiana Society of Health System Pharmacists, New Orleans, Louisiana, March 24, 2000.

JCAHO, Pain and Pain Management, Noon Conference, Memorial Medical Center, New Orleans, Louisiana, March 24, 2000.

Opioid Prescribing in a Regulated World, Grand Rounds, LSU Department of Neurology, New Orleans, Louisiana, March 24, 2000.

Pain Management for Peri-Operative Nurses, Purdue Pharma Educational Dinner, Oschner Medical Clinic Nurses, New Orleans, Louisiana, March 24, 2000.

Pain Management and End-of-life Issues, Lakeview Regional Medical Center, Covington, Louisiana, March 25, 2000.

Whole Patient Assessment, ACOFP 37th Annual Meeting, American College of Osteopathic Family Physicians, Las Vegas, Nevada, March 27, 2000.

Avoiding the Legal and Ethical Ramifications of Inadequate Pain Management, Boswell Memorial Hospital, Sun City, Arizona, March 28, 2000.

Chronic Non-Malignant Pain, Purdue Pharma Educational Dinner, Sun Health Hospice, Peoria, Arizona, March 28, 2000.

Comfort Always: Cultural Diversity of Pain Management, Trinity Hospice's Cultural Diversity Seminar, Phoenix, Arizona, March 29, 2000.

EPEC Pain Management, Hospice Nurse Program, Lutheran Health Systems Hospice, Gilbert, Arizona, March 29, 2000.

Pain Management: Ethics, Addiction, tolerance and a Physician's Perspective, Regulatory Issues Surrounding the Legitimate Prescribing of Opioids for Chronic Pain, Utah Medical Association, Salt Lake City, Utah, March 29, 2000.

Pain Management for the Medical-Surgical Nurse, St. Mary's Regional Medical Center, Reno, Nevada, March 30, 2000.

EPEC Training Series-Part 1, Hospice of VNA, El Paso, Texas, March 31, 2000.

EPEC Training Series-Part 2, Hospice of VNA, El Paso, Texas, April 1, 2000.

Ethical and Pain Management Issues in the Care of the Hospice Patient, Nursing In-service, Poudre Valley Hospital, Fort Collins, Colorado, April 4, 2000.

Addiction and Pain Medicine, Afternoon Conference, Poudre Valley Hospital, Fort Collins, Colorado, April 4, 2000.

Advanced Pain Management, Annual Lecture Program, Tahoe Forest Hospice, Truckee, California, April 6, 2000.

Regulatory Issues in Pain Management, Western States Osteopathic Convention, Las Vegas, Nevada, April 7, 2000.

Ethical and Legal Considerations of Pain Control in the Terminally Ill, Treating Non-Malignant Pain, Hospice: A Time To Care, Tennessee Hospice Organization, Nashville, Tennessee, April 11, 2000.

EPEC Pain Management, Washoe Medical Center, Reno, Nevada, April 13, 2000.

State and Federal Regulations Governing the Prescribing of Opioids, Grand Rounds, University Medical Center, Las Vegas, Nevada, April 14, 2000.

Pain Management for the Family Practitioner in a Regulated World, Spring Seminar, Panhandle Chapter of the Texas Academy of Family Practice, Amarillo, Texas, April 15, 2000.

Update on Acute and Chronic Pain Management, Pali Momi Medical Center, Honolulu, Hawaii, April 17, 2000.

Psychological and Regulatory Issues in the Management of Chronic Pain Patients, Castle Medical Center, Kailua, Hawaii, April 18, 2000.

Curriculum Vitae
Barry Eliot Cole, M.D.

Psychological and Regulatory Issues in the Management of Chronic Pain Patients, St. Francis Medical Center, Honolulu, Hawaii, April 19, 2000.

Interpatient Variability, Pain and Pain Management, Purdue Pharma Educational Dinner, Duluth, Minnesota, April 24, 2000.

Cancer Pain Management, Tumor Board, St. Mary's Duluth Clinic Health System, Duluth, Minnesota, April 25, 2000.

Chronic Non-Malignant Pain Management, St. Mary's Duluth Clinic Health System, Duluth, Minnesota, April 25, 2000.

Pain Management, Opioids and Your License, CME Program, Virginia Regional Medical Center, Virginia, Minnesota, April 25, 2000.

Pain Management and the Use of Opioids, Purdue Pharma Educational Dinner, Minneapolis, Minnesota, April 25, 2000.

Pain Management with Opioids and Your License, HealthEast Grand Rounds, St. Joseph's Hospital, St. Paul, Minnesota, April 28, 2000.

Pain Management, Grand Rounds, Lakeview Hospital, Stilwater, Minnesota, April 26, 2000.

Current Concepts in Assessing and Treating Pain, Grand Rounds, Minneapolis VA Hospital, Minneapolis, Minnesota, April 26, 2000.

EPEC Training on Pain Management, Common Physical Symptoms and Withholding/Withdrawing Care, Purdue Pharma Educational Dinner, Minnesota Oncology Hematology, Minneapolis, Minnesota, April 26, 2000.

EPEC Communicating Bad News and Pain Management, Methodist Hospice, St, Louis Park, Minnesota, April 27, 2000.

Pain Management Guidelines for Acute and Chronic Pain, PCS Health System, Minneapolis, Minnesota, April 27, 2000.

Regulatory Issues Surrounding the Legitimate Prescribing of Opioids for Chronic Pain, Health Partners Medical Group, Minneapolis, Minnesota, April 27, 2000.

End-of-life Care, Grand Rounds, St. Cloud Hospital, St. Cloud, Minnesota, April 28, 2000.

New Pharmacological Options in the Treatment of Pain, Purdue Pharma Educational Lunch, Gilbert, Arizona, May 1, 2000.

New Pharmacological Options in the Treatment of Pain, Purdue Pharma Educational Dinner, Gilbert, Arizona, May 1, 2000.

Pain Management, Pain Assessment, and Current Concepts in Pain Treatment, CME Noon Conference, Scottsdale Healthcare, Scottsdale, Arizona, May 2, 2000.

JCAHO Issues, Purdue Pharma Educational Dinner, Scottsdale, Arizona, May 2, 2000.

Pain Management: 2000 and Beyond, 78th Annual Convention, Arizona Osteopathic Medical Association, Scottsdale, Arizona, May 3, 2000.

Basics of Pain Management, Purdue Pharma Educational Dinner, Glendale, Arizona, May 3, 2000.

Pain Management and the Proper Use and Position of Opioids, Purdue Pharma Educational Dinner, Scottsdale, Arizona, May 4, 2000.

Pain Management: Updates on Modalities and Pharmacology, Grand Rounds, Good Samaritan Regional Medical Center, Phoenix, Arizona, May 5, 2000.

Pain Management: Updates on Modalities and Pharmacology, Grand Rounds, Carl T. Hayden VA Hospital, Phoenix, Arizona, May 5, 2000.

Treatment of Non-Cancer Pain: The Psychiatrist's View, Physicians Pain Management Program, Purdue Pharma, Beverly Hills, California, May 6, 2000.

Management of Chronic Pain: Focus on the Elderly, Purdue Pharma Educational Dinner, PharMerica, Colorado Springs, Colorado, May 9, 2000.

Pain Management with an Emphasis on Managed Care, Cigna Health Care In-service, Denver, Colorado, May 10, 2000.

Overcoming the Barriers to Treating pain, Grand Rounds, Penrose St. Francis Health Services, Colorado Springs, Colorado, May 11, 2000.

Curriculum Vitae
Barry Eliot Cole, M.D.

Palliative Care for the Hospice Patient, Sangre de Cristo Hospice. Pueblo, Colorado, May 11, 2000.

Effective Pain Management Without Getting into Trouble, Purdue Pharma Educational Dinner, Fort Collins, Colorado, May 11, 2000.

Effective Pain Management Without Getting into Trouble, Grand Rounds, McKee Medical Center, Loveland, Colorado, May 12, 2000.

Pain Management and Ethical Concerns, Childress Regional Medical Center, Childress, Texas, May 15, 2000.

Pain Management and Ethical Concerns, Vernon Medical Society, Vernon, Texas, May 15, 2000.

Ethical Issues in Pain Management, Ethics Conference, Medical Center Hospital, Odessa, Texas, May 16, 2000.

Consequences of Failure to Treat Non-Malignant Pain, Purdue Pharma Educational Dinner, Community Care Hospice, Odessa, Texas, May 16, 2000.

Ethical Issues in Pain Management and Your License, Eastern New Mexico Family Practice Residency, Roswell, New Mexico, May 17, 2000.

New Advances and Therapies in Pain Management, Grand Rounds, Eastern New Mexico Medical Center, Roswell, New Mexico, May 17, 2000.

The Treatment of Pain and Keeping Your License, Indian Health Services, Mescalero, New Mexico, May 18, 2000.

What Are the Mandates of the New JCAHO Pain Standards, Purdue Pharma Educational Dinner, IHS Rehabilitation Hospital and LTCF, Santa Teresa, New Mexico, May 18, 2000.

The Treatment of Pain and Keeping Your License, Grand Rounds, Gila Regional Medical Center, Silver City, New Mexico, May 19, 2000.

Pain Management in the Elderly, NCS Pharmacy, Bakersfield, California, May 20, 2000.

Cancer Pain Management in the New Millennium, Phoenix Oncology Nursing Society, Phoenix, Arizona, May 22, 2000.

Basics of Pain Management, Purdue Pharma Educational Luncheon, Phoenix, Arizona, June 12, 2000.

Management of Non-Malignant Pain, Clinical Pharmacy Meeting, Phoenix VAMC, Phoenix, Arizona, June 13, 2000.

Pain Management, Quarterly Meeting, Digital Odyssey Hospice, Phoenix, Arizona, June 13, 2000.

JCAHO Guidelines and Proper Pain Assessment, Grand Rounds, Payson Regional Medical Center, Payson, Arizona, June 14, 2000.

Chronic Non-Malignant Pain, Purdue Pharma Educational Dinner, Pinetop, Arizona, June 14, 2000.

JCAHO and Pain Management, Tumor Boards, YRMC, Prescott, Arizona, June 15, 2000.

Hospice Pain Management Principles, Nursing Lecture, YRMC, Prescott, Arizona, June 15, 2000.

Climbing the Walls: Barriers to Treatment, Implications for the Primary Care Physician in the Management of Pain, PriMed MidWest, Rosemont, Illinois, June 17, 2000.

Pain Management, A Comprehensive Overview, Midlands Hospital, Papilion, Nebraska, June 19, 2000

Use of Opioids and Adjuvants for Patients with Pain, Alegent Health Bergan Mercy Medical Center, Omaha, Nebraska, June 20, 2000.

Adverse Effects of Pain: Why We Care; Assessment of Pain and Behavioral Issues; Pharmacological Therapy of Acute Pain; Opioids, Rules, Regulations and Licensure; Evolving Guidelines and Standards; Ramblings and Leftovers: Putting It Into Practice, Pain Management: Meeting the Challenge, Alegent Health & Creighton University, Omaha, Nebraska, June 20, 2000.

How's and Why's of Effective Pain Management, Sioux Valley Hospital, Sioux Falls, South Dakota, June 21, 2000.

What Is Palliative Care, Avera Cancer Institute, Avera McKennan Hospital, Sioux Falls, South Dakota, June 21, 2000.

Curriculum Vitae
Barry Eliot Cole, M.D.

CNS Toxicities: Manage the Symptoms or Stop the Opioid?, Internal Medicine Grand Rounds, University of South Dakota, Sioux Falls, South Dakota, June 21, 2000.

