# THE UDINSKY GROUP

*Business and Labor Appraisers*

## CURRICULUM VITAE



### JERALD UDINSKY, Ph.D., A.S.A.

*Senior Member of The American Society of Appraisers*
*Certified Rehabilitation Economist*

*Erik Volk*
*Paul E. Radloff, MBA*
*Christian W. Anderson, MA*
*James E. McCann, MBA,*
*Ivy L Xiao*
*Nikolas P Marchol*
*King K. Chan, CPA*
*Christina Sheward, MA*

## EDUCATION

UNIVERSITY OF CALIFORNIA, BERKELEY
**Ph.D. in Economics,** 1973
**M.A. in Economics,** 1968
Emphases:   Industrial Organization, Financial Economics, Antitrust, Computer
            Programming, Econometrics, and Labor Economics
Dissertation: "Economics & Law of Stock Market Trading Prior to the First Public
            Announcement of Corporate Merger"
Advisors:   Professors Joe S. Bain and Darius Gaskins

MASSACHUSETTS INSTITUTE OF TECHNOLOGY
**B.S. in Physics,** Dean's List, 1967
Major: Physics    Minor: Political Science
Thesis: "Electron Exchange Probabilities for 45.5 Mev Heavy Ions Passing Through Gases
            and Foils. "

Post-graduate Seminars:

UNIVERSITY OF CHICAGO, GRADUATE SCHOOL OF BUSINESS
    Advanced Seminar in Quantitative Methods Applied to Business, 1976.

UNIVERSITY OF MIAMI LAW SCHOOL
    Seminar in Law & Economics, with Henry G. Manne and Richard A. Posner, 1975
    Emphasis: Application of Economic Principles to Legal Issues

MARYLHURST COLLEGE
    Course on Rehabilitation Economics, 1996, American Rehabilitation Economics
    Association. Course review of issues concerning reasonable compensation, earning
    capacity, and labor market surveys.

## TEACHING EXPERIENCE

UNIVERSITY OF SAN FRANCISCO, Professional Development Program
**Adjunct Professor,** 1977 - 1978.
Responsibilities: Taught Managerial Economics and Finance.

**2941 Telegraph Avenue, Berkeley, California 94705 www.udinsky.com**
**Tel- (510) 649-9000 Fax: (510) 649-9650 Email: udinsky@udinsky.com**

EXHIBIT 5

UNIVERSITY OF CALIFORNIA, SANTA CRUZ
**Assistant Professor of Economics,** 1974 - 1977
Responsibilities:    Taught Industrial Organization, Advanced Quantitative Methods, Managerial Economics, and Introduction to Economics.

## PUBLICATIONS

Jerald Udinsky, Ph.D., A.S.A., C.R.E. and John E. Miller, L.L.B.  "The Equitable Division of Stock Options." *Family Law News* (Official Publication of the State Bar of California Family Law Section) 24(1): 1 - 11 (Spring 2001).

Jerald Udinsky, Ph.D., A.S.A., C.R.E., "Review of 'The ABC's of Rehabilitation Economics,'" by David Toppino, C.E.A., C.R.E., William Reed, C.R.E., and Joseph Agrusa, C.R.E., *Journal of Legal Economics* (7)3: 77 - 80 (Winter 1997-98).

Steven Popell and Jerald Udinsky, Ph.D., A.S.A., C.R.E.  "Alternatives to Double Dipping." *Family Law News* (Official Publication of the State Bar of California Family Law Section) 20(2): 18 - 19 (Summer 1997).

Jerald Udinsky, Ph.D.  "How to Appraise an Appraisal: What Should a Family Law Attorney Look for in a Family Law Appraisal Report." *Family Law News* (Official Publication of the State Bar of California Family Law Section) 17(1): 14 - 16 (Spring 1994).

Jerald Udinsky, Ph.D. "Business Appraisal: Working With Financial Experts." *Family Law News* (Official Publication of the State Bar of California Family Law Section) 16(2): 17 (Convention Issue 1993).

Jerald Udinsky, Ph.D. "Business Valuation & Appraisal: Characterizing the Pre-Marital Business - The Pitfalls of Pereira." *Family Law News* (Official Publication of the State Bar of California Family Law Section) 15(3): 5 - 7 (Convention Issue 1992).

Jerald Udinsky, Ph.D. "Business Valuation and Appraisal: the Relation of Support to Property Division." *Family Law News* (Official Publication of the State Bar of California Family Law Section) 15(1): 17 - 19 (Spring 1992).

Jerald Udinsky, Ph.D. "Business Valuation & Appraisal: A Proposal to Standardize Goodwill Valuation." *Family Law News* (Official Publication of the State Bar of California Family Law Section) 14(3): 10 - 11 (Fall 1991).

Jerald Udinsky, Ph.D. and Mark D. Cohen.  "The Economics of Employment Discharge and Your Case." *The Lawyer's Brief* 20(5): 9 - 12 (March 15, 1990).

Jerald Udinsky, Ph.D. "Putting a Value on Goodwill." *Family Advocate* (Official Publication of the Family Law Subsection of the American Bar Association) 9(2): 36 - 40 (Fall 1986).

Jerald Udinsky, Ph.D. and Mark D. Cohen. "The Economics of Employment Discharge and Your Case." *Verdict* (Journal of the Association of Southern California Defense Counsel) 10(2): 29 - 31 (Second Quarter 1986).

Jerald Udinsky, Ph.D., "The Application of Goodwill Depreciation to Family Law." *Community Property Journal*, 11(3): 219 - 226 (Summer 1984).

Jerald Udinsky, Ph.D., "The Economics of 'Goodwill' with an Application to the Eminent Domain Code Definition." *Business Law News* (Official Publication of the State Bar of California Business Law Section) 6(3): 33 - 42 (Spring 1983).

Jerald Udinsky, Ph.D., "The Microeconomics of Goodwill with an Application to Law." *Business Valuation News* (Official Publication of the Business Valuation Committee, American Society of Appraisers) 2(2): 3 - 9 (June 1983).

