LYONS, BRANDT, COOK & HIRAMATSU
Attorneys at Law
A Law Corporation

GEORGE W. BRANDT  1181-0
STEFAN M. REINKE  3747-0
BONNIE L. MOORE  7138-0
EDQUON LEE  3845-0
1800 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-7030
Facsimile:  (808) 533-3011
E-mail:  gbrandt@lbchlaw.com
         sreinke@lbchlaw.com
         bmoore@lbchlaw.com
         elee@lbchlaw.com

Attorneys for Defendant
RSKCO SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JULIA M. BACKMAN, individually ) | CIVIL NO. 04-00348 (HG KSC) |
| and on Behalf of the ESTATE OF ) | (Contract) |
| DANIEL VERNON BACKMAN, and ) | |
| as Next Friend to KELLY KEIKO ) | CERTIFICATE OF SERVICE |
| VALENE BACKMAN and JODI ) | RE: DEFENDANT RSKCO |
| LEIGH YACHIYO BACKMAN, ) | SERVICES, INC.'S NOTICE OF |
| Minors, ) | TAKING DEPOSITION UPON |
| ) | WRITTEN QUESTIONS; |
| Plaintiffs, ) | QUESTIONS; EXHIBIT "1" |
| ) | |
| vs. ) | [Custodian of Records:  Department |
| ) | of Human Services] |
| RSKCO SERVICES, INC., a Illinois ) | |
| corporation; JOHN DOES 1-10; ) | |
| JANE DOES 1-10; DOE ) | |
| PARTNERSHIPS 1-10, DOE ) | |
| CORPORATIONS 1-10; DOE ) | |

15941 WRTDEP 16 PEL

| | |
|---|---|
| LIMITED LIABILITY ENTITIES 1-10; DOE "NON-PROFIT" CORPORATIONS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE RE: DEFENDANT RSKCO
SERVICES, INC.'S NOTICE OF TAKING
DEPOSITION UPON WRITTEN QUESTIONS; QUESTIONS; EXHIBIT "1"

I hereby certify that on this date, a true and correct copy of

DEFENDANT RSKCO SERVICES, INC.'S NOTICE OF TAKING DEPOSITION

UPON WRITTEN QUESTIONS; QUESTIONS; EXHIBIT "1" [Custodian of

Records: Department of Human Services] was duly served on the following:

|  | MAIL | PERSONAL SERVICE |
|---|---|---|
| ROBERT D. KAWAMURA, ESQ.<br>550 Halekauwila Street, Suite 107<br>Honolulu, Hawaii 96813<br>   Attorney for Plaintiffs<br>   JULIA M. BACKMAN, *et al.* | _____ | __X__ |

DATED: Honolulu, Hawaii, February 23, 2006.

/s/ Edquon Lee
GEORGE W. BRANDT
STEFAN M. REINKE
BONNIE L. MOORE
EDQUON LEE
   Attorneys for Defendant
   RSKCO SERVICES, INC.

15941 WRTDEP 16 PEL

2