ORIGINAL

Of Counsel:
KAWAMURA LAW OFFICE
Attorneys at Law

ROBERT D. KAWAMURA 4537-0
107 Lawyers Building
550 Halekauwila Street
Honolulu, Hawai'i  96813
Telephone: (808) 523-3777
Facsimile: (808) 523-3780
Email:   honolaw@aol.com

Attorney for Plaintiff
JULIA  M. BACKMAN, individually and on
Behalf of the ESTATE OF DANIEL VERNON BACKMAN,
Deceased, and as Next Friend to KELLY KEIKO
VALENE BACKMAN and JODI LEIGH YACHIYO BACKMAN,
Minors

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 10 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JULIA  M. BACKMAN, individually and on Behalf of the ESTATE OF DANIEL VERNON BACKMAN, and as Next Friend to KELLY KEIKO VALENE BACKMAN and JODI LEIGH YACHIYO BACKMAN, Minors,<br><br>        Plaintiffs,<br><br>  vs.<br><br>RSKCO SERVICES, INC., a Illinois corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE LIMITED LIABILITY ENTITIES 1-10; DOE "NON-PROFIT" CORPORATIONS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>        Defendants. | Civil No. 04-00348 (HG KSC)<br>(Contract)<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANT RSKCO SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT FILED FEBRUARY 15, 2006**<br><br><br><br><br><br><br>**Hearing:**<br>**Date:**  March 29, 2006<br>**Time:**  9:30 a.m.<br>**Judge:** Kevin S.C. Chang |

i

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JULIA M. BACKMAN, individually and on Behalf of the ESTATE OF DANIEL VERNON BACKMAN, and as Next Friend to KELLY KEIKO VALENE BACKMAN and JODI LEIGH YACHIYO BACKMAN, Minors,<br><br>        Plaintiffs,<br><br>  vs.<br><br>RSKCO SERVICES, INC., a Illinois corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE LIMITED LIABILITY ENTITIES 1-10; DOE "NON-PROFIT" CORPORATIONS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>        Defendants. | Civil No. 04-00348 HG KSC<br>(Contract)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES THAT on the date below, a copy of the foregoing was duly served by way of hand delivery to the following parties at the following addresses;

    George W. Brandt, Esq.
    Stefan M. Reinke, Esq.
    Edquon Lee, Esq.
    Bonnie L. Moore, Esq.
    Lyons Brandt Cook & Hiramatsu
    1800 Davies Pacific Center
    841 Bishop Street

Honolulu, Hawaii  96813

Attorneys for Defendant
RSKCO SERVICES, INC.

Dated:  Honolulu, Hawaii, _____March 10, 2006_____.


                                    _____
                                    ROBERT D. KAWAMURA

                                    Attorney for Plaintiffs
                                    JULIA M. BACKMAN,
                                    individually and on Behalf of
                                    the ESTATE OF DANIEL VERNON
                                    BACKMAN, deceased, and as
                                    Next Friend to KELLY KEIKO
                                    VALENE BACKMAN and JODI LEIGH
                                    YACHIYO BACKMAN, Minors

2

**PLAINTIFFS' OPPOSITION TO DEFENDANT RSKCO SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT FILED FEBRUARY 15, 2006**

Plaintiffs JULIA M. BACKMAN, individually and on Behalf of the ESTATE OF DANIEL VERNON BACKMAN, Deceased, and as Next Friend to KELLY KEIKO VALENE BACKMAN and JODI LEIGH YACHIYO BACKMAN, Minors, by and through their attorney, Robert D. Kawamura, hereby oppose Defendant RSKCO Services, Inc.'s Motion For Summary Judgment Filed February 15, 2006 as viewing the evidence in the light most favorable to the non-moving party, genuine issues of material facts exists justifying a denial of the motion.

Dated: Honolulu, Hawai'i, _March 10, 2006_.

_____
ROBERT D. KAWAMURA

Attorney for Plaintiffs
JULIA M. BACKMAN, individually and on Behalf of the ESTATE OF DANIEL VERNON BACKMAN, deceased, and as Next Friend to KELLY KEIKO VALENE BACKMAN and JODI LEIGH YACHIYO BACKMAN, Minors