Table of Contents

I.   Introduction . . . . . . . . . . . . . . . . . . . . 02

II.  Argument . . . . . . . . . . . . . . . . . . . . . . 08

     1.   Plaintiffs Have Causes Of Action
          Against Defendant . . . . . . . . . . . . . . . 08

     2.   Plaintiffs Need Not Provide An Expert
          Witness To Establish That The Surgery
          Request Was Statutorily Approved And
          That Defendant's Conduct Breached Any
          Standard Of Care. . . . . . . . . . . . . . . . 14

     3.   Defendant's Denial Was In Bad Faith . . . . . 20

     4.   Defendant Tried to Mislead The
          Medical Examiners . . . . . . . . . . . . . . 21

     5.   Defendant Failed to Pay PPD Payments
          As Required . . . . . . . . . . . . . . . . . 24

     6.   Defendant Admittedly Paid Benefits Late . . . 24

     7.   The Statute Of Limitations Has Not Run
          on Any Cause of Action and Could Not
          Have Run Against The Backman Children . . . . 25

     8.   Punitive Damages are Clearly Warranted. . . . 26

III. Conclusion . . . . . . . . . . . . . . . . . . . . . 31

Table of Authorities

*Aranda v. Insurance Company of North America*,
748 S.W.2d 210 (Tex. 1988) . . . . . . . . . . . . . . . . 09

*Best Place, Inc. v. Penn American Insurance Co.*,
82 Hawai'i 120, 920 P.2d 334 (1996) . . . . . . . . . . . 08, 10,
                                                          11, 13,
                                                          30

*Dawes v. First Ins. Co. of Hawai'i, Ltd.*,
77 Hawai'i 117, 883 P.2d 38, *rec. den.*,
77 Hawai'i 489, 889 P.2d 66 (1994) . . . . . . . . . . . 09

*Franks v. United States Fidelity and Guar. Co.*,
718 P.2d 193, (Ariz. Ct. App. 1985). . . . . . . . . . . 09

*Hough v. Pacific Insurance Co., Ltd.*,
83 Haw. 457 (1996) . . . . . . . . . . . . . . . . . . . 08, 10

*Hunt v. First Ins. Co. of Hawai'i, Ltd.*,
82 Hawai'i 363, 367, 922 P.2d 976, 980
(App. 1996) (same), *cert. dismissed*, ___
Hawai'i ___, ___ P.2d ___ (Sept. 23, 1996) . . . . . 09

*Iida v. Allied Signal, Inc.*, 854 F.Supp. 702
(D. Haw. 1994) . . . . . . . . . . . . . . . . . . . . . 26

*Masaki v. General Motors Corp.*,
71 Haw. 1, 780 P.2d 566 (1989) . . . . . . . . . . . . . 31

*Meineke v. GAB Business Services, Inc.*,
195 Ariz. 564, 991 P.2d 267 (2000). . . . . . . . . . . . 11

*Noble v. National American Life Ins. Co.*,
128 Ariz. 188, 189-90, 624 P.2d . . . . . . . . . . . . . 11

*Restatement (Second) of Contracts* §§ 205, 304 . . . . . 09

Hawaii Administrative Rules, Rule 12-15-51(b), . . . . 15, 16,
                                                       27

N. Goldberg, T. Segalla, R. Cohen, *Can the
Puzzle be Solved: Are Punitive Damages
Awardable in New York for First-Party
Bad Faith*, 44 Syracuse L.Rev. 723 (1993). . . . . . . . 11