IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JULIA M. BACKMAN, individually and on Behalf of the ESTATE OF DANIEL VERNON BACKMAN, and as Next Friend to KELLY KEIKO VALENE BACKMAN and JODI LEIGH YACHIYO BACKMAN, Minors,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>RSKCO SERVICES, INC., a Illinois corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE LIMITED LIABILITY ENTITIES 1-10; DOE "NON-PROFIT" CORPORATIONS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>                    Defendants. | Civil No. 04-00348 HG KSC<br>(Contract)<br><br>**DECLARATION OF ROBERT D. KAWAMURA**; EXHIBITS "1" TO "7" |

**DECLARATION OF ROBERT D. KAWAMURA**

ROBERT D. KAWAMURA, declares under penalty of perjury that the following is true and correct;

1. I am counsel for the each of the above-entitled Plaintiffs in this case, make this declaration based upon my own personal knowledge and belief where stated and am competent to testify as to the matters set forth herein.

2. Attached hereto as Exhibit "1" is a true and correct copy of the Department of Labor and Industrial Relations, Disability Compensation Division's October 29, 2001 Decision, Case No. 79900534, involving Daniel Backman and Defendant RSKCO Services, Inc. as well as First Insurance Company of Hawaii, Ltd.

3. Attached hereto as Exhibit "2" is a true and correct copy of the Department of Labor and Industrial Relations, Disability Compensation Division's June 25, 2003 Decision, Case No. 79900534, involving Daniel Backman and Defendant RSKCO Services, Inc. as well as First Insurance Company of Hawaii, Ltd.

4. Attached hereto as Exhibit "3" is a true and correct copy of Jon Graham, M.D.'s May 1, 2001 Report.

5. Attached hereto as Exhibit "4" is a true and correct copy of Jon Graham, M.D.'s January 23, 2001 Letter to Leighton Oshima.

6. Attached hereto as Exhibit "5" is a true and correct copy of Jon Graham, M.D.'s October 24, 2000 Report.

7. Attached hereto as Exhibit "6" is a true and correct copy of the Kapiolani Medical Center at Pali Momi's Imaging Department's April 5, 1999 X-ray Report for Daniel Backman of his cervical spine.

8.  Attached hereto as Exhibit "7" is a true and correct copy of the Kapiolani Medical Center at Pali Momi's Imaging Department's July 12, 1999 X-ray Report for Daniel Backman of his cervical spine.

Dated: Honolulu, Hawai'i, _March 1, 2006_.


_____
Robert D. Kawamura