Jon F. Graham M.D., F.A.C.S.  
Neurological Surgery, Board Certified

Queens Physicians Office Building II  
1329 Lusitana Street, Suite 301  
Honolulu, HI 96813  
Phone: (808) 550-4939

Kapiolani Medical Center at Pali Momi  
98-1079 Moanalua Rd., Suite 590  
Aiea, HI 96701  
Fax: (808) 536-5437

January 23, 2001

Attorney Leighton Oshima  
Wong Oshima & Kondo  
Davies Pacific Center  
841 Bishop Street – Suite 1600  
Honolulu, Hawaii 96813

    Re: Daniel Backman  
       D/I: 07/31/97  
Claim No.: 2J029128

Dear Mr. Oshima:

This is to acknowledge receipt of your 01/19/01 request regarding changes in Mr. Backman's medical condition which necessitates surgery.

Mr. Backman has not improved with conservative therapy. As expected, his MRI is unchanged. He still continues to have increasing neck and left arm pain which could be helped by surgery performed at the C4-5 level. Please refer to my 12/22/00 office notes which is enclosed.

If you have any questions or require additional information, please do not hesitate to contact me.

Sincerely,

Jon F. Graham, M.D.

JWG/sky

Enclosure

EXHIBIT 4