NAME: BACKMAN, DANIEL V
BD: 01/16/1959
MR #: 15-20-04
ACCOUNT #:
PHYSICIAN:
LOCATION: OP

# KAPIOLANI MEDICAL CENTER
## at Pali Momi
98-1079 MOANALUA ROAD, AIEA, HI 96701
TEL: (808) 485-4222 FAX: (808) 485-4233

# Imaging Department

**04/05/1999**

CERVICAL SPINE LIMITED TWO VIEWS

**REASON FOR EXAM:** ANTERIOR CERVICAL FUSION WITH NECK PAIN

**IMPRESSION:** Comparison to 3/10/99.

There is good alignment of the cervical spine. Suspect incomplete incorporation of the bone plug to the C4 and C5 vertebral bodies. The anterior portion of the bone plug may be separated from the remaining bone plug localized to the C4-5 disc level and the anterior portion of the bone plug measuring approximately 15 x 7 mm may have migrated slightly cranially. Recommend clinical correlation.

**Gordon W.T. Ng, M.D.**
(interpreting physician)

**Gordon W.T. Ng, M.D.**

Date Dictated:      04/07/99
Date Transcribed:   04/07/99 by JCK

TERRY SMITH MD
1329 LUSITANIA ST. #501
HONOLULU, HI 96813    EXHIBIT 6

Page 1 of 1

RECEIVED OCT 1 1999 RSKCo - HONOLULU