BACKMAN, DANIEL V
BD: 01/16/1959
MR #: 15-20-04
ACCOUNT #: 8749046
PHYSICIAN: TERRY SMITH MD
LOCATION: OP

KAPIOLANI MEDICAL CENTER
at Pali Momi
98-1079 MOANALUA ROAD, AIEA, HI 96701
TEL: (808) 485-4222 FAX: (808) 485-4233

## Imaging Department

**07/12/1999**

CERVICAL SPINE: AP AND LATERAL VIEWS

**REASON FOR EXAM:** S/P ACF C4 C5

**RESULT:** Comparison is made with the previous examination done on 4/5/99.

There is anterior fusion with the bone plug seen at C4-5 disc level. The bony density anterior to the C4-5 disc level now appears to be contiguous with the bone plug. This density however still protrudes about 4 mm anterior to the vertebral bodies. There is otherwise satisfactory alignment of the C4 and C5 vertebral bodies.

**IMPRESSION:** Bone plug at C4-5 with anterior protrusion of a bony density at the C4-5 disc level.

**Howard K. Arimoto, M.D.**
(interpreting physician)

**Donn Y. Kumasaki, M.D.**
(signing physician)

Date Dictated: 07/27/99
Date Transcribed: 07/27/99 by JCK

RECEIVED
AUG 30 1999
RSKCo - HONOLULU

**TERRY SMITH MD**
**1329 LUSITANIA ST. #501**
**HONOLULU, HI 96813**

EXHIBIT 7

Page 1 of 1