LYONS, BRANDT, COOK & HIRAMATSU
Attorneys at Law
A Law Corporation

GEORGE W. BRANDT  1181-0
STEFAN M. REINKE  3747-0
BONNIE L. MOORE  7138-0
EDQUON LEE  3845-0
1800 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-7030
Facsimile:  (808) 533-3011
E-mail:  gbrandt@lbchlaw.com
           sreinke@lbchlaw.com
           bmoore@lbchlaw.com
           elee@lbchlaw.com

Attorneys for Defendant
RSKCO SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JULIA M. BACKMAN, individually ) and on Behalf of the ESTATE OF ) DANIEL VERNON BACKMAN, and) as Next Friend to KELLY KEIKO ) VALENE BACKMAN and JODI ) LEIGH YACHIYO BACKMAN, ) Minors, ) ) Plaintiffs, ) ) vs. ) ) RSKCO SERVICES, INC., a Illinois ) corporation; JOHN DOES 1-10; ) JANE DOES 1-10; DOE ) PARTNERSHIPS 1-10, DOE ) CORPORATIONS 1-10; DOE ) | CIVIL NO. 04-00348 (HG KSC) (Contract) CERTIFICATE OF SERVICE RE: DEFENDANT RSKCO SERVICES, INC.'S NOTICE OF TAKING DEPOSITION UPON WRITTEN QUESTIONS; QUESTIONS; EXHIBIT "1" [Custodian of Records:  Department of Labor and Industrial Relations, Appeals Board re DANIEL VERNON BACKMAN] |

15941 COS RE WRTDEP 17 PEL

| | |
|---|---|
| LIMITED LIABILITY ENTITIES 1-10; DOE "NON-PROFIT" CORPORATIONS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE RE: DEFENDANT RSKCO SERVICES, INC.'S NOTICE OF TAKING DEPOSITION UPON WRITTEN QUESTIONS; QUESTIONS; EXHIBIT "1"

I hereby certify that on this date, a true and correct copy of DEFENDANT RSKCO SERVICES, INC.'S NOTICE OF TAKING DEPOSITION UPON WRITTEN QUESTIONS; QUESTIONS; EXHIBIT "1" [Custodian of Records: Department of Labor and Industrial Relations, Appeals Board re DANIEL VERNON BACKMAN] was duly served on the following:

| | MAIL | PERSONAL SERVICE |
|---|---|---|
| ROBERT D. KAWAMURA, ESQ.<br>550 Halekauwila Street, Suite 107<br>Honolulu, Hawaii 96813<br>   Attorney for Plaintiffs<br>   JULIA M. BACKMAN, *et al.* | _____ | X |

DATED: Honolulu, Hawaii, March 16, 2006.

/s/ Edquon Lee
GEORGE W. BRANDT
STEFAN M. REINKE
BONNIE L. MOORE
EDQUON LEE
Attorneys for Defendant
RSKCO SERVICES, INC.

15941 COS RE WRTDEP 17 PEL

2