LYONS, BRANDT, COOK & HIRAMATSU
Attorneys at Law
A Law Corporation

GEORGE W. BRANDT  1181-0
STEFAN M. REINKE  3747-0
BONNIE L. MOORE  7138-0
EDQUON LEE  3845-0
1800 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-7030
Facsimile:  (808) 533-3011
E-mail:  gbrandt@lbchlaw.com
         sreinke@lbchlaw.com
         bmoore@lbchlaw.com

Attorneys for Defendant
RSKCO SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JULIA M. BACKMAN, individually ) | CIVIL NO. 04-00348 (HG KSC) |
| and on Behalf of the ESTATE OF ) | (Contract) |
| DANIEL VERNON BACKMAN, and ) | |
| as Next Friend to KELLY KEIKO ) | CERTIFICATE OF SERVICE |
| VALENE BACKMAN and JODI ) | RE: DEFENDANT RSKCO SERVICES, |
| LEIGH YACHIYO BACKMAN, ) | INC.'S FIRST AMENDED NOTICE OF |
| Minors, ) | TAKING CONTINUED DEPOSITION |
| ) | UPON ORAL EXAMINATION |
| Plaintiffs, ) | |
| ) | Dean K. Otaka, M.D. (4/3/06 at 12:15 p.m. |
| vs. ) | and 4/17/06 at 12:15 p.m.) |
| ) | |
| RSKCO SERVICES, INC., a Illinois ) | |
| corporation; JOHN DOES 1-10; ) | |
| JANE DOES 1-10; DOE ) | |
| PARTNERSHIPS 1-10, DOE ) | |
| CORPORATIONS 1-10; DOE ) | |

| | |
|---|---|
| LIMITED LIABILITY ENTITIES 1-10; DOE "NON-PROFIT" CORPORATIONS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE RE: DEFENDANT RSKCO SERVICES, INC.'S FIRST AMENDED NOTICE OF TAKING CONTINUED DEPOSITION UPON ORAL EXAMINATION

I hereby certify that on this date, a true and correct copy of DEFENDANT RSKCO SERVICES, INC.'S FIRST AMENDED NOTICE OF TAKING CONTINUED DEPOSITION UPON ORAL EXAMINATION was duly served on the following:

|  | MAIL | PERSONAL SERVICE |
|---|---|---|
| ROBERT D. KAWAMURA, ESQ.<br>550 Halekauwila Street, Suite 107<br>Honolulu, Hawaii 96813<br>   Attorney for Plaintiffs<br>   JULIA M. BACKMAN, *et al.* | _____ | __X__ |

DATED: Honolulu, Hawaii, March 20, 2006.

                                              /s/ Edquon Lee
                                            GEORGE W. BRANDT
                                            STEFAN M. REINKE
                                            BONNIE L. MOORE
                                            EDQUON LEE
                                            Attorneys for Defendant
                                            RSKCO SERVICES, INC.