# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/21/2006 4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00348KSC |
| CASE NAME: | Julia M. Backman, et al. vs. RSKCO Services, Inc., et al. |
| ATTYS FOR PLA: | Robert Kawamura<br>Plaintiff Julia Backman |
| ATTYS FOR DEFT: | Stefan Reinke<br>Edquon Lee<br>George Brandt<br>Ron Schultz, representative of RSKCO |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | In Chambers - no record<br>2:15-4:15pm<br>(Settlement Conf) |
| DATE: | 3/21/2006 | TIME: | FTR C5<br>4:19-4:22:52pm<br>(Settlement on the Record - **SEALED HEARING**) |

COURT ACTION: EP: Settlement Conference. Settlement held. Settlement reached. Terms stated on the record **UNDER SEAL**.

The Court finds that the essential terms of a valid and enforceable settlement have been stated on the record. The deadline for filing of the Dismissal is 4/21/06. If the Dismissal is not filed by then, the Court will enter an Order of Dismissal retaining jurisdiction to enforce the terms of the settlement.

The following dates are hereby vacated:
3/29/06, 9:30am, Defendant RSKCO's Motion for Summary Judgment
6/6/06, 9:00am, Final Pretrial Conference, Judge Chang
7/18/06, 9:00am, Jury Trial, Judge Chang

All pending motions are deemed to be withdrawn based upon the settlement.

Submitted by: Shari Afuso, Courtroom Manager