IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

```
JULIA M. BACKMAN, et al.,   ) CIVIL NO. 04-00348 KSC
                            )
          Plaintiffs,       ) ORDER OF DISMISSAL
                            )
    vs.                     )
                            )
RSKCO SERVICES, INC., et    )
al.,                        )
                            )
          Defendants.       )
                            )
_____)
                            )
```

ORDER OF DISMISSAL

      The Court having been advised by counsel for the parties that the above-entitled proceeding has been settled, and

      GOOD CAUSE APPEARING FOR DISMISSAL,

      IT IS ORDERED that this action is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.  The Court retains jurisdiction to reopen the proceeding, upon good cause

shown, to enforce the terms and conditions of the settlement.

    IT IS SO ORDERED.

    Dated:  Honolulu, Hawaii, April 24, 2006.



                                  _____
                                  Kevin S.C. Chang
                                  United States Magistrate Judge

CIVIL NO. 04-cv-00348; JULIA M. BACKMAN, et al. vs. RSKCO SERVICES, INC., et al.; ORDER OF DISMISSAL