AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| JULIA M. BACKMAN, et al. | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CIVIL NO 04-00348 KSC |
| V. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| RSKCO SERVICES, INC., et al. | April 25, 2006 |
| Defendant(s). | At 4 o'clock and 00 min p.m. SUE BEITIA, CLERK |

[ ]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice, each party to bear its own costs and attorneys' fees, pursuant to the "Order of Dismissal" filed on April 25, 2006.

_____April 25, 2006_____           _____SUE BEITIA_____
Date                                    Clerk

                                        _____[signature]_____
                                        (By) Deputy Clerk