# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/2/2006 4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00348KSC |
| CASE NAME: | Julia M. Backman, et al. vs. RSKCO Services, Inc., et al. |
| ATTYS FOR PLA: | Robert Kawamura |
| ATTYS FOR DEFT: | Edquon Lee |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 11/2/2006 | TIME: | 9:00-9:03am |

COURT ACTION: EP: Status Conference. Discussion held. Mr. Kawamura to file the Petition at State court. Counsel to contact the court for any further assistance.

Submitted by: Shari Afuso, Courtroom Manager