LYONS, BRANDT, COOK & HIRAMATSU
Attorneys at Law
A Law Corporation

GEORGE W. BRANDT  1181-0
STEFAN M. REINKE  3747-0
EDQUON LEE  3845-0
BONNIE L. MOORE  7138-0
1800 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-7030
Facsimile:  (808) 533-3011
E-mail:  gbrandt@lbchlaw.com
         sreinke@lbchlaw.com
         elee@lbchlaw.com
         bmoore@lbchlaw.com

Attorneys for Defendant
RSKCO SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JULIA M. BACKMAN, individually ) and on Behalf of the ESTATE OF ) DANIEL VERNON BACKMAN, and ) as Next Friend to KELLY KEIKO ) VALENE BACKMAN and JODI ) LEIGH YACHIYO BACKMAN, ) Minors, ) ) Plaintiffs, ) ) vs. ) ) RSKCO SERVICES, INC., a Illinois ) corporation; JOHN DOES 1-10; ) JANE DOES 1-10; DOE ) | CIVIL NO. 04-00348 (HG KSC) (Contract) DEFENDANT RSKCO SERVICES, INC.'S MOTION TO COMPEL COMPLIANCE WITH SETTLEMENT AGREEMENT; CERTIFICATE OF SERVICE |

15941 MOTION 01 PEL

| | |
|---|---|
| PARTNERSHIPS 1-10, DOE CORPORATIONS 1-10; DOE LIMITED LIABILITY ENTITIES 1-10; DOE "NON-PROFIT" CORPORATIONS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

DEFENDANT RSKCO SERVICES, INC.'S MOTION TO
COMPEL COMPLIANCE WITH SETTLEMENT AGREEMENT

COMES NOW Defendant RSKCO SERVICES, INC. ("Defendant"), by and through its attorneys, Lyons, Brandt, Cook & Hiramatsu, and hereby moves this Court for an order compelling Plaintiffs to comply with the terms of the Settlement Agreement, Joint Tortfeasor Release and Indemnification Agreement ("Agreement") and for an order requiring Plaintiff JULIA M. BACKMAN ("Ms. Backman") to show cause as to why she has failed to comply with the terms of the Agreement.  This Motion is based upon the grounds that:  Ms. Backman, individually and as Next Friend to KELLY KEIKO VALENE BACKMAN ("Kelly") and JODI LEIGH YACHIYO BACKMAN ("Jodi"), minors, has failed to provide Defendant with an order from the court approving of the settlement of the claims of the minors, Kelly and Jodi.

This Motion is brought pursuant to Rule 7 of the Federal Rules of Civil Procedure and is based on the memorandum attached hereto and the record and file herein.

DATED: Honolulu, Hawaii, January 4, 2007.

                                      /s/ Edquon Lee
                                      GEORGE W. BRANDT
                                      STEFAN M. REINKE
                                      EDQUON LEE
                                      BONNIE L. MOORE
                                      Attorneys for Defendant
                                      RSKCO SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JULIA M. BACKMAN, individually and on Behalf of the ESTATE OF DANIEL VERNON BACKMAN, and as Next Friend to KELLY KEIKO VALENE BACKMAN and JODI LEIGH YACHIYO BACKMAN, Minors,<br><br>        Plaintiffs,<br><br>   vs.<br><br>RSKCO SERVICES, INC., a Illinois corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10, DOE CORPORATIONS 1-10; DOE LIMITED LIABILITY ENTITIES 1-10; DOE "NON-PROFIT" CORPORATIONS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>        Defendants. | CIVIL NO. 04-00348 (HG KSC)<br>(Contract)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the within document was duly served on the following:

15941 MOTION 01 PEL

|  | MAIL | PERSONAL SERVICE |
|---|---|---|
| ROBERT D. KAWAMURA, ESQ.<br>550 Halekauwila Street, Suite 107<br>Honolulu, Hawaii 96813<br>   Attorney for Plaintiffs<br>   JULIA M. BACKMAN, individually and on Behalf<br>   of the ESTATE OF DANIEL VERNON<br>   BACKMAN, and as Next Friend to KELLY KEIKO<br>   VALENE BACKMAN and JODI LEIGH<br>   YACHIYO BACKMAN, Minors |  | X |

DATED: Honolulu, Hawaii, January 4, 2007.

/s/ Edquon Lee
GEORGE W. BRANDT
STEFAN M. REINKE
EDQUON LEE
BONNIE L. MOORE
Attorneys for Defendant
RSKCO SERVICES, INC.