# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/2/2007 4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00348KSC |
| CASE NAME: | Julia M. Backman, et al. vs. RSKCO Services, Inc., et al. |
| ATTYS FOR PLA: | no appearance |
| ATTYS FOR DEFT: | Edquon Lee |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 2/2/2007 | TIME: | 9:42-9:44:44am |

COURT ACTION:  EP: Defendant RSKCO Services, Inc.'s Motion to Compel Compliance With Settlement Agreement [81].  No appearance made by Plaintiff's counsel Robert Kawamura.

There being no appearance/opposition/objection, Motion granted.  Plaintiff is directed to comply with the Settlement Agreement.  Mr. Kawamura to file the Petition for the appropriate approvals no later than 30 days from today and provide counsel and the Court with a copy of the Petition filed with the Probate Court.  In the event Plaintiff fails to comply with the deadline, an Order to Show Cause hearing shall be set for 3/9/07 at 9:00am before Judge Chang.  In the event the Petition for approval has been filed, counsel to advise the Court so that the 3/9/07 hearing can be taken off the calendar.  Mr. Lee to prepare the order.

Submitted by: Shari Afuso, Courtroom Manager