LYONS, BRANDT, COOK & HIRAMATSU
Attorneys at Law
A Law Corporation

GEORGE W. BRANDT  1181-0
STEFAN M. REINKE  3747-0
EDQUON LEE  3845-0
BONNIE L. MOORE  7138-0
1800 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-7030
Facsimile:  (808) 533-3011
E-mail:  gbrandt@lbchlaw.com
         sreinke@lbchlaw.com
         elee@lbchlaw.com
         bmoore@lbchlaw.com

Attorneys for Defendant
RSKCO SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JULIA M. BACKMAN, individually ) <br> and on Behalf of the ESTATE OF ) <br> DANIEL VERNON BACKMAN, and) <br> as Next Friend to KELLY KEIKO ) <br> VALENE BACKMAN and JODI ) <br> LEIGH YACHIYO BACKMAN, ) <br> Minors, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> RSKCO SERVICES, INC., a Illinois ) <br> corporation; JOHN DOES 1-10; ) <br> JANE DOES 1-10; DOE ) | CIVIL NO. 04-00348 (HG KSC) <br> (Contract) <br><br> ORDER GRANTING <br> DEFENDANT RSKCO <br> SERVICES, INC.'S <br> MOTION TO COMPEL <br> COMPLIANCE WITH <br> SETTLEMENT AGREEMENT <br> FILED ON JANUARY 4, 2007 <br><br> Hearing: <br> Date:  February 2, 2007 <br> Time: 9:30 a.m. <br> Judge:  Hon. Kevin S.C. Chang |

| | |
|---|---|
| PARTNERSHIPS 1-10, DOE CORPORATIONS 1-10; DOE LIMITED LIABILITY ENTITIES 1-10; DOE "NON-PROFIT" CORPORATIONS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER GRANTING DEFENDANT RSKCO SERVICES, INC.'S MOTION TO COMPEL COMPLIANCE WITH SETTLEMENT AGREEMENT FILED ON JANUARY 4, 2007

Defendant RSKCO SERVICES, INC.'s ("Defendant") Motion to Compel Compliance With Settlement Agreement Filed on January 4, 2007 ("Motion), came on for hearing on February 2, 2007, before the Honorable Kevin S.C. Chang, Judge of the above-entitled Court.  Edquon Lee, Esq. appeared on behalf of Defendant and no appearance was made by Plaintiffs' counsel.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion is hereby granted.  Plaintiffs are directed to comply with the Settlement Agreement.  Plaintiffs' counsel shall file a Petition to obtain the appropriate court approval of the settlement of the claims of minors, Kelly Keiko Backman and Jodi Yachiyo Backman, no later than March 2, 2007, and provide counsel and the Court with a filed-stamped copy of the Petition

15941 ORDER 01 PEL

filed with the Probate Court of the First Circuit, State of Hawaii.  In the event Plaintiffs fail to comply with the deadline, an Order to Show Cause hearing shall be set for March 9, 2007 at 9:00 a.m. before Judge Kevin S.C. Chang.  In the event the Petition for approval has been filed, counsel is to advise the Court so that the March 9, 2007 hearing can be taken off the calendar.

DATED:  Honolulu, Hawaii, February 20, 2007.



Kevin S.C. Chang
United States Magistrate Judge

Julia M. Backman, et al. v. RSKCO Services, Inc., et al., Civil No. 04-00348 (HG KSC), United States District Court, District of Hawaii, ORDER GRANTING DEFENDANT RSKCO SERVICES, INC.'S MOTION TO COMPEL COMPLIANCE WITH SETTLEMENT AGREEMENT

15941 ORDER 01 PEL

3