# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/23/2007 4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00348KSC |
| CASE NAME: | Julia M. Backman, et al. vs. RSKCO Services, Inc., et al. |
| ATTYS FOR PLA: | Robert Kawamura |
| ATTYS FOR DEFT: | Edquon Lee |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 3/23/2007 | TIME: | 9:35-9:36:06am |

COURT ACTION: EP: Order to Show Cause. Counsel informed the court that Mr. Kawamura has filed the Petition which hearing is set for 5/4/07 before Judge Hirai.

No action on the Order to Show Cause.

Submitted by: Shari Afuso, Courtroom Manager