# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV04-00348KSC |
| CASE NAME: | Julia M. Backman, et al. vs. RSKCO Services, Inc., et al. |
| ATTYS FOR PLA: | no appearance |
| ATTYS FOR DEFT: | Edquon Lee |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 4/24/2008 | TIME: | 9:40-9:44:25am |

COURT ACTION:  EP:  Defendant RSKCO Services, Inc.'s Motion to Compel Compliance with Settlement Agreement and Request for Issuance of Order to Show Cause [87].  No appearance made by plaintiff's counsel Robert Kawamura.

There being no appearance/objection/communication from plaintiff, Motion granted.  Plaintiff is required to comply with the settlement agreement within two weeks.  In the event plaintiff's counsel fails to comply, the court will issue an Order to Show Cause.  Defendant's request for reasonable fees/costs in bringing this motion is granted.  Mr. Lee to submit a Declaration along with the Order granting this motion.

Submitted by: Shari Afuso, Courtroom Manager