LYONS, BRANDT, COOK & HIRAMATSU
Attorneys at Law
A Law Corporation

GEORGE W. BRANDT  1181-0
STEFAN M. REINKE  3747-0
EDQUON LEE  3845-0
BONNIE L. MOORE  7138-0
1800 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-7030
Facsimile:  (808) 533-3011
E-mail:  gbrandt@lbchlaw.com
    sreinke@lbchlaw.com
    elee@lbchlaw.com
    bmoore@lbchlaw.com

Attorneys for Defendant
RSKCO SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JULIA M. BACKMAN, individually ) and on Behalf of the ESTATE OF ) DANIEL VERNON BACKMAN, and ) as Next Friend to KELLY KEIKO ) VALENE BACKMAN and JODI ) LEIGH YACHIYO BACKMAN, ) Minors, ) ) Plaintiffs, ) ) vs. ) ) | CIVIL NO. 04-00348 (HG KSC) (Contract)  DECLARATION OF EDQUON LEE |

| | |
|---|---|
| RSKCO SERVICES, INC., a Illinois corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10, DOE CORPORATIONS 1-10; DOE LIMITED LIABILITY ENTITIES 1-10; DOE "NON-PROFIT" CORPORATIONS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF EDQUON LEE

EDQUON LEE affirms and declares:

1. I am an attorney duly licensed to practice law in the State of Hawaii and one of the attorneys for Defendant RSKCO SERVICES, INC. ("Defendant") in the above-captioned matter and submit this Declaration based upon my personal knowledge of the matters contained herein.

2. I am a partner in the law firm of Lyons, Brandt, Cook and Hiramatsu, which has represented Defendant throughout the entirety of this lawsuit. I have practiced in the State and Federal Courts since 1985. I was the lead attorney in my firm in this case relating to compliance with the Settlement Agreement. I engaged in communications with Plaintiff's counsel, prepared the Motion to Compel Compliance with Settlement Agreement and Request For

Issuance of Order to Show Cause Filed on March 19, 2008 ("Motion), attended the hearing on the Motion and prepared the Order granting the Motion.

    3.    As a result of the work reasonably and necessarily performed in seeking compliance with the Settlement Agreement, I performed the following:

| Date | Description | Time |
|---|---|---|
| 11/5/07 | Email and leave message with Robert Kawamura Re: status of court approval | 0.2 |
| 12/6/07 | Email Robert Kawamura Re: status of court approval | 0.1 |
| 12/14/07 | Email Robert Kawamura Re: status of court approval | 0.1 |
| 12/27/08 | Draft letter to Robert Kawamura Re: status of court approval | 0.2 |
| 1/11/08 | Email Robert Kawamura Re: status of court approval | 0.1 |
| 3/12/08 | Email Robert Kawamura Re: status of court approval | 0.1 |
| 3/12/08 | Draft letter to Robert Kawamura Re: status of court approval and motion to compel | 0.2 |
| 3/18/08 | Review file and draft Motion to Compel | 0.5 |
| 4/24/08 | Attend Hearing on Motion to Compel | 0.5 |
| 4/24/08 | Prepare Order Granting Motion to Compel | 0.3 |
| | TOTAL | 2.3 hours |

4. My hourly rate for this case is $175.00 plus general excise tax.

5. The total fee requested related to the Motion is $420.61.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, April 24, 2008.

/s/ Edquon Lee
EDQUON LEE