LYONS, BRANDT, COOK & HIRAMATSU
Attorneys at Law
A Law Corporation

GEORGE W. BRANDT  1181-0
STEFAN M. REINKE  3747-0
EDQUON LEE  3845-0
1800 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-7030
Facsimile:  (808) 533-3011
E-mail:  gbrandt@lbchlaw.com
         sreinke@lbchlaw.com
         elee@lbchlaw.com

Attorneys for Defendant
RSKCO SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JULIA M. BACKMAN, individually and on Behalf of the ESTATE OF DANIEL VERNON BACKMAN, and as Next Friend to KELLY KEIKO VALENE BACKMAN and JODI LEIGH YACHIYO BACKMAN, Minors,<br><br>        Plaintiffs,<br><br>  vs.<br><br>RSKCO SERVICES, INC., a Illinois corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10, DOE CORPORATIONS 1-10; DOE | CIVIL NO. 04-00348 (HG KSC)<br>(Contract)<br><br>ORDER GRANTING DEFENDANT RSKCO SERVICES, INC.'S MOTION TO COMPEL COMPLIANCE WITH SETTLEMENT AGREEMENT AND REQUEST FOR ISSUANCE OF ORDER TO SHOW CAUSE FILED ON MARCH 19, 2008<br><br>Hearing :<br>Date:  April 24, 2008<br>Time: 9:30 a.m.<br>Judge: Honorable Kevin S.C. Chang |

| | |
|---|---|
| LIMITED LIABILITY ENTITIES 1-10; DOE "NON-PROFIT" CORPORATIONS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER GRANTING DEFENDANT RSKCO SERVICES, INC.'S MOTION TO COMPEL COMPLIANCE WITH SETTLEMENT AGREEMENT AND REQUEST FOR ISSUANCE OF ORDER TO SHOW CAUSE FILED ON MARCH 19, 2008

Defendant RSKCO SERVICES, INC.'s ("Defendant") Motion to Compel Compliance with Settlement Agreement and Request For Issuance of Order to Show Cause Filed on March 19, 2008 ("Motion), came on for hearing on April 24, 2008, before the Honorable Kevin S.C. Chang, Judge of the above-entitled Court. Edquon Lee, Esq. appeared on behalf of Defendant and no appearance was made by Plaintiffs' counsel.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion is hereby granted. Plaintiffs are ordered to comply with the Settlement Agreement. Plaintiffs' counsel and Plaintiffs shall obtain the appropriate written court order approving of the settlement of the claims of minors, Kelly Keiko Backman and Jodi Yachiyo Backman, no later than May 8, 2008 and provide Defendant's counsel and the Court with a filed-

2

stamped copy of said order filed with the Probate Court of the First Circuit, State of Hawaii.  In the event Plaintiffs fail to comply with the deadline, an Order to Show Cause will be issued to Plaintiffs and their attorney.  Defendant's counsel may send a copy of this Order to Plaintiff Julia M. Backman.

Defendant's request for attorneys' fees and costs for bringing this Motion is granted. Defendant is awarded $ 420.61 against Plaintiffs.

DATED:  Honolulu, Hawaii, April 25, 2008.



Kevin S.C. Chang
United States Magistrate Judge

3