LYONS, BRANDT, COOK & HIRAMATSU
Attorneys at Law
A Law Corporation

GEORGE W. BRANDT  1181-0
STEFAN M. REINKE  3747-0
EDQUON LEE  3845-0
BONNIE L. MOORE  7138-0
1800 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-7030
Facsimile:  (808) 533-3011
E-mail:  gbrandt@lbchlaw.com
            sreinke@lbchlaw.com
            elee@lbchlaw.com
            bmoore@lbchlaw.com

Attorneys for Defendant
RSKCO SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JULIA M. BACKMAN, individually ) and on Behalf of the ESTATE OF ) DANIEL VERNON BACKMAN, ) and as Next Friend to KELLY ) KEIKO VALENE BACKMAN and ) JODI LEIGH YACHIYO ) BACKMAN, Minors, ) ) Plaintiffs, ) ) vs. ) ) RSKCO SERVICES, INC., a Illinois ) corporation; JOHN DOES 1-10; ) JANE DOES 1-10; DOE ) | CIVIL NO. 04-00348 (HG KSC) (Contract) CERTIFICATE OF SERVICE (Re: Order Granting Defendant RSKCO Services, Inc.'s Motion To Compel Compliance With Settlement Agreement And Request For Issuance Of Order To Show Cause Filed On March 19, 2008, filed on April 25, 2008) |

PARTNERSHIPS 1-10, DOE      )
CORPORATIONS 1-10; DOE      )
LIMITED LIABILITY          )
ENTITIES 1-10; DOE "NON-    )
PROFIT" CORPORATIONS 1-10;  )
and DOE GOVERNMENTAL        )
ENTITIES 1-10,             )
                           )
Defendants.                )
_____)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a true and correct copy

of the Order Granting Defendant RSKCO Services, Inc.'s Motion To Compel

Compliance With Settlement Agreement And Request For Issuance Of Order

To Show Cause Filed On March 19, 2008, filed on April 25, 2008 was duly

served on the following:

|  | MAIL | PERSONAL SERVICE |
|---|---|---|
| ROBERT D. KAWAMURA, ESQ.<br>550 Halekauwila Street, Suite 107<br>Honolulu, Hawaii  96813<br>    Attorney for Plaintiffs<br>    JULIA M. BACKMAN, individually and on Behalf<br>    of the ESTATE OF DANIEL VERNON<br>    BACKMAN, and as Next Friend to KELLY KEIKO<br>    VALENE BACKMAN and JODI LEIGH<br>    YACHIYO BACKMAN, Minors | _____ | __X__ |

DATED:  Honolulu, Hawaii, April 25, 2008.

/s/ Edquon Lee
GEORGE W. BRANDT
STEFAN M. REINKE
BONNIE L. MOORE
EDQUON LEE
Attorneys for Defendant
RSKCO SERVICES, INC.