# MINUTES

CASE NUMBER: CV04-00348KSC

CASE NAME: Julia M. Backman, et al. vs. RSKCO Services, Inc., et al.

ATTYS FOR PLA: no appearance

ATTYS FOR DEFT: Edquon Lee

INTERPRETER:

JUDGE: Kevin S. C. Chang              REPORTER: FTR C5

DATE: 9/8/2008                         TIME: 9:32-9:35am

COURT ACTION: EP: Order to Show Cause. No appearance made by plaintiff's counsel Robert Kawamura. The court will continue the Order to Show Cause to 10/8/08 at 9:45am before Judge Chang. The court further directs Mr. Lee to provide to Ms. Backman, at her last known address, a copy of the Order Granting Motion to Compel (document #91) and the Order to Show Cause (document #93) and request Ms. Backman's appearance on 10/8/08. The court will also attempt to contact Mr. Kawamura.

cc: Robert Kawamura, Esq.

Submitted by: Shari Afuso, Courtroom Manager