Pain Management, Public Forum, Sioux Falls, South Dakota, June 21, 2000.

Advanced Pain Management Therapies In Ambulatory Care for Primary Care Physicians, Mutual of Omaha Physician Luncheon Meeting, Omaha, Nebraska, June 22, 2000.

Pain Management In the Geriatric Patient, CPP Nursing Staff dinner, Lincoln, Nebraska, June 22, 2000.

Pain Management In Palliative Care, Hospice Care of Nebraska, Lincoln, Nebraska, June 23, 2000.

Pain Management: Impact on the Rehabilitation Patient, Madonna Rehabilitation Hospital, Lincoln, Nebraska, June 23, 2000.

Managing the Chronic Pain Patient, Santa Maria Medi-Cal, Santa Maria, California, June 27, 2000.

Pain Management and the JCAHO Pain Standards of Care, Twin Cities Hospital, Templeton, California, June 27, 2000.

Chronic Pain Management: Regulatory and Policy Issues, Memphis Pain Journal Club, Memphis, Tennessee, June 28, 2000.

New JCAHO Pain Standards, University of Tennessee Bowld Hospital, Memphis, Tennessee, June 29, 2000.

Hospice and Pain Management, Baptist Home Health and Hospice, Forrest City, Arkansas, June 29, 2000.

Managing Multiple Pain Syndromes with Opioid Therapy, Tumor Board Meeting, St. Joseph's Regional Medical Center, Hot Springs, Arkansas, June 30, 2000.

Novel Approaches to Pain Management for the OB/GYN, OB/GYN Grand Rounds, Cedars Sinai Medical Center, Los Angeles, California, July 5, 2000.

Pain Management and Ethical Issues, Grand Rounds, Delta Memorial Hospital, Delta, Colorado, July 11, 2000.

Pain Management, St. Mary's Hospital, Grand Junction, Colorado, July 11, 2000.

Treatment of Non-malignant Pain, McKee Hospital, Loveland, Colorado, July 12, 2000.

Ethical Dilemmas In Pain Management, Pueblo Bioethics Committee, St. Mary Corwin Hospital, Pueblo, Colorado, July 13, 2000.

Pain Management In the Non-malignant Pain Patient, Noon Conference, St. Mary Corwin Hospital, Pueblo, Colorado, July 13, 2000.

Pain Management for the AIDS/HIV Physician, AHF Medical Conference, AIDS Healthcare Foundation, Los Angeles, California, July 14, 2000.

Proper Pain Management Using Long Acting Opioids vs. Short Acting Opioids, Grand Rounds, St. Anthony's Family Practice Residency, St. Anthony's Hospital, Oklahoma City, Oklahoma, July 17, 2000.

Pain Management, Oklahoma Medical Directors Association, Oklahoma City, Oklahoma, July 17, 2000.

Pain Management In a Regulatory World, Grand Rounds, Mercy Hospital, Oklahoma, City, Oklahoma, July 18, 2000.

Pain Management with Hospice Patients; Emotional, Ethical and Spiritual Issues for End-of-life, Oklahoma Hospice Association, Oklahoma City, Oklahoma, July 18, 2000.

Pain Management In the Hospice Setting, Good Shepard Hospice, Oklahoma City, Oklahoma, July 19, 2000.

Modern Treatments for Acute and Chronic Pain, Grand Rounds, Oklahoma University College of Medicine, Tulsa, Oklahoma, July 19, 2000.

Modern Pain Management In the Hospital, Seminar for Nurses, St. John's Hospital, Tulsa, Oklahoma, July 19, 2000.

Pain Management and Barriers to Pain Management, Oklahoma Hospice Association, Hillcrest Medical Center, Tulsa, Oklahoma, July 19, 2000.

Curriculum Vitae
Barry Eliot Cole, M.D.

Proper Pain Management Using Long Acting vs. Short Acting Opioids, Regulatory Issues In Pain Management, University of Oklahoma Health Sciences Center, Tulsa, Oklahoma, July 19, 2000.

Proper Pain Management using Long Acting Opioids, Grand Rounds, St. Anthony's Hospital, Oklahoma City, Oklahoma, July 20, 2000.

New Standards In Pain Management, Understanding Differences In Long Acting Opioids, CME Meeting, Jane Philips Hospital, Bartlesville, Oklahoma, July 20, 2000.

Pain Management In the Hospice Setting, Jane Philips Hospice, Bartlesville, Oklahoma, July 20, 2000.

Proper Pain Management Using Long Acting vs. Short Acting Opioids, Regulatory Issues In Pain Management, University of Oklahoma Health Sciences Center, Oklahoma City, Oklahoma, July 20, 2000.

Symptom Control and Pain Management In the Hospice Setting, Russell Murray Hospice, El Reno, Oklahoma, July 21, 2000.

Pain Management, Purdue Dinner meeting, Sacramento, California, July 24, 2000.

Management of Chronic Non-Malignant Pain, Sutter North, Marysville, California, July 25, 2000.

JCAHO Management of Non-malignant Pain, Sutter Home Health, Enloe Medical Center, Marysville, California, July 25, 2000.

JCAHO and Revised Pain Management Guidelines, Pharmacology of Opioids, Los Gatos Community Hospital, Los Gatos, California, July 25, 2000.

Legal Implications of Pain Management, Grand Rounds, O'Connor Hospital, San Jose, California, July 26, 2000.

JCAHO & Revised Pain Management Guidelines, Pharmacology of Opioids, Memorial Medical Center, Modesto, California, July 26, 2000.

What's New In Pain Management, Psychosocial and Behavioral Management of Pain, Noon CE Program, Redding Medical Center, Redding, California, July 27, 2000.

Update In Chronic Pain Management, Medical Staff Meeting, Meyers Memorial Hospital, Fall River Mills, California, July 27, 2000.

What's New In Pain Management, Morning CE Lecture, Redding Medical Center, Redding, California, July 28, 2000.

What Is New In Pain Management, Noon CME Lecture, Mercy Medical Center, Redding, California, July 28, 2000.

Treatment of Non-cancer Pain: The Psychiatrist's Viewpoint, Pain Management for Nurses and Pharmacists, Purdue Pharma, Vancouver, British Columbia, August 5, 2000.

Ten Tips to Opioid Prescribing/Focus on Sickle Cell Pain Management, St. Paul Medical Center, Dallas, Texas, August 8, 2000.

Top Ten Reasons to Use Long Acting Opioids In the Hospital, Grand Rounds, Presbyterian Hospital, Dallas, Texas, August 8, 2000.

Ten Steps to Pain Management, Greater North Texas Pain Society, Dallas, Texas, August 8, 2000.

Pain Management, Hospice of NW Florida, Pensacola, Florida, August 9, 2000.

Pain Management, Association of Philippine Physicians, Pensacola, Florida, August 9, 2000.

Adverse Effects of Pain: Why We Care; Assessing Pain and Pain Related Behavioral Issues; Pharmacotherapy for Pain; Overcoming the Barriers to Pain Management, Clark County Health District, Las Vegas, Nevada, August 21, 2000.

New Trends In Pain Management, Purdue Dinner meeting, Las Vegas, Nevada, August 22, 2000.

Overview of Pain Management, Purdue Dinner meeting, Las Vegas, Nevada, August 23, 2000.

New Trends In the Management of Chronic and Cancer Pain, Central Utah Medical Center, Orem, Utah, August 24, 2000.

Management of Chronic and Cancer Pain, Purdue Dinner meeting, Salt Lake City, Utah, August 24, 2000.

Barriers to Effective Pain Relief, Presbyterian Geriatric and Rehabilitation Clinic, Rio Rancho, New Mexico, August 28, 2000.

Curriculum Vitae
Barry Eliot Cole, M.D.

Pain: The Fifth Vital Sign, Weekly CME Luncheon, St. Vincent Hospital, Santa Fe, New Mexico, August 29, 2000.

Effective Chronic Pain Management with Opioids In a Controlled Environment, Ethics, Addiction, Tolerance and a Physician's Perspective, Regulatory Issues Surrounding the Legitimate Prescribing of Opioids for Chronic Pain, University of New Mexico School of Medicine, Albuquerque, New Mexico, August 29, 2000.

Managing Pain as the Fifth Vital Sign, Your Patients and Your License, Lunch and Learn Continuing Education, Espanola Hospital, Espanola, New Mexico, August 30, 2000.

Pain: Current Treatments, Issues and Implications of Non-treatment, Sandia Hospice, Albuquerque, New Mexico, August 30, 2000.

Basic Cancer Pain Management, Tumor Board, St. Joseph Hospital, Albuquerque, New Mexico, August 31, 2000.

Ten Steps to Prescribing Pain Medication and Keeping Your License, CME Lunch, Houston Northwest Medical Center, Houston, Texas, September 5, 2000.

Legal and Ethical Issues In Pain Management, Monthly Educational Meeting, Texas Academy of Family Practice, Houston, Texas, September 5, 2000.

Cancer Pain Management, Grand Rounds, Radiation Oncology, University of Texas MD Anderson Cancer Center, Houston, Texas, September 6, 2000.

Malignant and Non-malignant Pain Management, VAMC Houston, Houston, Texas, September 6, 2000.

Ten Steps to Prescribe Pain Medication and Keep Your License, Purdue Dinner meeting, HealthSouth, Houston, Texas, September 6, 2000.

Pain Management, Monthly Educational Meeting, Specialized Pharmacy, Houston, Texas, September 7, 2000.

Chronic Pain Management, Grand Rounds, Bayshore Medical Center, Houston, Texas, September 7, 2000.

New Legal Aspects Regarding the Undertreatment of Pain, Dominican Hospital, Santa Cruz, California, September 8, 2000.

Recent JCAHO Requirements for Pain Management, Dominican Hospital, Santa Cruz, California, September 8, 2000.

Legal Issues and Recent JCAHO Changes Regarding Pain Management, Community Pain Talk, Dominican Hospital, Santa Cruz, California, September 9, 2000.

EPEC Issues: Breaking Bad News; Goals of Care, Whole Patient Assessment; Depression, Anxiety & Delirium; Withdrawing and Withholding Care; Last Hours; Next Steps, Hospice and Long Term Care Nurses Seminar, Central Wyoming Hospice, Casper, Wyoming, September 12, 2000.

Management of Chronic Pain, Grand Rounds, Wyoming Medical Center, Casper, Wyoming, September 12, 2000.

Treatment of Pain and Keeping One's License, Vitas Healthcare Pain Education Program, Miami, Florida, September 13, 2000.

Update on Pain Management, Vitas Healthcare Corporation of Florida Dinner program, Ft. Lauderdale, Florida, September 14, 2000.

Access to End-of-life Care: Public Policy & Legislation, 11th Annual Clinical Meeting, American Academy of Pain Management, Las Vegas, Nevada, September 21, 2000.

Depression, Anxiety & Delirium, 11th Annual Clinical Meeting, American Academy of Pain Management, Las Vegas, Nevada, September 22, 2000.

Training of Trainers: How to Be a Good Teacher, 11th Annual Clinical Meeting, American Academy of Pain Management, Las Vegas, Nevada, September 23, 2000.

Examining the Regulatory Impact on Pain, 5th Annual Disease Management Congress, Boston, Massachusetts, September 26, 2000.

Inadequate Pain Management, Pain Management In Special Populations, The Ins and Outs of Pain Management, Ethical Issues In Pain Management, Impact of Pain Management Issues on Family and Caregivers Experience with Pain Focus on Pain Conference, Altru Health System, Grand Forks, North Dakota, September 28-29, 2000.