Jerald Udinsky, Ph.D., "Goodwill Depreciation: A New Method for Valuing Professional Practices in a Marital Dissolution." *Community Property Journal* 9(4): 307 - 322 (Fall 1982).

Paul E. Messinger with the Consultation of Jerald Udinsky, Ph.D. "Unification of the Pereira and Van Camp Rules: The Economics Underlying the Division of a Business Between Separate and Community Property in California Divorce Proceedings." *Community Property Journal* 9(4): 286 - 298 (Fall 1982).

Stephen Peck, Ph.D., and Jerald Udinsky, Ph.D. "Tender Offers and Two-Step Acquisitions." *Economic Perspectives on Corporation Law and Securities Regulations*, edited by Richard Posner and Kenneth Scott. Little, Brown and Company, 1979.

Jerald Udinsky, Ph.D. "A Comparison of Relative Predictive Power For Financial Models of Rates of Return. "*Journal of Financial and Quantitative Analysis* 14(2): 293 - 315 (June 1979).

Jerald Udinsky, Ph.D. "An Economist's View of Professional Goodwill in Community Property Setting." *Community Property Journal* 5(2): 91 - 96 (Spring 1978).

Philip Eden, Normal H. Leonard, David Mishkin, and Jerald Udinsky. "Forensic Economics-- Valuation of Businesses and Business Losses" *American Jurisprudence, Proof of Facts 2d* (16) 1978. Bancroft Whitney and Company.

Jerald Udinsky, Ph.D. "Public Funding for the Arts" *Art in the Community*. Visual Arts Press, 1977.

## PROFESSIONAL AFFILIATIONS

Jerald Udinsky, Ph.D. Member of American Rehabilitation Economic Association, since Spring 1992. Certified Rehabilitation Economist. National Vice President. Editorial Board. Candidacy Review Committee. Certificate Number 93013.

Jerald Udinsky, Ph.D. Member of Valuation Roundtable of San Francisco, Inc., since 1987. Membership Chairman.

Jerald Udinsky, Ph.D. Member of American Society of Appraisers, Business Appraisal Section, since 1981. Senior Member since 1984. Recertified in 2005. Membership Number 31550.

Jerald Udinsky, Ph.D. Business Appraisal Desk Editor, Editorial Board, *Family Law News*, Official Publication of the Family Law Committee, Bar Association of California. Editorial Board from 1981 to present. Business Appraisal Desk Editor from 1991.

Jerald Udinsky, Ph.D. American Board of Disability Analysts. Senior Disability Analyst and Diplomat. Member since 1995. Certificate Number 2018.

## SEMINARS PRESENTED

1.  Law Offices of Selman-Breitman, San Francisco, CA. *Damages Preparation in Personal Injury, Severe Disability and Death Cases.* June 7, 2005.

2.  City of Oakland, Oakland, CA. *Personal Injury Economics and Economic Discovery.* March 16, 2005.

3.  Law Offices of LaFollette, Johnson, DeHaas, Fesler, Silberberg & Ames, Sacramento, CA. *Damages Preparation in MICRA Cases.* December 20, 2004.

4.  Law Offices of Lanahan & Reilley, San Francisco, CA. *Business Appraisal, Damages & Intellectual Property.* November 12, 2004.

5.  San Diego Bar Association, San Diego, CA. *Business Appraisal, Damages & Intellectual Property.* September 16, 2004.

6.  Law Offices of Sedgwick, Detert, Moran & Arnold, Los Angeles, CA. *Damages Preparation in Personal Injury, Severe Disability and Death Cases.* September 10, 2004.

7.  Law Offices of Valerian, Patterson, Stratman & Love, Alameda, CA. *Impact of Personal Injury on Small Businesses.* May 6, 2004.

8.  Law Offices of Sedgwick, Detert, Moran & Arnold, Los Angeles, CA. *Intellectual Property Appraisal & Damages.* April 16, 2004.

9.   Law Offices of Musick, Peeler & Garrett, Los Angeles, CA. *Appropriate Damages in an Employment Discharge Case*. April 15, 2004.

10.  San Fernando Bar Association, Woodland Hills, CA. *Economics Damages for Personal Injury and Severe Disability Cases.* March 18, 2004.

11.  Law Offices of Bledsoe, Cathcart, Diestel, Livingston & Pederson, San Francisco, CA. *Calculation of Damages in Business Valuation and Personal Injury Cases.* January 14, 2004.

12.  Hawaii Defense Lawyers Association, Honolulu, HI. *How to Use Damages Analysis to Settle Your Cases Faster and at Lower Cost.* July 2, 2002.

13.  Lorman Education Services, Sacramento, CA. *Economic Damages in California.* August 28, 2002.

14.  Public Agency Risk Managers Association, San Diego, CA. *Settlement of Personal Injury Cases. Analysis of Decision Making Under Uncertainty.* February 20, 2002.

15.  Association of Defense Counsel of Northern California and Nevada, San Francisco, CA. *Vocational Rehabilitation and Economic Damages.* December 13, 2001.

16.  San Francisco Trial Lawyers Association, San Francisco, CA. *Turning Damages into Dollars.* November 13, 2001.

17.  Lorman Educational Services, Sacramento, CA. *Economic Damages in California.* August 29, 2001.

18.  Law Offices of Haskell & Goodman, Hayward, CA. *How to Calculate the Damages Case in Personal Injury or Death Cases.* February 16, 2001.

19.  Alameda County Bar Association. *Business Appraisal & Damages.* May 15, 2000.

20.  Law Offices of Fenwick & West, Palo Alto, CA. *How to Value Options in an Employment Discharge Case.* May 2, 2000.

21.  City of Oakland. *How to Build the Damages Case for Personal Injury and Severe Disability Cases.* May 17, 1999.

22.  Professional Risk Management. *How to Analyze Damages in Personal Injury and Severe Disability Cases.* January 14, 1999.