Pain, the Fifth Vital Sign, Annual Conference, Truckee Meadows Peri-Anesthesia Association, Reno, Nevada, September 30, 2000.

Curriculum Vitae
Barry Eliot Cole, M.D.

Pain Management: New Laws and the Way They Affect You're ability to Treat Pain, Monthly CME lecture, Placentia Linda Hospital, Placentia, California, October 2, 2000.

The Use of Opioids In Pain Management: Myths and Realities, Grand Rounds, University of California-Irvine Medical Center, Orange, California, October 3, 2000.

Pain: Acute vs. Chronic and the Role of Opioids, Tustin Rehabilitation Hospital, Tustin, California, October 3, 2000.

The Use of Opioids In the Treatment of Non-malignant Pain, M. L. King Drew Family Medicine Grand Rounds, Imperial Heights Clinic, Los Angeles, California, October 4, 2000.

Pain Management and JCAHO, Kaiser Permanente, Bellflower, California, October 5, 2000.

Malignant and Non-malignant Pain Management, Grand Rounds, Doctors Medical Center, San Pablo, California, October 10, 2000.

Chronic Non-malignant Pain Management, Round Table for staff of the James Watson Wellness Center, Oakland, California, October 10, 2000.

New Trends In Chronic Pain Management, Purdue educational luncheon, Central Utah Medical Clinic, Orem, Utah, October 11, 2000.

Gaps In End-of-life Care, Confronting the Challenges of Palliative Care, Douglas County Hospital, Alexandria, Minnesota, October 12, 2000.

Education for Physicians on End-of-life Care (EPEC), Seasons of Hope Conference, Douglas County Hospital, Alexandria, Minnesota, October 13-14, 2000.

Pain Management, Medicine Grand Rounds, California Pacific Medical Center, San Francisco, California, October 17, 2000.

Acute and Chronic Pain Management, Grand Rounds, St. Francis Hospital, San Francisco, California, October 17, 2000.

Current Concepts In Palliative Care Pain Management, Hospice Nurse Program, Professional Pharmacy Services, Jackson, Mississippi, October 19, 2000.

The Role of Opioids In Pain Management, Grand Rounds, University of Mississippi Medical Center, Jackson, Mississippi, October 20, 2000.

Ten Tips for Prescribing Opioids: Opioids In Pain Management, Mississippi Pain Society, Jackson, Mississippi, October 20, 2000.

Understanding JCAHO Pain Standards, Legal Issues In Opioid Ordering, Navigating the Future of Pain Management, Tri-Cities Pain Management Network, Kadlec Medical Center, Richland, Washington, October 27, 2000.

Management of Non-malignant Chronic Pain/Post Operative Pain Management, Neurosurgery Grand Rounds, University of Arizona Health Sciences Center, Tucson, Arizona, November 3, 2000.

Acute Pain Management, Chronic Pain Management, General Surgery Potpourri, Arizona Chapter of American College of Surgeons, Tucson, Arizona, November 3, 2000.

How to Manage the Chronic Pain Patient and Legal Issues of Prescribing Opioids, Annual CPMA Seminar, Colorado Podiatric Medical Association, Denver, Colorado, November 4, 2000.

Non-malignant Pain Management and the Joint Commission, Grand Rounds, Avista Adventist Hospital, Louisville, Colorado, November 6, 2000.

Use of Opioids In Chronic Non-malignant Pain Management, Barriers to Effective Pain Management, Department of Veterans Affairs, Pueblo, Colorado, November 7, 2000.

Use of Opioids In Chronic Non-malignant Pain Management, Veterans Affairs Medical Center, Cheyenne, Wyoming, November 8, 2000.

Pain Management In the Non-Malignant Pain Patient: The Role of Opioids & Legal Aspects, Grand Rounds, San Luis Valley Regional Medical Center, Alamosa, Colorado, November 9, 2000.

42

Curriculum Vitae
Barry Eliot Cole, M.D.

Ethics and Legal Issues of Treating the Patient In Pain, 21st Annual Medical SWAHAP Educational Congress, Southwest Association of Hispanic American Physicians, El Paso, Texas, November 10, 2000.

Pain Management Update, University Hospital Pain Awareness Week, University Hospital of Cleveland, Cleveland, Ohio, November 11, 2000.

Long Term Care Pain Management, Pivotal Dinner for Evergreen Pharmaceutical, Spokane, Washington, November 13, 2000.

New Advances and Therapies In Pain Management, CME program, Deaconess Medical Center, Spokane, Washington, November 14, 2000.

Pain In the Elderly, NCS Healthcare, Des Moines, Iowa, November 16, 2000.

Cancer Pain Management, Oncology Nurses Society-Des Moines Chapter, Des Moines, Iowa, November 16, 2000.

Ethical Issues In Pain Management, 20th Fall Seminar, Arizona Osteopathic Medical Association, Tucson, Arizona, November 18, 2000.

Advance Care Planning, Whole Patient Assessment, East Jefferson Hospital, Metairie, Louisiana, November 28, 2000.

Regulatory Issues In Prescribing Opioids, Purdue Educational dinner, New Orleans, Louisiana, November 28, 2000.

Ten Steps to Treating Pain Patients with Opioid Medications, LSU Orthopedics Residency Program, University Hospital, New Orleans, Louisiana, November 29, 2000.

EPEC: Pain Management & End-of-life Issues, East Jefferson Hospital, Metairie, Louisiana, November 29, 2000.

JCAHO and Chronic Pain Management, Grand Rounds, St. Luke's Hospital, San Francisco, California, November 30, 2000.

JCAHO and Chronic Pain Management, Pharmacy and Nursing Conference, St. Luke's Hospital, San Francisco, California, November 30, 2000.

Ethical Pain Management In a Regulated World, CME Conference, Tomball Regional Medical Center, Tomball, Texas, December 4, 2000.

End-of-life Pain Management, San Jacinto Hospice, Baytown, Texas, December 5, 2000.

Ethical Pain Management In a Regulated World, CME Conference, Conroe Regional Medical Center, Conroe, Texas, December 5, 2000.

Ten Steps to Prescribing Pain Medication and Keeping Your License, Medical Education program, Northeast Medical Center, Humble, Texas, December 6, 2000.

Pain Management: Improving Quality of Life, Harrington Cancer Center, Texas Tech University Health Sciences Center, Amarillo, Texas, December 7, 2000.

Pharmacotherapy of Pain, CME dinner, Texas Tech University Health Sciences Center, Amarillo, Texas, December 7, 2000.

Ethical Issues and Pain Management, 2000 Pain Management Conference, Covenant Medical Center, Lubbock, Texas, December 8, 2000.

The Treatment of Non-malignant Pain and Post-op Pain, Forest Park Hospital, St. Louis, Missouri, December 11, 2000.

Non-cancer Pain Management, Noon Conference, St. Louis University Hospital, St. Louis, Missouri, December 11, 2000.

Pain Management for Pain Specialists, Pivotal dinner, St. Louis, Missouri, December 11, 2000.

The Treatment of Chronic and Post-op Pain, Grand Rounds, St. Anthony's Hospital, St. Louis, Missouri, December 12, 2000.

Acute Pain Management In the Hospital Setting, Grand Rounds, St. John's Hospital, St. Louis, Missouri, December 12, 2000.

Pain Management, Siteman Cancer Center, Barnes Jewish Hospital Plaza, St. Louis, Missouri, December 13, 2000.

Non-malignant Acute and Chronic Pain Management, Grand Rounds, Barnes Jewish Hospital, St. Louis, Missouri, December 14, 2000.

Curriculum Vitae
Barry Eliot Cole, M.D.

Chronic Pain Management, Pharmacokinetics of the Cii & Ciii Opioids, Regulatory Issues, Dinner program, Southeast Georgia Medical Center, Brunswick, Georgia, December 14, 2000.

Chronic Pain Management, Pharmacokinetics of the Cii & Ciii Opioids, Regulatory Issues, Grand Rounds, Southeast Georgia Medical Center, Brunswick, Georgia, December 15, 2000.

Pain Management and the JCAHO Guidelines, Grand Rounds, Maricopa Health System, Phoenix, Arizona, January 12, 2001.

Pain Assessment and Management, 17th Annual Ski and CME, Colorado Academy of Physician Assistants, Cooper Mountain, Colorado, January 14, 2001.

JCAHO Pain Standards and the Benefits of Controlled Release Analgesics, Lunch and Learn, Chandler Regional Hospital, Chandler, Arizona, January 16, 2001.

JCAHO Pain Standards: Appropriate Pharmacology In Pain Management, Dinner Program, Mesa General Hospital, Mesa, Arizona, January 16, 2001.

Chronic Pain Management-The Role of Opioids and Legal Aspects, Heart of the Rockies, Salida, Colorado, January 17, 2001.

Pain Management with Oral Opioids and Legal Aspects of Pain Management, Afternoon Conference, Sangre de Cristo Hospice West, Canon City, Colorado, January 18, 2001.

Chronic Pain Management with Oral Opioids, Evening Conference, VA-MHC, Colorado Springs, Colorado, January 18, 2001.

New Trends In Chronic Pain Management, CME Program, Presbyterian Intercommunity Hospital, Whittier, California, January 22, 2001.

Managing Pain In the Patient with Addiction and other Co-morbidities, Purdue Dinner Meeting, Rose Medical Clinic, San Antonio, Texas, January 23, 2001.

Pain Management In the Primary Care Setting, Grand Rounds, Brooke Army Medical Center, Fort Sam Houston, Texas, January 24, 2001.

Managing Pain In Patients with Addiction, Tri County Medical Society Dinner Program, San Marcos, Texas, January 24, 2001.

Regulatory and Ethical Issues In Managing Pain in the Elderly, Grand Rounds/Journal Club, Audie Murphy VA Hospital, San Antonio, Texas, January 25, 2001.

Issues In Managing Non-cancer Pain with Opiates, Grand Rounds, Brooke Army Medical Center, Fort Sam Houston, Texas, January 25, 2001.

Pharmacological Management of Chronic and Postoperative Pain, Morning Conference, University of Colorado, Department of OB/GYN, Denver, Colorado, January 29, 2001.

Pharmacological and Non-pharmacological Therapies for Contemporary Pain Management, Noon Conference, Denver General Hospital, Department of OB/GYN, Denver, Colorado, January 29, 2001.

Pain Management In Cancer Patients, US Oncology Dinner Meeting, Denver, Colorado, January 29, 2001.

Pharmacological and Non-pharmacological Therapies for Contemporary Pain Management, Rose Medical Center, Denver, Colorado, January 30, 2001.

IV Usage of Opioid Analgesics, Grand Rounds, Medical Center of Aurora South, Aurora, Colorado, January 30, 2001.

Implications of JCAHO on Pain Management, Nursing Education Meeting, University of Colorado Hospital, Aurora, Colorado, January 31, 2001.

Implications of JCAHO on Pain Management, Pharmacy Meeting, University of Colorado Hospital, Denver, Colorado, January 31, 2001.

Update In Pain Management, Team Meeting, Sierra Nevada Home Care, Grass Valley, California, February 1, 2001.

Pain Management Update, Staff Meeting, Hospice of the Foothills, Grass Valley, California, February 1, 2001.

Curriculum Vitae
Barry Eliot Cole, M.D.

Pain Management Update, Tumor Board Meeting, Sierra Nevada Memorial Hospital, Grass Valley, California, February 1, 2001.