23.  Santa Clara County Bar Association. *Damages Assessment in Severe Disability Cases.* November 12, 1998.

24. Alameda County Bar Association. *How to Value Intellectual Properties and Calculate Infringement Damages.* November 12, 1997.

25. San Joaquin County Bar Association. *Damages Assessment in Severe Disability Cases.* January 8, 1997.

26. Law Offices of Folger & Levin, San Francisco, CA. *Damages Assessment in Employment Discharge Cases.* October 25, 1996.

27. Law Offices of Diepenbrock, Wulff, Plant & Hannegan, Sacramento, CA. *Intellectual Property Evaluation.* April 8, 1996.

28. Marin County Bar Association. *Effective Damages Analysis in Personal Injury and Business Valuation Cases.* August 30, 1995.

29. Law Offices of Sedgwick, Detert, Moran & Arnold, San Francisco, CA. *Economic Issues in Litigation.* June 23, 1995.

30. Law Offices of Lane, Powell, Spears & Lubersky, San Francisco, CA. *Damages for Business & Personal Injury Cases.* February 9, 1995.

31. National Association of Forensic Economics. *The Role and Social Orientation of Rehabilitation Economics in Personal Injury Law Cases.* July 2, 1994.

32. The Lawyers Club of San Francisco. *Business Appraisal and Damages.* April 10, 1991.

33. San Francisco Patent and Trademark Law Association. *Appraisal of Damages from Patent Infringement.* January 31, 1991.

34. Central Claims Executives Association. *Economic Damages and Trial Testimony.* November 12, 1990.

35. Lake Tahoe seminar on New Advance. *Personal Injury Litigation.* June 6, 1986.

36. National Employment Law Institute. *Damages in Employment Discharge Cases.* February 25, 1986.

36. Monterey County Trial Lawyers Association. *The Use of an Economist in Litigation.* September, 1985.

37. San Francisco Bar Association. *Business Appraisal in Family Law.* November 30, 1983.

38. Sacramento Bar Association. *Business Appraisal.* November 9, 1983.

39. Sacramento Bar Association. *Business Appraisal in Community Property*.
    April 13, 1983.

40. Alameda County Family Law Section. *Major Valuation Issues in Family Law*.
    March 8, 1983.

41. University of California, Department of Business and Management. *Planning the Purchase and Sale of an Existing Business*. May 15, 1982.

42. Attorney to Expert One-on-One Conference, California Family Law Reporter. Featured Speaker: *Valuation of Goodwill and Pereira-Van Camp Issues*. December 1981.

43. Advanced Seminar for Family Law Specialists, Pamilla, Mexico. Featured speaker and Seminar Leader: *Business and Goodwill Valuation in a Community Property Context*. December 1980.


**NON-TEACHING WORK EXPERIENCE**

THE UDINSKY GROUP
**President**, September 1976 - Present.
Responsibilities: Economic, financial and statistical research in the areas of business appraisal, reasonable compensation, executive compensation, earning capacity, severe disability, antitrust and market studies. Expert witness testimony. Specialties in rehabilitation economics, executive compensation, options, personal injury, structured settlements, antitrust, market studies, business appraisal, mergers and acquisitions. Appraised the stock price and/or analyzed the market for over 500 corporations. Project supervisor and coordinator of research for law cases, private industry, and Federal and State Government research. Conduct in-depth studies of earning capacity, lost earnings and care costs in numerous cases of severe disability. More than 300 trial testimonies and over 800 depositions in the Western United States.

FIRST SECURITY SAVINGS BANK
**Member of Board of Directors**, 1986
Responsibilities: Serviced on Board of a savings and loan bank with assets of $200M+.

UNIVERSITY OF CALIFORNIA, BERKELEY, Schools of Law and Education
Childhood and Government Project
**Research Associate & Consultant**, 1974.
Responsibilities: Data analysis of local government expenditures as they affect population flow between central cities and suburbs for 120 SMSA's. Two-Stage Least Squares regression analysis on the CDC 6400 computer.

UNIVERSITY OF CALIFORNIA, BERKELEY, Department of Economics
**Research Associate,** 1972 - 1973.
Responsibilities:  Research Assistant to Professor Peck.  Data and computer programming analysis of stock price movements between merger announcement and subsequent tender offers in two-step acquisitions.  Study of corporate inefficiency as suggested from tender offer data.

APPLIED RESEARCH CONSULTANTS, Berkeley, California
**Computer Programmer and Statistician,** 1972.
Responsibilities:  Created a computer program for personal injury calculations.  Created a general computer program for Calculating Age-Earnings Profiles in Wrongful Death and Personal Injury cases.

UNIVERSITY OF CALIFORNIA, BERKELEY, Economics Department
**Research Associate & Teaching Assistant,** 1970 - 1973.

UNIVERSITY OF CALIFORNIA, BERKELEY, Economics Department
**Statistician and Computer Programmer,** 1969.
Responsibilities:  "An Econometric Analysis of the 1966 Investment Tax Credit."  Applied corporate tax rates and depreciation guidelines to investment equations to predict their impact on total capital formation; also studied the 1966 Investment Tax Credit.

MASSACHUSETTS INSTITUTE OF TECHNOLOGY, Science Teaching Center
**Research Associate,** 1967.
Responsibilities:  Created problem sets for course in Quantum Physics.

MASSACHUSETTS INSTITUTE OF TECHNOLOGY, Department of Physics, High Voltage Research Corporation, Boston.
**Research Associate,** 1966 - 1967.
Responsibilities:  Analysis of electron stripping cross-sections for high energy bromine ions passing through gases and foils.

LOCKHEED AIRCRAFT CORPORATION, Marietta, Georgia
**Statistician,** 1964.
Responsibilities:  Computer statistical and graphical analysis of airport runway bump data for use in shock absorber and wing loading studies.