Update on Pain Management, Dinner Meeting, California Society of Physical Medicine and Rehabilitation District 4, Sacramento, California, February 1, 2001.

Chronic Non-malignant Pain Management: When and When Not to Use Opioids, Pain Management Education, Maui Medical Center, Wailuku, Hawaii, February 7, 2001.

Chronic Non-malignant Pain Management: When and When Not to Use Opioids, American Academy of Pain Management CME Program on Pain Management, St. Francis Medical Center, Honolulu, Hawaii, February 7, 2001.

Addiction and Behavioral Aspects of Pain Management, Noon Conference, Castle Medical Center, Kailua, Hawaii, February 8, 2001.

Management of Chronic Non-malignant Pain In the Outpatient Setting, Dinner Program for Kaiser Permanente, Waikiki, Hawaii, February 8, 2001.

Chronic Non-malignant Pain Management: When and When Not to Use Opioids, Pain Management Education, Kona Community Hospital, Kealakekua, Hawaii, February 9, 2001.

Management of Chronic Non-malignant Pain In the Outpatient Setting, Noon Conference, VAMC, Honolulu, Hawaii, February 9, 2001.

Disease Management Update: Prescribing Opioids for Non-malignant Pain, Purdue Dinner Program, Honolulu, Hawaii, February 9, 2001.

The Fifth Vital Sign, Grand Rounds, Valley Care Health System, Pleasanton, California, February 14, 2001.

Pain Management from a Family Practice Standpoint, UMC Noon Lecture, UMC Family Practice, Las Vegas, Nevada, February 15, 2001.

Pharmacotherapy of Pain, Chronic Pain Management: The Role of Opioids and Legal Aspects, Grand Rounds and Pain Management Conference, Bayshore Medical Center, Pasadena, Texas, February 21, 2001.

Controlled Release of Opioids for Post-operative Pain Management, The Truth about Opioids and Pain Management, Resident Conference and Grand Rounds, Stanford Medical Center, Stanford, California, February 26, 2001.

Managing Non-malignant Chronic and Post-op Pain, Purdue Dinner Program, The Hospice Center, Santa Fe, New Mexico, March 5, 2001

Legal and Ethical Issues In Pain Management, Monthly Educational Meeting, Texas Academy of Family Practice, Dallas, Texas, March 6, 2001.

JCAHO Standards and All That They Are Coming To Be, Rehabilitation Meeting, St. Vincent's Hospital, Santa, Fe, New Mexico, March 7, 2001.

Update on Pain Management, HealthSouth Rehabilitation Center, Albuquerque, New Mexico, March 7, 2001.

Comprehending Palliative Modalities In the Terminal Patient, Sandia Hospice Evening Pain Meeting, Sandia Hospice, Albuquerque, New Mexico, March 8, 2001.

Education for Physicians on End-of-Life Care, Full EPEC training for VNA, El Paso, Texas, March 9-10, 2001.

Cole's Ten Tips to Survive Opioid Prescribing, Analgesia Specialist Training Program, Purdue Pharma LP, Stamford, Connecticut, March 12, 2001.

Vision for Effective Pain Management, Key Aspect of Care: Leadership, VHA Clinical Advantage Pain Management Accelerated Learning Workshop #1, VHA Northeast, Providence, Rhode Island, March 13-14, 2001.

Pain Management Update: Prescribing Guidelines and JCAHO Standards, Grand Rounds, Memorial Hospital, Colorado Springs, Colorado, March 15, 2001.

Pain Management In the Non-malignant Pain Patient with Oral Opioids and Legal Aspects, Evening Conference, Angel of Shavano Hospice Salida, Salida, Colorado, March 15, 2001.

45

Curriculum Vitae
Barry Eliot Cole, M.D.

Non-malignant Pain Management and the Role of Opioids, Morning Conference, Sangre de Cristo Hospice West, Canon City, Colorado, March 16, 2001.

Non-malignant Pain Management with Oral Opioids and Legal Aspects, Afternoon Conference, Penrose Hospital Centura Health, Colorado Springs, Colorado, March 16, 2001.

Pain Management, Pharmacy Meeting, Exempla St. Joseph Hospital, Denver, Colorado, March 16, 2001.

Pain Management for the Hospice Patient, Vista Care Hospice, Plainview, Texas, March 20, 2001.

Pain Management for the Hospice Patient, Vista Care Hospice, Lubbock, Texas, March 20, 2001.

Pain Management for the Family Practice Physician, FP/IM In-service, Covenant Hospital-Levelland, Levelland, Texas, March 21, 2001.

Effective Pain Management, Cancer Wellness Expo 2001, Phoenix, Arizona, March 24, 2001.

Effective Pain Management, Cancer Wellness Expo 2001, Phoenix, Arizona, March 25, 2001.

Management of Chronic Non-malignant Pain In the Outpatient Setting, VISN 22 Pain Doctors Dinner, San Diego Health Care System, LaJolla, California, March 27, 2001.

Chronic Non-malignant Pain Management: When and When Not to Use Opioids for Addicts, Behavioral Medicine Meeting, VISN 22-Department of Veterans Affairs, San Diego, California, March 28, 2001.

Pain Management and JCAHO Standards, CME Dinner, Sutter Merced Medical Center, Merced, California, March 28, 2001.

Pain Management and the New JCAHO Standards, Grand Rounds, Long Beach Memorial Hospital, Long Beach, California, March 29, 2001.

New Frontiers In Pain Management, Staff Meeting, Long Beach Memorial Hospital, Long Beach, California, March 29, 2001.

New Frontiers In Pain Management, Pain Team Conference, Long Beach Memorial Hospital, Long Beach, California, March 30, 2001.

New Frontiers In Pain Management, Grand Rounds, Veteran's Administration Hospital, Long Beach, California, March 30, 2001.

Psychiatric Issues Involved with Managing Pain, Purdue Dinner Meeting, Oakland, Oregon, April 5, 2001.

Current Strategies In Opioid Chronic Pain Management, Pain Management CME, College of Medical Education, Tacoma, Washington, April 6, 2001.

Ins and Outs of Pain Management, UHON300: Seminars In Pain, University of South Dakota, Vermillion, South Dakota, April 9, 2001.

California Pain Management, Grand Rounds, Woodland Healthcare, Woodland, California, April 11, 2001.

Pain Management In the 21st Century, Grand Rounds, Minneapolis VAMC, Minneapolis, Minnesota, April 16, 2001.

Pain Management and Depression In the Elderly, Nurses Workshop, Douglas County Hospital, Alexandria, Minnesota, April 17, 2001.

Pain Management In Arthritis and Chronic Pain Patients, Lunch and Learn, Broadway Medical Center, Alexandria, Minnesota, April 17, 2001.

Utilizing the Principles of Successful Pain Management, Round Table Meeting, St. Cloud Medical Group, St. Cloud, Minnesota, April 17, 2001.

Resident Physicians' Pain Management Issues, Morning Report, Hennepin County Medical Center, Minneapolis, Minnesota, April 18, 2001.

Pain Management, Grand Rounds, Hennepin County Medical Center, Minneapolis, Minnesota, April 18, 2001.

Pain Management In the Hospice Setting, Hospice Morning Lecture, Fairview Hospice, St. Paul, Minnesota, April 19, 2001.

Curriculum Vitae
Barry Eliot Cole, M.D.

Acute and Chronic Pain Management: Treating the Chemically Dependent Patient, Medical Staff CME Meeting, Glencoe Regional Medical Center, Glencoe, Minnesota, April 19, 2001.

AHCPR Guidelines & End-of-life Pain Care, Grand Rounds, Untied Hospital, St. Paul, Minnesota, April 20, 2001.

Regulatory Issues Surrounding the Appropriate Use of Opioids for Chronic Pain, Pain Meeting, Manzano Medical Group, Albuquerque, New Mexico, April 24, 2001.

Effective Chronic Pain Management In a Controlled Environment, University of New Mexico Dinner Program, Albuquerque, New Mexico, April 24, 2001.

Use of Opioids In Malignant and Non-Malignant Pain, Monthly Meeting, Tucson Medical Center, Tucson, Arizona, April 25, 2001.

Pain Management and Depression, Palo Verde Behavioral Health Journal Club Meeting, Palo Verde Behavioral Health, Tucson, Arizona, April 25, 2001.

Pain Management In the Hospital Setting, Hanmaker Jewish Geriatric Pain Meeting, Tucson, Arizona, April 25, 2001.

Regulatory Issues In the Management of Pain, American Academy of Pain Management CME Program, Tucson, Arizona, April 25, 2001.

Pain Management for Physicians, Good Shepherd Hospice, Oklahoma City, Oklahoma, April 26, 2001.

Education for Physicians on End-of-life Care, Good Shepherd Hospice, Oklahoma City, Oklahoma, April 27-28, 2001.

Education for Physicians on End-of-life Care, VNA of the Inland Counties, American Academy of Pain Management CME Program, Palm Springs, California, April 30-May 1, 2001.

Pain Management In a Regulated World, Primary Care Update 2001, University of Oklahoma, Oklahoma City, Oklahoma, May 2, 2001.

Why We Care, Keynote Address, Nebraska Hospice Association Annual Meeting, Lincoln, Nebraska, May 3, 2001.

End of Life: A Time for Stellar Pain Management, Nebraska Hospice Association Annual Meeting, Lincoln, Nebraska, May 3, 2001.

Managing the Demanding Complex Pain Patient, Fairview University Medical Center-Riverside Campus, Minneapolis, Minnesota, May 7, 2001.

Advanced Concepts of Pain and Symptom Management, Allina Hospice, Minneapolis, Minnesota, May 7, 2001.

Understanding Myofascial Pain and Soft Tissue Pain In Adults and Children, Grand Rounds, Meritcare Hospital, Fargo, North Dakota, May 8, 2001.

Challenges of Treating the Patient with Pain and Chemical Dependence, Chronic Pain Management: Critical Issues and New Directions, MN Board of Medical Practice & MN Board of Pharmacy, Thief River Falls, Minnesota, May 8, 2001.

Pain Management and Assessment In the Long Term Care Setting, Grand Rounds, Hospice of the Red River Valley, Fargo, North Dakota, May 9, 2001.

Challenges of Treating the Patient with Pain and Chemical Dependence, Chronic Pain Management: Critical Issues and New Directions, MN Board of Medical Practice & MN Board of Pharmacy, Alexandria, Minnesota, May 9, 2001.

JCAHO Pain Standards: Appropriate Inpatient Pain Pharmacology, Pain Management Evening Program, Memorial Hospital, Modesto, California, May 10, 2001.

JCAHO Pain Standards: Appropriate Inpatient Pain Pharmacology, Pain Management Symposium, Memorial Hospital, Modesto, California, May 11, 2001.

Pain Management and the HIV Patient, Purdue Dinner Program, Las Vegas, Nevada, May 18, 2001.

The Pharmacists Role In Pain Management, Yakima Valley Pharmacists Association, Yakima, Washington, May 21, 2001.

Managing Pain In Patients With Addiction: How to Prescribe Opioids and Not Risk Your Medical License, Regulatory Issues In the Management of Pain, Phoenix, Arizona, May 22, 2001.

Curriculum Vitae
Barry Eliot Cole, M.D.

California Pain Related Legal, Regulatory and Accreditation Standards, Noon Conference, Saddleback Memorial Medical Center, Laguna Hills, California, May 23, 2001.