## THE UDINSKY GROUP
*Business and Labor Appraisers*

Jerald Udinsky, Ph.D. ASA
President

Erik Volk
Paul E. Radloff, MBA
James E. McCann, MBA
Ivy X. Kimura
Nikolas P. Marchol
James K. Herz MBA, MA
Jack Su
Aidis P. Malinauskas, MA
Christopher R. Kinsinger
King K. Chan, CPA
Christina Sheward, MA



# The Udinsky Group

# Fee Schedule

| | |
|---|---|
| Jerald H. Udinsky, Ph.D., A.S.A. | $275/hour |
| Deposition Testimony: | $550/hour |
| Trial Testimony: | $550/hour |
| Paul E. Radloff, M.B.A., Financial Analyst | $275/hour |
| Ivy Kimura, Financial Economist | $275/hour |
| Nikolas Marchol, Financial Economist | $275/hour |
| Daniel Jiang, M.A., Financial Economist | $275/hour |
| Jack Su, Financial Economist | $275/hour |
| Christopher Kinsinger, Financial Economist | $275/hour |
| Christopher Bernard, M.A., Financial Economist | $275/hour |

Federal I.D. Tax Number: 94-2975430

2941 Telegraph Avenue, Berkeley, California 94705   www.udinsky.com
Tel: (510) 649-9000   Fax: (510) 649-9650   Email: udinsky@udinsky.com

2000:

**Deposition Testimony:**

| | | |
|---|---|---|
| Henrick vs Fuerst | 1/7/00 | Sacramento |
| Dundon vs Litton | 1/10/00 | San Jose |
| Parker vs Serendipity | 1/17/00 | San Francisco |
| Dean vs Kellium | 1/18/00 | Berkeley |
| International vs Energy Works | 2/10/00 | Berkeley |
| Khadir vs Computerpeople | 3/8/00 | Emeryville |
| Lawrence vs Gillilland | 4/4/00 | Berkeley |
| Strickland vs Allstate | 4/5/00 | Berkeley |
| Gajewski vs American | 4/12/00 | San Francisco |
| Genova vs USA | 4/25/00 | Orinda |
| Burgess vs Kaiser | 5/5/00 | Los Angeles |
| Carvey vs S.F. Cardiovascular | 5/8/00 | Berkeley |
| RRG vs Safeway | 6/2/00 | Oakland |
| Shigio & Chard vs ASUC | 6/5/00 | Oakland |
| Connable vs Int Cruise | 6/27/00 | San Francisco |
| Membreno vs Axel | 6/30/00 | San Francisco |
| Dedini vs Witman | 7/5/00 | Berkeley |
| Cooper vs Lionsgate | 7/18/00 | Novato |
| Lambert vs General Motors | 7/21/00 | Los Angeles |
| RRG vs Safeway | 7/24/00 | Oakland |
| Zilberberg vs Ignatio Hills | 7/31/00 | Berkeley |
| White vs Iceoplex | 8/2/00 | San Francisco |
| Dally vs Asilomar | 8/8/00 | San Jose |
| Wong vs Bay Cities | 8/11/00 | Berkeley |
| Edwards vs Regents | 8/25/00 | Oakland |
| Pintor vs NE Wire | 9/7/00 | San Francisco |
| Lau vs Crown | 9/19/00 | San Jose |
| Sugden vs Samwai | 10/3/00 | Los Gatos |
| Ivy vs Montemayor | 10/27/00 | Fresno |
| Clifford vs National | 11/6/00 | Berkeley |
| Rooker vs CCSF | 11/8/00 | San Francisco |
| Hollister vs Sutter | 11/9/00 | Berkeley |
| Kinser vs Spider | 11/10/00 | Walnut Creek |
| LaBrie vs USA | 11/13/00 | Oakland |
| Jones vs PG&E | 11/29/00 | San Francisco |

2000:

**Trial Testimony:**

| | | |
|---|---|---|
| ICH/Lyon's of California | 1/12/00 | San Francisco |
| Carmesin vs Boak | 1/13/00 | Eureka |
| Jackman vs McGraw-Hill | 1/24 & 1/25/00 | San Francisco |
| Braden vs Lake Shelling | 2/2 & 2/3/00 | Ceres |
| Ottinger vs Hi Ridge Lumber | 2/14/00 | Yreka |
| Craddock vs K-Mart | 2/29/00 | Redding |
| International vs Energy Works | 3/1/00 | Martinez |
| Sharion vs USA | 3/9/00 | San Francisco |
| Pridemore vs Selcer | 3/28/00 | Oakland |
| Carvey vs SF Cardiovascular | 5/23/00 | San Francisco |
| Petersen vs Earthgrains | 6/12/00 | Oakland |
| Hale vs Provident | 6/26/00 | Martinez |
| Dressell vs Kendrick | 6/29/00 | San Jose |
| RRG vs Safeway | 7/25/00 | Stockton |
| Cooper vs Lionsgate | 8/3/00 | Ceres |
| Zilberberg vs Ignatio Hills | 8/7/00 | San Francisco |
| Wong vs Bay Cities | 8/22/00 | Hayward |
| Henrick vs Fuerst | 8/31/00 | Oroville |
| Gajewsk vs American | 9/20/00 | Oakland |
| Cahill vs Borchers | 10/26/00 | San Rafael |
| Prendergast vs Golden Gate | 10/31/00 | San Rafael |
| Dendini vs Newman | 11/1/00 | Napa |
| Schrickel vs USA | 11/2/00 | Los Angeles |
| Lambert vs General Motors | 12/5/00 | Ontario, CA |
| Nolasco vs Regents | 12/6/00 | Santa Monica |
| Diston vs Oakland | 12/13 & 12/14/00 | Oakland |

2001:

**Deposition Testimony:**

| | | |
|---|---|---|
| Fergerson vs Grattan | 1/3/01 | San Jose |
| Beltran vs Whole Foods | 1/12/01 | San Francisco |
| Prior vs Alliedsignal | 1/18/01 | Emeryville |
| Vasen vs Dillingham | 1/19/01 | Emeryville |
| Destefano vs State Farm | 2/7/01 | San Jose |
| Quan vs Huang | 2/22/01 | Berkeley |
| Waski vs California | 3/9/01 | Sacramento |
| Holeva vs Pugh | 3/13/01 | Berkeley |
| Perry vs Sutter Health | 3/22/01 | Sacramento |
| Laboriel vs USA | 3/23/01 | Berkeley |
| Cole vs Regents | 4/4/01 | Los Angeles |
| Grahan vs Abex | 4/23/01 | Emeryville |
| Frazzitta vs Chrysler | 4/25/01 | Walnut Creek |
| Harmon vs USA | 5/9/01 | Sacramento |
| Bunnell vs Sonitrol | 5/11/01 | Sacramento |
| Alimanestianu/Chao, Marriage of | 6/4/01 | Los Angeles |
| Devine vs BNI | 6/27/01 | Los Angeles |
| Parson vs O'Regan | 7/2/01 | Sacramento |
| Seiler vs Chevron | 7/13/01 | Oakland |
| Shackelford vs Litton | 7/19/01 | San Jose |
| Chao vs Chao | 7/31/01 | Los Angeles |
| Gorowitz vs Marshall | 8/14/01 | Berkeley |
| Branscum vs Asbestos | 8/14/01 | Berkeley |
| Abdel-Khaliq vs American | 9/10/01 | Berkeley |
| Voisard vs Vosti | 9/27/01 | Sacramento |
| McPeters vs Wheelchairs | 10/3/01 | Berkeley |
| Moore vs CalTrans | 10/16/01 | Berkeley |
| Ayub vs City of Hayward | 10/19/01 | Berkeley |
| Frunk vs DiSalvo | 10/23/01 | San Francisco |
| Smith vs Hilger | 10/29/01 | Berkeley |
| White vs Chevron | 11/7/01 | Berkeley |
| Crim vs Midway | 11/14/01 | Sacramento |
| Martinez vs Yater | 11/15/01 | Berkeley |
| Granda vs Ford | 12/11/01 | Sacramento |
| Hanke vs Bay Cities | 12/28/01 | San Francisco |

2001:

**Trial Testimony:**

| | | |
|---|---|---|
| Kalaba vs Kanengiser | 1/31/01 | Santa Monica |
| Beltran vs Wholefoods | 2/2/01 | San Francisco |
| Reyes vs Allied Signal | 2/9/01 | San Francisco |
| Goyet vs Woodland | 3/7/01 | Woodland |
| Erickson vs Central | 4/5/01 & 4/9/01 | Sacramento |
| Holeva vs Pugh | 4/17/01 | Oakland |
| Polston vs Raley's | 4/20/01 | Fresno |
| Lawrence vs Gililland | 4/24/01 | Sacramento |
| Bunnell vs Sonitrol | 5/23/01 | Sacramento |
| Frazzitta vs Chrysler | 5/31 & 6/1/01 | Oakland |
| Burton vs Global | 6/26/01 | Petaluma |
| Gau vs California | 8/21/01 | San Jose |
| Krakower vs Schaefer | 10/4/01 | Santa Rosa |
| Voisard vs Vosti | 10/10/01 & 10/11/01 | Napa |
| McPeters vs Wheelchairs | 11/6/01 | Oakland |
| Dressler vs Allied | 11/8/01 | San Francisco |
| Andrianos vs Marin | 11/26/01 | San Rafael |
| McRae vs CDC | 12/4/01 | Oakland |

2002:

**Deposition Testimony:**

| | | |
|---|---|---|
| Powers vs California | 1/2/02 | Berkeley |
| Parrish vs Ginsberg | 1/4/02 | Berkeley |
| Kotla vs UC Regents | 1/9/02 | Oakland |
| Mennell vs Bradley | 1/10/02 | San Jose |
| Harrod, Marriage of | 1/17/02 | Berkeley |
| Meyer vs CalTrans | 1/31/02 | Berkeley |
| Arches vs Los Angeles | 2/15/02 | Los Angeles |
| Velarde vs CalTrans | 2/27/02 | San Jose |
| Kampe vs Regents | 3/20/02 | Santa Monica |
| Ware vs Shim | 3/21/02 | Bakersfield |
| Vine vs Bear Valley | 3/22/02 | San Mateo |
| Habenicht vs Rahmany | 4/2/02 | Orinda |
| Rugani vs Asbestos | 4/3/02 | Berkeley |
| Global Culture vs SFUSD | 4/10/02 | San Francisco |
| Parcell vs Regents | 4/17/02 | Walnut Creek |
| Mullen vs Los Lomitas | 4/17/02 | Berkeley |
| Solari vs Chrysler | 4/18/02 | Burlingame |
| Henschke vs Provident | 5/7/02 | San Francisco |
| Ash vs Landels | 5/9/02 | San Francisco |
| Bartelson vs Demello | 5/15/02 | San Francisco |
| Navarro vs Thomason | 5/16/02 | Okaland |
| Gaddis vs Chevron | 5/17/02 | Santa Rosa |
| Gerhow vs SF General | 5/20/02 | Berkeley |
| Juarez vs Boy Scouts | 5/21/02 | Berkeley |
| Dorsey vs US Air Force | 5/21/02 | Berkeley |
| Hilton vs USA | 6/20/02 | San Francisco |
| Castillo vs Weiss | 6/24/02 | Berkeley |
| Gandolfi vs Heyne | 6/25/02 | San Francisco |
| Davis vs Honda | 6/26/02 | Berkeley |
| Bradford vs Crown Cork | 6/28/02 | San Francisco |
| Seaman vs Kaiser | 7/11/02 | Berkeley |
| MacDonald vs Asbestos | 7/24/02 | Berkeley |
| Menard vs Asbestos | 8/2/02 | Berkeley |
| LaPlant vs Well Craft | 8/14/02 | Torrance |
| Sulpizio vs Levitz | 8/20/02 | San Francisco |
| LeFrancois vs PolicyOne | 8/26/02 | San Jose |
| Fernandes vs Inguanzo | 8/29/02 | Berkeley |
| Larkspur Data vs Trust | 8/30/02 | San Francisco |
| Pendleton vs Ford | 8/30/02 | Berkeley |
| Hansen vs Asbestos | 9/9/02 | Berkeley |
| Kuhl vs Asbestos | 9/13/02 | Berkeley |
| Gutman vs Simpson | 9/26/02 | San Francisco |
| Becker vs Hathaway | 10/10/02 | Berkeley |
| Frederick vs Asbestos | 10/11/02 | Berkeley |
| Spitler vs Leason | 10/14/02 | Oakland |
| Freeman vs Life | 10/16/02 | Berkeley |