Vision for Effective Pain Management, What They Forgot to Tell Us About Pain Management, VHA Clinical Advantage Pain Management Accelerated Learning Workshop #1, Mountain States, Denver, Colorado, May 24, 2001.

Pain Management: JCAHO Guidelines and Implications for Practitioners, Grand Rounds, Good Samaritan Regional Medical Center, Phoenix, Arizona, May 25, 2001.

Pain Management: JCAHO Guidelines and Implications for Practitioners, Grand Rounds, Carl T. Hayden Veterans Affairs Medical Center, Phoenix, Arizona, May 25, 2001.

Legal Aspects Regarding the Undertreatment of Pain, Grand Rounds, Salinas Valley Memorial Hospital, Salinas, California, May 29, 2001.

Legal Aspects Regarding the Undertreatment of Pain, Grand Rounds, CHOMP, Monterey, California, May 30, 2001.

Legal Aspects Regarding the Undertreatment of Pain, Grand Rounds, Natividad Medical Center, Salinas, California, May 30, 2001.

Legal Aspects Regarding the Undertreatment of Pain, Nursing Education Program, Natividad Medical Center, Salinas, California, May 30, 2001.

Legal Aspects Regarding the Undertreatment of Pain, VNA Salinas Nursing Education Program, VNA Salinas, Salinas, California, May 31, 2001.

Legal Aspects Regarding the Undertreatment of Pain, Grand Rounds, Dominican Hospital, Santa Cruz, California, June 1, 2001.

Legal Aspects Regarding the Undertreatment of Pain, Hospice Caring Project Nursing Education Program, CHOMP, Monterey, California, June 1, 2001.

Goals of Care, Advance Care Planning, Communicating Bad News, Whole Patient Assessment, Pain Management, Sudden Illness and Withdrawing Treatment, EPEC Training, Dominican Hospital, Santa Cruz, California, June 2, 2001.

Vision and Leadership for Effective Pain Management, Pain Management and Regulatory Expectations, VHA Clinical Advantage Pain Management Accelerated Workshop #1, VHA Central Atlantic, Greensboro, North Carolina, June 5, 2001.

Advancements In the Treatment of Non-malignant Pain, Lunch Meeting, Nellis Air Force Base, Las Vegas, Nevada, June 6, 2001.

Improving Outcomes In Pain Management, Nursing Education, Vencor, Las Vegas, Nevada, June 6, 2001.

Treating the Spectrum of Pain from Post-op and Beyond, Noon Lunch Meeting, Valley Hospital, Las Vegas, Nevada, June 7, 2001.

Treating the Spectrum of Pain from Post-op and Beyond: The Role of Long Acting Opioids, Pivotal Dinner Meeting, Las Vegas, Nevada, June 7, 2001.

JCAHO and Pain Management for the Hospitalized Patient, PACU Medical Center In-service, University Medical Center, Lubbock, Texas, July 19, 2001.

Pain Management for the IM and FP Physician, University Medical Center In-service, University Medical Center, Lubbock, Texas, July 19, 2001.

Pain and Palliative Care, Community Care Hospice In-service, Community Care Hospice, Odessa, Texas, July 20, 2001.

Pain Management for Patients with a History of Substance Abuse, CME dinner meeting, Veterans Administration Wadesworth Hospital, Los Angeles, California, July 23, 2001.

Pain Management: Assessment and Reassessment, Lunch meeting, UCLA Medical Center, Los Angeles, California, July 24, 2001.

Concepts and Principles of Pain Management, Dinner meeting, Baton Rouge, Louisiana, July 25, 2001.

Legal and Ethical Issues in Pain Management, Pivotal Breakfast, North Oak Hospice, Hammond, Louisiana, July 26, 2001.

Treating Lower Back Pain and Federal Law Guidelines, Grand Rounds, Lallie Kemp Charity Hospital, Independence, Louisiana, July 26, 2001.

Curriculum Vitae
Barry Eliot Cole, M.D.

Current Concepts in Pain Management, Pivotal Dinner, Baton Rouge, Louisiana, July 26, 2001.

The Truth on Pain Management, Addiction and Federal Law, CME In-service, Slidell Memorial Hospital, Slidell, Louisiana, July 27, 2001.

Revised JCAHO Standards on Pain Management, In-service, Slidell Memorial Hospital, Slidell, Louisiana, July 27, 2001.

The Truth Behind Pain Management and Addiction, Grand Rounds, Northshore Regional Medical Center, Slidell, Louisiana, July 27, 2001.

Addiction, Tolerance, and Diversion in Chronic Pain Patients, Grand Rounds, Mayo Clinic Arizona, Phoenix, Arizona, August 6, 2001.

Pain Management for Hospice, In-service meeting, Hospice of Arizona, Phoenix, Arizona, August 7, 2001.

Pharmacological Advances in the Treatment of Acute and Chronic Pain, Pivotal Dinner, Northern Arizona Hospice, Cottonwood, Arizona, August 7, 2001.

Modern Concepts in Pain Management, Dinner Program, Mesa, Arizona, August 8, 2001.

Roundtable Discussion on Pain Management, Cigna Clinic, Phoenix, Arizona, August 8, 2001.

Quality Nursing Leadership: Implementing Strategies for Pain Management, VHA Nursing Leadership Conference, VHA, Las Vegas, Nevada, August 9, 2001.

Pain Management: The Use of Opioids in the Post-operative Patient, Dinner Program, Phoenix, Arizona, August 14, 2001.

The Treatment of Nonmalignant Chronic Pain, Grand Rounds, Sutter Davis Hospital, Davis, California, August 15, 2001.

Improving Outcomes in Pain Management, Internal Medicine Noon Conference, University Medical Center, Las Vegas, Nevada, August 16, 2001.

Chronic Nonmalignant Pain, Medical Grand Rounds, University Medical Center, Las Vegas, Nevada, August 17, 2001.

Increasing Your Comfort Level: Dispensing Opioids to Chronic Pain Patients, Tennessee Valley Pharmacists Association, Knoxville, Tennessee, August 19, 2001.

Opioid Use in Pain Management, Pivotal Dinner, Farragut, Tennessee, August 20, 2001.

The Use of Opioids in the Management of Pain, Monthly Physician Education Meeting, Methodist Medical Center, Oak Ridge, Tennessee, August 21, 2001.

Strategies for Nonmalignant Pain, Tennessee Valley Nurses Association (University of Tennessee), Knoxville, Tennessee, August 21, 2001.

Strategies for Nonmalignant Pain, Appalachia Regional Pain Management Society quarterly meeting, Morristown, Tennessee, August 22, 2001.

Opioid Management, Breakfast In-service, Sweetwater Hospital, Sweetwater, Tennessee, August 23, 2001.

Pain Management in the Hospital Setting, Grand Rounds, Southwest Memorial Hospital, Cortez, Colorado, August 28, 2001.

Pain Management, Grand Rounds, Mercy Medical Center, Durango, Colorado, August 28, 2001.

Cancer Pain Management, Grand Rounds, San Juan Regional Medical Center, Farmington, New Mexico, August 29, 2001.

Advancements in the Treatment of Nonmalignant Pain, Dinner CME meeting, Western Arizona Medical Center, Bullhead City, Arizona, August 30, 2001.

Depression, Anxiety and Delirium at the End of Life, 12th Annual Clinical Meeting, American Academy of Pain Management, Arlington, Virginia, September 7, 2001.

Controlling Non-cancer and Cancer Pain for the Terminally Ill Patient, Pivotal Breakfast, Hospice of Iredell County, Statesville, North Carolina, September 10, 2001.

Curriculum Vitae
Barry Eliot Cole, M.D.

Pain Management and the Myths and Barriers for Effective Treatment, Davis Medical Center, Lincolnton, North Carolina, September 10, 2001.

Chronic Nonmalignant Pain Management with a Regulatory Update, Northeast Medical Center, Concord, North Carolina, September 11, 2001.

Treating Pain in the Nonmalignant Patient with Opioids, Grand Rounds, Randolph Hospital, Asheboro, North Carolina, September 11, 2001.

Chronic Nonmalignant Pain Management with a Regulatory Update, Dinner meeting, Charlotte, North Carolina, September 11, 2001.

Using Opioids in the Non-cancer Setting for Primary Care, Noon Conference, Mercy Hospital, San Diego, California, September 17, 2001.

Pain Management in the Elderly for Pharmacists, Long's Pharmacy District Meeting, Longs Pharmacy National Accounts, Santa Clara, California, September 20, 2001.

Emergency Department Management of Drug Seeking Behaviors, North Florida Hospital, Gainesville, Florida, September 24, 2001.

Pain Management in a Regulated World, North Florida Hospital, Gainesville, Florida, September 25, 2001.

Ten Tips to Prescribing Opioids and the Appropriate Use of Opioids, Noon Conference, Veterans Administration Clinic, Jacksonville, Florida, September 25, 2001.

Proper Use of Opioids, Quarterly Meeting, Munroe Regional Medical Center, Ocala, Florida, September 25, 2001.

Opioids and Pain: How to Keep Your Medical License, Grand Rounds, Shands Jacksonville-University of Florida Health Science Center, Jacksonville, Florida, September 26, 2001.

Regulatory Issues in Chronic Pain Management, Dinner meeting, Deercreek Country Club, Jacksonville, Florida, September 26, 2001.

Treating Pain and Controlling Symptoms at the End of life in Relationship to the Joint Commission Standards, In-service meeting, Community Hospice of Northeast Florida, Jacksonville, Florida, September 27, 2001.

Managing Nonmalignant Pain and Protecting Your Practice: Regulatory Concerns, Documentation and Proper Assessment, Luncheon meeting, St. Vincent's Medical Center, Jacksonville, Florida, September 27, 2001.

Chronic Nonmalignant Pain Management: How to Use Opioids and Protect Your Practice, Dinner Meeting, Southeast Georgia Regional Medical Center, Brunswick, Georgia, September 27, 2001.

Protecting Your Practice from Abuse and Diversion, Grand Rounds, Southeast Georgia Regional Medical Center, Brunswick, Georgia, September 28, 2001.

Vision for Effective Pain Management, Quality Leadership, VHA Regional Pain Management Educational Program, Indianapolis, Indiana, October 2, 2001.

Anxiety, Depression and Delirium in the Dying Patient, In Service of Life, Yolo Hospice, Woodland, California, October 5, 2001.

Pharmacologic and Non-pharmacologic Pain Management, Pain Potpourri Seminar, Valley Lutheran Hospital, Mesa, Arizona, October 8, 2001.

Concepts and Principles of Pain Management, Something for Everyone Pain Management Symposium, St. Joseph's Hospital, Tucson, Arizona, October 9, 2001.

Pain Management and Primary Care Issues, CME Luncheon, John C. Lincoln Hospital, Phoenix, Arizona, October 10, 2001.

Pharmacologic Options in Pain Management, CME Luncheon, Verde Valley Medical Center, Cottonwood, Arizona, October 11, 2001.

Examining the Regulatory Impact on Pain Management, Pain...It's Not All in Your Head, Oregon Department of Human Services, Springfield, Oregon, October 16, 2001.

The History of Opioids for Pain Control: When, Where, Why and How of Opioid Therapy, American Academy of Pain Management CME Symposium on Opioids In a Regulated World, Honolulu, Hawaii, October 20, 2001.

Curriculum Vitae
Barry Eliot Cole, M.D.

Tips to Prescribing Opioids and Not Losing Your License, Wilcox Memorial Hospital, Lihue, Hawaii, October 22, 2001.