<u>2002 Deposition Testimony</u> - page 2

| | | |
|---|---|---|
| Trimewan vs Asbestos | 10/17/02 | Berkeley |
| Gunderson vs Asbestos | 10/18/02 | Berkeley |
| Zargarzadeh vs Timec | 10/23/02 | Walnut Creek |
| Young vs USA | 10/24/02 | Los Angeles |
| Richardson vs AcandS | 10/25/02 | Berkeley |
| Kinman vs State of California | 10/28/02 | Santa Rosa |
| Sprenger vs Nash | 10/29/02 | San Francisco |
| Valdez vs Hy-Lond | 10/31/02 | Modesto |
| Malloy vs California | 11/7/02 | San Francisco |
| Underhill vs Royall | 11/14/02 | Berkeley |
| Chayrez vs Kings | 11/21/02 | Fairfield |
| Genzano vs Coastal International | 11/25/02 | San Francisco |
| Crespo vs Reassure | 11/25/02 | San Francisco |
| Savaglio vs Wal-Mart | 12/12/02 | San Francisco |
| Fusco vs American Airlines | 12/17/02 | Berkeley |
| Cheney vs USA | 12/20/02 | Pasadena |

2002:

**Trial Testimony:**

| | | |
|---|---|---|
| Lear vs Hogan's Stores | 2/1/02 | Martinez |
| Trujillo vs Wass | 2/5/02 | Stockton |
| Givens vs Regents | 2/21/02 | Santa Ana |
| Morris vs Marin | 2/22/02 | San Francisco |
| Harrod, Marriage of | 2/25/02 | Monterey |
| Kotla vs Regents | 2/26/02 | Hayward |
| Granda vs Ford | 3/11/02 & 3/12/02 | Woodland |
| Gorovitz vs Marshall | 3/13/02 | Solano |
| Hill vs USA | 4/24/02 | San Francisco |
| Vine vs Bear Valley | 5/1/02 | San Francisco |
| Vasquez vs California | 5/22/02 | Santa Rosa |
| Juarez vs Boy Scouts | 6/24/02 | Alameda |
| Hanke vs Bay Cities | 6/25/02 & 6/26/02 | Hayward |
| Parcell vs Regents | 6/27/02 | Sacramento |
| Castillo vs Weiss | 7/10/02 | Redwood City |
| Sherman vs Healthsouth | 7/18/02 | Los Angeles |
| USA vs Grab Bag | 7/23/02 | Fresno |
| Seaman vs Kaiser | 7/31/02 | Sacramento |
| Bradford vs Crown Cork | 8/13/02 | Hayward |
| Pegoda vs RMC Pacific | 9/17/02 | San Jose |
| Sulpizio vs Levitz | 9/18/02 | San Mateo |
| LeFrancois vs PolicyOne | 9/27/02 | San Jose |
| Winetz, Marriage of | 10/4/02 | San Jose |
| Zargarzadeh vs Timec | 11/13/02 | Martinez |
| Kinman vs California | 11/27/02 | Ukiah |
| Garcia vs Costco | 12/10/02 | Stockton |
| Genzano vs Coastal International | 12/19/02 | San Francisco |

2003:

**Deposition Testimony:**

| | | |
|---|---|---|
| Tims vs Asbestos | 1/3/03 | Berkeley |
| Venditti vs Enterprise | 1/24/03 | Berkeley |
| Delfino vs California | 1/30/03 | San Francisco |
| Orr vs Safeway | 2/4/03 | San Francisco |
| Hansen vs TruGreen | 2/5/03 | Berkeley |
| Liu vs Castle & Cooke | 2/10/03 | San Francisco |
| Mullen vs Asbestos | 3/4/03 | Berkeley |
| Page vs Carper | 3/6/03 | Berkeley |
| Camacho vs Humboldt | 3/6/03 | Berkeley |
| Rothman vs Astra | 3/7/03 | Berkeley |
| Rudolph vs KTA Construction | 3/11/03 | San Diego |
| Corn vs Jackson | 3/31/03 | Sacramento |
| Difeo vs Heinzmann | 4/2/03 | Santa Cruz |
| Adam vs Norton | 4/17/03 | San Francisco |
| Williams vs Williams | 4/18/03 | San Mateo |
| Von Schell vs Santa Cruz | 4/22/03 | Berkeley |
| Katayanagi vs Turner | 4/24/03 | Berkeley |
| Storz vs Boreal | 4/25/03 | San Francisco |
| Strnad vs Rosen | 5/7/03 | Los Gatos |
| Cape Horn | 5/7/03 | Berkeley |
| Green vs AC&S | 5/21/03 | Berkeley |
| Cronk vs Schaffer | 5/21/03 | Berkeley |
| Interquest vs Kontraband | 5/22/03 | Modesto |
| Brink vs Fairchild | 5/23/03 | San Francisco |
| Toran vs Jones | 5/24/03 | San Francisco |
| Storz vs Boreal | 5/29/03 | Berkeley |
| In Re: Agana Air Crash | 6/2/03 | San Francisco |
| Miragliotta vs Isuzu | 6/11/03 | Los Angeles |
| In Re: Agana Air Crash | 6/16/03 | San Francisco |
| Flynt & Oliver vs U.S.A. | 6/20/03 | Los Angeles |
| Cox vs Regents | 6/25/03 | San Diego |
| Wheetley vs Gavin | 7/17/03 | Berkeley |
| Martin vs Hawaii | 7/28/03 | Oakland |
| Kolida vs Hertzbach | 8/6/03 | San Francisco |
| Cook vs Regents | 8/20/03 | Berkeley |
| Regency Cabinets | 8/28/03 | Modesto |
| Kamenske vs Indian | 8/28/03 | Berkeley |
| Shisler vs Community | 9/4/03 | Sacramento |
| Pham vs BioMedical | 9/22/03 | San Francisco |
| Mills vs Regents | 9/23/03 | Santa Monica |
| Cain vs Porter | 10/10/03 | Oakland |
| McCoy vs Alta Bates | 10/15/03 | Berkeley |