Neuro-psychological Aspects of Managing Pain: Special Consideration for the Psychiatric Patient, Kaiser Foundation Hospital, Honolulu, Hawaii, October 23, 2001.

Chronic Pain Management and JCAHO Guidelines: Implication for the Practitioner, Kaiser Foundation Hospital, Honolulu, Hawaii, October 24, 2001.

Ten Tips to Survive Opioid Prescribing, How to Take Care of Pain In Your Office, Providence/Everett Medical Center, Everett, Washington, October 25, 2001.

JCAHO Pain Standards: Appropriate Pain Pharmacology, Annual Conference, Louisiana Council of the AORN Chapters, Gulfport, Mississippi, November 3, 2001.

Choosing Ideas for the Future: Learning from Experience, VHA Clinical Advantage Accelerated Learning Workshop #3, VHA Northeast, Providence, Rhode Island, November 7, 2001.

Overview of Pain Management in Arizona, Purdue Pharma Dinner meeting, Phoenix, Arizona, November 8, 2001.

Management of Chronic Nonmalignant Pain in the Elderly, Regulatory and Enforcement Issues in Prescribing Controlled Substances for Pain, Dementia and Pain Management in the Elderly, 13th Annual Arizona Geriatrics Society Conference, Tempe, Arizona, November 9, 2001.

Pain Management in the Treatment of Nonmalignant Pain, Purdue Pharma Dinner meeting, Henderson, Nevada, November 13, 2001.

Improving Outcome for Elderly Patients with Chronic Pain, Purdue Pharma Dinner meeting, Las Vegas, Nevada, November 14, 2001.

Communicating Bad News; Establishing Goals of Care, Legal Issues, End-of-life Pain Management; Controlling Common Physical Symptoms; Mental Health Issues; Responding to Requests for Assisted Suicide; Last Hours of Life, American Academy of Pain Management Regional CME Symposium on End-of-life Care, Riverside, California, November 15, 2001.

Nevada Update on Current Pain Concepts, Tips for Prescribing Opioids and Regulatory Issues, CME Symposium, Clark County Medical Society, Las Vegas, Nevada, November 17, 2001.

Current Concepts in Pain Management and Ten Tips for Prescribing, Physicians Breakfast, St. John's Hospital, Tulsa, Oklahoma, November 19, 2001.

Pain Management for Hospice, Lunch meeting, St. John's Hospital, Tulsa, Oklahoma, November 19, 2001.

Prescribing and Dispensing Opioids to Chronic Pain Patients, St. John's Hospital, Tulsa, Oklahoma, November 19, 2001.

Patient Safety with Opioids, Purdue Pharma Dinner program, Tulsa, Oklahoma, November 19, 2001.

Dispensing Opioids to Chronic Pain Patients, Pharmacist's Breakfast meeting, Tulsa, Oklahoma, November 20, 2001.

Current Concepts and Ten Tips, Physicians Luncheon, Jane Phillips Hospital, Bartlesville, Oklahoma, November 20, 2001.

Pain, Pain, Go Away, Community Awareness meeting, St. John's Hospital, Tulsa, Oklahoma, November 20, 2001.

Current Concepts and Ten Tips for Prescribing, Purdue Pharma Dinner meeting, Tulsa, Oklahoma, November 20, 2001.

Pain Management Documentation and Assessment, Grand Rounds Tumor Board, Pendelton Memorial Methodist Hospital, New Orleans, Louisiana, November 27, 2001.

Providing Proper Pain Management, Breakfast meeting, Lafayette General Hospital, Lafayette, Louisiana, November 28, 2001.

Providing Proper Pain Management, Lunch and Learn, Lafayette General Hospital, Lafayette, Louisiana, November 28, 2001.

Providing Proper Pain Management, Dinner CME meeting, CME of Acadiana, Lafayette, Louisiana, November 28, 2001.

Implementing the New JCAHO Standards, Nursing Grand Rounds, South Central Regional, Laurel, Mississippi, November 29, 2001.

Providing Proper Pain Management, Unicare Dinner Program, Unicare RX, Hattiesburg, Mississippi, November 29, 2001.

Curriculum Vitae
Barry Eliot Cole, M.D.

Cancer Pain Management: Working with the Terminally Ill Patient, Kaweah Delta Healthcare, Nursing In-service, Visalia, California, December 3, 2001.

California Pain Management, Dinner CME Program, Madera Community Hospital, Madera, California, December 3, 2001.

Ethical Issues in Pain Management, JCAHO Pain Standards: Appropriate In-patient Pharmacology for Pain, Mythology of Opioid Addictions: Doing the Right Thing for Patients, JCAHO Standards in Pain Management, St. Agnes Medical Center, Fresno, California, December 5, 2001.

Updates in Pain Management and the JCAHO Guidelines, Medical Grand Rounds, Good Samaritan Hospital, Los Angeles, California, December 13, 2001.

Acute Pain Management in the Hospital Setting, Daniel Freeman Grand Rounds, Daniel Freeman Hospital, Marina Del Rey, California, December 14, 2001.

Pain Management in a Regulated World, Noon Conference, Claiborne County Cherokee Health Center, Tazwell, Tennessee, January 28, 2002.

Pain Management in a Regulated World, Nursing In-service, Claiborne County Hospital, Tazwell, Tennessee, January 28, 2002.

Pain Management in a Regulated World, Medical Staff Meeting, Claiborne County Hospital, Tazwell, Tennessee, January 28, 2002.

Pain Management in a Regulated World, Noon Conference, Methodist Medical Center, Oak Ridge, Tennessee, January 29, 2002.

Pain Management in a Regulated World, Noon Conference, University of Tennessee Hospital, Knoxville, Tennessee, January 30, 2002.

Pain Management in a Regulated World, Medical Staff Meeting, Jellico Community Hospital, Jellico, Tennessee, January 31, 2002.

Pain Management in a Regulated World, Nursing In-service meetings (4), Scott County Hospital, Oneida, Tennessee, February 1, 2002.

Pain Management in a Regulated World, Physician meeting, Scott County Hospital, Oneida, Tennessee, February 1, 2002.

Mini-EPEC Training, American Academy of Pain Management, Hilton Hotel, Knoxville, Tennessee, February 2, 2002.

Gaps in End-of-life Care, Pain Management, Mental Health Issues and End-of-life Care, and Communicating Bad News, Improving Care for Patients at the End of Life, Bakersfield Memorial Hospital, Bakersfield, California, February 9, 2002.

Ethical Treatment of Pain, Ethical and Regulatory Issues in Pain Management, University Medical Center, Las Vegas, Nevada, February 12, 2002.

Geriatric Issues and End-of-life Pain Management, 7th Annual Psychopharmacology Update, Nevada Psychiatric Association, Las Vegas, Nevada, February 15, 2002.

Regulatory and Ethical Issues for Pain Management and Palliative Care, Pharmacological Advancements in the Treatment of Acute and Chronic Pain, Pain and Palliative Care Annual Conference, Tahoe Forest Hospice, Truckee, California, February 15, 2002.

JCAHO and Overview of Pain Management, Prescribing and Dispensing Opioids to Chronic Pain Patients, End of Life Issues, Pain Awareness Symposium, Edmond Regional Medical Center, Edmond, Oklahoma, February 23, 2002.

Coming Up to Speed: Federal and State Laws Regarding Pain Management, California Hospice Foundation Spring Conference, Sacramento, California, February 28, 2002.

Education for Physicians on End-of-life Care, VNA of El Paso & VA sponsored conference, El Paso, Texas, March 1-2, 2002.

Pain Management in a Regulated World, American Academy of Pain Management Regional Symposium, Phoenix, Arizona, March 13, 2002.

Treating Acute and Chronic Pain with Opioids, Purdue Pharma Dinner meeting, Phoenix, Arizona, April 2, 2002.

Curriculum Vitae
Barry Eliot Cole, M.D.

Ethics, Addiction, Tolerance and a Physician's Perspective on Opioid Regulation, Purdue Pharma Dinner meeting, St. George, Utah, April 3, 2002.

Hospice and the Primary Care Physician, CME Noon conference, Dixie Regional Medical Center, St. George, Utah, April 12, 2002.

Cancer Pain Management, Latest Medical Advances in the Treatment of Cancer and Aging, Seattle Airport Hilton Hotel and Conference Center, Seattle, Washington, April 13, 2002.

Hospice Today: From the Outside Looking In, Medical Directors Meeting, VistaCare, Phoenix, Arizona, April 14, 2002.

Pain Management With or Without Opioids, Arizona Osteopathic Medical Association's 80th Annual Convention, Tempe, Arizona, April 20, 2002.

Current Pain Concepts and 10 Tips for Prescribing Opioids, 2002 Spring CME Conference, Arizona State Association of Physician Assistants, Sedona, Arizona, April 24, 2002.

History of Opioids for Non-Malignant Pain and the Current State of Affairs with Opioid Prescribing, Psychosocial Issues of Pain Management, First Annual Pain Management Symposium, Kaiser Permanente, Honolulu, Hawaii, April 26, 2002.

Non-Surgical Methods in Managing Back Pain, Noon CME Program, Kapi'olani Medical Center, Honolulu, Hawaii, April 29, 2002.

Current Legal Issues in Pain Management, Annual Pain Symposium, Alvarado Medical Center, San Diego, California, May 13, 2002.

Pain Management at the End of Life, Mental Health Issues at the End of Life, Annual Spring Conference, Colorado Hospice Organization, Denver, Colorado, May 15, 2002.

California Pain Management, Dinner CME Program, Hi-Desert Medical Center, Joshua Tree, California, May 16, 2002.

Cancer Pain Management, Purdue Pharma Dinner meeting for Hospice of Arizona, Phoenix, Arizona, May 23, 2002.

Opioids and Adjuvants for Patients with Pain, Grand Rounds, Mayo Clinic, Jacksonville, Florida, May 29, 2002.

An Update and Review of Pain Management, Abbott Laboratories Dinner meeting, Jacksonville, Florida, May 29, 2002.

Current Pain Concepts and 10 Tips for Prescribing Opioids, Annual Medical Retreat, John C. Lincoln Health Network, Sedona, Arizona, June 1, 2002.

What You Need to Know About Pain Management, Purdue Pharma Lunch meeting, St. George Clinic, St. George, Utah, June 18, 2002.

Concepts and Principles of Pain Management, Purdue Pharma Dinner meeting, Las Vegas, Nevada, June 18, 2002.

Ethics of End of Life Care, CME Conference, Southwest Medical Associates, Las Vegas, Nevada, June 19, 2002.

Regulatory Issues in Prescribing Opioids, Purdue Pharma Dinner meeting, Las Vegas, Nevada, June 20, 2002.

Back Pain 2002, Grand Rounds, University Medical Center, Las Vegas, Nevada, June 21, 2002.

Management of Chronic Non-Malignant Pain, Grand Rounds, Scripps Memorial Hospital La Jolla, La Jolla, California, July 16, 2002.

Use Versus Abuse in Pain Management, Purdue Pharma Dinner meeting, Las Vegas, Nevada, July 16, 2002.

Pain Management, Purdue Pharma Dinner meeting, Las Vegas, Nevada, July 18, 2002.

Concepts and Principles of Pain Management, Dinner Meeting, Hospice of Arizona, Phoenix, Arizona, July 31, 2002.

Pain Management in the Elderly, Purdue Pharma Breakfast meeting, Phoenix, Arizona, August 1, 2002.

Humanistic and Ethical Considerations in Pain Management, 69th Annual Meeting of the American Association of Nurse Anesthetists, Orlando, Florida, August 5, 2002.