2003 Deposition Testimony - Page 2

| | | |
|---|---|---|
| Kim vs Academy of Art | 10/31/03 | Berkeley |
| Regency Cabinets | 11/13/03 | Modesto |
| Tatum vs Winslow | 11/18/03 | San Francisco |
| Ryan vs Kirley Corp | 11/21/03 | Woodland Hills |
| Miller vs Brazelton | 11/24/03 | Berkeley |
| Doutazakas vs Ngo | 11/25/03 | Berkeley |

<u>2003</u>:

**Trial Testimony:**

| | | |
|---|---|---|
| Cheney vs USA | 1/22/03 | Los Angeles |
| Spitler vs Learson | 1/29/03 | San Francisco |
| Mennell vs Bradley | 3/14/03 | San Jose |
| Tudor & Son vs Tudor | 5/2/03 | Bakersfield |
| William vs William | 5/6 & 5/8 | San Mateo |
| Strnad vs Rosen | 5/8/03 | Martinez |
| Page vs Carper | 5/13 & 5/14 | Hayward |
| Katayanagi vs Turner | 5/19/03 | San Rafael |
| Toran vs Jones | 5/29/03 | San Francisco |
| Chayrez vs Kings County | 7/10/03 | Hayward |
| Adam vs Norton | 7/15/03 | Oakland |
| Cape Horn | 7/30/03 | San Francisco |
| Miller vs McGrath | 8/27/03 | Oakland |
| Cook vs Regents | 9/19/03 | San Francisco |
| Miller vs Irvine | 10/29/03 | Pomona |
| Earls vs Zappia | 11/13/03 | Martinez |

2004:

**Deposition Testimony:**

| | | |
|---|---|---|
| Kephart vs Toyota | 1/6/04 | San Jose |
| Wood vs Giacalone | 1/9/04 | Monterey |
| Jaber vs Raminco | 1/26/04 | Burlingame |
| Balian vs Wise | 1/29/04 | San Francisco |
| Renton vs Moss | 2/9/04 | Walnut Creek |
| Pena vs DDS | 2/10/04 | Oakland |
| Coviello vs hilton Hotels | 2/11/04 | Berkeley |
| Aragon vs Cannon | 2/19/04 | Oakland |
| Tanguay vs Bakersfield | 2/20/04 | Berkeley |
| Kearney vs Cypress | 2/24/04 | Oakland |
| Barnecut vs Transamerica | 2/26/04 | Berkeley |
| Parks vs Mountain View | 3/16/04 | Walnut Creek |
| Gordon vs Kaiser | 3/29/04 | San Francisco |
| Variale vs Honda | 3/31/04 | Berkeley |
| Seals vs Sleazak | 4/20/04 | Berkeley |
| Cline vs Contra Costa County | 4/22/04 | Berkeley |
| Tyson vs Elliott Homes | 5/3/04 | San Francisco |
| Muldowan vs Hernandez | 5/7/04 | Berkeley |
| Lee vs Carmel Properties | 5/17/04 | San Francisco |
| Cabral vs Shu | 5/20/04 | Berkeley |
| Alderete vs Advocate | 5/21/04 | Berkeley |
| Sprague vs Friends | 5/27/04 | Sacramento |
| Cohen vs Asbestos | 6/24/04 | Berkeley |
| Newman vs Port of Oakland | 6/25/04 | San Francisco |
| Hanson vs Johnston | 6/29/04 | Fresno |
| Fiore vs McLaggen | 6/30/04 | Berkeley |
| Rapidigm vs Bahuguna | 7/1/04 | East Palo Alto |
| Blatt, Marriage of | 7/2/04 | San Mateo |
| Newman vs Port of Oakland (con't) | 7/6/04 | San Francisco |
| Harden vs Oroville Hospital | 7/14/04 | San Francisco |
| St. John vs Toyota | 7/16/04 | Redwood City |
| Sorenson, Marriage of | 7/21/04 | Beverly Hills |
| Rossberg vs Miller Ranch | 7/26/04 | Walnut Grove |
| Magana vs Park | 8/31/04 | Berkeley |
| Heath vs USA | 9/14/04 | Berkeley |
| Lorenzo vs Bettencourt | 9/20/04 | Modesto |
| Harris vs Terry | 9/22/04 | Berkeley |
| Kranson vs Peralta | 9/23/04 | Berkeley |
| Sanchez vs Regents | 10/18/04 | Berkeley |
| Brown vs California Erectors | 10/19/04 | San Francisco |
| Kendrick vs Shoreview | 10/22/04 | San Francisco |
| Jones vs Van Asperen | 11/15/04 | Sacramento |
| Tunney vs Regents | 11/18/04 | Los Angeles |
| Machado vs Regents | 11/19/04 | San Diego |
| Lee vs City of Oakland | 12/3/04 | Oakland |
| Ramirez vs Regents | 12/10/04 | Berkeley |
| Funderberg vs California | 12/14/04 | San Francisco |
| Gonzalez vs Oil Can Henrys | 12/29/04 | Berkeley |
| Hague vs Spreiter | 12/30/04 | Berkeley |

<u>2004</u>:

**Trial Testimony:**

| | | |
|---|---|---|
| Foster vs KNTV | 1/5/04 | San Jose |
| Pohlson vs KMC | 2/3/04 | Honolulu |
| Dinh vs Carter | 2/12/04 | San Jose |
| Parsons vs O'Regan | 2/25/04 | Chico |
| Tanguay vs Bakerfield | 3/23/04 | Bakersfield |
| Renton vs Moss | 6/23/04 | San Francisco |
| Blatt, Marriage of | 7/13/04 | San Jose |
| Aragon vs Cannon | 7/22/04 | San Francisco |
| Marriage of Kaufman | 10/24/04 | Monterey |
| Rossberg vs Miller | 11/29 - 12/1/04 | Modesto |

2005:

**Deposition Testimony:**

| | | |
|---|---|---|
| Kayfetz vs Grenn | 1/7/05 | Oakland |
| Reed vs Mondavi | 1/10/05 | Berkeley |
| Simpson vs Regents | 1/13/05 | Berkeley |
| Walsh vs Asbestos | 1/18/05 | Berkeley |
| Thong vs Wahiawa | 1/19/05 | Berkeley |
| French vs Summit | 1/25/05 | Berkeley |
| Glavich vs Eureka | 1/27/05 | Berkeley |
| Bogdanich vs Regents | 2/11/05 | South San Francisco |
| Lee vs Burlington | 2/22/05 | Oakland |
| Reaves vs Ingersoll | 2/23/05 | Los Angeles |
| Hemenez vs Toyota | 3/1/05 | San Francisco |
| Speicher vs Chesterton | 3/2/05 | Oakland |
| Hollingsworth vs Howard | 3/18/05 | Berkeley |
| Walker vs FMC | 3/21/05 | Berkeley |
| Fontes, Marriage of | 3/23/05 | Salinas |
| Hebler vs Morgese | 3/24/05 | Walnut Creek |
| Higgins vs Hensel | 4/1/05 | Berkeley |
| Fraga vs Valley Childrens Hospital | 4/11/05 | Berkeley |
| Sanford vs Willages | 4/12/05 | Berkeley |
| Gordon vs Bissan | 4/13/05 | Gardena |
| Hodge vs AON | 4/25/05 | Los Angeles |
| Katiuzhinsky vs Adelberg | 4/27/05 | Sacramento |
| Dufresne vs Hayward | 5/16/05 | Walnut Creek |
| Hintz vs Advocate | 5/19/05 | Oakland |
| Mata vs Holbrooke | 5/20/05 | Berkeley |
| French vs Summit | 6/2/05 | Oakland |
| Louthan vs Mitchell | 6/13/05 | Berkeley |
| Zygielbaum vs Asbestos | 6/20/05 | Berkeley |
| Bilbrey vs Collins | 7/11/05 | Berkeley |
| Swimmer vs Preston | 7/18/05 | Walnut Creek |
| Vilhauer vs Webcor | 7/19/05 | San Francisco |
| Constantine vs Carstensen | 8/11/05 | Walnut Creek |
| Hines vs Allen | 8/29/05 | Berkeley |
| DeOca vs U-Haul | 9/14/05 | Oakland |
| Chritton vs Jack in the Box | 9/23/05 | Walnut Creek |
| Black vs Modesto Arts | 9/28/05 | Walnut Creek |
| Kelly vs Chartier | 10/21/05 | Berkeley |
| Morrison vs Asbestos | 10/24/05 | Berkeley |
| Tran & Pham vs SP Leasing | 11/29/05 | Berkeley |
| Doar vs Chiao | 12/7/05 | San Francisco |
| Verkhovski vs Regents | 12/15/05 | Berkeley |
| Rack vs Massaro | 12/16/05 | San Mateo |
| Cervantes vs USA | 12/19/05 | Fairfield |
| Celestre vs Mare Island | 12/28/05 | Berkeley |

2005:

**Trial Testimony:**

| | | |
|---|---|---|
| Harris vs Terry | 1/4/05 | Oakland |
| LaRosa vs Metasource | 1/6/05 | San Francisco |
| Simpson vs Regents | 3/8/05 | Los Angeles |
| Fontes, Marriage of | 3/29/05 & 4/12/05 | Monterey |
| Reaves vs Ingersoll | 3/30/05 | Santa Monica |
| Agana Air Crash | 4/21/05 | Agana, Guam |
| Katiuzhinsky vs Adelberg | 5/17/05 & 5/18/05 | Sacramento |
| Gordon vs Nissan | 5/31/05 | Redondo Beach |
| Hodge vs AON | 6/15/05 | Los Angeles |
| Zamani vs Malai | 7/6/05 | San Jose |
| Rapidgm vs Bahuguna | 8/31/05 | Hayward |
| Constantine vs Carstensen | 9/15/05 | Martinez |
| BNI vs Holmes | 10/4/05 | Los Angeles |
| Phillips vs Richmond | 11/7/05 | San Francisco |
| Tatum vs Winslow | 11/10/05 | San Francisco |
| Hodge vs AON | 6/15/05 | Los Angeles |
| Zamani vs Malae | 7/6/05 | San Jose |
| Polak vs Verdisoft | 8/4/05 | San Francisco |
| Rapidgm vs Bahuguna | 8/31/05 | Hayward |
| Constantine vs Carstensen | 9/15/05 | Martinez |
| BNI vs Holmes | 10/4/05 | Los Angeles |
| Phillips vs Richmond | 11/7/05 | San Francisco |
| Tatum vs Winslow | 11/10/05 | San Francisco |
| Black vs Modesto Arts | 11/15/05 | Fresno |

2006:

**Deposition Testimony:**

| | | |
|---|---|---|
| Walker vs Contra Costa | 1/4/06 | Oakland |
| Landry vs Regents | 1/11/06 | San Francisco |
| Vine vs Bear Valley Ski | 1/17/06 | San Mateo |
| Nguyen vs John & Wong | 1/23/06 | Berkeley |
| Nunez vs San Joaquin | 1/25/06 | Berkeley |
| Manuel vs Polo Towers | 1/30/06 | Berkeley |
| Mendenhall vs CalTrans | 2/8/06 | Walnut Creek |

<u>2006</u>:

**Trial Testimony:**

Verkhovski vs Regents                    1/23/06                    San Francisco