53

Curriculum Vitae
Barry Eliot Cole, M.D.

Pain Management for Patients with Primary Psychiatric Disorders, CME teleconference, VA Medical Center, Omaha, Nebraska, August 12, 2002.

Use Versus Abuse in Pain Management, Purdue Pharma Dinner meeting, Las Vegas, Nevada, August 14, 2002.

Pain Management, Purdue Pharma Lunch meeting, Las Vegas, Nevada, August 15, 2002.

Pain Management, Purdue Pharma Dinner meeting, Las Vegas, Nevada, August 15, 2002.

Concepts and Principles of Pain Management, Board of Pharmacy CE Program for Pharmacy Investigators, California State Board of Pharmacy, Sacramento, California, September 12, 2002.

Psychological Aspects of Pain and JCAHO Guidelines, Pain Lessons Conference, EmCare, Santa Barbara, California, September 13, 2002.

New Advances and Therapies in Pain Management, CME Dinner Meeting, Lake Mead Hospital Medical Center, Las Vegas, Nevada, September 23, 2002.

Pain Management, Purdue Pharma Lunch program, Las Vegas, Nevada, October 1, 2002.

Pain Management, Purdue Pharma Dinner program, Las Vegas, Nevada, October 1, 2002.

Assessment and Management of Pain, Northern Nevada AIDS Education and Training CE Program, Carson City, Nevada, October 2, 2002.

Ethical Issues in Pain Management, Reflections on Rural Health Conference, UNSOM Outreach Office, Elko, Nevada, October 4, 2002.

Pain Management, Purdue Pharma Lunch program, Las Vegas, Nevada, October 11, 2002.

New Advances in Therapy for Pain Management, UCSD Surgical Grand Rounds, University of California-San Diego, San Diego, California, November 2, 2002.

Pain Management, Purdue Pharma Dinner program, Las Vegas, Nevada, November 4, 2002.

Education for Physician on End of Life Care (full EPEC training), Fall Conference, California Hospice Foundation, Las Vegas, Nevada, November 4 & 5, 2002.

Opioids for Non-Malignant Pain, Opening Paindora's Box, The Queen's Medical Center, Honolulu, Hawaii, November 13, 2002.

Chronic Pain and Palliative Care, Medical Staff CME meeting, Straub Clinic and Hospital, Honolulu, Hawaii, November 14, 2002.

Pain Management, Purdue Pharma Lunch program, Las Vegas, Nevada, November 26, 2002.

Pain Management, Purdue Pharma Dinner program, Las Vegas, Nevada, November 26, 2002.

Role of Opioids for the Rehabilitation Patient, Purdue Pharma Dinner program, Las Vegas, Nevada, December 2, 2002.

Pain Management, Purdue Pharma Lunch program, Phoenix, Arizona, December 3, 2002.

Pain Management, Purdue Pharma Dinner program, Phoenix, Arizona, December 3, 2002.

Pain Management, Purdue Pharma Lunch program, Phoenix, Arizona, December 4, 2002.

Pain Management, Purdue Pharma Dinner program, Phoenix, Arizona, December 4, 2002.

Pain Management, Purdue Pharma Breakfast program, Phoenix, Arizona, December 5, 2002.

Pain Management, Purdue Pharma Dinner program, Phoenix, Arizona, December 5, 2002.

Current Concepts in Pain Management, Grand Rounds, Internal Medicine, Travis AFB, California, December 5, 2002.

Treatment of Pain and Keeping Your License, Grand Rounds, Sequoia Hospital, Redwood City, California, January 28, 2003.

Curriculum Vitae
Barry Eliot Cole, M.D.

Relieving Pain and Avoiding Trouble, Noon CME Conference, Integris Southwest Medical Center, Oklahoma City, Oklahoma, January 29, 2003.

Relieving Pain and Avoiding Trouble, CME Conference, Integris Baptist Medical Center, Oklahoma City, Oklahoma, January 29, 2003.

Opioids and Centrally Acting Agents, 2003 Annual Meeting, Nevada Psychiatric Association, Las Vegas, Nevada, February 13, 2003.

Pain Management and Nevada Law, CME Program, Clark County Medical Society, Las Vegas, Nevada, February 20, 2003.

Concepts and Principles of Pain Management, Annual Conference, Texas Academy of Physicians Assistants, Dallas, Texas, February 22, 2003.

Pain Management, Purdue Pharma Dinner program, Scottsdale, Arizona, February 26, 2003.

Prescribing and Dispensing Opioids to Chronic Pain Patients, Regulatory Issues Surrounding Pain Management, John C. Lincoln Health Network, Phoenix, Arizona, February 27, 2003.

End of Life Care, Twelfth Annual Southwestern Conference on Medicine, Tucson Osteopathic Medical Foundation, Tucson, Arizona, March 6, 2003.

Education for Physicians on End of Life Care, CME Regional Program, American Academy of Pain Management (on behalf of VNAIC), Barstow, California, March 12, 2003.

Managing Pain: Rules, Regs and Hassles, Friday Morning Grand Rounds, Sutter Medical Center, Sacramento, California, March 14, 2003.

Psychosocial Issues in Managing Pain, Second Annual Pain Management Symposium, Kaiser Permanente, Honolulu, Hawaii, March 25, 2003.

The Use of Opioids, Purdue Pharma Dinner program, Las Vegas, Nevada, March 31, 2003.

Ten Steps to Prescribe Pain Medication and Keep Your License, Tumor Board, Hanford Community Medical Center, Hanford, California, April 8, 2003.

Pain Management Practices and Standards, Noon CME Conference, St. Rose Hospital, Hayward, California, April 14, 2003.

Surviving Opioid Prescribing, Purdue Pharma Dinner program, Dublin, California, April 14, 2003.

Pain Management, Purdue Pharma Dinner program, San Juan Oaks, California, April 15, 2003.

Role of Evidence Based Medicine in Pain Management, Multimodal Integrative Approaches to Chronic Pain Management, Hawaii State Consortium for Integrative Healthcare, Honolulu, Hawaii, May 2, 2003.

HIV Pain Management, CE Conference, Southern Nevada Area Health Education Center, Las Vegas, Nevada, May 7, 2003.

Current Concepts in Pain Management, CME Dinner meeting, Tempe St. Luke's Hospital, Tempe, Arizona, May 8, 2003.

The Challenges of Chronic Pain, CME Dinner Conference, AHEC Northwest, University of Arkansas Medical School, Harrison, Arkansas, May 12, 2003.

The Challenges of Chronic Pain, CME Noon Conference, AHEC Northwest, University of Arkansas Medical School, Fayetteville, Arkansas, May 13, 2003.

The Challenges of Chronic Pain, CME Dinner Conference, AHEC Northwest, University of Arkansas Medical School, Springdale, Arkansas, May 13, 2003.

Pain Management for 2003, Medicine Grand Rounds, Scott and White Hospital, Temple, Texas, May 16, 2003.

Assuring Quality Pain Management Services, CME conference, American Health Care, Las Vegas, Nevada, May 17, 2003.

Pain Management, Purdue Pharma Dinner program, San Jose, California, May 21, 2003.

Curriculum Vitae
Barry Eliot Cole, M.D.

Pain Management for the Terminally Ill Patient, CME Dinner conference, Methodist Hospital, Arcadia, California, June 3, 2003.

Pharmacological Advances in the Treatment of Acute and Chronic Pain, Pain Summit Conference, St. Francis Hospital, San Francisco, California, June 6, 2003.

California Rules, Regulations and Hassles in Prescribing Analgesics, CME Dinner meeting, Tuolumne County Medical Society, Sonora, California, June 17, 2003.

Pain Management, Quarterly Medical Staff Meeting, Cobra Valley Community Hospital, Globe, Arizona, July 8, 2003.

Pain Assessment and Intervention, Purdue Pharma Dinner program, Lubbock, Texas, July 9, 2003.

Pain Assessment and Intervention, Purdue Pharma Breakfast program for Southwest Neuroscience Clinic, Amarillo, Texas, July 10, 2003.

Pain Assessment and Intervention, Purdue Pharma Dinner program, Liberal, Kansas, July 10, 2003.

Pain Assessment and Intervention, Purdue Pharma Lunch program, Amarillo, Texas, July 11, 2003.

Neuropathic Pain, Consumer Education program, Walnut Creek Peripheral Neuropathy Support Group, Walnut Creek, California, July 25, 2003.

Humanistic and Ethical Considerations in Pain Management, Kaiser Permanente 7th Interregional Symposium for Nurse Practitioners, Physician Assistants, Certified Nurse Midwives and Nurse Anesthetists, Monterey, California, August 9, 2003.

Organizationally Setting the Political Agenda, Teaching Methods and Presentational Skills, 14th Annual Clinical Meeting, American Academy of Pain Management, Denver, Colorado, September 5 and 6, 2003.

Psychological Aspects of Pain Management, Psychopharmacology, American Society of Interventional Pain Physicians' Pain Medicine Board Review Course, Arlington, Virginia, September 10, 2003.

Non-Malignant Pain Management, Purdue Pharma Dinner program, Scottsdale, Arizona, September 17, 2003.

Pain Management for the Hospitalist Physician, Physician Education Dinner, Hospice of the Valley, Phoenix, Arizona, September 24, 2003.

Pain Management, Shelter from the Storm Conference, Community Hospice, Hughson, California, September, 27, 2003.

Advances in the Management of Pain, Pain Management Case Studies, Hawaii Medical Association's 147th Annual Meeting and Scientific Convention, Honolulu, Hawaii, September 28, 2003.

Acute and Chronic Pain in Hospitalized Patients, Medicine Potpourri, Washoe Medical Center, Reno, Nevada, October 7, 2003.

Pain Management for Patients with Primary Psychiatric Disorders, CME lecture/Staff In-service, Eastern Oregon Psychiatric Center, Pendleton, Oregon, October 9, 2003.

Pain Management for Patients with Primary Psychiatric Disorders, CME lecture/Staff In-service, Eastern Oregon Psychiatric Center, Pendleton, Oregon, October 10, 2003.

Treatment of Chronic Non-Malignant Pain, Pain Management Symposium, Sutter Gould Medical Foundation, Modesto, California, October 11, 2003.

Hospice Today: From the Outside Looking In, In-service conference, IHC Hospice, Salt Lake City, Utah, October 23, 2003.

Ethical Issues and Pain Management, The Reality of Pain in America: Facts and Fiction conference, PharmCon, San Francisco, California, October 23, 2003.

Evaluation, Assessment and Treatment Options for the Chronic Non-Malignant Pain Patient, Non-cancer Pain: A Continuing Education Symposium, Sutter Medical Center, October 25, 2003.

Chronic Pain Management for Family Physicians, 2003 Primary Care Summit, Texas Academy of Family Practice, Dallas, Texas, October 26, 2003.

Pain Management and Education for Physicians on End of Life Care, Educational Regional Program for Nurses and Social Workers, American Academy of Pain Management (on behalf of VNAIC), Palm Desert, California, October 27, 2003.

Curriculum Vitae
Barry Eliot Cole, M.D.

Pain Management and Education for Physicians on End of Life Care, CME Regional Program for Physicians, American Academy of Pain Management (on behalf of VNAIC), Palm Desert, California, October 28, 2003.

Best Practice in Chronic Pain Management, First Annual Central Illinois Pain Conference, OSF Saint Francis Center for Health, East Peoria, Illinois, November 4, 2003.

Clinical Aspects of Pain Management, The Reality of Pain in America: Facts and Fiction conference, PharmCon, Columbus, Ohio, November 8, 2003.

Pain Management and End of Life Care, Pain Management Seminar, Palomar Pomerado Health, San Diego, California, November 15, 2003.

Medico-legal Aspects of Not Providing Adequate Pain Management, Medical Staff CME program, Petaluma Valley Hospital, Petaluma, California, November 17, 2003.

Chronic Pain Management: The Role of Opioids and Legal Aspects, Quarterly Medical Staff Meeting, Arroyo Grande Community Hospital, Arroyo Grande, California, November 18, 2003.

One Man's Saga from Diagnosis to Death: The Life of Richard S. Weiner, PhD, Quality Palliative Care: A Case Based Perspective, VNA of the Inland Counties, Riverside, California, November 18, 2003.

Ethical Issues and Pain Management, The Reality of Pain in America: Facts and Fiction conference, PharmCon, New York, New York, December 4, 2003.

Pain Management for Emergency Department Physicians, Emergency Room Physicians meeting, Petaluma Valley Hospital, Petaluma, California, December 9, 2003.

Pain Management, O'Connor Hospital, Noontime Medical Education Conference, San Jose, California, December 9, 2003.

Ethical and Regulatory Implications of Prescribing Controlled Substances for Pain, 9th Annual Psychopharmacology Update, Nevada Psychiatric Association, Las Vegas, Nevada, February 12, 2004.

Evaluation, Assessment and Treatment Options for the Chronic Non-Cancer Pain Patient, Osteopathic In-service training, Tempe St. Luke's Hospital (Midwestern University affiliated facility), Tempe, Arizona, February 13, 2004.

Cancer Pain, Second Annual Pain Management Seminar, St. Bernadine Medical Center, San Bernardino, California, February 28, 2004.

Best Practices in Chronic Pain Management, Pain Management Regional Symposium, Tucson Medical Center, Tucson, Arizona, March 6, 2004.

Psychopharmacology 2004, #rd Annual Pain Management Symposium, Kaiser Permanente Hawaii Region, Honolulu, Hawaii, March 19, 2004.

Post-herpetic Neuralgia Management, Partnering for Optimal Patient Outcomes, Johns Hopkins Continuing Education Dinner Program, Honolulu, Hawaii, April 15, 2004.

Post-herpetic Neuralgia Management, Partnering for Optimal Patient Outcomes, Johns Hopkins Continuing Education Dinner Program, Los Angeles, California, April 19, 2004.

Post-herpetic Neuralgia Management, Partnering for Optimal Patient Outcomes, Johns Hopkins Continuing Education Dinner Program, Oakland, California, April 20, 2004.

How to Implement Pain Management Guidelines, 82nd Annual Convention, Arizona Osteopathic Medical Association, Tempe, Arizona, April 21, 2004.

Chronic Pain Management Practices, 2004 Permanente Rheumatological Association Conference, Palm Springs, California, April 24, 2004.

Practical Pain Management and Psychosocial Issues at the End of Life, 59th Annual Medical Meeting, Ogden Surgical-Medical Society, Ogden, Utah, May 13, 2004.

Pre-, Intra- and Post-Operative Pain Management: Why it Matters that Patients Stay Comfortable, Neuroscience Grand Rounds, Kaiser Foundation Hospital, Moanalua Medical Center, Honolulu, Hawaii, May 18, 2004.

Curriculum Vitae
Barry Eliot Cole, M.D.

Surgical Pain Management: Neuroplasticity to the Bedside, Surgical Grand Rounds, Kaiser Foundation Hospital, Moanalua Medical Center, Honolulu, Hawaii, May 21, 2004.

Challenges in Pain Management: Building Confidence in Diagnosis and Aggressive Treatment, 12th Annual Congress on Women's Health, Hilton Head, South Carolina, June 7, 2004.

HIV Pain Management: Considerations, Ideas & Suggestions, HIV/AIDS Update, University of Nevada School of Medicine, Cal-Neva Lodge, Incline Village, Nevada, October 24, 2004.

Opioid Therapy for Chronic Non-Cancer Pain: Cautions, Concerns, Misconceptions and Myths, Opening Paindora's Box, The Queen's Medical Center, Honolulu, Hawaii, November 12, 2004.

Emergency Department Management of Pain, Department of Emergency Medicine Grand Rounds, Hawaii Permanente Medical Group, Honolulu, Hawaii, December 3, 2004.

Post-herpetic Neuralgia Management, Partnering for Optimal Patient Outcomes, Johns Hopkins Continuing Education Dinner Program, Santa Monica, California, March 15, 2005.

Pain, New Therapies, Opioids for Chronic Non-Cancer Pain and More, John C. Lincoln Hospital Annual Staff Retreat, Coronado, California, June 5, 2005.

TEXTBOOK EDITED:

Boswell, M. V. and Cole, B. E. (Eds). *Weiner's Pain Management: A Practical Guide for Clinicians, 7th Edition.* CRC Press, Taylor and Francis Group, Boca Raton, FL, 2006.

PUBLICATIONS:

Beckwith, S.K. and Cole, B. E., "Hospice, Cancer Pain Management and Symptom Control," in R. S. Weiner (Ed.), Pain Management: A Practical Guide for Clinicians, Fifth Edition, St. Lucie Press, Boca Raton, FL, 1998, 705-720.

Beckwith, S.K. and Cole, B. E., "Hospice, Cancer Pain Management and Symptom Control," in R. S. Weiner (Ed.), Pain Management: A Practical Guide for Clinicians, Sixth Edition, CRC Press, Boca Raton, FL, 2002.

Campbell, A. and Cole, B. E., "Interdisciplinary Pain Management Programs: The American Academy of Pain Management Model," in M. V. Boswell and B. E. Cole (Eds.), Weiner's Pain Management: A Practical Guide for Clinicians, 7th Edition, CRC Press, Taylor and Francis Group, Boca Raton, FL, 2006, 1517-1529.

Clark, M. E., Young, R. W., and Cole, B. E., "Opioid Therapy for Chronic Noncancer Pain: Cautions, Concerns, Misconceptions and Potential Myths," in M. V. Boswell and B. E. Cole (Eds.), Weiner's Pain Management: A Practical Guide for Clinicians, 7th Edition, CRC Press, Taylor and Francis Group, Boca Raton, FL, 2006, pp. 141-162.

Cole, B. E., "USFMG's and Their Board Scores," New England Journal of Medicine, 298:169, 1978.

Cole, B. E., "Managing and Medicating the Psychotic Patient," Annals of Emergency Medicine, 11:283-284, 1982.

Cole, B. E., "Book Review: Physicians Handbook of Symptom Relief in Terminal Care," The Pain Practitioner, 1:2, 1989.

Cole, B. E., "Types of Pain and Classification Systems," in Weiner, R. S. (Ed.), Innovations in Pain Management: A Practical Guide for Clinicians, Paul M. Deutsch Press, Orlando, FL, 1990.

Cole, B. E., Identification of Critical Incident Stress Induced Psychological Disorders and the Importance of Intervention for Emergency Personnel: Public Policy Implications, Professional Paper for Masters in Public Administration, University of Nevada-Las Vegas, 1997.

Cole, B. E., "Ten Tips to Survive Opioid Prescribing: Keeping Your Patients Comfortable and Still Having Your License," The Pain Practitioner, 8(4):4, 1999.

Cole, B. E., "An EPEC Weekend," The American Journal of Hospice and Palliative Care, 16(2):473-476, 1999.

Cole, B. E., "Education for Physicians on End-of-life Care," The Pain Practitioner, 9(1):7, 1999.

Cole, B. E., "New Pain Program Accreditation Standards," The Pain Practitioner, 9(1):8-11, 1999.

Curriculum Vitae
Barry Eliot Cole, M.D.

Cole, B. E., "An Analysis of the EPEC Pain Management Module," The American Journal of Pain Management, 9(2):67-71, 1999.

Cole, B. E., "Book Review: What to do when they say 'It's Cancer'," American Journal of Hospice and Palliative Care, 17(1):62-63, 2000.

Cole, B. E., "Ease and Satisfaction for Use of the National Pain Data Bank and Pain Program Accreditation," American Journal of Pain Management, 10(3):134-137, 2000.

Cole, B. E., "The Psychopharmacology Handbook," The Pain Practitioner, 10(3):12, 2000.

Cole, B. E., "Condemning Medication," Pain Net News, 8(2):1-2, 2001.

Cole, B. E., "Raising the Bar," Practical Pain Management, Jan/Feb:34-36 & 40, 2001.

Cole, B. E., "Medicinal Miracle?," U.S. News & World Report, March 19:BC-11, 2001.

Cole, B. E., "New Trends in Pain Management," The Pain Practitioner, 11(2):4-5, 2001.

Cole, B. E., "Pharmacotherapy for Chronic Pain: Debates and Controversies," Anesthesia Today, 12(2):7-11, 2001.

Cole, B. E., "Preventing Medication Diversions in Medical Practice," Family Practice Management, 8(9):37-41, 2001.

Cole, B. E., "Book Review: The Cancer Pain Sourcebook," The Pain Practitioner, 11(3):12, 2001.

Cole, B. E., "Mastering Medications: Adjuvants for Pain Management," Practical Pain Management, Jan/Feb:27-31, 2002.

Cole, B. E., "Classifying, Understanding and Treating Pain," Hospital Physician, 38(6):23-30, 2002

Cole, B. E., "One Man's Search for the Answers," The Pain Practitioner, 12(1):7-10, 2002.

Cole, B. E., "Prescribing Opioids, Relieving Patient Suffering and Staying Out of Personal Trouble with Regulators," The Pain Practitioner, 12(3):5-8, 2002.

Cole, B. E., "The Psychiatric Management of End-of-life Pain and Associated Psychiatric Comorbidity," Current Pain and Headache Reports, 7(2):89-97, 2003.

Cole, B. E., "Balancing Pain Management and Professional Risk," Practical Pain Management, 3(2):23-27, 2003.

Cole, B. E., "Prescribers Update," The Pain Practitioner, 13(2):4-6, 2003.

Cole, B. E., "The Last Word: The State of Pain Management," FDA Consumer, 38(2):40, March-April 2004.

Cole, B. E., "Allopathic Specialties," in M. V. Boswell and B. E. Cole (Eds.), Weiner's Pain Management: A Practical Guide for Clinicians, 7th Edition, CRC Press, Taylor and Francis Group, Boca Raton, FL, 2006, pp. 177-183.

Cole, B. E., "The Year Ahead," PainView, 1(2):2-3, 2005.

Cole, B.E., "The New Detail: Creating Value," PharmaVoice, 6(1):28-29, 2006.

Cole, B. E. and Douglass, M. C., "Hospice, Cancer Pain Management and Symptom Control," in R. S. Weiner (Ed.), Innovations in Pain Management: A Practical Guide for Clinicians, Paul M. Deutsch Press, Orlando, FL, 1990.

Thienhaus, O. and Cole, B. E., "Types of Pain and Classification Systems," in R. S. Weiner (Ed.), Pain Management: A Practical Guide for Clinicians, Fifth Edition, St. Lucie Press, Boca Raton, FL, 1998, pp. 19-26.

Thienhaus, O. and Cole, B. E., "Types of Pain and Classification Systems," in R. S. Weiner (Ed.), Pain Management: A Practical Guide for Clinicians, Sixth Edition, CRC Press, Boca Raton, FL, 2002.

Rev. 1/2006